# SOUTHERN DISTRICT NEW YORK (" SDNY ")  FEDERAL COURT

*** NOT YET FILED AND DOCKETED AS OF 24 AUG 2022 (" CLAIM EIGHT " ) ORIGINALLY 17.08.2022 ***

### NEW CASE FILING SECOND ATTEMPT : 24 AUG 2022

[ CLAIM EIGHT  ]
      RJI  CASE No. 1:22 - cv-06199-UA  AND ALL  EXHIBITS AND FILES ASSOCIATED
and RJI  CASE No. 1:22 - cv-06222-UA  AND ALL  EXHIBITS AND FILES ASSOCIATED

17 AUG 2022          ****** [ 24 AUG 2022 ]  ********* SECOND ATTEMPT *****


      HON. JUDGE SWAIN , Et Al.
      PRO SE   |      ROOM 105
      THURGOOD MARSHALL COURT OF LAW
      40 FOLEY SQUARE
      NEW YORK  NEW YORK      10007


****************************************************
      PEDOTTI, HOLIDAY OLJII ANNA PEDOTTI the II      [ PLAINTIFF ]
v.                          [ DEFENDANTS }
      Elon Musk, Neurolink, SpaceX, Elon Musk in his Capacitance over
Neurolink, SpaceX and Related and/or Subsidiaries and d.b.a. of such
Musk-owned and operated or licensed entities internationally;
      Mark Zuckerberg, Mark Zuckerberg in his Capacitance over
Facebook, Instagram, WhatsApp and similar Data and Marketing Agencies and
Related and/or Subsidiaries and d.b.a. of such Musk-owned and operated or
licensed entities internationally;
And          the U.S. GOVERNMENT ACCOUNTABILITY OFFICE (GAO)    incl.
          TIMOTHY M. PERSONS        202.512.6412      PERSONST@GAO.GOV
and   JAMES-CHRISTIAN BLOCKWOOD    202.512.2639     BLOCKWOODJC@GAO.GOV
          *******        To the Defendant(s) above :      **********


### PLEASE TAKE NOTE YOU ARE SUMMONED
and required to serve at the address stated above, a notice of appearance or
demand for a complaint within 20 after service of this summons ( not counting
the day of service itself ) ,  or within 30 days after service is complete if
the Summons is not delivered personally to you within  the State of New York.
YOU ARE HEREBY NOTIFIED that should you fail to serve a notice of appearance
or demand for a complaint, a judgement will be entered against you by default
for the relief demanded herein.

Dated :    17 AUGUST 2022 ****** [ 24 AUG 2022 ] ******** SECOND ATTEMPT ***

Relief Sought : $ 766.000.000.000 BILLION USD
          should Defendants fail to to appear.


**************************************************************************

DOES THIS CASE REQUIRE TRIAL ?          YES
*******************************************************

# SOUTHERN DISTRICT NEW YORK (" SDNY ")   FEDERAL COURT

*** NOT YET FILED AND DOCKETED AS OF 24 AUG 2022 (" CLAIM EIGHT " ) ORIGINALLY 17.08.2022 ***

```
******************************************************
                   NOTICE :
******************************************************
                MEMORANDUM OF LAW
******************************************************
     International Human Rights and U.S. Constitutional Law
******************************************************
```

            50 U.S. Code § 1520a - Restrictions on use of human subjects for
            testing of chemical or biological agents  ;

            Convention on Certain Conventional Weapons ;

            1993 Chemical Weapons Convention (CWC) ;

            1994 Advisory Committee on Human Radiation Experiments

            The Privacy Act of 1974 ;

            45 CFR part 46            Federal Policy or the "Common Rule"

            U.S. CONSTITUTION FREEDOM OF PRESS / alt. SPEECH
                 FREEDOM OF ASSOCIATION            RIGHT TO LIFE

```
******************* ******************* ******************* *******************
```

                    Executive Order (E.O.) 13859

[ Published on the now defunct E.P.A. WEBSITE FOLLOWING THE UNITED STATES'
            WITHDRAWAL FROM THE PARIS CLIMATE AGREEMENTS ]

     Summary of Executive Order 13859 - *Maintaining American Leadership in
     Artificial Intelligence Quick Links E.O. 13859, from the Federal
     Register   EXIT EPA WEBSITE Memorandum 21-06: Guidance for Regulation
     of Artificial Intelligence Applications   EXIT EPA WEBSITE 84 FR 3967;
     February 14, 2019 Executive Order (E.O.) 13859 - Maintaining American
     Leadership in Artificial Intelligence - was issued in 2019. Its purpose
     is to establish federal principles and strategies to strengthen the
     nation's capabilities in artificial intelligence (AI) to promote
     scientific discovery, economic competitiveness, and national security.*

*CONTAINS EVIDENCE AND ADMISSIONS OF GUILT*
*ON UNETHICAL TRAINING/EDUCATION USING NON-CONSENTAL " UNMANNED "*
*MACHINES/WEAPONS ON U.S. CITIZENS  [ HUMAN TESTING ** ]*                :

# SOUTHERN DISTRICT NEW YORK (" SDNY ")  FEDERAL COURT

*** NOT YET FILED AND DOCKETED AS OF 24 AUG 2022 (" CLAIM EIGHT " ) ORIGINALLY 17.08.2022  ***

*(c) The United States must train current and future generations of American workers with the skills to develop and apply AI technologies to prepare them for today's economy and jobs of the future.*

**************************************************************************
    U.S. CONSTITUTIONAL LAWS

********************************************************

1.     Right to Free Speech under The First Amendment to the U.S. Constitution ( Constitutional Law )
2. Freedom of the press is the right to express opinions and share information freely using media and the right to receive such publications.
     a. PLAINTIFF : VIENNA V/Y/ANA KYMILA PEDOTTI-KLAINGUTI is a Diplomatically Aligned Journalist and a Published Art Critic in the same County as Musk's SpaceX and others
3.     47 U.S. Code § 326 - Censorship
     a. INSTAGRAM is a Digital / Radio - Wave Transmitted Forum
     b. The INTERNET is a Medium of Free Speech
4.     15 U.S. Code Chapter 94 - PRIVACY
5.     18 U.S. Code Chapter 37 - ESPIONAGE AND CENSORSHIP

************ STATE AND CIVIL RIGHTS ( incl DIGITAL LAW RJI CASE FILES ) *****

     New York Penal Law §156 et. seq. (Offenses Involving a Computer)
|Defined Offenses: Unauthorized use of a computer; computer trespass; computer tampering: four degrees; duplication and possession
     of computer-related materials.Penalty Profile:
Class A misdemeanor of up to one-year jail + $1,000   fine to class C felony of 15-years prison + $5,000 fine or double what was gained during crime.

******************** ******************** ******************** ********************
U.S. VIOLATIONS OF HUMAN RIGHTS AND HUMAN TESTING IN A.I. POLICY
******************** ******************** ******************** ********************

- Government Reports
  High-level federal government reports related to AI prepared by current and past administrations are as follows: 1. EXECUTIVE OFFICE OF THE PRESIDENT, NATIONAL SCIENCE AND TECHNOLOGY COUNCIL, COMMITTEE ON ARTIFICIAL INTELLIGENCE, PREPARING FOR THE FUTURE ORDERING THE ARTIFICIAL TRAINGING OF YOUNG PERSONS AS MATERIALLY ADMITTED TO IN ******EXHIBIT AX0004*********

- Position on lethal autonomous weapons
  At the 2018 GGE meeting on LAWS, established under the Convention on

## SOUTHERN DISTRICT NEW YORK (" SDNY ")   FEDERAL COURT

*** NOT YET FILED AND DOCKETED AS OF 24 AUG 2022 (" CLAIM EIGHT " ) ORIGINALLY 17.08.2022 ***
Certain Conventional Weapons, the United States representatives argued that
it is too early to ban LAWS under the Convention at this point.


*** HOWEVER, IN CONSIDERATION OF NONCONSENTUALLY FORCING AN ORGANIC LIVING
PERSON TO TURN INTO A ("LAWS" ) , THESE POLICIES ARE VERY SERIOUS VIOLATIONS OF
INTERNATIONAL HUMAN RIGHTS      ***



                        THEREFORE ;
INSOFAR  DEFENDANTS MATERIALLY VIOLATED PLAINTIFF'S HUMAN RIGHTS UNDER
            INTERNATIONAL HUMAN RIGHTS LAWS ( IHL) AND
            THE UNITED STATES GOVERNMENT OPENLY ENGAGES IN ARTIFICIAL
        INTELLIGENCE (A.I.) PRACTICES WITHOUT REGULATIONS OR REGARD TO ETHICS
                    **********EXHIBIT
(A)   as it is illegal to conduct PSYOP against a United States Citizen in any
location internationally and under any circumstance, it is
thereby illegal to COMMIT CRIMINAL ACTS OF ESPIONAGE against a
United States Citizen with no Criminal Record without
        Due Notice and Compliance.

The Revoking of Obama's Legal Codice :
            Presidential Policy Directive 20 (PPD-20)

PROSECUTION PARAGRAPH AX ("PPAX")   : CONCERNING DIGITAL ATTACKS
        MATERIALLY DEMONSTRATED FOLLOWING PARAGRAPHS ON PP. 8-16   ;


the implications of such a revocation thereby lowers the Command Chain process
for conducting Cyber Attacks in warfare circumstances against Enemy Forces in
Cyber Warfare but yet ;
        (PPAX-i) DOES NOT consider the Possibility of a HUMAN BEING being turned
into a Digital Device using Injected Material of Rare Earth Minerals and
thereby Violating not only such a Human Beings' ( PLAINTIFF : H.O.P.ii) HUMAN
RIGHTS but also her Genetic Privacy Rights and other related Legal and Medical
Hygeine Rights considering PLAINTIFF neither consented nor was informed and
therefore such a Lowering of Legal Codice Standards on CYBER ATTACKS cannot
UNDER ANY CIRCUMSTANCE be considered to apply to Attacks Committed against a
Human Being due to such a Subject's Non-Consent and all related Violations;
        (PPAX-ii) DOES NOT lessen the PENTAGON Level Requisites for the
conducting of PSYOP ( " Psychological Operations " ) against a United States
Citizen, which has been demonstrably damaging to the HUMAN SUBJECT-PLAINTIFF's
life  - as detailed in all R.J.I. cases and specifically 1:22-cv-06288-UA  .

            ********************    ****************************************
CONCERNING Presidential Policy Directive 20 (PPD-20) AS APPLIED TO PSYOP LAWS

        PSYOP ATTACKS, as demonstrated below, must be approved at the CJCS Level

## SOUTHERN DISTRICT NEW YORK (" SDNY ")  FEDERAL COURT

*** NOT YET FILED AND DOCKETED AS OF 24 AUG 2022 (" CLAIM EIGHT " ) ORIGINALLY 17.08.2022  ***
( Presidentially Aligned but with no direct authority for ownership of Illegal Operations once identified )



THEREFORE REQUIRING FEDERAL AND SUPREME COURT INTERVENTIONS ONCE INTERNATIONAL LAW AND HUMANITARIAN LAW HAVE BEEN GROSSLY VIOLATED , as described  herein and in RJI CASES :

 1:22 -cv-06199-UA ,1:22 -cv-06220-UA, 1:22 -cv-06222-UA ,1:22 -cv-06288-UA ,1:22 -cv-06296-UA , NY DHR COMPLAINTS , DMV COMPLAINTS and any and all Forthcoming Complaints in IHL Forums )   ;

 [ Ref. below listed U.S. laws  :

Department of Health and Human Services (HHS) adopted regulations on the protection of human research subjects (45 CFR part 46; 46 FR 8366)
     Public Law Title 10 United States Code ( USC)
Presidential Executive Order D.o.D. implementation policies of Executive Order S-12333 United States Intelligence Activities and D.o.D. Instructions S-3321.1(S) Overt Psychological Operations [ … ] in Peacetime and in Contingencies Short of Declared War ( U ) ; and National Security Decision Directive ( NSDD) 130 ; U.S. International Information Policy  ;
     ALL DIRECT THAT   :

     **** U.S. PSYOP FORCES will not target U.S. Citizens at any time , in any location globally or under any circumstances. ****

## SOUTHERN DISTRICT NEW YORK (" SDNY ")   FEDERAL COURT

*** NOT YET FILED AND DOCKETED AS OF 24 AUG 2022 (" CLAIM EIGHT " ) ORIGINALLY 17.08.2022 ***

1-26.  U.S. law and policy, along with international conventions, regulations, and treaties, delineate the boundaries of PSYOP activity. These directives provide the following fundamental and practical guidelines for the conduct of PSYOP. Increasingly, military operations, such as Operation JOINT ENDEAVOR, are often multinational and involve contact with civilians, presenting greater legal and ethical issues with which to deal.

- *U.S. public law.* Title 10, United States Code (USC), Section 167, *Unified Combatant Command for Special Operations Forces*, designates PSYOP as an SO activity or force.

- *Presidential executive order.* DOD implementation policies of Executive Order S-12333, *United States Intelligence Activities*; DOD Instructions S-3321.1, (S) *Overt Psychological Operations Conducted by the Military Services in Peacetime and in Contingencies Short of Declared War* (U); and National Security Decision Directive (NSDD) 130, *U.S. International Information Policy*, direct that U.S. PSYOP forces will not target U.S. citizens at any time, in any location globally, or under any circumstances. However, commanders may use PSYOP forces to provide public information to U.S. audiences during times of disaster or crisis. The precedent for the limited use of PSYOP forces to present public information to a U.S. audience was set during the aftermath of Hurricane Andrew in 1992. Tactical Psychological Operations teams (TPTs) were employed to disseminate information by loudspeaker on locations of relief shelters and facilities. Information support to a noncombatant evacuation operation (NEO) by PSYOP forces to provide evacuation information to U.S. and third-country nationals would also adhere to the order.

- *Geneva and Hague Conventions.* These international conventions preclude the injury of an enemy with actions of bad faith during his adherence to the law of war. PSYOP personnel will ensure that PSYOP activities do not contribute to such actions. PSYOP planners must work closely with the Judge Advocate General (JAG) to ensure that PSYOP support to deception does not violate the fourth Hague Convention that prohibits ruses that constitute "treachery" or "perfidity." Another chief concern of PSYOP is the treatment of enemy prisoners of war (EPWs). It is a violation of the Geneva Convention to publish photographic images of EPWs. PSYOP products must refrain from using images of actual EPWs. PSYOP planners must be prepared to advise commanders on potentially unlawful PSYOP lines of persuasion involving EPWs. Appendix B provides more information on internment/resettlement (I/R) operations.


Such a RESCINDINCE of the PPD-20    regarding Digital Attacks thereby DOES NOT set a Legal Precedent to Violate the Right to Life and Liberty of a Civilian in Daily Life ( Plaintiff PEDOTTI ) .

In further review , the Chain of Command regarding PSYOP attacks in any Military Circumstance is at the highest level  : CJCS  of the PENTAGON , further escalates complaint CLAIM EIGHT to an International Military Law and Maritime Charter level at the United Nations and OSCE level in consideration of the Military Campaign between RUSSIAN FEDERATION and UKRAINE

## SOUTHERN DISTRICT NEW YORK (" SDNY ")  FEDERAL COURT

*** NOT YET FILED AND DOCKETED AS OF 24 AUG 2022 (" CLAIM EIGHT " ) ORIGINALLY 17.08.2022 ***
and

 -  notably -

the MORE THAN          USD       $  9 BILLION   Directly- Reported
Military AID and such numbers in their relative insignificance to Available
Funds and Witnessed Transactions in 2020 under the TRUMP ADMINISTRATION ;

Being Largely Misleading to the World Population OVERALL ;
              requiring  International Humanitarian Review and comparative
studies with the Environmental Protection Agencies and International Cods of
Ethics in place such as the The Paris Agreement  on Climate Change (UNFCCC).

in the case of DEFENDANTS VIOLATION OF PLAINTIFFS FREEDOM OF SPEECH  ;

 Special Note to COPYRIGHT LAWS and FISCALS LAWS stated under U.S. PENAL CODE
 must be followed in U.S. Federal and International Law ;

 as well as such applications of New York State Laws in relation to Digital
Privacy and Rights ;


[ Listed Below ]



In U.S. Military Handbooks covering LEGAL IMPLICATIONS OF MILITARY ACTS  :


- *Domestic laws.* Copyright law is an essential concern of PSYOP. No product may contain copyrighted material without consent by the copyright holder. If an image, sound file, logo, or any piece of media is used in a product, all copyright issues must be resolved before production.
- *Fiscal law.* Consumer goods used to transmit a line of persuasion (such as imprinted T-shirts or soccer balls) may present unique fiscal constraints. Procurement of such products on the economy in HNs may not be permitted with funds from some sources. In addition, use of HN assets may require adherence to contractual law that is dramatically different from U.S. law.
- *Communications.* U.S., HN, regional, and international communication agreements and protocols must be adhered to when conducting peacetime PSYOP. Constraints may continue to apply during hostilities. ROE may further constrain broadcasts.


In CONSIDERATION OF SUCH PUBLISHED LAWS BASED UPON TREATY AND INTERNATIONAL
LAW , INCLUDING THOSE IN EFFECT SINCE WORLD WAR II COVERING BASIC HUMAN RIGHTS

## SOUTHERN DISTRICT NEW YORK (" SDNY ")   FEDERAL COURT

*** NOT YET FILED AND DOCKETED AS OF 24 AUG 2022 (" CLAIM EIGHT " ) ORIGINALLY 17.08.2022  ***

these Criminal Violations comprise of <u>Crimes Against Humanity</u> and
<u>Violations of U.S. Constitutional Law</u> :  specifically on

29 JANUARY 2022          THE DAY FOLLOWING MY PRIVATELY-PUBLISHED WHITE PAPER
                    IN PROFESSIONAL DIPLOMATIC CHANNELS :

    << *Diplomatic Counter-Proposal for Recent NATO/US Talks* >>

*********************************************************
<u>Venue</u> : Plaintiff designates NEW YORK COUNTY as the place of Trial.
The basis of this delegation is PLAINTIFF´s RESIDENCE is NEW YORK COUNTY.

*********************************************************
      STATEMENT OF CLAIMS
*********************************************************
The complaint of the plaintiff, HOLIDAY OLJII ANNA PEDOTTI the II ,
respectfully shows and alleges as follows :

   1.
      Using an account that I retained personal and private ownership of since
      2012, I changed the name of my instagram account to :

          @ UNITEDNATIONSRUSSIA as the account was
                bestowed upon me by the KREMLIN    on that date ;
judgement will be entered by default for the sum of $ 800.000.000.000 BILLION
USD with interest of 17.99% per annum starting from the date  1 OCTOBER 2022 ,
      and the costs of this action.

**SOUTHERN DISTRICT NEW YORK (" SDNY ")   FEDERAL COURT**

\*\*\* NOT YET FILED AND DOCKETED AS OF 24 AUG 2022 (" CLAIM EIGHT " ) ORIGINALLY 17.08.2022 \*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*    EXHIBIT FSP000 \*\*\*\*\*\*\*\*\*\*\*\*\*
RECORD OF PLAINTIFF AS @ UNITEDNATIONSRUSSIA ACCOUNT PROFILE PHOTO



2.
The account was silenced for Eight (8) days after I posted an image of the
League of Nations / United Nations ( U.N.) Office of the High Commissioner in
Geneva, Switzerland (CH).

This is a VIOLATION OF MY FREEDOM OF SPEECH

# SOUTHERN DISTRICT NEW YORK (" SDNY ")   FEDERAL COURT

*** NOT YET FILED AND DOCKETED AS OF 24 AUG 2022 (" CLAIM EIGHT " ) ORIGINALLY 17.08.2022  ***

and all Listed in MEMORANDUM OF LAW(S).

3.

I was forced to create a new instagram to document the Silencing and this
account is still in use :

        @ UNITEDNATIONSRUSSIA2

4.

As the CENSORSHIP OF MY ACCOUNT WITH NO BASIS DUE TO POLITICAL BIAS in
VIOLATIONS OF RIGHT OF FREE PRESS AND CENSORSHIP occurred I tagged a woman who
works with the United Nations and has also published a book on BEING SILENCED:

******************* MOTION TO CALL A WITNESS *****************************

        WITNESS  :       DR. NINA ANSARY
    Dr. Nina Ansary is an award-winning Iranian American author, historian
    and UN Women Global Champion for Innovation. She is the Director of the
    World Affairs Councils of America (WACA) and wrote the book :

        _ANONYMOUS IS A WOMAN : A Chronicle of Gender Inequality_

    which I attended an event for at the SOHO HOUSE in WEST VILLAGE
    sponsored by     *The New Yorker* in the Fall of 2021.
**********************************************************************
5.

As royalty, I became the victim of Instagram-based PSYOP in constant campaigns
refering to me as a Prostitute and Government Agents openly referring to me -
to my face and to others - as a << FREE ( No Fee ) SEX WORKER >> , ( which is
an Oxymoron in and of itself )  and my Instagram accounts constantly being
bombarded with images such as the following :

        BLOW JOB QUEEN          [ 1 and 2 FEB 2022 ]

        << YOU DO HAVE A NICE ASS >>

    And CIA AGENT ACCOUNTS posting FIRE ICONS in Repetition Below my Photos

Before the SILENCING of my account ,
    which eventually led to my sharing the data regarding FALCON 9
SpaceX SATELLITE LAUNCH  N-ROL87 from VANDENBERG AFB on a Secondary Account
        @ UNITEDNATIONSRUSSIA2
that led to the   INTERCEPTION OF THIS SPACEX MISSILE LAUNCH        by

        Russian Soyuz rocket launches the Kosmos 2558
        military satellite from
        Plesetsk Cosmodrome
            on 1 AUG 2022.

# SOUTHERN DISTRICT NEW YORK (" SDNY ")  FEDERAL COURT

*** NOT YET FILED AND DOCKETED AS OF 24 AUG 2022 (" CLAIM EIGHT " ) ORIGINALLY 17.08.2022  ***

6.

As a Human Being, I retain Freedom of Association and The United States is not
at War with RUSSIAN FEDERATION ; neither is the ACT of supporting the
Humanitarian Efforts of the United Nations and RUSSIAN FEDERATION in and of
itself a Crime in any War or Peace circumstance.

7.

The data was clearly under ESPIONAGE and BEING HACKED BY DEFENDANTS , RATHER
THAN ANY ALLEGED AUTOMATIC MALFUNCTIONING AS THIS WAS  (i) ON AN APPLE IPHONE
and (ii) THE NUMBER FORMATTING ALIGNMENT OF THE POST LEADING TO THE CENSORSHIP
WAS CENTER-ALIGNED AND THEREFORE UNDER ATTACK

8.

I retain a complete ARCHIVE of my   account : UNITEDNATIONSRUSSIA


*****************************************************************************

             /s/ HOLIDAY OLJII ANNA PEDOTTI      Suffix : II


************ EXHIBIT AX 008 ****************




            [ REVIEW ON THE FOLLOWING PAGES ]

SOUTHERN DISTRICT NEW YORK (" SDNY ")   FEDERAL COURT

**unitednationsrussia**
Geneva, Switzerland

4 likes

**unitednationsrussia** Residence of the High
Commissioner for the League of Nations... more

2 days ago · See translation

**unitednationsrussia · Following**

**unitednationsrussia2** [1.2.2022] My account was
blocked yesterday for the period of one week immediately
following this post. Now when I look at it somehow the numbers
got moved to the center. I will prove it again by attempting to
like this post from that account @unitednationsrussia
@unitednationsrussian @ungeneva @cia @instagram @zuck
@putin.kremlin.ru
28w

**unitednationsrussia2** @oficialcarlosslim
28w  Reply

**unitednationsrussia2** @victorinonoval
28w  Reply

Be the first to like this

FEBRUARY 1

Add a comment...                                    Post

## SOUTHERN DISTRICT NEW YORK (" SDNY ")   FEDERAL COURT

*** NOT YET FILED AND DOCKETED AS OF 24 AUG 2022 (" CLAIM EIGHT " ) ORIGINALLY 17.08.2022  ***

SOUTHERN DISTRICT NEW YORK (" SDNY ")   FEDERAL COURT

*** NOT YET FILED AND DOCKETED AS OF 24 AUG 2022 (" CLAIM EIGHT " ) ORIGINALLY 17.08.2022 ***



SOUTHERN DISTRICT NEW YORK (" SDNY ")   FEDERAL COURT

*** NOT YET FILED AND DOCKETED AS OF 24 AUG 2022 (" CLAIM EIGHT " ) ORIGINALLY 17.08.2022 ***







## SOUTHERN DISTRICT NEW YORK (" SDNY ")   FEDERAL COURT

*** NOT YET FILED AND DOCKETED AS OF 24 AUG 2022 (" CLAIM EIGHT " ) ORIGINALLY 17.08.2022  ***

```
*********************************************************
              REGARDING THE LEGAL IMPLICATIONS OF PPD-20      /     D.o.D. :
```

"There's a large degree of unhappiness in DoD and in Cyber Command
with the interagency process and the structure set up by PPD-20
to approve offensive cyber operations," a former U.S. official
told Eric. The State Department, this person said, "was successful
in blocking or slowing Cyber Command in doing things it wanted to
do, even against targets you wouldn't think anyone would have any
 objection to, like ISIS."

KOCHS AGAINST 'BACKDOORS' — Americans for Prosperity, the political arm of
billionaire brothers Charles and David Koch, came out against building
"backdoors" in data encryption. In an op-ed, David Barnes, the group's
policy manager, calls on Congress to pass the bipartisan Secure Data Act,
 H.R.5823, which would prohibit federal agencies or courts from forcing
tech companies to build backdoors into encrypted devices or services.

An Australian teen who hacked into Apple's internal network
 got caught with a folder labeled "hacky hack hack."

STARKS, T. , a POLITICO REPORTER


******************* MOTION TO CALL A WITNESS ******************************

                  WITNESS

                  Sen. Ted Cruz grilled Zuckerberg on a number of issues
                  related to censorship and political bias.

*******************************************************

ZUCKERBERG IN DISCUSSION WITH SENATOR TED CRUZ ( TEXAS)
*******************************************************
```

Here is the full transcript :


**CRUZ:** Thank you, Mr. Chairman. Mr. Zuckerberg, welcome. Thank you for being
here. Mr. Zuckerberg, does Facebook consider itself a neutral public forum?


**ZUCKERBERG:** Senator, we consider ourselves to be a platform for all ideas.

SOUTHERN DISTRICT NEW YORK (" SDNY ")  FEDERAL COURT

*** NOT YET FILED AND DOCKETED AS OF 24 AUG 2022 (" CLAIM EIGHT " ) ORIGINALLY 17.08.2022 ***

CRUZ: Let me ask the question again. Does Facebook consider itself to be a neutral public forum? And representatives of your company have given conflicting answers on this. Are you a first amendment speaker expressing your views, or are you a neutral public forum allowing everyone to speak?

ZUCKERBERG: Senator, here's how we think about this. I don't believe that — uh — there's certain content that we clearly do not allow — hate speech, terrorist content, nudity, anything that makes people feel unsafe in the community. From that perspective, that's why we generally try to refer to what we do as a platform for all ideas.

CRUZ: Let me try — just 'cause the time is constrained. It's just a simple question. The predicate Section 230 immunity under the CDA is that you are a 'neutral public forum'. Do you consider yourself a 'neutral public forum', or are you engaged in political speech, which is your right under the First Amendment?

ZUCKERBERG: Well, Senator, our goal is certainly not to engage in political speech. I am not familiar with the specific legal language of the law that you speak to, so I would need to follow up with you on that. I am just trying to lay out how broadly I think about this.

CRUZ: Well, Mr. Zuckerberg, I will say that there are a great many Americans who I think are deeply concerned that Facebook and other tech companies are engaged in a pervasive pattern of bias and political censorship. There have been numerous instances with Facebook. In May of 2016, Gizmodo reported that Facebook had purposefully and routinely suppressed conservative stories from Trending News — including stories about CPAC, including stories about Mitt Romney, including stores about the Lois Lerner-IRS scandal, including stories about Glenn Beck. In addition to that, Facebook has initially shut down the Chick-Fil-A Appreciation Day page, has blocked a post of a Fox News reporter, has blocked over two dozen Catholic pages, and most recently, blocked Trump-supporters Diamond and Silk's page with 1.2 million Facebook followers after determining their content and brand were 'unsafe to the community'. To a

## SOUTHERN DISTRICT NEW YORK (" SDNY ")  FEDERAL COURT

*** NOT YET FILED AND DOCKETED AS OF 24 AUG 2022 (" CLAIM EIGHT " ) ORIGINALLY 17.08.2022 ***

great many Americans that appears to be a pervasive pattern of political bias. Do you agree with that?

**ZUCKERBERG:** Senator, let me say a few things about this. First, I understand where that concern is coming from because Facebook and the tech industry are located in Silicon Valley, which is an extremely left-leaning place. And this is actually a concern that I have and that I try to route out of the company — is making sure that we don't have any bias in the work that we do. And I think it is a fair concern that people would at least wonder about.

**CRUZ:** Now, let me ask this question. Are you aware of any ad or page that has been taken down from Planned Parenthood?

**ZUCKERBERG:** Senator, I am not, but let me just finish —

**CRUZ:** How about Moveon.org?

**ZUCKERBERG:** Sorry?

**CRUZ:** How about Moveon.org?

**ZUCKERBERG:** I am not specifically aware of those cases.

**CRUZ:** How about any Democratic candidate for office?

**ZUCKERBERG:** I am not specifically aware. I mean, I'm not sure.

**CRUZ:** In your testimony, you say that you have 15 to 20 thousand people working on security and content review. Do you know the political orientation of those 15 to 20 thousand people engaged in content review?

## SOUTHERN DISTRICT NEW YORK (" SDNY ")   FEDERAL COURT

*** NOT YET FILED AND DOCKETED AS OF 24 AUG 2022 (" CLAIM EIGHT " ) ORIGINALLY 17.08.2022   ***

**ZUCKERBERG:** No, Senator, we do not generally ask people about their political orientation when they are joining the company.

**CRUZ:** So, as CEO have you ever made hiring or firing decisions based on political positions or what candidates they supported?

**ZUCKERBERG:** No.

**CRUZ:** Why was Palmer Luckey fired?

**ZUCKERBERG:** That is a specific personnel matter that seems like it would be inappropriate to speak to here.

**CRUZ:** You just made specific representation that you didn't make decisions based on political views, is that accurate?

**ZUCKERBERG:** I can commit that that was not because of a political view.

**CRUZ:** Do you know of those 15 to 20 thousand people engaged in content review, how many if any had ever financially supported a Republican candidate for office?

**ZUCKERBERG:** Senator, I do not know that.

CRUZ: Your testimony says, '*It is not enough that we just connect people. We have to make sure that those connections are positive.*' It says, '*We have to make sure that people aren't using their voice to hurt people or spread misinformation. We have a responsibility not just to make tools, but to make sure that those tools are used for good.*' Mr. Zuckerberg, do you feel it is your responsibility to assess users whether they are good and positive connections, or ones that those 15 to 20 thousand people deem unacceptable or deplorable?

**ZUCKERBERG:** Senator, are you asking about me, personally?

## SOUTHERN DISTRICT NEW YORK (" SDNY ")   FEDERAL COURT

*** NOT YET FILED AND DOCKETED AS OF 24 AUG 2022 (" CLAIM EIGHT " ) ORIGINALLY 17.08.2022  ***

**CRUZ:** Facebook.

**ZUCKERBERG:** Senator, I think that there are a number of things that we all agree are clearly bad — foreign interference in our elections, terrorism, self-harm, those are things —

**CRUZ:** I'm talking about censorship.

**ZUCKERBERG:** Oh, well, I think that you would probably agree that we should remove terrorist propaganda from the service. So, that — I agree I think is clearly bad activity that we want to get down. And we're generally proud of how well we do with that. Now, what I can say, and I want to get this in before the end, here, is that I am very committed to making sure that Facebook is a platform for all ideas. That is a very important founding principle of what we do, and we're proud of the discourse and the different ideas that people can share on the service, and that is something that as long as I am running the company I'm going to be committed to making sure is the case.

**CRUZ:** Thank you.


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


/s/        HOLIDAY OLJII ANNA PEDOTTI         Suffix : II

[     eSIGNATURE CERTIFIED    ]

SOUTHERN DISTRICT NEW YORK (" SDNY ")   FEDERAL COURT

*** NOT YET FILED AND DOCKETED AS OF 24 AUG 2022 (" CLAIM EIGHT " ) ORIGINALLY 17.08.2022 ***

Zuckerberg Backtracking About Special Counsel Cooperation
Mark Zuckerberg confirms that special counsel Robert Mueller's team has
interviewed Facebook's staff about Russian meddling in the 2016 presidential
election https://t.co/PVGk2UXucM pic.twitter.com/4TPN2zJRdY

— CNN Breaking News (@cnnbrk) April 10, 2018

Sen. Patrick Leahy asked Zuckerberg if Facebook had been subpoenaed by Special
Counsel Robert Mueller's office, and if employees had been interviewed.
Zuckerberg replied affirmative



SOUTHERN DISTRICT NEW YORK (" SDNY ")   FEDERAL COURT

*** NOT YET FILED AND DOCKETED AS OF 24 AUG 2022 (" CLAIM EIGHT " ) ORIGINALLY 17.08.2022 ***



SOUTHERN DISTRICT NEW YORK (" SDNY ")   FEDERAL COURT

*** NOT YET FILED AND DOCKETED AS OF 24 AUG 2022 (" CLAIM EIGHT " ) ORIGINALLY 17.08.2022 ***





*********** THE PSYOP BLACK KNIGHT EMBLEM     IS PLAINTIFF  UNCLE'S PROFILE
DEFENDANT J.T. BAER  1:22-cv-06199-UA  ( DEFENDANT first appears SDNY
                     GENETIC HARVESTING AND MEDICAL MALPRACTICE) *****

## SOUTHERN DISTRICT NEW YORK (" SDNY ")   FEDERAL COURT

*** NOT YET FILED AND DOCKETED AS OF 24 AUG 2022 (" CLAIM EIGHT " ) ORIGINALLY 17.08.2022 ***

*********** EXHIBIT AX0005 ***********

UNITED STATES GOVERNMENT ACCOUNTABILITY OFFICE (GOA)

REPORT TO THE COMMITTEE ON SCIENCE, SPACE AND TECHNOLOGY

HOUSE OF REPRESENTATIVES


TECHNOLOGY ASSESSMENT : ARTIFICIAL INTELLIGENCE
        Emerging Opportunities, Challenges and Implications

HIGHLIGHTS OF A FORUM
Convened by Comptroller General of the United States

MARCH 2018

DOCUMENT NUMBER            GAO-18-142SP

    Held on 6 and 7 JULY 2017 in WASHINGTON, D.C.

    CONTACT : TIMOTHY M. PERSONS      202.512.6412   PERSONST@GAO.GOV
              JAMES-CHRISTIAN BLOCKWOOD      202.512.2639
                                     BLOCKWOODJC@GAO.GOV



 *********** UNITED STATES GOVERNMENT ACCOUNTABILITY OFFICE ***********




    [ ANNOTATED BELOW BY PLAINTIFF-PROSECUTION ]

SOUTHERN DISTRICT NEW YORK ( "SDNY")                FEDERAL COURT

\*\*\*\*\*\*\*\*\*\* EXHIBIT AX0005 \*\*\*\*\*\*\*\*\*\*

In unsupervised machine learning, no labels are given to the inputs, leaving the algorithm to identify structure in the inputs, for example, by clustering similar data. In other words, unsupervised learning is based on grouping like things without a preconceived idea of what to expect. In semisupervised learning, the machine-learning algorithm is provided some data that are labeled with answers and other data that are not labeled. The algorithm then uses the labeled data to determine the pattern and apply labels to the remaining data. Semisupervised learning can be useful in circumstances where there are too many data to be labeled. Deep neural networks, a subset of machine-learning algorithms, have been trained to classify images, detect objects, identify people from faces, generate text from speech, translate natural languages, and many other tasks. There is some adaptability of deep neural networks for solving adjacent problems, using a technique known as transfer learning. For example, transfer learning was successfully applied from **general image recognition to the specific medical-imaging case of diagnosing diabetic eye disease**. By initializing the deep neural network on general image recognition cases, fewer medical-image samples were required for training with performance matching that of human specialists. Such transfer learning may reduce the time and associated cost to apply deep neural networks to adjacent domains.

\*\*\*\*\*\*\*\*\*

In terms of benefits, forum participants said AI may (1) improve economic outcomes and increase levels of productivity, (2) improve or augment human decision making, and (3) provide valuable insights into complex and pressing problems. Participants also stressed that there may be benefits related to AI that cannot yet be predicted or may even be hard to imagine. In terms of challenges, the participants highlighted several that will eventually need to be addressed.

Such challenges include
(1) collecting and sharing the data that are needed to train AI,
(2) accessing adequate computing resources and requisite human capital,
(3) ***ensuring laws and regulations governing AI are adequate and that the use of AI does not infringe on civil liberties***, and
(4) developing an ethical framework to govern the use of AI and ensuring the actions and decisions of AI systems can be adequately explained and accepted by those who interact with such systems. Actions to address these challenges could be taken by government, private industry or other nongovernmental actors, or public–private partnerships.

\*\*\*\*\*\*\*\*\*

## Improved or augmented human decision making.

PLAINTIFF                ( THIS IS A HEALTH RELATED QUESTION ):

WHAT CHEMICAL COMPOSITION IS ADDED TO A HUMAN PHYSIOLOGICAL
SYSTEM THAT WOULD AFFECT THEIR DECISION MAKING SPECIFICALLY ?

\*\*\*\*\*\*\*\*\*\* EXHIBIT AX0005 \*\*\*\*\*\*\*\*\*\*

**SOUTHERN DISTRICT NEW YORK ( "SDNY")**          **FEDERAL COURT**

AI can be used to gather an enormous amount of data and information from multiple locations, characterize the normal operation of a system, and detect abnormalities, much faster than humans can. According to one forum participant, AI is an appropriate technology for the cybersecurity sector because the cyber systems used to provide security generate a vast amount of data, and AI can be used to help determine what are normal conditions and what is abnormal.

*********

One participant stated specifically that machine learning could be used to help establish a potential consumer's identity, which is required before they can gain access to banking and credit. Establishing identities for this purpose is especially difficult in some parts of the world, though there is now a massive change underway to collect data for the purposes of identification. For example, over a billion people in India have had their biometrics collected and are participating in the economy through biometric identification.

<span style="color:red">SEE ELECTROMAGNETIC TORTURE U.N.  GENERAL ASSEMBLY 2019-2020
REGARDING REPORTS OF E.M.T. IN INDIA

NOTE :     PLAINTIFF *HAS* A BANK ACCOUNT. ANY REPORTS OTHERWISE ARE PSYOP.</span>

*********

 For example, according to one forum participant, university researchers in the United States have successfully used AI to harness the power of social networks to more effectively spread information on preventing the transmission of HIV among homeless youth. More specifically, the researchers collaborated with social workers to better understand the real-life networks that have developed among the more than 6,000 homeless youth in Los Angeles. They then used an algorithm to recruit youths to serve as "peer leaders" and receive training on preventing HIV. What they found was that the youths selected by the algorithm were far more likely than the youths who were considered most popular to spread the information they received.

<span style="color:red">HAVE THE YOUTH BEEN INFORMED AND HOW WERE THEY SELECTED?

WHO ARE THE GUARDIANS AND WHERE ARE THEY TODAY?</span>

*********

***This same participant noted that AI could be used to enhance body imaging during surgery and facilitate personalized medical care through genome profiling.***

*********

This participant noted that in the United States there are five federal agencies that directly supervise depository institutions, in addition to 50 state regulators and other federal agencies that are involved to

<span style="color:red">*********** EXHIBIT AX0005 ***********</span>

SOUTHERN DISTRICT NEW YORK ( "SDNY")                    FEDERAL COURT

some extent. These institutions are, in turn, oftentimes reluctant to enter new sectors or markets because they do not always have a clear picture of how they will be regulated and by whom.

WHO ARE THE FIVE AGENCIES WITH DEPOSITORY ACCESS AND WHO HAS
                PERMISSIONS TO VIEW AND/OR EDIT ?


*********

When data are directly tied to autonomous systems or **robots that interact with humans, the threats posed by messy or hacked data are exacerbated, according to one participant. This participant said that, for example, automated vehicles, security systems, and weapons systems that depend on AI could all be easily sabotaged to cause harm**. This participant further emphasized that as human decision-makers increasingly rely on AI to make decisions on their behalf, immediate data veracity and integrity becomes ever more important, especially in financial markets and in the legal system. In addition, we heard from the forum participants that private companies may be unwilling to share their data because they do not want to expose the details of their proprietary technologies or intellectual property. They are also concerned about hacking as more and more things come under control by AI.


According to one participant, it is not uncommon for large companies to buy smaller companies just to get access to their human capital.

        EXAMPLE : JEFF BEZOS BOUGHT THE MAGAZINE I WAS A 10% OWNER OF
SINCE 2017          -  DEFENDANT : R.J.I.         1:22-CV-06222-UA
-        AND APPARENTLY HAS BEEN CLAIMING THAT BY OWNERSHIP OF THIS
SMALL PUBLICATION, BEZOS ATTEMPTS TO STATE THAT I HAVE NO ACCESS TO MY
OWN HUMAN LIFE
            ( "HUMAN LIFE " )  :
        PHYSICAL SYSTEM,
        PERSONALITY EITHER NATURAL OR AS AN ¨¨ ALGORITHM ¨¨
REPRESENTATION OR ITERATION
        ACADEMIC STUDIES AND KNOWLEDGE / PASSION FOR ART ,
        PERSONAL RELATIONSHIPS AND DESIRE FOR LOVE / ROMANCE / FAMILY
UNLESS THEY ARE INVOLVING A SOLE INDIVIDUAL WHOM I HAVE FILED CRIMINAL
CHARGES AGAINST FOR RAPE, STRANGULATION, MURDER (PREMEDITATED MURDER )
, RESTRAINING ORDERS ,  et cetera.
        FACIAL EXPRESSIONS
        FACIAL BONE STRUCTURE ,
        BODILY BONE STRUCTURE ,
        OCULAR PRIVACY,
 AND
        OTHER PHYSIOLOGICAL SYSTEMS STRUCTURE
        OR ASPECTS OF MY LIFE AND PERSONALITY THAT ARE
        NOTABLY MISSING FOR NEARLY ONE YEAR NOW


        *********** EXHIBIT AX0005 ***********

**SOUTHERN DISTRICT NEW YORK ( "SDNY")**           **FEDERAL COURT**

Further note : BEZOS IS PART OF MY SOCIAL CIRCLE IN TWO POINTS :
MARINA WHO TOOK A HELICOPTER WITH HIM JUST PRIOR TO AN EVENT I HELPED
CURATE AT THE NATIONAL ARTS CLUB ON GRAMERCY PARK IN OCTOBER 2021 ,
AND GAYLORD BOIVRESSE WHO MAINTAINS COMMUNICATION WITH HIM BY
OWNERSHIP OF THE BEVERLY HILLS VINEYARD PROPERTY WHERE I CURATED AN
ART EXHIBITION AND VISITED WITH ARTISTS :   ANDRE SARAIVA AND RETNA  (
TWO OF THE MOST WELL KNOWN CONTEMPORARY ARTISTS OF THIS DECADE AND
PRIOR ) .

I ONCE SENT J.T.BAER AN ARTICLE COMPLEMENTING THE OWNERSHIP STRUCTURE
OF THE PIECE OF REAL ESTATE : THE BEVERLY HILLS VINEYARD ; ON THE SAME
STREET THAT I RESIDED FOR AT LEAST SIX (6) MONTHS IN BEVERLY CREST -
BEVERLY HILLS , WHEN MY MOTHER AUDREY CAROLINE BAER WAS DIAGNOSED WITH
CANCER, AND CHRISTINA ANDERSON MACDONALD , WHO INTRODUCED ME TO
ATTORNEY R, HAD THROWN A BELLIGERENT PARTY IN MY ABSENCE AND GOT ME
EVICTED FROM MY OWN CORNER-STUDIO APARTMENT IN DOWNTOWN LOS ANGELES IN
MY ABSENCE, WHILE I LET HER STAY FOR ONE MONTH FREE OF CHARGE WHEN SHE
WAS STRUGGLING IN NEW YORK CITY.

I DID INFORM ANOTHER CONNECTED PARTY OF MY POLICY REGARDING THE RUBLE
AND THE REMINI (YUAN ) IN THE MONTHS FOLLOWING THE INVASION OF THE
UKRAINE AND THE WAR FOLLOWING 24 FEBRUARY 2022 :

******************** MOTION TO CALL A WITNESS    *****************

WITNESS : VICTORINO NOVAL

*********

 For example, <u>deploying AI requires contractual agreements</u> with
the users of the AI, according to one participant, and contracts
fall under state law, which could be an issue when state laws
create rights through contracts that are not protected
                        by the federal government.

*********       REGARDING NEURAL NETWORKS IN A.I. ************

*********** EXHIBIT AX0005 ***********

## Machine-Learning Systems Are Credited with Recent Advances in AI

supervision. This approach was used to train an algorithm to win 49 Atari videogames in 2015.

Advances in machine learning in recent years have resulted in systems that are now capable of outperforming humans at some specific tasks. In supervised machine learning, an algorithm is presented data to which labels (or answers) have been assigned. The algorithm then uses the labeled data to identify logical patterns that predict a specified answer to a problem. After a pattern is identified, it can be used to apply to similar problems. In unsupervised machine learning, no labels are given to the inputs, leaving the algorithm to identify structure in the inputs, for example, by clustering similar data. In other words, unsupervised learning is based on grouping like things without a preconceived idea of what to expect. In semisupervised learning, the machine-learning algorithm is provided some data that are labeled with answers and other data that are not labeled. The algorithm then uses the labeled data to determine the pattern and apply labels to the remaining data. Semisupervised learning can be useful in circumstances where there are too many data to be labeled.

Deep neural networks, a subset of machine-learning algorithms, have been trained to classify images, detect objects, identify people from faces, generate text from speech, translate natural languages, and many other tasks. There is some adaptability of deep neural networks for solving

********** EXHIBIT AX0005 **********