

**Prinçeska   Oljiiana Pedotti**

VKIKI@PROTONMAIL.COM

119 ELIZABETH STREET
NEW YORK, NEW YORK 10013
VoIP +1(352) 535-0292

[ 13 SEPTEMBER 2022 ]

HON. JUDGE SWAIN
PRO SE, ROOM 105
THURGOOD MARSHALL COURT OF LAW
40 FOLEY SQUARE
NEW YORK  NEW YORK    10007

**Copacabana ( RJ ) , BRASIL**   to    New York City ( NY ) , USA and Washington ( DC ) , USA

[ INJUNCTION A-01 ]

Reference :     Injunctive Relief  U. S. Securities Exchange Commission v. MUSK, ELON
Docket  No. 22-01291 (dft: MUSK)  | 1:22-cv-06220-UA (dft : MUSK) ;  1:22-cv-07695-LTS (dft : MUSK)
( dft : MUSK ) Originating Court Information: District: 0208-1 : 18-cv-8865 Trial Judge: Lewis J. Liman, U.S. District Judge

## Hon. Judge LAURA SWAIN :

In regards to EFC No. 8 ; filed by Mr. ALEX SPIRO / QUINN EMMANUEL on behalf of MUSK, ELON on 29 JUNE 2022 filing for a Certificate of No Transcript in CASE No. 22-01291 Appeal v. The U.S. Securities and Exchange Commission ;

I HEREBY REQUEST an INJUNCTION and that , with Due Cause, REQUEST THAT AN OFFICIAL TRANSCRIPT IS RECORDED AND "UNSEALED" (ON PUBLIC RECORD), FILED ON PACER SYSTEM(s) and at the 3RD FLOOR PRESS ROOM AT 500 PEARL in order to accurately maintain FINANCIAL RECORDS of THE FEDERAL COURTS SYSTEM on behalf of
The PEOPLE    of  THE  UNITED  STATES  of  AMERICA .

In consideration that MUSK, ELON and his interest/investment doing business as SpaceX / Fidelity serve a Military function ; and DEFENDANT referenced in Case No. 0208-1 : 18-cv-8865 - a case that relates to the Financial Value of such ownership shares - is also CEO of DEFENDANT Companies in 1:22-cv-06220-UA and 1:22-cv-07695-LTS . DEFENDANT's interest/investment in the company(s) doing business as NEURALINK ( , *et al.* NEURALINK: also known as " STARLINK " ) also serve Military function/s -and- insofar as Probated Occurrences described therein are Materially Damaging the Health, Safety, Reputation, Diplomatic Trajectory and (it may be inferred) Life Expectancy of PLAINTIFF of such cases  - and - PLAINTIFF is a Civilian who is currently requesting Mandatory Restitution & Disgorgements in the Legally Standardized form of FEDERAL LIENS as well as Compensatory & Punitive Damages in Related Cases,  Public Knowledge is key.

*All my best,*

/s/ **HOLIDAY OLJII ANNA PEDOTTI  Suffix : II**

Öljiiana      **Heiress of Pedotti**