U.S. DISTRICT COURT          SOUTHERN DISTRICT OF NEW YORK

```
16 SEP 2022

               [ MOTION TO AMEND ]          CASE No. 1:22-cv-06220-UA
                                            CASE No. 1:22-cv-07695-LTS

     HON LAURA SWAIN
     THURGOOD MARSHALL COURT OF LAW
     40 FOLEY SQUARE
     NEW YORK  NEW YORK     10007


********************************************************************

PLAINTIFF : HOLIDAY OLJII ANNA PEDOTTI  Suffix: II

DEFENDANTS : The ERIC A. JOHNSON SURVIVOR TRUST ;
RANCHO LA VINA and members : J.BAER, I.BAER, S.BAER, T. SOCCI, R.SOCCI,
E.JOHNSON and all others,


********************************************************************


               CONTAINED  :



EVIDENCE OF FINANCIAL OBSTRUCTION (dft) RANCHO LA VINA and its
Accounting Firm based in LOMPOC, CALIFORNIA. LOMPOC IS THE SAME CITY
AS VANDENBERG AFB and PLAINTIFF MATERIALLY OWNS MINERAL RIGHTS IN
LOMPOC, CALIFORNIA.

The ANNUAL FINANCIAL DOCUMENTS REGISTERED INCLUDE A COVER LETTER FROM
OUR LOMPOC-BASED ACCOUNTING FIRM THAT, IN THE FINAL SENTENCE STATES :
         " – For those that know."
      or phraseology similar to this.
This information is registered under the GMAIL ACCOUNT :  <<
HANNAHFAYEJOHNSON @ GMAIL . COM >> .

THROUGHOUT AND IN THE VICINITY OF VANDENBERG AIR FORCE BASE IS A
SATELLITE ANTI-CELLULAR RADIO CLOUD THAT SPREADS APPROXIMATELY 100
SQUARE MILES AT THE WESTERN POINT OF THE UNITED STATES WHERE SPACEX
AND NASA LAUNCH FROM :            IN LOMPOC, CALIFORNIA.

THE BELOW COMMUNICATIONS WITH BOARD MANAGEMENT OF RANCHO LA VINA,
WHICH PLAINTIFF IS A MEMBER-SHAREHOLDER OF THIS BLOODLINE-BASED FAMILY
CORPORATION FOUNDED BY THE COOPER-HOLLISTER PARTNERSHIP AND PATENTED
THROUGH EL PALACIO REAL DE MADRID'S LAND GRANT SYSTEM ;  IS IN REGARDS
```

U.S. DISTRICT COURT            SOUTHERN DISTRICT of NEW YORK

TO A NEARLY 3.000 ACRE VINEYARD WHERE THE PLAINTIFF'S MOTHERS ASHES LAY AMONGST FIVE GENERATIONS ON THE ORIGINAL SANTA ROSA LAND GRANT, ON SANTA ROSA ROAD.

(dft) JOSE T. BAER IN HIS CAPACITANCE AS PRESIDENT HAS, SINCE THE SPREADING OF SUCH ASHES INTO THE MINERALS OF THIS LAND, TURNED THE PROPERTY INTO A MARIJUANA PLANTATION.


FURTHERMORE, in PLAINTIFF's FORMER CAPACITANCE AS CORPORATE SECRETARY OF THE BOARD OF DIRECTORS OF RANCHO LA VINA, PLAINTIFF REQUESTS A SUBPOENA ISSUED OF THE  The ERIC A. JOHNSON SURVIVOR TRUST TAX DOCUMENTS AND ITS COMPLIANCE TO THE THEREIN REFERENCED OWNERSHIP SHARES THAT WERE TRANSFERRED TO PLAINTIFF IN THE YEARS FOLLOWING THE DEATH OF PLAINTIFF'S MOTHER AUDREY BAER, AS REFERENCED IN THE ERIC A. JOHNSON and AUDREY B. JOHNSON JOINT LIVING TRUST PAPERWORK, UNDER WHICH PLAINTIFF IS ENTITLED TO SUCH INFORMATION. WHILE PLAINTIFF WAS SECRETARY OF THE BOARD, SUCH SHARES SHOULD HAVE :

    (1) BEEN SEPARATED INTO TWO TRUSTS
    (2) BEEN ISSUED A NEW TAX-ID NUMBER
        within the SIX (6) MONTHS FOLLOWING THE PASSING OF AUDREY CAROLINA BAER JOHNSON ; and they were not.

    THEREFORE, in her LEGAL CAPACITANCE AS CORPORATE SECRETARY OF THE BOARD, PLAINTIFF TRANSFERRED SUCH SHARES INTO HER NAME IN ABSENCE OF A CORRECT AND CURRENT TAX-ID NUMBER AND UNDER THE BY-LAWS OF SUCH CORPORATION :

    NOTHING PREVENTS A TRUE COOPER BY BLOOD FROM OBTAINING OWNERSHIP RIGHTS TO SUCH SHARES  : EXPANDING HER PERCENTAGE-BASED OWNERSHIP OF SUCH AFOREMENTIONED MINERAL RIGHTS WITHIN SAID CORPORATION.

    THIS TRANSFERENCE IS NOT REFLECTED IN COMMUNICATIONS BETWEEN PLAINTIFF AND MANAGEMENT, WHICH HAS CONSOLIDATED THE ROLE OF MANAGER INTO THE ROLE OF CORPORATE SECRETARY INTO ONE, AFTER THE TWO PERSONS LISTED ON THE BELOW EXHIBIT ******** EXHIBIT RLV000 ********* DID MATERIALLY ATTEMPT TO PUT LIVE WEAPONS INTO THE FAMILY RETREAT << THE BAER HOUSE >> INTO THE SAME "GUN SAFE" PREVIOUSLY REFERENCED, WHERE THEY COLLUDED TO ATTEMPT TO COERCE PLAINTIFF TO STORE HER CORPORATE SECRETARY DOCUMENTS.

    THESE ACTIONS LED TO PLAINTIFF'S RESIGNATION AS CORPORATE SECRETARY.

    THE CURRENT CORPORATE SECRETARY, DORENE MILLER, IS ALSO THE RECEPTIONIST AND NOT A BLOOD RELATIVE OF THE SHAREHOLDERS. SHE DOES NOT HOLD THE PREREQUISITE KNOWLEDGE TO ACT AS CORPORATE SECRETARY.

        /s/HOLIDAY OLJII ANNA PEDOTTI  Suffix: II



U.S. DISTRICT COURT	SOUTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\* EXHIBIT RLV000 \*\*\*\*\*\*\*\*\*\*\*\*\*

☦ PEDOTTI 3	/s/ HOLIDAY OLJII ANNA PEDOTTI  Suffix: II	SEP 2022



Holiday Oljii Anna Pedotti , II <hannapedotti@gmail.com>

## ********ACCOUNTING*************** Name Change Stock Transfer and Total Value
1 message

**Holiday Oljii Anna Pedotti , II** <hannapedotti@gmail.com>  Wed, Aug 31, 2022 at 10:33 PM
To: dorenemiller@verizon.net
Cc: jtbaer@rancholavina.com

It would be wonderful if you could put me in touch with the Accountants directly.

All my best,

Oljiiana

On Wed, Aug 31, 2022 at 10:31 PM Holiday Oljii Anna Pedotti , II <hannapedotti@gmail.com> wrote:
> Hello,
>
> Can you please have someone break down the equations to get to that price?
>
> Are you saying the total value of RLV is  USD  199.000 ?
>
> As of 2020 my shares were worth at least  USD  6.000 -- LESS THE REAL ESTATE VALUES , WHICH HAD YET TO BE ACCOUNTED FOR --  and according to my K-1s the asset is worth USD 50.000 ;
>
> According to your email, this would make the shares worth approximately USD   1.900 , which is (1) a major discrepancy and (2) the opposite of
> the trend in dividends ; and furthermore (3) I requested the valuation to be determined as of EOY 2022 to account for the uptrend in pricing.
>
> To summarize, this has **not** been helpful and I look forward to a clearly communicated VALUATION and request that this be itemized for the
> next Board Meeting(s) until it is clarified.
>
>
> Kindly,
>
> Holiday Oljii Anna Pedotti, II
>
> On Wed, Aug 31, 2022 at 8:15 PM <dorenemiller@verizon.net> wrote:
>> Good afternoon.
>>
>>
>> Please see the attached.  You can use the Share Transfer Form also for name change purposes.  Please include the certificate number and # of shares under Grantor Information (currently:  Hannah F. Johnson,  45 shares,  Cert# 2749).
>>
>>
>> In terms of shareholder Equity on the books, the Balance Sheet shows common stock of $199,245.47 and 7500 shares outstanding as of 12-31-2021. There is also a detailed process in the bylaws which describes how to value shares in the event a shareholder wishes to sell their shares back to the Corporation, etc.
>>
>>
>> Hope that is helpful.
>>
>>
>> Take care,

Dorene

---

**From:** Holiday Oljii Anna Pedotti , II <hannapedotti@gmail.com>
**Sent:** Wednesday, August 31, 2022 7:42 AM
**To:** dorene@rancholavina.com
**Cc:** jtbaer@rancholavina.com
**Subject:** Name Change Stock Transfer and Total Value

Good morning Dorene,

Can you please inform me where we are in the process of transferring the stock into my new name and also the total value of the stock itself? Based on EOY projections.

Many thanks,

Oljiiana

352.535.0292[intl]

## Accounting Firm Contact Information    Inbox ×



**Holiday Oljii Anna Pedotti , II**    Mon, Sep 5, 7:33 PM (11 days ago)
Hope you enjoyed your weekend. Following up on this, Thank you. Oljiiana



**dorenemiller@verizon.net**    Wed, Sep 7, 4:50 PM (9 days ago)
Thank you. You as well. I forwarded your request to the Board. They should follow up with you directly. Take care,



**Holiday Oljii Anna Pedotti , II** <hannapedotti@gmail.com>    Wed, Sep 14, 5:27 PM (2 days ago)
to dorenemiller, dorene, jtbaer

Hello,

No updates.

As a shareholder I am entitled to communicate with the Accounting Firm of the Corporation of
which I am a member.
Can you forward me that email please or add me to the conversation?
I do not know who is on the board or maintain communication with any of those individuals at this time.

Thank you Dorene.

Reply    Reply all    Forward