U.S. DISTRICT COURT                SOUTHERN DISTRICT OF NEW YORK


16 SEP 2022


               [ MOTION TO AMEND ]        CASE No. 1:22-cv-06220-UA
                                                      CASE No. 1:22-cv-07695-LTS

HON LAURA SWAIN
THURGOOD MARSHALL COURT OF LAW
40 FOLEY SQUARE
NEW YORK  NEW YORK      10007


*********************************************************************

PLAINTIFF : HOLIDAY OLJII ANNA PEDOTTI  Suffix: II
        v.
DEFENDANTS : The ERIC A. JOHNSON SURVIVOR TRUST ;
RANCHO LA VINA and members : J.BAER, I.BAER, S.BAER, T. SOCCI, R.SOCCI, E.JOHNSON and all other members ;

ELON MUSK and his Capacitance over SPACEX, NASA,

The U.S. Department of Defense

*********************************************************************

CONTAINED  : EVIDENCES OF FINANCIAL OBSTRUCTION, MEMORANDUM OF LAW

    EVIDENCE OF FINANCIAL OBSTRUCTION (dft) RANCHO LA VINA and its
    Accounting Firm based in LOMPOC, CALIFORNIA. LOMPOC IS THE SAME
    CITY AS VANDENBERG AFB and PLAINTIFF MATERIALLY OWNS MINERAL
    RIGHTS IN LOMPOC, CALIFORNIA.

    The ANNUAL FINANCIAL DOCUMENTS REGISTERED INCLUDE A COVER LETTER
    FROM OUR LOMPOC-BASED ACCOUNTING FIRM THAT, IN THE FINAL SENTENCE
    STATES :
        " – For those that know."
      or phraseology similar to this.
    This information is registered under the GMAIL ACCOUNT :  <<
    HANNAHFAYEJOHNSON @ GMAIL . COM >> .

    THROUGHOUT AND IN THE VICINITY OF VANDENBERG AIR FORCE BASE IS A
    SATELLITE ANTI-CELLULAR RADIO CLOUD THAT SPREADS APPROXIMATELY
    100 SQUARE MILES AT THE WESTERN POINT OF THE UNITED STATES WHERE
    SPACEX AND NASA LAUNCH FROM :          IN LOMPOC, CALIFORNIA.

THE BELOW COMMUNICATIONS WITH BOARD MANAGEMENT OF RANCHO LA VINA, WHICH PLAINTIFF IS A MEMBER-SHAREHOLDER OF THIS BLOODLINE-BASED FAMILY CORPORATION FOUNDED BY THE COOPER-HOLLISTER PARTNERSHIP AND PATENTED THROUGH EL PALACIO REAL DE MADRID'S LAND GRANT SYSTEM ;  IS IN REGARDS TO A NEARLY 3.000 ACRE VINEYARD WHERE THE PLAINTIFF'S MOTHERS ASHES LAY AMONGST FIVE GENERATIONS ON THE ORIGINAL SANTA ROSA LAND GRANT, ON SANTA ROSA ROAD.

(dft) JOSE T. BAER IN HIS CAPACITANCE AS PRESIDENT HAS, SINCE THE SPREADING OF SUCH ASHES INTO THE MINERALS OF THIS LAND, TURNED THE PROPERTY INTO A MARIJUANA PLANTATION.

DUE TO SUCH ACTIONS AND THE REMOVAL OF CENTURY OLD ACRES OF WALNUT ORCHARDS WITH ROOTS AT LEAST 40-FEET INTO THE EARTH ;

WHICH PLAINTIFF HAS HARVESTED WITH HER BARE HANDS

*PLAINTIFF HAS BEEN UNABLE TO BRING HERSELF TO RETURN TO THE PROPERTY CONTAINING HER BELOVED MOTHERS ASHES.*

**********************************************************************

    MEMORANDUM OF LAW

*********************************************************************


22 Pa. Code § 237.9 - Crimes involving moral turpitude

    (a) Definition. Moral turpitude includes the following:
    (1) That element of personal misconduct in the private and social duties which a person owes to his fellow human beings or to society in general, which characterizes the act done as an act of baseness, vileness or depravity, and contrary to the accepted and customary rule of right and duty between two human beings.

        STATE LAW Crimes Involving "Moral Turpitude" in California Law

DEFINED : Crimes Shocking The Conscience
            Crimes of moral turpitude are offenses involving
        serious fraud, deceit, lying, or "shock the conscience."

******************* ******************* ******************


        FURTHERMORE, in PLAINTIFF's FORMER CAPACITY AS CORPORATE
        SECRETARY OF THE BOARD OF DIRECTORS OF RANCHO LA VINA, PLAINTIFF

✝ U.S. DISTRICT COURT             SOUTHERN DISTRICT OF NEW YORK

REQUESTS A SUBPOENA ISSUED OF THE  The ERIC A. JOHNSON SURVIVOR
TRUST TAX DOCUMENTS AND ITS COMPLIANCE TO THE THEREIN REFERENCED
OWNERSHIP SHARES THAT WERE TRANSFERRED TO PLAINTIFF IN THE YEARS
FOLLOWING THE DEATH OF PLAINTIFF'S MOTHER AUDREY BAER, AS REFERENCED IN
THE ERIC A. JOHNSON and AUDREY B. JOHNSON JOINT LIVING TRUST PAPERWORK,
UNDER WHICH PLAINTIFF IS ENTITLED TO SUCH INFORMATION. WHILE PLAINTIFF
WAS SECRETARY OF THE BOARD,
SUCH SHARES SHOULD HAVE BEEN :

    (1) SEPARATED INTO TWO TRUST ENTITIES ;
    (2) ISSUED NEW TAX-ID NUMBER(S) within the SIX (6) MONTHS
        FOLLOWING THE PASSING OF AUDREY CAROLINA BAER JOHNSON ;
            and they were not.

    THEREFORE, in her LEGAL CAPACITANCE AS CORPORATE SECRETARY OF THE
BOARD, PLAINTIFF TRANSFERRED SUCH SHARES INTO HER NAME IN ABSENCE OF A
CORRECT AND CURRENT TAX-ID NUMBER AND UNDER THE BY-LAWS OF SUCH
CORPORATION :

    NOTHING PREVENTS A TRUE COOPER BY BLOOD FROM OBTAINING OWNERSHIP
RIGHTS TO SUCH SHARES  : EXPANDING HER PERCENTAGE-BASED OWNERSHIP OF
SUCH AFOREMENTIONED MINERAL RIGHTS WITHIN SAID CORPORATION.

    THIS TRANSFERENCE IS NOT REFLECTED IN COMMUNICATIONS BETWEEN
PLAINTIFF AND MANAGEMENT, WHICH HAS CONSOLIDATED THE ROLE OF MANAGER
INTO THE ROLE OF CORPORATE SECRETARY INTO ONE, AFTER THE TWO PERSONS
LISTED ON THE BELOW EXHIBIT ******** EXHIBIT RLV000 ********* DID
MATERIALLY ATTEMPT TO PUT LIVE WEAPONS INTO THE FAMILY RETREAT << THE
BAER HOUSE >> INTO THE SAME "GUN SAFE" PREVIOUSLY REFERENCED, WHERE THEY
COLLUDED TO ATTEMPT TO COERCE PLAINTIFF TO STORE HER CORPORATE SECRETARY
DOCUMENTS.

THESE ACTIONS LED TO PLAINTIFF'S RESIGNATION AS CORPORATE SECRETARY.

    THE CURRENT CORPORATE SECRETARY, DORENE MILLER, IS ALSO THE
RECEPTIONIST AND NOT A BLOOD RELATIVE OF THE SHAREHOLDERS. SHE
DOES NOT HOLD THE PREREQUISITE KNOWLEDGE TO ACT AS CORPORATE
SECRETARY.


        /s/HOLIDAY OLJII ANNA PEDOTTI  Suffix: II

U.S. DISTRICT COURT                SOUTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\* EXHIBIT RLV000 \*\*\*\*\*\*\*\*\*\*\*\*\*

☦ PEDOTTI 4            /s/ HOLIDAY OLJII ANNA PEDOTTI  Suffix: II            SEP 2022



Holiday Oljii Anna Pedotti , II <hannapedotti@gmail.com>

# ********ACCOUNTING*************** Name Change Stock Transfer and Total Value
1 message

**Holiday Oljii Anna Pedotti , II** <hannapedotti@gmail.com>                                   Wed, Aug 31, 2022 at 10:33 PM
To: dorenemiller@verizon.net
Cc: jtbaer@rancholavina.com

> It would be wonderful if you could put me in touch with the Accountants directly.
>
> All my best,
>
> Oljiiana
>
> On Wed, Aug 31, 2022 at 10:31 PM Holiday Oljii Anna Pedotti , II <hannapedotti@gmail.com> wrote:
>> Hello,
>>
>> Can you please have someone break down the equations to get to that price?
>>
>> Are you saying the total value of RLV is  USD  199.000 ?
>>
>> As of 2020 my shares were worth at least  USD  6.000 -- LESS THE REAL ESTATE VALUES , WHICH HAD YET TO BE ACCOUNTED FOR --  and according to my K-1s the asset is worth USD 50.000 ;
>>
>> According to your email, this would make the shares worth approximately USD   1.900 , which is (1) a major discrepancy and (2) the opposite of
>> the trend in dividends ; and furthermore (3) I requested the valuation to be determined as of EOY 2022 to account for the uptrend in pricing.
>>
>> To summarize, this has **not** been helpful and I look forward to a clearly communicated VALUATION and request that this be itemized for the
>> next Board Meeting(s) until it is clarified.
>>
>>
>> Kindly,
>>
>> Holiday Oljii Anna Pedotti, II
>>
>> On Wed, Aug 31, 2022 at 8:15 PM <dorenemiller@verizon.net> wrote:
>>> Good afternoon.
>>>
>>>
>>> Please see the attached.  You can use the Share Transfer Form also for name change purposes.  Please include the certificate number and # of shares under Grantor Information (currently:  Hannah F. Johnson,  45 shares,  Cert# 2749).
>>>
>>>
>>> In terms of shareholder Equity on the books, the Balance Sheet shows common stock of $199,245.47 and 7500 shares outstanding as of 12-31-2021. There is also a detailed process in the bylaws which describes how to value shares in the event a shareholder wishes to sell their shares back to the Corporation, etc.
>>>
>>>
>>> Hope that is helpful.
>>>
>>>
>>> Take care,

Dorene

**From:** Holiday Oljii Anna Pedotti , II <hannapedotti@gmail.com>
**Sent:** Wednesday, August 31, 2022 7:42 AM
**To:** dorene@rancholavina.com
**Cc:** jtbaer@rancholavina.com
**Subject:** Name Change Stock Transfer and Total Value

Good morning Dorene,

Can you please inform me where we are in the process of transferring the stock into my new name and also the total value of the stock itself? Based on EOY projections.

Many thanks,

Oljiiana

352.535.0292[intl]

## Accounting Firm Contact Information   Inbox ×


**Holiday Oljii Anna Pedotti , II**                                    Mon, Sep 5, 7:33 PM (11 days ago)
Hope you enjoyed your weekend. Following up on this, Thank you. Oljiiana


**dorenemiller@verizon.net**                                           Wed, Sep 7, 4:50 PM (9 days ago)
Thank you. You as well. I forwarded your request to the Board. They should follow up with you directly. Take care,


**Holiday Oljii Anna Pedotti , II** <hannapedotti@gmail.com>           Wed, Sep 14, 5:27 PM (2 days ago)
to dorenemiller, dorene, jtbaer

Hello,

No updates.

As a shareholder I am entitled to communicate with the Accounting Firm of the Corporation of
which I am a member.
Can you forward me that email please or add me to the conversation?
I do not know who is on the board or maintain communication with any of those individuals at this time.

Thank you Dorene.


Reply      Reply all      Forward