U.S. DISTRICT COURT          SOUTHERN DISTRICT OF NEW YORK
*** Trafficking in Persons ("TIP") ***

16 SEP 2022

        [ RESTITUTION ]      CASE No. 1:22-cv-06220-UA
                                  CASE No. 1:22-cv-06222-UA
                                  CASE No. 1:22-cv-06296-UA
                                  CASE No. 1:22-cv-06288-UA
                                      CASE No. 1:22-cv-07695-LTS

THURGOOD MARSHALL COURT OF LAW
40 FOLEY SQUARE
NEW YORK   NEW YORK        10007

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLAINTIFF : HOLIDAY OLJII ANNA PEDOTTI  Suffix: II
          v.
DEFENDANTS : Var.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONTAINED  : *EVIDENCES OF PLAINTIFF <u>REQUIREMENT</u> OF FINANCIAL*
             *INJUNCTIONS, RESTITUTION, IMMEDIATE*
             *DISGORGEMENTS AND FEDERAL RESTITUTION LIENS*

       KINDLY CONTACT THE U.S. EMBASSY IN BRAZIL. THEY HAVE THE
       ABILITY TO SET UP AN ACCOUNT FOR A U.S. CITIZEN TRAVELING
       ABROAD TO RECEIVE FUNDS. PLAINTIFF HAS ATTEMPTED TO DO THIS
       BEFORE WHEN SHE WAS PREGNANT AND UNIDENTIFIABLE IN ITALY,
       WHEN JOSE T. BAER REFUSED ASSISTANCE DESPITE THE U.S.
       EMBASSIES IN ITALY REQUESTING THAT HE (1) VERIFY MY IDENTITY
       AND (2) ASSIST ME IN A STATE OF DESTITUTION.

       PLAINTIFF HAS AN APPOINTMENT AT THE U.S. EMBASSY IN BRAZIL
       ON 28 SEPTEMBER 2022.

\*\*\*\*\*\*\*\*\*\*\*\*\*\* JEFFREY EPSTEIN'S TIP RING \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    RING X :       As previously described and evidenced
     in  << ONE OF EPSTEIN'S >>, a reference to
       Jeffrey Epstein , is a HUMAN TRAFFICKING RING.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

       IN BRAZIL, PLAINTIFF CONTINUES TO SUFFER ABUSE AND NEGLECT
       AND BE CONSTANTLY SUBJECT TO FALSE PROMISES AND SCENARIOS AT

U.S. DISTRICT COURT          SOUTHERN DISTRICT OF NEW YORK

*** Trafficking in Persons ("TIP") ***

THE HANDS OF HUMAN TRAFFICKERS.

BASED ON A SERIES OF OBJECTS PLACED OUTSIDE THE HOME WHERE I CURRENTLY RESIDE IN RIO DE JANEIRO, BRAZIL, I HYPOTHESIZE THAT MEMBERS OF RING X DO HAVE ACCESS TO (1) MY LOCATION AND (2) THE INDIVIDUALS WHOM I INTERACTED WITH IN CONNECTION WITH THE PERSONS MENTIONED IN WHATSAPP ****EXHIBIT TIP000**** BELOW.

THERE IS AN AMERICAN MAN PRESENT IN THIS RING OF PERSONS WHO IS 'FLUENT' IN 27 COMPUTER PROGRAMMING LANGUAGES AND HAS LIVED IN BRAZIL FOR 25 YEARS. THAT MAN LIVES IN THE SAME APARTMENT AS THE MAN BELOW WHO I REFERENCE ON MULTIPLE OCCASIONS AS "MALE 3".

THE AMERICAN MAN MENTIONED THAT HE SET UP THE DSL INTERNET SYSTEM IN BOTH BRAZIL AND IN RUSSIA, AND HAS LIVED IN MOSCOW.

THIS AMERICAN MAN ALSO MENTIONED HE HAS ACCESS TO ' HACK GOOGLE ' AND THAT HE HAS LIVED IN MOSCOW. HE IS FROM NEW ORLEANS AND HAS BEEN ARRESTED IN SAN DIEGO, CALIFORNIA PRIOR TO RELOCATING.

THE AMERICAN MAN REFERRED TO ME AS A << TESLA >> AND TOLD MALE 3 TO LOOK IT UP ON HIS TELEPHONE.

AFTER LOCKING ME IN A 1mx2m ROOM IN THE BASEMENT OF A NIGHTCLUB, WITH A KEY, TURNING OFF THE LIGHTS AND MALE 2 "BOSS" FORCING ME TO PREFORM SEXUAL ACTS, OTHERS INVOLVED SEEMINGLY HAD GONE THROUGH MY WALLET AND TAKEN MY CURRENT DRIVER'S LICENSE.

THEY BEGAN, THEREAFTER , WHEN I WAS 'BOOKED' BY ONE OF THEIR GROUP MEMBERS TO REFER TO ME AS HANNAH. THAT IS NOT MY NAME.

I HAVE NOT USED IT SOCIALLY IN OVER FIVE (5) YEARS AND CHANGED IT DURING THE COURSE OF THE D.E.W./ HUMAN EXPERIMENT IN ORDER TO PROVE AT MAXIMUM CAPACITY THE LACK OF INFORMED CONSENT.

FOR ALL THIS TIME I HAVE USED THE NAME ANA, UNTIL ONE OF THE MEMBERS OF RING X , (dft) CLAUDIA BURTON - WHO ALSO SLASHED OPEN THE COUCH IN MY RESIDENCE WITH A BUTCHER KNIFE AND A MULTITUDE OF DISAPPEARED BEDSHEETS, POOLS OF BLOOD APPEARANCE ; WHILE I WAS IN THE HOSPITAL FOLLOWING SEXUAL ASSAULT AND VIOLENT ATTACKS BY ATTORNEY R THAT TOOK PLACE IN CONNECTICUT THEREFORE OUTSIDE OF NYPD JURISDICTIONS BUT LANDED ME IN A DOMESTIC VIOLENCE SHELTER TEMPORARILY THROUGH SAFE HORIZONS ; THE SAME HOSPITAL VISIT THAT I REFUSED TO SPEAK TO J.T.BAER OR E.A.JOHNSON AND COINCIDED WITH THE UNUSUAL DEATH OF HASH HALPER - HAD STAGED A PERFORMANCE ART

```
PIECE WITH A BODY LINE AND POOLS OF RED PAINT TO LOOK LIKE BLOOD
WITH THE PHRASE

<< DONDE ESTA ANA ? >>

SPRAYPAINTED ACROSS A SIDEWALK IN LOWER MANHATTAN IN ORANGE NEON
PAINT NEXT TO A STAGED DEAD BODY HOLDING ROSES IN THE STREET.

RING X INTERCEPTED PRIVATE COMMUNICATIONS BY WHATSAPP , OWNED BY
(dft) INSTAGRAM/FACEBOOK'S CEO MARK ZUCKERBERG AND SOLD (dft)
ELISE TAYLOR  TO MY FORMER FIANCEE A UKRAINIAN MILITARY AGENT,
ALEX DANTE, PRIOR TO THE WAR IN THE UKRAINE - THEREAFTER WITNESS
E.VEGA , AN ATTORNEY IN MEXICO , INFORMED ME OF FURTHER USE OF MY
IDENTITY IN TIP INSTANCES WITH HIGH-PROFILE
INDIVIDUALS AND (dft) ELISE TAYLOR.
```

****************************************************

MEMORANDUM OF LAW

****************************************************

18 U.S. Code Chapter 77 - PEONAGE, SLAVERY, AND TRAFFICKING IN PERSONS

18 U.S. Code § 1593A - Benefitting financially from peonage, slavery, and trafficking in persons [ 1:22-cv-06222-UA :

> Whoever knowingly benefits, financially or by receiving anything of value, from participation in a venture which has engaged in any act in violation of this chapter, knowing or in reckless disregard of the fact that the venture has engaged in such violation, shall be fined under this title or imprisoned in the same manner as a completed violation of such section.
>
> (Added Pub. L. 110-457, title II, § 222(d)(1), Dec. 23, 2008, 122 Stat. 5070; amended Pub. L. 115-393, title III, § 303(c), Dec. 21, 2018, 132 Stat. 5273.)

18 U.S. Code § 1584 - Sale into involuntary servitude

> Whoever knowingly and willfully holds to involuntary servitude or sells into any condition of involuntary servitude, any other person for any term, or brings within the United States any person so held, shall be fined under this title or imprisoned not more than 20 years, or both. If death results from the violation of this section, or if the violation includes kidnapping or an

attempt to kidnap, *aggravated sexual abuse or the attempt to commit aggravated sexual abuse, or an attempt to kill*, the defendant shall be fined under this title or imprisoned for any term of years or life, or both.

(b) Whoever obstructs, attempts to obstruct, or in any way interferes with or prevents the enforcement of this section, shall be subject to the penalties described in subsection (a).

(June 25, 1948, ch. 645, 62 Stat. 773; Pub. L. 103-322, title XXXIII, § 330016(1)(K), Sept. 13, 1994, 108 Stat. 2147; Pub. L. 104-208, div. C, title II, § 218(a), Sept. 30, 1996, 110 Stat. 3009-573; Pub. L. 106-386, div. A, § 112(a)(1), Oct. 28, 2000, 114 Stat. 1486; Pub. L. 110-457, title II, § 222(b)(2), Dec. 23, 2008, 122 Stat. 5068.)

18 U.S. Code § 1593 - Mandatory restitution

(a) Notwithstanding section 3663 or 3663A, and in addition to any other civil or criminal penalties authorized by law, the court shall order restitution for any offense under this chapter.

(b) (1) The order of restitution under this section shall direct the defendant to pay the victim (through the appropriate court mechanism) the full amount of the victim's losses, as determined by the court under paragraph (3) of this subsection. (2) An order of restitution under this section shall be issued and enforced in accordance with section 3664 in the same manner as an order under section 3663A. (3) As used in this subsection, the term "full amount of the victim's losses" has the same meaning as provided in section 2259

(c) (2) and shall in addition include the greater of the gross income or value to the defendant of the victim's services or labor or the value of the victim's labor as guaranteed under the minimum wage and overtime guarantees of the Fair Labor Standards Act (29 U.S.C. 201 et seq.). (4) The forfeiture of property under this subsection shall be governed by the provisions of section 413 (other than subsection (d) of such section) of the Controlled Substances Act (21 U.S.C. 853). (c) As used in this section, the term "victim" means the individual harmed as a result of a crime under this chapter, including, in the case of a victim who is under 18 years of age, incompetent, incapacitated, or deceased, the legal guardian of the victim or a representative of the victim's estate, or another family member, or any other person appointed as suitable by the court, but in no event shall the defendant be named such representative or guardian.

(Added Pub. L. 106-386, div. A, § 112(a)(2), Oct. 28, 2000, 114 Stat. 1488; amended Pub. L. 110-457, title II, § 221(1), Dec. 23, 2008, 122 Stat. 5067; Pub. L. 115-299, § 3(c), Dec. 7, 2018, 132 Stat. 4385.)

U.S. DISTRICT COURT           SOUTHERN DISTRICT OF NEW YORK
*** Trafficking in Persons ("TIP") ***

```
NOTE ABOUT TRAFFICKING :
```

**Many girls living on the street engage in formal prostitution, and some become entangled in nationwide organized crime networks where they are trafficked nationally.**

**Today, the business of human sex trafficking is much more organized and violent. These women and young girls are sold to traffickers, locked up in rooms or brothels for weeks or months, drugged, terrorized, and raped repeatedly.10 These continual abuses make it easier for the traffickers to control their victims. The captives are so afraid and intimidated that they rarely speak out against their traffickers, even when faced with an opportunity to escape.**

**Generally, the traffickers are very organized. Many have a hierarchy system similar to that of other criminal organizations. Traffickers who have more than one victim often have a "bottom," who sits atop the hierarchy of prostitutes.**

**The bottom, a victim herself, has been with the trafficker the longest and has earned his trust. Bottoms collect the money from the other girls, discipline them, seduce unwitting youths into trafficking, and handle the day-to-day business for the trafficker. Traffickers represent every social, ethnic, and racial group.**

**Various organizational types exist in trafficking. Some perpetrators are involved with local street and motorcycle gangs, others are members of larger nationwide gangs and criminal organizations, and some have no affiliation with any one group or organization.**

**Traffickers are not only men—women run many established rings. Traffickers use force, drugs, emotional tactics, and financial methods to control their victims.**

**They have an especially easy time establishing a strong bond with young girls. These perpetrators may promise marriage and a lifestyle the youths often did not have in their previous familial relationships.**

**They claim they "love" and "need" the victim and that any sex acts are for their future together. In cases where the children have few or no positive male role models in their lives, the traffickers take advantage of this fact and, in many cases, demand that the victims refer to them as "daddy," making it tougher for the youths to break the hold the perpetrator has on them.**

**Sometimes, the traffickers use violence, such as gang rape and other forms of abuse, to force the youths to work for them and remain under their control.**

```
            /s/HOLIDAY OLJII ANNA PEDOTTI   Suffix: II
```



U.S. DISTRICT COURT  SOUTHERN DISTRICT OF NEW YORK
*** Trafficking in Persons ("TIP") ***

\*\*\*\*\*\*\*\*\*\* EXHIBIT TIP0000 \*\*\*\*\*\*\*\*\*\*\*\*\*

WHATSAPP CONVERSATION WITH FEMALE 1, GROUP TYPE OF 'BOTTOM' AS DESCRIBED

10/09/2022, 04:52 - Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more.

10/09/2022, 04:52 - ██████████: Hello █████ here
10/09/2022, 04:52 - ██████████: From Brasil nigth club
10/09/2022, 04:53 - ██████████: ██████████
10/09/2022, 04:53 - öljiiana: 💖💖💖
10/09/2022, 05:10 - öljiiana: Hi sweet. Who is the one who sit by door? 😋 Is cute and young
10/09/2022, 05:12 - öljiiana: Give my whatsapp . Ok? I spoke with him when I arrive tonight
10/09/2022, 05:12 - ██████████: Ok
10/09/2022, 05:12 - öljiiana: 😘
10/09/2022, 05:13 - ██████████: and (MALE 1 ). I'll give him your number. he is a sweetheart!
10/09/2022, 05:13 - ██████████: Good dreams 😘

☦ PEDOTTI 6        /s/ HOLIDAY OLJII ANNA PEDOTTI  Suffix: II        SEP 2022

10/09/2022, 05:17 - öljiiana: Ok. Night sweets
10/09/2022, 05:17 - ▮▮▮▮▮▮▮▮▮▮ : Tanks
10/09/2022, 05:33 - öljiiana: Not understand about money. Boss(MALE 2) seem not want give nothing. Is normal?
10/09/2022, 05:35 - öljiiana: But explain maybe (MALE 1) 🥰 ?,💤
10/09/2022, 05:35 - ▮▮▮▮▮▮▮▮▮▮ : Yup.  why were you without heels so they understand you as a customer.  but for the ones that work and are jumping, it's released!
10/09/2022, 05:48 - öljiiana: No I was wearing louboutins until boss (MALE 2) broke my heel in the back room
10/09/2022, 05:50 - öljiiana: Baby trust me I was dance and , other things , so. I expect to be treated properly. 😋
10/09/2022, 05:51 - öljiiana: I wait on the informations
10/09/2022, 05:57 - öljiiana: So this is incorrect
10/09/2022, 06:05 - öljiiana: IMG-20220910-WA0001.jpg (file attached) Looks mother fking Client to you? Ask your friends 😂
10/09/2022, 06:06 - öljiiana: IMG-20220910-WA0002.jpg (file attached)
10/09/2022, 06:39 - ▮▮▮▮▮▮▮▮▮▮ : entendi a situação. vou falar com o chefe amanhã para te apresentar e você e com certeza vice será bem recebida! confiarei em você e espero que confie em mim também! Mas tarde conversamos melhor. conheço outro a lugares top também pra você ir.
10/09/2022, 07:41 - öljiiana: 👌😊
10/09/2022, 07:44 - öljiiana: Td bem
15/09/2022, 19:10 - öljiiana: Ciao amica. What you are doing tonight?🍾??
15/09/2022, 19:18 - öljiiana: I will check by at Kalabria early and maybe get some drink or café too? Want meet?
15/09/2022, 19:19 - öljiiana: me diga se você for lá fora.  acabou a esperança da chuva 💁💁
15/09/2022, 19:28 - ▮▮▮▮▮▮▮▮▮▮ : Hi friend, good night!  yes i will be there.  but if you want I'll take you to another club, near kalabria.  Dolce vita facing the beach!  you must wear high heels or if you want to wear sneakers you can.  but you must pay entry.  you will like it there too!  good to arrive until 00hs
15/09/2022, 19:43 - öljiiana: I won't be pay nothing 🤣
15/09/2022, 19:44 - öljiiana: But I will be out and so let's say hello 💖✨ maybe we bring they to paid us
15/09/2022, 19:44 - öljiiana: 😚🥰😘
15/09/2022, 19:45 - ▮▮▮▮▮▮▮▮▮▮ : Good girl.  you are mine!  so go jumping will be easier for both!
15/09/2022, 19:45 - ▮▮▮▮▮▮▮▮▮▮ : See u later❤️🥰😘🍀
16/09/2022, 00:51 - ▮▮▮▮▮▮▮▮▮▮ : Hey you wanna go whit me at Club?
16/09/2022, 00:59 - ▮▮▮▮▮▮▮▮▮▮ : Missed voice call

U.S. DISTRICT COURT        SOUTHERN DISTRICT OF NEW YORK
*** Trafficking in Persons ("TIP") ***

16/09/2022, 07:53 - öljiiana: Hi sweet.  I don't go.  They are all joking and abuse me.  I saw MALE 3 he book me then they act as a gang and so I will find other location.
Maybe I go to Rio Grande 🙍. Sorry sweet
16/09/2022, 08:00 - ▆▆▆▆▆▆▆▆▆▆▆▆ : That's why I wanted you to meet dolce vita.  I talked to the manager there and he said you can go and you won't pay!
16/09/2022, 08:00 - ▆▆▆▆▆▆▆▆▆▆▆▆ : and you will like it there!
16/09/2022, 08:08 - öljiiana: Ok. 💝💝💝. I will come tonight to see. 🎗
16/09/2022, 08:10 - ▆▆▆▆▆▆▆▆▆▆▆▆ : Perfect
16/09/2022, 08:11 - ▆▆▆▆▆▆▆▆▆▆▆▆ : In sleep now. See u later😘
16/09/2022, 08:11 - ▆▆▆▆▆▆▆▆▆▆▆▆ : Xoxo
16/09/2022, 08:11 - ▆▆▆▆▆▆▆▆▆▆▆▆ : Have good day
16/09/2022, 17:17 - öljiiana: IMG-20220916-WA0000.jpg (file attached)
Hair night 😋😋😋🍾
16/09/2022, 17:21 - öljiiana: Decide red dress or ....💃🤳🤭🤭🤭🤭. Chuva 🙄. Is ok we party
16/09/2022, 18:42 - ▆▆▆▆▆▆▆▆▆▆▆▆ : beauty hair... 🥰and for party red dress.  💃💃it is clear.  Let's party rain or no...😌😌
16/09/2022, 18:43 - öljiiana: 💯
16/09/2022, 18:43 - öljiiana: IMG-20220916-WA0001.jpg (file attached)
Or 🦓
16/09/2022, 18:44 - öljiiana: 🤭🤭🤭😇
16/09/2022, 18:45 - ▆▆▆▆▆▆▆▆▆▆▆▆ : Red dress
16/09/2022, 18:46 - öljiiana: 💃
16/09/2022, 18:47 - ▆▆▆▆▆▆▆▆▆▆▆▆ : 💃💃
16/09/2022, 21:07 - öljiiana: To arrive who I ask?  Time?
16/09/2022, 21:25 - öljiiana: I invite friend he from Austria I introduce you. He is Cool. Speak English
16/09/2022, 22:03 - ▆▆▆▆▆▆▆▆▆▆▆▆ : Oh how nice.  alright.  I do! tell me the time and where to find you
16/09/2022, 22:49 - öljiiana: I go soon early:). Will dolce vita
16/09/2022, 22:51 - ▆▆▆▆▆▆▆▆▆▆▆▆ : Maybe at 00:30hs
16/09/2022, 22:52 - ▆▆▆▆▆▆▆▆▆▆▆▆ : But foi need stay whit me
16/09/2022, 22:52 - ▆▆▆▆▆▆▆▆▆▆▆▆ : For you dont pay
16/09/2022, 22:58 - öljiiana: Ok. Too bad because my card is declined after they don't pay , no money. So I can't arrive by Uber  tell douglas are fucking assholes
16/09/2022, 22:58 - öljiiana: IMG-20220916-WA0013.jpg (file attached)
🙅😌
16/09/2022, 23:00 - öljiiana: I don't know what they problem. Hope I make it I ask friend
16/09/2022, 23:02 - öljiiana: If he can uber me 🙄

U.S. DISTRICT COURT        SOUTHERN DISTRICT of NEW YORK
*** Trafficking in Persons ("TIP") ***

16/09/2022, 23:02 - ▮▮▮▮▮ : OK Alright.  where are you going to leave for copacabana?
16/09/2022, 23:02 - ▮▮▮▮▮ : What (MALE 3) did to you.  You look like you're furious with him!
16/09/2022, 23:03 - öljiiana: He book me and don't pay. Say he want pay then act in gang about NO ONE PAY HER
16/09/2022, 23:03 - öljiiana: then now I have no money
16/09/2022, 23:04 - öljiiana: IMG-20220916-WA0013.jpg (file attached) So I cannot afford taxi or Uber
16/09/2022, 23:04 - ▮▮▮▮▮ : Im undesrtend. Maybe  because you used so much and for security is block
16/09/2022, 23:05 - öljiiana: Used what? I block him after he do this.
16/09/2022, 23:06 - öljiiana: We did not do any drug. I paid my Uber to him in Copacabana and he don't pay me after we do all . It was very nice and he happy .
16/09/2022, 23:07 - ▮▮▮▮▮ : my God.  this is very bad.  they think we're tantrums and they can do whatever they want to us.  I don't know if you work as a call girl.  Sorry for asking!  but if you work dolce vita is a good place for that.  you are beautiful and there you can work well!
16/09/2022, 23:07 - öljiiana: Then he act crazy and refuse pay when offer he will pay. Same like kalabria
16/09/2022, 23:07 - öljiiana: No one want to work in that way but we have to take care ourselves if a man does not
16/09/2022, 23:08 - öljiiana: So now , because I paid myself Uber before, I cannot pay the Uber to dolce vita. But I will try to see if someone else will pay me Uber ...
16/09/2022, 23:08 - ▮▮▮▮▮ : you are a woman he should pay for you!  don't let him abuse or deceive you, just because you are an outsider!
16/09/2022, 23:09 - öljiiana: It's finished it's catastrophe. He asshole. He finish inside me and then he say he is gay

( AND ASKED PLAINTIFF FOR MONEY AFTER OFFERING HER MONEY.
CIRCULAR LOGIC, SAME AS MALE 1 )

16/09/2022, 23:09 - öljiiana: I never heard of something that bad. Have you ????
16/09/2022, 23:10 - öljiiana: IMG-20220916-WA0013.jpg (file attached)
And now I am with  (      AVAILABLE FUNDS : 1,38 )
16/09/2022, 23:14 - öljiiana: Outsider because always they act as gang, fight over me, then decide no one pay and everyone can try to trick same time. See what happens. Same these Asshole Copacabana. No one protect me. Is shame ....

U.S. DISTRICT COURT          SOUTHERN DISTRICT of NEW YORK
*** Trafficking in Persons ("TIP") ***

16/09/2022, 23:15 - öljiiana: So i had to change location because one become jealous of other (ANTHONY CLEMENTE DAMO), and the one so jealous it's attack me again and again (ATTORNEY R)
16/09/2022, 23:15 - öljiiana: And not (ATTORNEY R) or (ANTHONY CLEMENTE DAMO) is protecting or taking care.
16/09/2022, 23:15 - öljiiana: Neither (MALE 3).
16/09/2022, 23:16 - öljiiana: Same shit from new York and Paris (PRIOR TO FILING FOR ASYLUM IN SWITZERLAND) . Only in Italy (AFTER ESCAPING TRAFFICKER THREATENING GENITAL MUTILATION WHEN I FOUND OTHER PERSONS TO HELP ME) take care of me 😥. Then a crazy guy try to lawsuit me there too for attention ???? Is drama.
16/09/2022, 23:17 - öljiiana: Just need husband. 😭😭😭
16/09/2022, 23:22 - öljiiana: IMG-20220916-WA0014.jpg (file attached) Ready 💁. No money even to Uber. Xox let u know if I can find a car to take me from Santa Teresa
16/09/2022, 23:29 - öljiiana: Maybe he gave me a child. It's timing exactly. So it's not a tantrum. I had 50% of one drink.
16/09/2022, 23:33 - öljiiana: He offer pay me. Showered together after. Slept over. No kissing  .
16/09/2022, 23:35 - öljiiana: So yes. Furious is furious 🔪🩸

U.S. DISTRICT COURT        SOUTHERN DISTRICT OF NEW YORK
*** Trafficking in Persons ("TIP") ***

\*\*\*\*\*\*\*\*\*\* EXHIBIT TIP0001 \*\*\*\*\*\*\*\*\*\*\*\*\*

PHOTOGRAPHS FROM CONVERSATION
IN EXHIBIT TIP0002 FOR REFERENCES

☦ PEDOTTI 11              /s/ HOLIDAY OLJII ANNA PEDOTTI  Suffix: II              SEP 2022

U.S. DISTRICT COURT        SOUTHERN DISTRICT OF NEW YORK
*** Trafficking in Persons ("TIP") ***



PEDOTTI 12        /s/ HOLIDAY OLJII ANNA PEDOTTI  Suffix: II        SEP 2022

U.S. DISTRICT COURT          SOUTHERN DISTRICT OF NEW YORK
*** Trafficking in Persons ("TIP") ***



U.S. DISTRICT COURT　　　　　　SOUTHERN DISTRICT OF NEW YORK
*** Trafficking in Persons ("TIP") ***



U.S. DISTRICT COURT            SOUTHERN DISTRICT of NEW YORK
*** Trafficking in Persons ("TIP") ***



U.S. DISTRICT COURT        SOUTHERN DISTRICT OF NEW YORK
*** Trafficking in Persons ("TIP") ***



U.S. DISTRICT COURT        SOUTHERN DISTRICT of NEW YORK
*** Trafficking in Persons ("TIP") ***



✝ PEDOTTI 17        /s/ HOLIDAY OLJII ANNA PEDOTTI  Suffix: II        SEP 2022

**U.S. DISTRICT COURT**     **SOUTHERN DISTRICT OF NEW YORK**

*** Trafficking in Persons ("TIP") ***

```
********** EXHIBIT TIP0002 *************

DESTITUTION AS A LEGAL DEFINITION FROM THE
            U.S. EMBASSY WEBSITE
```

☦ PEDOTTI 18          /s/ HOLIDAY OLJII ANNA PEDOTTI  Suffix: II          SEP 2022



U.S. Embassy & Consulates
in Brazil

# Emergency Financial Assistance
## Destitution

Americans who find themselves destitute in Brazil may request the assistance of the Embassy/ Consulate to communicate with family or to return to the United States. Consular officers have no funds available for welfare services because the United States Congress does not provide funds to give or loan to United States citizens in need in foreign countries.

With your permission, the Embassy/Consulate can call your family and friends to explain how money can be sent to you from the United States.  You will need to complete a Privacy Act Waiver (PDF – 28kb) first. If no other resources are available, citizens can apply for a repatriation loan to purchase a one-way ticket directly back to the United States. In these cases citizens will have to sign a promissory note agreeing to repay the loan to the United States Government.

For information on how a consular officer can help under these circumstances, see https://travel.state.gov/content/travel/en/international-travel/emergencies/emergency-financial-assistance.html

This is the official website of the U.S. Embassy and Consulates in Brazil. External links to other Internet sites should not be construed as an endorsement of the views or privacy policies contained therein.





Vyana Bb <gtfomylaptop@gmail.com>

**Getting zapped with fucking nickel does not pay my mother fucking Rent**
1 message

**Vyana Bb** <gtfomylaptop@gmail.com>     Sat, Sep 10, 2022 at 1:27 AM
To: Vyana Bb <gtfomylaptop@gmail.com>

  Fuck all of you perverted assholes monitoring