U.S. DISTRICT COURT            SOUTHERN DISTRICT of NEW YORK


28 SEP 2022

[ MOTION TO AMEND : MEDICAL INJUNCTION ;

FORMAL COURT-ISSUED CEASE AND DESIST INJUNCTIONS <u>IMMEDIATELY REQUIRED</u> ]


                                        CASE No. 1:22-cv-06199-UA
                                        CASE No. 1:22-cv-06220-UA
                                        CASE No. 1:22-cv-06222-UA
                                        CASE No. 1:22-cv-06296-UA
                                        CASE No. 1:22-cv-06288-UA
                                         CASE No. 1:22-cv-07695-LTS
                                        CLAIM NINE v. COUNCIL OF ELDERS
                                        CLAIM TEN v. DONALD J.TRUMP, JR.

      PRO SE ROOM 105
      THURGOOD MARSHALL COURT OF LAW
      40 FOLEY SQUARE
      NEW YORK  NEW YORK     10007


********************************************************************

PLAINTIFF : HOLIDAY OLJII ANNA PEDOTTI  Suffix: II
         v.
DEFENDANTS : Various

********************************************************************

              CONTAINED  : MEDICAL INJUNCTION
MEMORANDUM OF LAW      ;    CRIMINAL OCCURRENCES ; FORENSIC EVIDENCE

         10 U.S. Code § 932 - Art. 132. Retaliation

         The Financial Abuse Code of Practice
         FCA Vulnerability Guidance Framework

BETWEEN 18 SEPTEMBER 2022 AND 26 SEPTEMBER 2022 THE D.E.W. ATTACKS
CEASED AS REQUESTED IN PRIOR DOCUMENT. ON 26 SEPTEMBER 2022, PRIOR TO
A CASTING CALL WITH A MODELING AGENCY ( PROFESSION OF PLAINTIFF) THE
DIRECTED ENERGY WEAPON ATTACKS RETURNED. THIS IS MORAL TURPITUDE AND
EXTREMELY DANGEROUS TO BOTH THE PLAINTIFF AND HER CHILD.

NEW FORENSIC EVIDENCE CONTAINED. PLAINTIFF IS :
   (1)  <u>PREGNANT</u>     AND

U.S. DISTRICT COURT          SOUTHERN DISTRICT of NEW YORK

THESE CHEMICAL, BIOLOGICAL AND D.E.W. ATTACKS INTERFERE WITH THE NATURAL ORGANIC PROCESS OF GIVING LIFE AS GOD INTENDED IT ;

(i) HINDERS THE RIGHT TO LIFE OF THE CHILD IN ITS UNBORN STATE ;
(ii) ALTHOUGH PLAINTIFF HAS NEVER GIVEN CONSENT AND RETAINS THIS RIGHT (AND ALL LEGAL/MENTAL RIGHTS TO HER TREATMENT AND CIRCUMSTANCES, DECISION MAKING AND FINANCES ), ANY HUMAN EXPERIMENTATION UPON A PREGNANT INDIVIDUAL IS A CRUEL, UNUSUAL AND EXCESSIVE FORM OF TERRORISM ;

(2) <u>A PROFESSIONAL MODEL</u>    AND FINANCIALLY DEPENDENT ON HER LOOKS, AND THE ATTACKS VISIBLY DIMINISH HER PROFESSIONAL VALUE AND DISFIGURE HER ;

(i) REFERENCE:  <u>U.S. Financial Abuse Code</u>
(ii) FCA Vulnerability Guidance Framework :

Considering that PLAINTIFF currently relies on her SSDI Income in lieu of favorable work circumstances it is a clear VIOLATION of FCA Vulnerability Guidance - federal efforts to protect Vulnerable persons and consumers from Fiancial Abuse -

to disfigure and mutilate a woman prior to a Professional Casting Call for modeling, which is a career based on appearance and personality. This, amongst various other instances of the same allegation,  is absolutely Financial Abuse.

(3) CURRENTLY <u>NOT</u> EXPERIENCING PARALYSIS AS SHE WAS INCREASINGLY IN JULY 2022 AND AUGUST 2022, ALONG WITH THE D.E.W. ATTACKS OF INCREASING SEVERITY AND THE DIRECTED ENERGY ATTACKS THAT APPEAR TO ATTEMPT TO REPLICATE DEVIL-LIKE EXORCISTIC MANNERISMS - NOTICEABLE AND COMPLETELY NON CHARACTERISTIC OF PLAINTIFF, WHO IS INNOCENT AND WISHES FOR NOTHING MORE THAN A HEALTHY BABY AND A HAPPY FAMILY ONCE CIRCUMSTANCES SHALL ALLOW FOR THIS - <u>DO ALIGN WITH PREVIOUS OBSERVATIONS BY DOCTORS IN EMERGENCY ROOM SETTINGS DESCRIBING SYMPTOMS OF <span style="color:red">WHIPLASH</span> AND APPEAR TO HAVE THE INTENT TO BREAK THE BACK/SPINE OR NECK OF THE PLAINTIFF TO INDUCE HER INTO A STATE OF PARALYSIS , COMA OR DEATH</u>.

(4) <u>INNOCENT</u>. PLAINTIFF HAS NEVER BEEN ACCUSED OF A CRIMINAL OFFENSE, ASIDE FROM ONE AUTOMATICALLY ADMINISTERED CALLUNA CHARGE AGAINST A HOMELESS MAN WITHOUT A TELEPHONE WHO TRAFFICKED HER AND SHE WAS NEVER ABLE TO COMPLETE THE PAPERWORK CONSIDERING SHE WAS WITHOUT A PASSPORT ( DUE TO TRAFFICKING. HER SECOND CHARGE IN A SECOND COUNTRY AGAINST DEFENDANT, WHOM WAS ABLE TO ABSCOND THE

U.S. DISTRICT COURT             SOUTHERN DISTRICT of NEW YORK

    FIRST CHARGE OF RAPE BY TRAFFICKING PLAINTIFF ACROSS INTERNATIONAL BORDERS WITHOUT A PASSPORT ) AND UNABLE TO FILE A COMPLETE DENUNCIO IN ITALY IN 2020 DURING CORONAVIRUS WITHOUT A GOVERNMENT ISSUED IDENTITY DOCUMENT.

    AMANDA KNOX RECEIVED THE SAME CHARGE FILED BY THE POLICE OFFICERS WHOM SHE MADE HER INITIAL REPORT TO PRIOR TO BEING PROVEN INNOCENT.

(5)   A <u>CIVILIAN.</u>

(6)   <u>SOBER</u> IN ALL OF THE VIDEOS RECORDED AND HAS NOT USED ANY DRUG/CONTROLLED SUBSTANCE OF ANY KIND SINCE HER ARRIVAL IN BRAZIL IN AUGUST, ASIDE FROM :

    (a)   AN AFRICAN HEALING HERB IN A SAUNA-SPA LIKE SETTING ;

    (b)   1-2 ALCOHOLIC BEVERAGES MAXIMUM IN ANY GIVEN SOCIAL SETTING THROUGHOUT A 24 HOUR PERIOD ;

    (c)   NOT CONSUMED ALCOHOL SINCE BECOMING PREGNANT ;

- THEREFORE -

THE ATTACKS OF 26 SEPTEMBER 2022 ( EXHIBITED BELOW ) SHOULD BE CONSIDERED BOTH 1. TERRORISM AND 2. RETALIATORY IN NATURE. THIS AMOUNTS TO OBSTRUCTION OF JUSTICE AND WITNESS TAMPERING.



   PEDOTTI 3              /s/ HOLIDAY OLJII ANNA PEDOTTI  Suffix: II           SEP 2022

```
************************************************************

MEMORANDUM OF LAW
************************************************************
10 U.S. Code § 932 - Art. 132. Retaliation

        (a)In General.
—Any person subject to this chapter who, with the intent to retaliate
against any person for reporting or planning to report a criminal
offense, or making or planning to make a protected communication, or
with the intent to discourage any person from reporting a criminal
offense or making or planning to make a protected communication—
        (1)wrongfully takes or threatens to take an adverse personnel
        action against any person; or
        (2)wrongfully withholds or threatens to withhold a favorable
        personnel action with respect to any person; shall be punished as
        a court-martial may direct.

        (b)Definitions.—In this section:
        (1)The term "protected communication" means the following:
        (A)A lawful communication to a Member of Congress or an Inspector
        General.
        (B)A communication to a covered individual or organization in
        which a member of the armed forces complains of, or discloses
        information that the member reasonably believes constitutes
        evidence of, any of the following:
        (i)A violation of law or regulation, including a law or
        regulation prohibiting sexual harassment or unlawful
        discrimination. (ii)Gross mismanagement, a gross waste of funds,
        an abuse of authority, or a substantial and specific danger to
        public health or safety. (2)The term "Inspector General" has the
        meaning given that term in section 1034(j) of this title.

        (3)The term "covered individual or organization" means any
        recipient of a communication specified in clauses
        (i) through (v) of section 1034(b)(1)(B) of this title.
```

```
     (4)The term "unlawful discrimination" means discrimination on the
     basis of race, color, religion, sex, or national origin.
```

IN CONSIDERATION THAT, IN ADDITION TO NYSD OFFICIALS :

PLAINTIFF HAS MADE COMMUNICATIONS TO
    A. THE WHITE HOUSE OFFICE OF INTRA-GOVERNMENTAL AFFAIRS
    B. THE NEW YORK COURT SYSTEM ETHICS COMMITTEE
    C. SUPREME COURT CHEIF JUSTICE JOHN ROBERTS
    D. NEW YORK DIVISION OF HUMAN RIGHTS
    E. ALEX SPIRO ACTING ATTORNEY ON BEHALF OF (dft) ELON MUSK

AND CONTINUES TO SUFFER AT THE HANDS OF PERSONS WITH MATERIAL ACCESS TO PROTECTED COMMUNICATIONS BY BUREAUCRATIC TACTICS, INTELLIGENCE AGENTS AND, AS DEFENDANTS' THAT INCLUDE C.E.O./OWNER/MANAGERS OF TECHNOLOGY COMPANIES THAT OWN AND OPERATE SUCH SERVERS AND APPLICATIONS THAT PLAINTIFF USES TO COMMUNICATE UNDER CURRENT CIRCUMSTANCES OF DISTRESS, THE ALLEGATIONS HEREIN OF RETALIATION MUST BE CONSIDERED RELEVANT BY DEFINITIONS OF U.S. PENAL CODE.

/s/HOLIDAY OLJII ANNA PEDOTTI   Suffix: II

************ EXHIBIT PREGNANCY001 ***********



U.S. DISTRICT COURT                         SOUTHERN DISTRICT of NEW YORK

```
https://youtu.be/1jX5W1LRqE8
```



```
https://youtu.be/JtzaN03JZpw
```

U.S. DISTRICT COURT                    SOUTHERN DISTRICT of NEW YORK



# https://youtu.be/jY1nobk4VY0



U.S. DISTRICT COURT                    SOUTHERN DISTRICT OF NEW YORK

```
https://youtu.be/aarTZO_qe6c
```



```
https://youtu.be/zC8DQWYDINc
```

U.S. DISTRICT COURT                SOUTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*EXHIBIT PREGNANCY002\*\*\*\*\*\*\*



# DIGITAL IMAGES DURING CASTING
# ( COMPARE )

☦ PEDOTTI 9          /s/ HOLIDAY OLJII ANNA PEDOTTI  Suffix: II          SEP 2022