**U.S. DISTRICT COURT          SOUTHERN DISTRICT of NEW YORK**

27 SEP 2022

[ MOTION TO AMEND  :  PUBLIC INTEREST, OFF-LEDGER FUNDS, MONEY LAUNDERING ]

                                        CASE No. 1:22-cv-06222-UA
                                        CLAIM TEN v. DONALD J.TRUMP, JR.

                           RJI:  CASE No. 1:22-cv-06220-UA
                                 CASE No. 1:22-cv-06296-UA
                                 CASE No. 1:22-cv-06288-UA
                                  CASE No. 1:22-cv-07695-LTS
                                 CLAIM NINE v. COUNCIL OF ELDERS

        PRO SE ROOM 105
        THURGOOD MARSHALL COURT OF LAW
        40 FOLEY SQUARE
        NEW YORK  NEW YORK    10007

*******************************************************************

PLAINTIFF : HOLIDAY OLJII ANNA PEDOTTI  Suffix: II
            v.
DEFENDANTS : ADLER, RANDOLPH K., JR, ET AL.

*******************************************************************
CONTAINED  : EVIDENCE OF OFF-LEDGER MARKET REPORTS     IN RELATION TO
ALLEGATIONS OF MONEY-LAUNDERING & F.B.I. INVESTIGATION v. FPOTUS TRUMP

SUCH EMAIL WAS SENT TO PLAINTIFF FOLLOWING THE PLAINTIFF'S ATTEMPT
TO DISGORGE HERSELF FROM ANY INTERPERSONAL COMMUNICATIONS WITH
ATTORNEY R IN JULY 2022, FOLLOWING SEXUAL ASSAULT, PHYSICAL ASSAULTS ,
PSYCHOLOGICAL ABUSE INCLUDING SPITTING IN FACE AND MISREPRESENTATIONS
OF PLAINTIFF AS A PROSTITUTE TO FAMILY OF (DFT) FOLLOWING MURDER
ATTEMPTS BY KNIFE IN BOTH NEW YORK AND CONNECTICUT    -   AND -
PRIOR TO MURDER ATTEMPTS, STRANGULATION, STALKING, HARRASSMENT ,
AGGRAVATED HARRASSMENT - AS WELL AS - NUMEROUS VIOLATIONS OF
RESTRAINING ORDERS THAT LATER DISAPPEARED FROM ALL NYPD SYSTEMS
AND HISTORICAL RECORDS ACCORDING TO OFFICERS OF THE NYPD 5TH
PRECINCT AND DISTRICT ATTORNEY MICHAEL O'ROURKE ; EVIDENCED
HEREIN USING THE NYCOURTS.GOV ELECTRONIC SYSTEM AS THE PLAINTIFF
CONTINUES TO SELF-REPRESENT HER LEGAL POSITION(S)
        *** EXHIBIT COR0051  ***;
           COMMUNICATIONS USING LEGALLY ACCOUNTABLE LANGUAGE AND CUSTOM
        DOMAIN ELECTRONIC ACCOUNTS USED BY ATTORNEY R IN CONNECTION WITH
        FINANCIAL LOGS DESCRIBED IN OBSTRUCTION OF JUSTICE CHARGES ;
           -AND-         CITATIONS OF NON-APPLICABLE FISA LAWS :

U.S. DISTRICT COURT          SOUTHERN DISTRICT of NEW YORK

```
AS RESTATED HEREIN  :


" Foreign Intelligence Surveillance Act of
August 5, 2007 (FISA) gives legal authority to
the US Government to intercept & spy on
electronic communications. (FISA) exposes us to
broad surveillance without court approval &
surveillance without warrants on e-mails
between the United States and foreign
locations. The bill also permits spying without
warrants on communications strictly between
foreign parties, but routed through U.S.
equipment through U.S. networks.  Please be
cautious & discriminatory with respect to what
you email and ensure that whatever is sent is
legal and not fraudulent, as we do report such
matters to the relevant Authorities.
```

DENOTING THAT (A) THE ORIGIN OF THE FILE-SENDER WAS A GOVERNMENT AGENT
AND (B) THIS WOULD PURPORTEDLY ALLOW DEFENDANT/S TO SPY ON PLAINTIFF'S
COMMUNICATIONS ;

```
 - HOWEVER -
```

FAILING TO TAKE INTO ACCOUNT THAT
                PLAINTIFF IS A U.S. CITIZEN, NATURALLY BORN.

```
*******************************************************************
           DESCRIPTION OF EVENTS AND EXHIBITS
*******************************************************************
```

FIRST, AN EMAIL SENT BY DEFENDANT ADLER ON 17 JULY 2021 *** EXHIBITCOR0050***:

FOLLOWED BY PLAINTIFF'S RESPONSE ON 18 JULY 2021 ( QUOTED TEXT CITING F.B.I.
MONEY LAUNDERING WARNINGS ) :

```
elaasisugmailcom <elaasisu@gmail.com>
Sun, Jul 18, 2021 at 12:09 AM To: Randolph Adler
<randolphadler@ascending.ventures>
Must Read — More often than not, this never-never-land of international
banking is concealed from public view by the judicious use of two sets of
```

U.S. DISTRICT COURT          SOUTHERN DISTRICT of NEW YORK

books.  It is also eclipsed from interested investigators by a never-ending
series of real frauds that result in arrest and imprisonment of numerous scam
artists.  This creates the clever illusion that the only thing going on are
artful scams designed to fleece the unwary.

Such swindles fall under the general category of High Yield Investment
Programs, Front End Fee frauds and Prime Bank Note schemes.  Numerous law
enforcement cases such as these, when twinned with dire "beware" warnings
published on FBI, US Treasury and other websites, easily lead one to conclude
that there are no such things as "real" trading programs.  And the powers that
be don't at all object to this conclusion being reached.  It is the old case
of hiding trees in a forest. … I simply don't know how big the sums amount to,
but I can document US$12 trillion.

This sum is revealed in the late Baron Krupp papers that form part of the
exhibits of the companion volume to dossier The Secret Gold Treaty
(http://www.deepblacklies.co.uk). Many different sources say that programs are
also used to launder money by spinning it through a program cycle until it is
pristine clean.  Drugs, guns and the usual array of dirty money transactions
are said to feature.

*********************************************************************

                         /s/ HOLIDAY OLJII ANNA PEDOTTI   Suffix: II

[ *** EXHIBIT COR0050  ***  ]

 **Gmail**

**elaasisugmailcom <elaasisu@gmail.com>**

## FW: Follow-up | Documents & Articles

2 messages

**Randolph Adler** <randolphadler@ascending.ventures>
To: "elaasisu@gmail.com" <elaasisu@gmail.com>

Sat, Jul 17, 2021 at 10:04 PM

Hi Ana,

Please review the attached.

Love,

Randy

--

Hi Randy:

As a follow to our conversation, I assembled an initial set of documents for your review and reference, that includes information on the Economics of Private Placement, trading, banking, etc. as we discussed.

The attached documents listed below are in the order that I would recommend for you to review them. I have also attached some articles that I believe you will find interesting. Should you be interested learning more about these programs – structures, etc., I also have additional information that I can share with you.

**Initial –**

1. Economics of the Private Placement Market - FRS Board of Governors Report
2. The Creature from Jekyll Island (Federal Reserve Creation, Money Supply, Summary, Review, etc.)

3. A Second Look "the Creature from Jekyll Island (Additional information on the Federal Reserve, the Banking System, etc.)
4. The Mandrake Mechanism (An Overview - This overview describes how money is created out of nothing - the concept of usury)
5. The Mandrake Mechanism (A Detailed View)

**Additional –**

1. High Yield Investment Trading Programs (This document was written by a former CEO of a major known Corporation describing the process to his board members.
2. Bank Debenture Trading (This document describes what it is, the history, banking system, etc.)

**Articles –**

New York Post Article on the "Plunge Protection Team"

Plunge Protection Team Information (You will find this information very intriguing)

Project Hammer (Great article and information on off-ledger trading programs)

Enjoy the reading!

All my best,

---

Disclaimer: Sender in this instance is not a Securities Dealer/Broker or  Investment Advisor. This email letter and/or attached documents are never to be construed as a solicitation to buy or an offer to sell any investment offering.

CONFIDENTIAL INFORMATION
This e-mail and any attached files are confidential and intended only for the person(s) to which they are addressed. This e-mail is covered under the Electronic Communications Privacy Act, 18 2510-2521, and legally privileged. The taking of any unauthorized action in reliance on the information herein is strictly prohibited. The senders of this e-mail, are not responsible nor liable for the

veracity, legality or authenticity of any information or attached files that may be re-transmission or constructed based on information generated by other outside of the aforementioned.

"WARNING" Foreign Intelligence Surveillance Act of August 5, 2007 (FISA) gives legal authority to the US Government to intercept & spy on electronic communications. (FISA) exposes us to broad surveillance without court approval & surveillance without warrants on e-mails between the United States and foreign locations. The bill also permits spying without warrants on communications strictly between foreign parties, but routed through U.S. equipment through U.S. networks.  Please be cautious & discriminatory with respect to what you email and ensure that whatever is sent is legal and not fraudulent, as we do report such matters to the relevant Authorities.

The senders of this e-mail, are not responsible nor liable for the veracity, legality or authenticity of any information or attached files that may be re-transmission or constructed based on information generated by other outside of the aforementioned.

---

## 10 attachments

 **A Second Look The Creature from Jekyll Island (Excerpts).doc**
71K

 **Bank Debenture Trading.doc**
151K

 **Economics of the Private Placement Market.pdf**
508K

 **High Yield Investment Trading Programs.doc**
69K

 **New York Post Article (Plunge Protection Team).doc**
125K

 **Plunge Protection Team (Information).doc**
78K

 **Project Hammer.doc**
75K

 **The Creature from Jekyll Island (Summary, Review, etc.).pdf**
439K

 **The Mandrake Mechanism (A Detailed View).doc**
49K

 **The Mandrake Mechanism (An Overview).doc**
53K

---

**elaasisugmailcom** <elaasisu@gmail.com>                    Sun, Jul 18, 2021 at 12:09 AM
To: Randolph Adler <randolphadler@ascending.ventures>

_**Must Read**_ —

More often than not, this never-never-land of international banking is concealed from public view by the judicious use of two sets of books.  It is also eclipsed from interested <u>investigators</u> by a never-ending series of **real frauds** that result in **arrest and imprisonment of numerous scam artists**.  This creates the clever illusion that the only thing going on are artful scams designed to fleece the unwary.

Such swindles fall under the general category of High Yield Investment Programs, Front End Fee frauds and Prime Bank Note schemes.  Numerous law enforcement cases such as these, when twinned with <u>dire "beware" warnings published on FBI, US Treasury and other websites</u>, ***easily lead one to conclude that <u>there are no such things</u> as "real" trading programs.  And the powers that be <u>don't at all object to this conclusion being reached</u>***.  It is the old case of hiding trees in a forest.

…

I simply don't know how big the sums amount to, but I can document US$12 trillion.  This sum is revealed in the late Baron Krupp papers that form part of the exhibits of the companion volume to dossier The Secret Gold Treaty (**http://www. deepblacklies.co.uk**).

Many different sources say that programs are also used to ***<u>launder money</u>*** by spinning it through a program cycle until it is pristine clean.  Drugs, guns and the usual array of dirty money transactions are said to feature.

On Jul 17, 2021, at 9:04 PM, Randolph Adler <randolphadler@ascending.ventures> wrote:


[Quoted text hidden]
<A Second Look The Creature from Jekyll Island (Excerpts).doc>
<Bank Debenture Trading.doc>
<Economics of the Private Placement Market.pdf>
<High Yield Investment Trading Programs.doc>
<New York Post Article (Plunge Protection Team).doc>
<Plunge Protection Team (Information).doc>
<Project Hammer.doc>
<The Creature from Jekyll Island (Summary, Review, etc.).pdf>
<The Mandrake Mechanism (A Detailed View).doc>
<The Mandrake Mechanism (An Overview).doc>

U.S. DISTRICT COURT          SOUTHERN DISTRICT OF NEW YORK

[ *** EXHIBIT COR0051  ***  ]



**elaasisugmailcom <elaasisu@gmail.com>**

---

## @Secure: File 313869: Adler (New York County Family Court)
1 message

---

**enotify@nycourts.gov** <enotify@nycourts.gov>          Fri, Jan 28, 2022 at 7:16 PM
To: elaasisu@gmail.com

    You have received a new secure message from NYS Courts.
    Subject: @Secure: File 313869: Adler (New York County Family Court)

    To view this message, please log in to the NY Courts eNotify Portal:
    https://enotify.nycourts.gov/Inbox/46e62720-385e-4d2c-8f63-e1d70913cb87

From:       NYS Courts
To:         elaasisu@gmail.com
Sent:       Friday, Jan 28 2022 5:16:32 PM
Subject:    @Secure: File 313869: Adler (New York County Family Court)

---

Attachments: (click the links below to download files)

📄 Form=FC-100;Amend#=0;File=313869;Dockets=O-06445-21 (122.3 KB)
📄 Temporary Order of Protection Extended (375.8 KB)

---

This is email contains the following document(s):

Notice : Notice – Appearance : O-06445-21 : Adler, Randolph (Resp)
Order : Family – GF5 : O-06445-21 : Adler, Randolph (Resp)

---

NY Courts eNotify 2.5.2 (03cbd7df), built 2022-07-14 05:42:22 PM

F.C.A §§ 430, 550, 655, 828, 1029

GF5 12/2020

**ORI No:** NY030023J
**Order No:** 2022-000978
**NYSID No:** _____

At a term of the Family Court of the State of New York,
held in and for the County of New York, at 60 Lafayette Street, New
York, NY 10013, on January 28, 2022

**PRESENT:  Honorable Alma M. Gomez**

**In the Matter of a FAMILY OFFENSE Proceeding**

**Hannah Johnson,**
　　　　　　　　**Petitioner**

　　　　　 - against -

**Randolph Adler,**
　　　　　　　　**Respondent**

**File #**　313869
**Docket #**　O-06445-21
**Temporary Order of Protection**

**Ex Parte**

**NOTICE:  YOUR  FAILURE TO OBEY THIS ORDER MAY SUBJECT  YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION, WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CRIMINAL  CONTEMPT,  AND/OR  MAY  SUBJECT  YOU  TO  FAMILY  COURT  PROSECUTION  AND INCARCERATION  FOR UP TO SIX MONTHS FOR CONTEMPT OF COURT. IF YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND THEN CONTINUES IN EFFECT UNTIL A NEW DATE SET BY THE COURT.**

**THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED. THIS ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT. THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER .**

A petition under Article 8 of the Family Court Act, having been filed on December 17, 2021 in this Court and good cause having been shown, and Randolph Adler having been not present in Court.

　　　　　**NOW, THEREFORE, IT IS HEREBY ORDERED**  that Randolph Adler  observe the following conditions of behavior:

[01] Stay away from:

　[A]  Hannah Johnson;

　[B]  the home of Hannah Johnson;

　[C]  the school of Hannah Johnson;

　[D]  the business of Hannah Johnson;

　[E]  the place of employment of Hannah Johnson;

[14] Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with Hannah Johnson No communication by any means whatsoever; no third party contact; no communication by any social media platforms; Respondent is to refrain from dissemination of false information about the Petitioner to third parties or on social media;;

[02] Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, strangulation, criminal obstruction of breathing or circulation, disorderly conduct, criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats, identity theft, grand larceny, coercion, unlawful dissemination or publication of intimate image(s) or any criminal offense against Hannah Johnson;

[12] Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not limited to, the following: any and all and do not obtain any further guns or other firearms.  Such surrender shall take place immediately, but in no event later than ASAP at any local police pct.;

GF-5 Page 2
O-06445-21
2022-000978

**It is further ordered**  that [13A]  Randolph Adler's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms, if any, pursuant to Penal Law §400.00, is hereby suspended; and [13C] Randolph Adler shall remain ineligible to receive a firearm license while this Order is in effect.

**It is further ordered** that this temporary order of protection shall remain in force until and including February 17, 2022, but if you fail to appear in court on this date, the order may be extended and continue in effect until a new date set by the Court.

**Dated:**   January 28, 2022                                                           ENTER



                                                                    **Honorable Alma M. Gomez**

PURSUANT TO SECTION 1113 OF THE FAMILY COURT ACT, AN APPEAL FROM THIS ORDER MUST BE TAKEN WITHIN 30 DAYS OF RECEIPT OF THE ORDER BY APPELLANT IN COURT, 35 DAYS FROM THE DATE OF MAILING OF THE ORDER TO APPELLANT BY THE CLERK OF COURT, OR 30 DAYS AFTER SERVICE BY A PARTY OR THE ATTORNEY FOR THE CHILD UPON THE APPELLANT, WHICHEVER IS EARLIEST.

**The Family Court Act** provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties authorizes, and sometimes requires such officer to arrest a person who is alleged to have violated its terms and to bring him or her before the court to face penalties authorized by law.

**Federal law requires** that this order is effective outside, as well as inside, New York State. It must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if the person restrained by the order is an intimate partner of the protected party and has or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect due process rights (18 U.S.C §§ 2265, 2266).

**It is a federal crime to:**
• cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect (Note: there is a limited exception for military or law enforcement officers but only while they are on duty) ; and
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempted use of physical force or a deadly weapon against an intimate partner or family member, even after this Order has expired (18 U.S.C. §§ 922(g)(8), 922(g)(9), 2261, 2261A, 2262).

**Check Applicable Box(es):**

[ ]  Party against whom order was issued was advised in Court of issuance and contents of Order

[ ]  Order personally served in Court upon party against whom order was issued

[x]  Service directed by other means: Process Server/Other Peace/Municipal Officer

[ ]  [Modifications or extensions only]: Order mailed on [specify date and to whom mailed]:

[ ]  Warrant issued for party against whom order was issued[specify date]: _____

[ ]  ADDITIONAL SERVICE INFORMATION [specify]: _____

U.S. DISTRICT COURT                SOUTHERN DISTRICT of NEW YORK

[ *** EXHIBIT FPOTUS0888   ***   ]

# The Creature from Jekyll Island

## Excerpts from Chapter One

## A Second Look at The Federal Reserve

<u>Excerpts from Chapter One</u> specifically addressing the creation of the Federal Reserve System.

The secret meeting on Jekyll Island in Georgia at which **the Federal Reserve was conceived**; the birth of a banking cartel to protect its members from competition; the strategy of how to convince Congress and the public that this cartel was an agency of the United States government.--...were **seven men who represented an estimated one-fourth of the total wealth of the entire world**.

1. Nelson W. Aldrich, Republican "whip" in the Senate, Chairman of the National Monetary Commission, business associate of J.P. Morgan, father-in-law to John D. Rockefeller, Jr.;

2. Abraham Piatt Andrew, Assistant Secretary of the United States Treasury;

3. Frank A. Vanderlip, president of the National City Bank of New York, the most powerful of the banks at that time,representing William Rockefeller and the international investment banking house of Kuhn, Loeb & Company;

4. Henry P. Davison, senior partner of the J.P Morgan Company;

5. Charles D. Norton, president of J.P. Morgan's First National Bank ofNew York;

6. Benjamin Strong, head of J.P. Morgan's Bankers Trust Company;and

7. Paul M. Warburg, a partner in Kuhn, Loeb & Company, a representative of the Rothschild banking dynasty in England and France, and brother to Max Warburg who was head of the Warburg banking consortium in Germany and the Netherlands.

**In 1913**, the same year that **the Federal Reserve Act was passed into law**, a subcommittee of the House Committee on Currency and Banking, under the chairmanship of Arsene Pujo of Louisiana, completed its investigation into the concentration of financial power in the United States. Pujo was considered to be a spokesman for the oil interests, part of the very group under investigation, and did everything possible to sabotage the hearings. In spite of his efforts, however, the final report of the committee at large was devastating. It stated:

Your committee is satisfied from the proofs submitted, even in the absence of data from the banks, that there is an established and well defined identity and community of interest between a few leaders of finance...which has resulted in great and rapidly growing concentration of the control of money and credit in the hands of these few men...

When we consider, also, in this connection that into these reservoirs of money and credit there flow a large part of the reserves of the banks of the country, that they are also the agents and correspondents of the out-of-town banks in the loaning of their surplus funds in the only public money market of the country, and that a small group of men and their partners and associates have now further strengthened their hold upon the resources of these institutions by acquiring large stock holdings therein, by representation on their boards and through valuable patronage, we begin to realize something of the extent to which this practical and effective domination and control over our greatest financial, railroad and industrial corporations has developed, largely within the past five years, and that it is **fraught with peril to the welfare of the country**.

The purpose of this meeting on Jekyll Island was...to come to an agreement on the structure and operation of **a banking cartel**. The goal of the cartel, as is true with all of them, was to maximize profits by minimizing competition between members, to make it difficult for new competitors to enter the field, and to **utilize the police power of government to enforce the cartel** agreement.

In more specific terms, the purpose and, indeed, the actual outcome of this meeting was to create the blueprint for the Federal Reserve System.--

The first leak regarding this meeting found its way into print in 1916. It appeared in Leslie's Weekly and was written by a young financial reporter by the name of B.C. Forbes, who later founded Forbes Magazine. The article was primarily in praise of Paul Warburg, and it is likely that Warburg let the story out during conversations with the writer. At any rate, the opening paragraph contained a dramatic but highly accurate summary of both the nature and purpose of the meeting:

Picture a party of the nation's greatest bankers stealing out of New York on a private railroad car under cover of darkness, stealthily heading hundreds of miles South, embarking on a mysterious launch, sneaking on to an island deserted by all but a few servants, living there a full week under such rigid secrecy that the names of not one of them was once mentioned lest the servants learn the identity and disclose to the world this **strangest, most secret expedition in the history of American finance**.

I am not romancing. I am giving to the world, for the first time, the real story of how the famous Aldrich currency report, the foundation of our new currency system, was written.--

In 1930, Paul Warburg wrote a massive book - 1750 pages in all - entitled "The Federal Reserve System, Its Origin and Growth". In this tome, he described the meeting and its purpose but **did not mention either its location or the names of those who attended**. But he did say: "The results of the conference were entirely confidential. **Even the fact there had been a meeting was not permitted to become public**." Then in a footnote he added: "Though eighteen years have since gone by, I do not feel free to give a description of this most interesting conference concerning which Senator Aldrich pledged all participants to secrecy."--

In the February 9, 1935, issue of the Saturday Evening Post, an article appeared written by Frank Vanderlip. In it he said: "Despite my views about the value to society of greater publicity for the affairs of corporations, there was an occasion, near the close of 1910, when I was as secretive - indeed, as furtive - as any conspirator....I do not feel it is any exaggeration to speak of our **secret expedition to Jekyll Island** as the occasion of the actual conception of what eventually became the Federal Reserve System....We were told to leave our last names behind us. We were told, further, that we should avoid coming together on the night of our departure. We were instructed to come one at a time and as unobtrusively as possible to the railroad terminal on the New Jersy littoral of the Hudson, where Senator Aldrich's private car would be in readiness, attached to the rear end of a train for the South....

Once aboard the private car we began to observe the taboo that had been fixed on last names. We addressed one another as "Ben," "Paul," "Nelson," "Abe" - it is Abraham Piatt Andrew. Davison and I adopted even deeper disguises, abandoning our first names. On the theory that we were always right, he became Wilbur and I became Orville, after those two aviation pioneers, the Wright brothers....The servants and train crew may have known the identities of one or two of us, but they did not know all, and it was the names of all printed together that would have made our mysterious journey significant in Washington, in Wall Street, even in London. Discovery, we knew, simply must not happen, or else all our time and effort would be wasted.

If it were to be exposed publicly that **our particular group had got together and written a banking bill**, that bill would have no chance whatever of passage by Congress.--

As with all cartels, it had to be created by legislation and sustained by the power of goverment **under the deception of protecting the consumer**.--

As John Kenneth Galbraith explained it:

"It was his [Aldrich's] thought to **outflank the opposition by having not one central bank but many**. And the word bank would itself be avoided."--Galbraith says "...Warburg has, with some justice, been called the father of the system."

Professor Edwin Seligman, a member of the international banking family of J. & W. Seligman, and head of the Department of Economics at Columbia University, writes that "...in its fundamental features, the Federal Reserve Act is the work of Mr. Warburg more than any other man in the country."--

Another brother, Max Warburg, was the financial adviser of the Kaiser and became Director of **the Reichsbank in Germany**. This was, of course, a central bank, and it **was one of the cartel models** used in the construction of the Federal Reserve System. The Reichsbank, incidentally, a few years later would create the **massive hyperinflation** that occured in Germany, **wiping out the middle class and the entire German economy** as well.--

...A. Barton Hepburn of Chase National Bank was even more candid. He said:

"The measure recognizes and adopts the principles of a central bank. Indeed, if all works out as the sponsers of the law hope, it will make all incorporated banks together joint owners of a central dominating power." And that is about as good a definition of a cartel as one is likely to find.--

...it is incapable of achieving its stated objectives.--

...why is the System incapable of achieving its stated objectives?

The painful answer is: those were never its true objectives.--

Anthony Sutton, former Research Fellow at the Hoover Institution for War, Revolution and Peace, and also Professor of Economics at California State University, Los Angeles, provides a somewhat deeper analysis. He writes:

"Warburg's revolutionary plan to get American Society to go to work for Wall Street was astonishingly simple. Even today,...academic theoreticians cover their blackboards with meaningless equations, and the general public struggles in bewildered confusion with inflation and the coming credit collapse,

while the quite simple explanation of the problem goes undiscussed and almost entirely uncomprehended. **The Federal Reserve System is a legal private monopoly of the money supply operated for the benefit of the few under the guise of protecting and promoting the public interest.**--"

The real significance of **the journey to Jekyll Island and the creature that was hatched there** was inadvertently summarized by the words of Paul Warburg's admiring biographer, Harold Kellock:

"Paul M. Warburg is probably the mildest-mannered man that ever personally conducted a revolution. It was a bloodless revolution: he did not attempt to rouse the populace to arms. He stepped forth armed simply with an idea. And he conquered. That's the amazing thing. A shy, sensitive man, he **imposed his idea on a nation of a hundred million people**.--"

## THE CREATURE FROM JEKYLL ISLAND – A SECOND LOOK AT FEDERAL RESERVE

Most important book after The Bible. A complete report on the secrets of the international monetary system. Where does money come from? Where does it go? Who makes it? The money magicians' secrets are unveiled. We get a close look at their mirrors and smoke machines, their pulleys, cogs, and wheels that create the grand illusion called money. A dry and boring subject? Just wait! You'll be hooked in five minutes Reads like a detective story--which it really is. But it's all true. This book is about the most blatant scam of all history. It's all here: the cause of wars, boombust cycles, inflation, depression, prosperity. Your world view will definitely change. You'll nevel trust a politician again--or a banker. You don't have to be dumb to be a Christian or a good Catholic. Softbound and hardbound editions, historical photos,

## LETTERS OF THE REPUBLIC –KILLING THE BANKING BEAST

The Creature from Jekyll Island, by G. Edward Griffin, Westlake Village, CA: American Media, 1994, 608 pages, paperback $19.95, hardcover $29.95.

Has it ever occurred to you that the federal government has no need of taxes for revenue? Are you aware that banks prefer lending to governments because governments seldom repay loans? Do you realize that if all debts, both public and private, were paid, there would be no money at all in circulation?

These are only a few of the startling facts that fill the pages of this illuminating expose of the Insider scam called the Federal Reserve System (Fed). Although author G. Edward Griffin admits to having wondered if another book on the Federal Reserve is necessary (his six pages of bibliography suggest that the subject may have previously attracted attention), it is unlikely that any book has ranged across 2,000 years of money and banking from Diocletian to the Rothschilds to Alan Greenspan -- and tied it into the new world order -- as thoroughly as The Creature From Jekyll Island.

Griffin cuts through the obscurities about the Fed that are intentionally meant to mystify and disarm its victims (all of us). Convinced that the subject of money and banking is too arcane and complicated to understand, we victims are trapped in a world view that utterly fails to jibe with reality. The money manipulators, says Griffin, are exploiting our ignorance for the advancement of their own appalling plans; the urgency of awakening us to our danger has driven Griffin to write this extraordinary book.

Although Griffin has never held an academic position, he is a top-notch teacher. Making this little-understood subject simple by splendid organization, his account is divided into six sections with varying numbers of chapters; each section and chapter is introduced by a concise paragraph while each chapter is also summarized. Thus the reader is kept in touch with where he has been and where he is going, an ingenious and helpful device considering the enormous scope of Griffin's narrative.

His explanations and definitions are meticulously worded; one can sense the care with which each word was chosen, leaving no room for confusion. Griffin continually draws documentation from primary sources, quoting letters, speeches, and published works that both enlighten and horrify. His own writing is difficult to quote; it is so trenchant that nearly every sentence entices.

Yet at the same time Griffin has mastered the art of speaking personally to the reader, who never loses the feeling of being directly addressed. All this adds up to a superbly clear, engrossing book that, once started, is impossible to put down.

## Setting the Stage

In order to help us fully understand our present predicament, Mr. Griffin ranges far afield in explaining the historical, economic, and political antecedents of today's money system. We are given a crash course on the nature of money; the origin of banks and the concept of fractiorial reserves; how this led to the seductive idea of using the same money over and over; how this inevitably led to economic disaster wherever and whenever tried. We are instructed about the Rothschild formula, which perfected the art of making enormous profits from loans to governments, especially for wars; how this led to preventing any one nation from becoming strong enough to establish peace (the famous balance of power); how those who could instigate wars or revolutions were financed (including the Bolsheviks in 1917); how we Americans were sucked into World War I in order to save J.P. Morgan's loans to England; how environmentalism is now the weapon of choice replacing war.

We are taken to the supe-secret meeting of Insider financiers and Rothschild agent Paul Warburg on Jekyll Island in 1910 where the basic plan for what became the Federal Reserve Act was formulated; we learn that these plotters were already affiliated with the conspiratorial British one-world Round Table group which preceded the Council on Foreign Relations (our secret government); we are astounded by the brazen deception of Congress that pushed through this unconstitutional act creating the Insiders' fundamental tool -- a central bank with the ability to inflate. We are told how this same tool has been expanded internationally through the International Monetary Fund (IMF) and World Bank in order to create worldwide inflation, pay enormous sums of perpetual interest on never paid-up loans to Insider banks, and socialize the Third World, all courtesy of us unsuspecting taxpayers. Lastly, Griffin foretells our dismaying fate if our course is not altered; then he lays out a step-by-step procedure of how to alter it, inviting us to join with him in doing so.

Griffin looks the Fed "creature" straight in the eye and tells us it is not federal, it has no reserves, and it is not a bank. It is, in fact, a pernicious cartel operating against the public interest.

The widespread belief that the Federal Reserve exists to "stabilize the economy" is hogwash; the real reason -for its existence is the making of money -- not out of "thin air" as is commonly supposed, but, more accurately, out of debt Griffin explains that it is the act of borrowing by the federal government that causes money to spring into existence.

Griffin takes us through the Open Market steps by which Treasury IOUs (bonds) are inverted by the Federal Reserve into money through the issuance of Federal Reserve checks with no money in existence to cover them; anyone else doing this would go to jail.

Congress has made this legal for the Fed, however, because this hidden process allows our congressmen to enjoy unlimited revenue without having to visibly raise taxes. Without this service, says Griffin, the monetary/political ·partnership would dissolve, and Congress would abolish the Fed.

## Money Multiplied

Griffin explains that these Federal Reserve checks are endorsed by the government, deposited in a Federal Reserve bank, and used to pay government expenses by checks which create the first wave of fiat (unbacked paper) money that floods into. the economy.

Recipients deposit these checks into commercial banks that are part of the Fed system. Here is where the real inflationary action is. (The Federal Reserve holds "only" seven percent of the national debt of almost $5 trillion. The 12 percent held by foreigners and the 56 percent held by Americans are not inflationary because the money used for purchase already existed.)

Commercial banks, like the Federal Reserve, also create money out of nothing -- and collect interest on it -- by multiplying every dollar deposited nine times. This amazing feat is accomplished through the device of fractional reserves, whereby the Fed allows 90 percent of deposits to be loaned out. As deposits become loans and loans become deposits, this process repeats with smaller numbers each time around. For instance, $1 million in government money (first wave) gives birth to $900,000 (second wave), which gives birth to $810,000 (third wave), etc., until the process plays itself out. Thus, the banking cartel creates an amount of money that is nine times the amount of the original government debt that made the process possible.

Griffin shows that when the original debt is added in, the Federal Reserve and the commercial banks together have created approximately ten times the amount of the underlying government debt. Since this newly created money causes the purchasing power of all money to decline, the resulting rise in prices is, in reality, a hidden tax. As Griffin puts it:

Without realizing it, Americans have paid over the years, in addition to their federal income taxes and excise taxes, a completely hidden tax equal to approximately ten times the national debt!

Griffin is atonished at the public's indiference to this fleecing; he blames it on ignorance based on disinformation.

Nothing could prove him more right than the current deception that inflation is higher prices caused by full employment-and a strong economy; therefore, letting the "steam" out of the economy and slowing growth (and thereby employment) is "good." This talk is madness. Alan Greenspan, chairman of the Federal Reserve (who has the temerity to say he is "worried about inflation"), is repeating this claptrap as he pretends to control inflation by increasing interest rates that merely devastated the bond market, clobbered the stock market, and helped only the bankers. Thus the Insiders are perfectly protected and the scam rolls on.

There are many more threads to Griffin's discourse on the operations of the banking cartel that should not be missed, such as:

How holders of Treasury bonds can be paid off only by the creation of an identical bond out of nothing.

Why the U.S. has to be, must be, in debt.

How the Discount Window (Fed loans to banks) creates more phony money.

How the federal government could operate without levying any taxes whatsoever.

How the Fed causes booms and busts.

How, since 1913, our money has depreciated by over 1,000 percent.

How a gold standard automatically stabilizes prices.

How the Fed can now monetize the debts of foreign governments!

Without the extensive knowledge offered by Griffin, no American can fully understand the financial reality of our time.

## Undestanding the Game

Also critical to our reality check is an understanding of how the Fed protects and enriches the banking brotherhood in the international arena. The game our Insiders are playing makes the Rothschilds look like novices. Here it is in a nutshell: The game starts with a mammoth loan (created out of nothing through the magic of fractional reserves) from one of our megabanks (Citicorp, Chase Manhattan, Bank of America, etc.) to a Third World country with scant means of servicing the debt much less ever repaying the principle.

Are these top bankers stupid? Hardly; Griffin explains that this is the kind of loan these bankers love, since they make their money from interest on the loan, not on repayment of the loan. They prefer the loan never to be repaid. They know they can't lose because the Federal Reserve guarantees that massive loans that go into default will not be allowed to seriously affect the issuing bank (too big to fail) because this would "disrupt the entire economy."

So, says Griffin, "since the System makes it profitable for banks to make large, unsound loans, that is the kind of loans banks will make. Furthermore, it is predictable that most unsound loans will go into default." Sure enough; pretty soon default threatens. The bank creates additional money out of nothing and lends that so its interest stream continues on both the original loan plus the new loan (the "roll-over" play). At the next crisis, the bank creates still more money out of nothing to cover the interest on both loans plus an additional amount for the borrower to spend freely (the "up-the-ante" play). Finally the bank agrees to a lower interest rate and a longer period for repayment (the "rescheduling" play). Eventually it is time for the "Final Maneuver." Congress agrees to guarantee future payments and the whole mess is shifted to the backs of U.S. taxpayers while the borrower is trapped into an IMF "austerity" program that makes an "end run" around his sovereignty.

Now money moves through various foreign-aid channels to the deadbeat borrower, who continues to pay perpetual interest to the bank. Almost all of this money is generated by the Federal Reserve; as it moves out into the economy it dilutes the value of the money already there. The American people, says Griffin, have no idea they are footing the bill to enrich the Insider bankers.

## Founders' Fears Realized

Readers may be surprised to learn that the Federal Reserve is the fourth central bank the United States has had, the previous three having crashed in inevitable raging inflation and widespread economic disaster. So clearly did our Founders understand and fear worthless paper money forced on the public by legal tender laws (precisely what we now have) that they filled the proceedings of the Constitutional Convention with statements of their horror of it. We Americans today, deprived of hearing such truth, need to listen to their words:

George Mason of Virginia: "I have a mortal hatred of paper money."

John Langdon of New Hampshire:"I would rather reject the whole [Constitution] than grant the new government the right to issue fiat money."

George Reed of Delaware: "The right to issue fiat money would be as alarming as the mark of the beast in Revelation."

Thomas Paine: "The punishment of a member of Congress who should move for such a law ought to be death."

Griffin does not stop with presenting the known picture, but projects today's reality into the future. His first projection is a doomsday scenario; his second is a realistic plan for saving our country and ourselves. These chapters might, after all, be the most important ones in the book.

Griffin sees doomsday as an engineered financial debacle the severity of which will cause panicked Americans to welcome a World Bank "rescue" with a world currency. The IMF/World Bank is already functioning -- in conjunction with the Federal Reserve -- as a world central bank. A world currency is already designed. awaiting a crisis to justify its introduction. From this point on, writes Griffin, there will be no escape from the new world order. At present the U.S. is being deliberately weakened by seemingly insane spending both at home and abroad: As just one more dismaying example, during President Clinton's recent trip to Europe he blithely promised more billions of dollars to Poland, Ukraine, and the Baltic countries. The name of the game is to spend -- on anything, anywhere. The object is to bring down the system.

## Life in the New World Order

What will life be like in the Insiders' new world order? Griffin spells it out from the words of the Insiders themselves. One source is the 1966 secret Hudson Institute study commissioned by Defense Secretary Robert McNamara, entitled Report from Iron Mountain.

This study cold-bloodedly discusses various means by which government might control the populace and perpetuate intself in power in the absence of war (UN peace).

Griffin's review (with extensive quotes) of this truly diabolical Insider study is masterful; he takes it apart and shows us its consummate evil. The study's premise is that historically the only means by which a government has ever been able to "secure the subordination of citizens to the state" is war. Only war has been able to provide the external threat without which no government can accumulate power. War is used to make the masses put up with all kinds of privation, taxation, and controls without complaint. No amount of sacrifice in the name of victory is rejected. Resistance is viewed as treason.

But, says Griffin, Report From Iron Mountain explains that the war system may have to be replaced because "it may now be possible to create a world government in which all nations will be disarmed and disciplined by a world army, a condition which we will call peace." In this case, what could be a substitute for war?

Here, explains Griffin, is the origin of the stratagem to promote ecological doom as the new enemy that threatens the entire world. The threat need not be real, provided the masses can be convinced it is real. Credibility is the key, not reality. Griffin writes that Report From Iron Mountain explains the avalanche of phony scientific claims ·are uncritically publicized by the Insider-controlled media, as well as the funding of environmental "crazies" by corporations and businesses that would appear to have the most to lose. He sees the plan as being brilliantly successful.

The barrage of propaganda has had a phenomenal result. Politicians are now being elected on nothing but "concern for the environment and a promise to clamp down on nasty industries," with no one caring about the damage done to the economy or our freedoms. Just as no sacrifice is too great

in time of war, what happens to the economy or our freedom is of no consequence "when the very planet on which we live is sick and dying."

Griffin introduces us to multi-millionaire Maurice Strong, the powerful UN environmental czar, who gives us the whole line: The U.S. is committing environmental aggression against the rest of the world. Current lifestyles of the affluent middle class -- high meat intake, frozen and convenience foods, electric household appliances, cars, air conditioning, suburban housing -- all this has to go. The world's ecosystems can be preserved only by lowering our standard of living by rationing, taxation, and political domination by world government.

Reading this section will forever change the way in which you view government. Yet, says Griffin, this perverted, power-mad Insider fix need not prevail. None of these dreadful things needs to happen. He outlines a procedure by which the Federal Reserve can be abolished, the national debt paid, and the country returned to a sound monetary system based on silver and gold.

All that is needed are the efforts of concerned and caring Americans. Griffin invites us to join him in freeing ourselves from the one-world conspirators.

It can be done.

- JANE H. INGRAHAM

(The New American / September 5, 1994

**Page of 9**

# Secrets Of The Plunge Protection Team

## The Four Derivative US Dictators

By Michael Edward

5-13-4

There are just four people who control all of the U.S. markets through their use of dangerous and explosive DERIVATIVES. They are risking the assets and retirement funds of all Americans. Because of their manipulations, especially since 2001, U.S. financial markets are now based on the gambling whims of a special fraternity of Federal Government DERIVATIVE dealers.

This group is known among Wall Street as the Plunge Protection Team (PPT). Their "official" role was to prevent another 1987 "Black Monday". They have the entire U.S. Treasury at their disposal to manipulate the markets through DERIVATIVES (futures options). In other words, they are using the assets behind the U.S. Treasury to rig the prices of commodites (gold, currencies, etc.) and stocks.

This fraternity comprises of Fed Chairman Alan Greenspan, the Secretary of the Treasury, and the heads of the SEC and the Commodity Futures Trading Association. It works closely with all the U.S. exchanges and Wall Street banks, including the largest DERIVATIVE risk holders Citibank and JP Morgan Chase.

Few people are aware of Executive Order 12631 signed by Ronald Reagan on March 18, 1988. In a nut shell, this is the "authority" behind the four dictators and the [sic] "laws" and "regulations" that have backed their casino-style DERIVATIVE gambling spree since 2001. Here are some highlights of this Executive Order to ponder:

Executive Order 12631 - Working Group on Financial Markets - Mar. 18, 1988; 53 FR 9421, 3 CFR, 1988 Comp., p. 559.

"By virtue of the authority vested in me as President by the Constitution and laws of the United States of America, and in order to establish a Working Group on Financial Markets, it

is hereby ordered as follows:

Section 1. Establishment. (a) There is hereby established a Working Group on Financial Markets (Working Group). The Working Group shall be composed of:

(1) the Secretary of the Treasury, or his designee; (2) the Chairman of the Board of Governors of the Federal Reserve System, or his designee; (3) the Chairman of the Securities and Exchange Commission, or his designee; and (4) the Chairman of the Commodity Futures Trading Commission, or her designee.

Section 2. Purposes and Functions. (a) Recognizing the goals of enhancing the integrity, efficiency, orderliness, and competitiveness of our Nation's financial markets and maintaining investor confidence, the Working Group shall identify and consider:

(2) the actions, including governmental actions under existing laws and regulations (such as policy coordination and contingency planning), that are appropriate to carry out these recommendations.

(b) The Working Group shall consult, as appropriate, with representatives of the various exchanges, clearinghouses, self-regulatory bodies, and with major market participants to determine private sector solutions wherever possible.

Section 3. Administration. (c) To the extent permitted by law and subject to the availability of funds therefore, the Department of the Treasury shall provide the Working Group with such administrative and support services as may be necessary for the performance of its functions."

Get out of the markets before the inflated DERIVATIVE bubble bursts

The pre-911 U.S. markets showed an astounding - yet confounding and puzzling - rise for the 4 months proceeding 911. The U.S. media dubbed it a "patriotic rally". The European Press called it a "PPT [Plunge Protection Team] rally". Obviously, the U.S. markets were manipulated and rigged to an inflated value in advance of the 911 disaster. Was this a coordinated measure in anticipation of what was to come? Only The Powers That Be can answer that question directly.

Since 911, there have been at least three major long-term stock market rallies. In all 3 instances, when the markets opened all the indexes began to quickly plunge. In each incidence, by early afternoon the markets were brought back from the brink of collapse to the surprise of everyone, including historical analysts.

An event that should have sent markets spiraling downward was the Enron, et al, unprecedented corporate accounting scandals. Yet despite this, an unprecedented accross-the-board markets rally began on July 24, 2002. Once again, the European Press called it a "PPT rally".

Outside the U.S., it's no secret who is behind these secretive "no-name" purchases of high risk DERIVATIVE gambling wagers:

On September 16th, 2001, The Guardian reported "that a secretive committee... dubbed 'the plunge protection team'... is ready to coordinate intervention by the Federal Reserve on an unprecedented scale. The Fed, supported by the banks, will buy equities from mutual funds and other institutional sellers... "

On Feb 21, 2002, the Financial Times featured an article about Japan's Stock Buying Body. The article stated that "...government backed equity markets, as Japan has recently become aware, do not work... Plunge protecting the world's markets may be a hazardous pursuit."

In each of these occurances, a large "no-name" buyer in the futures market secretly plunged in and bought up massive quantities of DERIVATIVES through banking groups such as JP Morgan. These were completely reckless gambling bets that the futures index [S&P] would rise even though it was obvious that it was going to fall. Because such a large amount of money was wagered on the S&P's rise, in each instance, it reversed the market's free-fall.

At the Federal Open Market Committee meeting on Jan 29-30, 2002, the Federal Reserve System (Greenspan) openly discussed the use of "unconventional methods" to stimulate the economy. Recently, the Financial Times of London quoted an anonymous U.S. Fed official who stated that one of the extraordinary measures "considered" in January 2004 was "buying U.S. equities".

These gambling interventions by the "Four Financial Dictators" have successfully brought the markets back each time... despite the inflated financial realities that existed. The purchase of these gambling DERIVATIVES at a great loss have transformed each market crisis into a rally. By manipulating the markets in this way, they have further inflated the highly overvalued market indexes.

Perhaps Americans can now understand why the major U.S. banks, such as JP Morgan, are holding TRILLIONS of gambling derivatives on their books as the PPT group of four use them to rig the markets. Sooner or later, these market "fixes" will no longer hold the bubble from bursting.

Thus, we have witnessed the creation and growth of the financial bubble that is on the brink of explosion... and we know who rigs and controls the markets to create this inflated bubble of gambling debt.

Paper Stocks Rise as Metals Loose - PTT Rigging is Obvious

In the same motus opperandi, the PPT group of 4 are currently buying metals futures (DERIVATIVES) in great amounts on the New York and Chicago exchanges. For the past two weeks, they have created a loss in silver and gold indexes by purchasing (at U.S. taxpayer's expense) large gambling bets (derivatives) against the true value of intrinsic metals.

The result is that they have rigged the value of metals to discourage investors from purchasing gold and silver instead of U.S. Federal Reserve Notes. This is a measure by the PPT to plug a large hole in the bursting dam of the financial bubble, but even Hans Brinker cannot stop this leak.

The bottom line? Stick with history and prepare for the financial explosion. When the bubble deflates and pops, economic deflation will control our daily lives. The PPT cannot continue to spend what it doesn't have. The retirement funds they are "borrowing" from are already exhausted. Get yourself some gold and silver... it will buy your bread to survive in the coming future... while paper Federal Reserve Notes will burn in your furnace to heat your homes.

http://worldvisionportal.org/wvpforum/viewtopic.php?t=204

# Plunge Protection Team

*By Brett D. Fromson*
Washington Post Staff Writer
Sunday, February 23, 1997; Page H01
The Washington Post

It is 2 o'clock on a hypothetical Monday afternoon, and the Dow Jones industrial average has plummeted 664 points, on top of a 847-point slide the previous week.

The chairman of the New York Stock Exchange has called the White House chief of staff and asked permission to close the world's most important stock market. By law, only the president can authorize a shutdown of U.S. financial markets.

In the Oval Office, the president confers with the members of his Working Group on Financial Markets -- the secretary of the treasury and the chairmen of the Federal Reserve Board, the Securities and Exchange Commission and the Commodity Futures Trading Commission.

The officials conclude that a presidential order to close the NYSE would only add to the market's panic, so they decide to ride out the storm. The Working Group struggles to keep financial markets open so that trading can continue. By the closing bell, a modest rally is underway.

This is one of the nightmare scenarios that Washington's top financial policymakers have reviewed since Oct. 19, 1987, when the Dow Jones industrial average dropped 508 points, or 22.6 percent, in the biggest one-day loss in history. Like defense planners in the Cold War period, central bankers and financial regulators have been thinking carefully about how they would respond to the unthinkable.

An outline of the government's plans emerges in interviews with more than a dozen current and former officials who have participated in meetings of the Working Group. The group, established after the 1987 stock drop, is the government's high-level forum for discussion of financial policy.

Just last Tuesday afternoon, for example, Working Group officials gathered in a conference room at the Treasury Building. They discussed, among other topics, the risks of a stock market decline in the wake of the Dow's sudden surge past 7000, according to sources familiar with the meeting. The officials pondered whether prices in the stock market reflect a greater appetite for risk-taking by investors. Some expressed concern that the higher the stock market goes, the closer it could be to a correction, according to the sources.

These quiet meetings of the Working Group are the financial world's equivalent of the war room. The officials gather regularly to discuss options and review crisis scenarios because they know that the government's reaction to a crumbling stock market would have a critical impact on investor confidence around the world.

"The government has a real role to play to make a 1987-style sudden market break less likely. That is an issue we all spent a lot of time thinking about and planning for," said a former government official who attended Working Group meetings. "You go through lots of fire drills and scenarios. You make sure you have thought ahead of time of what kind of information you will need and what you have the legal authority to do."

In the event of a financial crisis, each federal agency with a seat at the table of the Working Group has a confidential plan. At the SEC, for example, the plan is called the "red book" because of the color of its cover. It is officially known as the Executive Directory for Market Contingencies. The major U.S. stock markets have copies of the commission's plan as well as the CFTC's.

## Going to Plan A

The red book is intended to make sure that no matter what the time of day, SEC officials can reach their opposite numbers at other agencies of the U.S. government, with foreign governments, at the various stock, bond and commodity futures and options exchanges, as well as executives of the many payment and settlement systems underlying the financial markets.

"We all have everybody's home and weekend numbers," said a former Working Group staff member.

The Working Group's main goal, officials say, would be to keep the markets operating in the event of a sudden, stomach-churning plunge in stock prices -- and to prevent a panicky run on banks, brokerage firms and mutual funds. Officials worry that if investors all tried to head for the exit at the same time, there wouldn't be enough room -- or in financial terms, liquidity -- for them all to get through. In that event, the smoothly running global financial machine would begin to lock up.

This sort of liquidity crisis could imperil even healthy financial institutions that are temporarily short of cash or tradable assets such as U.S. Treasury securities. And worries about the financial strength of a major trader could cascade and cause other players to stop making payments to one another, in which case the system would seize up like an engine without oil. Even a temporary loss of liquidity would intensify financial pressure on already stressed institutions. In the 1987 crash, government officials worked feverishly -- and, ultimately, successfully -- to avoid precisely that bleak scenario.

Officials say they are confident that the conditions that led to the slide a decade ago are not present today. They cite low interest rates and a healthy economy as key differences between now and 1987. Officials also point to SEC-approved "circuit breakers" that were introduced after 1987 to give investors timeouts to calm down.

Under the SEC's rules, a drop of 350 points in the Dow would bring a 30-minute halt in NYSE trading. If the Dow declined another 200 points, trading would cease for one hour. No additional circuit breakers would operate that day, but a new set would apply the next trading day.

Despite these precautions, today's high stock market worries officials such as Fed Chairman Alan Greenspan, who in a speech in early December raised questions about "irrational exuberance" in the markets. Because the market declined following Greenspan's speech, government officials have become even more reluctant to comment on these issues for fear of triggering the very event they wish to forestall, according to policymakers.

## A Brewing Concern

Greenspan had expressed similar thoughts a year ago at a confidential meeting of the Working Group. Treasury Secretary Robert E. Rubin and SEC Chairman Arthur Levitt Jr. also are concerned about the stock market's vulnerability, according to sources familiar with their views.

The four principals of the group -- Rubin, Greenspan, Levitt and CFTC Chairwoman Brooksley Born -- meet every few months, and senior staff get together more often to work on specific agenda items.

In addition to the permanent members, the head of the President's National Economic Council, the chairman of his Council of Economic Advisers, the comptroller of the currency and the president of the New York Federal Reserve Bank frequently attend Working Group sessions.

The Working Group has studied a variety of possible threats to the financial system that could ensue if stock prices go into free fall. They include: a panicky flight by mutual fund shareholders; chaos in the global payment, settlement and clearance systems; and a breakdown in international coordination among central banks, finance ministries and securities regulators, the sources said.

As chairman of the Working Group, Rubin would have overall responsibility for the U.S. response, but Greenspan probably would be the government's most important player.

"In a crisis, a lot of deference is paid to the Fed," a former member of the Working Group said. "They are the only ones with any money."

"The first and most important question for the central bank is always, 'Do you have credit problems?' " said E. Gerald Corrigan, former president of the New York Federal Reserve Bank and now an executive at Goldman Sachs & Co. "The minute some bank or investment firm says, 'Hey, maybe I'm not going to get paid -- maybe I ought to wait before I transfer these securities or make that payment,' then things get tricky. The central bank has to sense that before it happens and take steps to prevent it."

## 1987: A Case Study

The Fed's reaction to the 1987 market slide, which Corrigan helped oversee, is a case study in how to do it right. The Fed kept the markets going by flooding the banking system with reserves and stating publicly that it was ready to extend loans to important financial institutions, if needed.

The Fed's actions in October 1987 read like a financial war story.

The morning after the 508-point drop on Black Monday, the market began another sickening slide. Corrigan and other Fed officials strongly discouraged New York Stock Exchange Chairman John Phelan from requesting government permission to close the market. Phelan was concerned that if the market continued to erode, the capital of the NYSE member firms would disappear. Corrigan feared a shutdown would cause more panic.

"It was extraordinarily difficult around 11 o'clock," Corrigan recalled. "The market was at one point down another 250 points, and that's when the debate with Phelan took place."

Simultaneously, Corrigan and other central bank officials spoke privately with the big banks and urged them not to call loans they had made to Wall Street houses, which were collateralized by securities that could no longer be traded and whose value was in question.

A final critical moment came that day when the Fed decided not to shut down a subsidiary of the Continental Illinois Bank that was the largest lender to the commodity futures and options trading houses in Chicago. The subsidiary had run out of capital to provide financing to that market.

"Closing it would have drained all the liquidity out of the futures and options markets," said one former top Fed official involved in the decision. Investors use stock futures and options to hedge positions in the underlying stock market.

Recognizing the crucial role of banks if another financial crisis should strike, the Office of the Comptroller recently conducted an internal study of what damage a market decline would inflict on U.S. banks. The OCC declined to discuss the study or its conclusions.

At the SEC, one big worry is how to cope with an international financial crisis that begins abroad but quickly rolls into U.S. markets.

"We worry about a U.S. brokerage firm that is dealing with a Japanese insurance company, where we don't know how they are run or regulated," a SEC source said. To improve its ability to react in a crisis, the SEC and the Fed have begun joint inspections with their British counterparts of U.S. and British financial institutions with global reach.

The most drastic -- and probably unlikely -- move the SEC could take in a crisis would be to propose a market shutdown to the president. That would require a majority vote of the commission. If a quorum couldn't be mustered, the chairman could designate himself "duty officer" and go to the president or his staff.

"Closing the market is, of course, the last thing the commission wants to do," said a source familiar with the SEC's planning. "During a time when people are extremely worried about their investments, you are cutting them off from taking any action. . . . The philosophy of the commission is that markets should stay open."

**Just the Facts**

Gathering accurate information would be the first order of business for federal regulators.

"Intelligence gathering is critical," Corrigan said. "It depends on the willingness of major market participants to volunteer problems when they see them and to respond honestly to central bank questions."

The SEC, CFTC and Treasury have market surveillance units. They monitor not only the overall markets, but also the cash positions of all the major stock and commodity brokerages and large traders.

The regulators also are hooked into the "hoot-and-holler" system used to notify participants in all financial markets of trading halts. The hoot-and-holler system alerts traders and regulators when a halt is coming.

**Relying on Quick Action**

In the event of a sharp market decline, the SEC and CFTC would be in constant contact with brokerage and commodity firms to spot early signs of financial failure. If they concluded that a firm was going down, they would try to move customer positions from that firm to solvent institutions.

At least this team of crisis managers already has been through the Wall Street wars. Greenspan was Fed chairman in October 1987. Rubin has served as the co-head of investment bank Goldman Sachs & Co. Levitt has been both a Wall Street executive and president of the American Stock Exchange.

"I think the government is in good shape to handle a crisis," said Scott Pardee, senior adviser to Yamaichi International (America) Inc., a Japanese brokerage subsidiary, and former senior vice president at the New York Fed. "A lot depends on personal relationships. You have a number of seasoned people who have gone through a number of crises. So if something happens, things can be handled quickly on the phone without having to introduce people to each other."

Consider what happened at 11:30 p.m. Dec. 5, when Greenspan made his comments about irrational exuberance. Alton Harvey, head of the SEC's Market Watch unit, was called at home by officials of Globex, a futures trading system owned by the Chicago Mercantile Exchange. U.S. stock futures trading in Asia had fallen to their 12-point limit, they said.

Harvey immediately alerted his direct superior as well as his opposite number at the CFTC. More senior SEC and CFTC officials were informed as well. But there wasn't much to be done until the morning. So Harvey went back to sleep.

REACTING TO A PLUNGE

After the market crashed on Oct. 29, 1929:

* The Federal Reserve provided loans and credit to financial systems.

* President Hoover met with business, labor and farm organizations to encourage capital spending and discourage layoffs; he also promised higher tariffs.

* Federal income taxes were reduced by 1 percent by the end of the year.

After the market dropped 22.6 percent on Oct. 19, 1987, the Federal Reserve:

* Encouraged the New York Stock Exchange to stay open.

* Encouraged big commercial banks not to pull loans to major Wall Street houses.

* Kept open a subsidiary of Continental Illinois Bank that was the largest lender to the commodity trading houses in Chicago.

* Flooded the banking system with money to meet financial obligations.

* Announced it was ready to extend loans to important financial institutions.

What would happen today during a stock drop would depend on the particulars. Here are current guidelines:

* If the Dow Jones industrial average falls 350 points within a trading day, NYSE trading would be halted for 30 minutes.

* If the DJIA falls another 200 points that day, trading would stop for one hour.

* If the market declines more than 550 points in a day, no further restrictions would be applied.

SOURCE: The New York Stock Exchange, "The Crash and the Aftermath" by Barrie A. Wigmore

© Copyright 1997 The Washington Post Company

# The Plunge Protection Team
by John Mauldin

I have had so many letters of late asking me what I think of and/or know about the existent of the so-called Plunge Protection Team, that mysterious group of government officials who secretly prop up the stock market when it drops too much, that I am going to jump in where wiser minds would just leave the subject alone. It will offer a good opportunity for you to understand concepts of arbitrage and how the markets really work. Plus, if you can prove me wrong, I will show you how to get a quick $100,000.

Following the stock market crash in 1987, the government created something called the President's Working Group on Financial Markets. The group, which includes the Treasury

secretary, Federal Reserve chairman, chairman of the Securities and Exchange Commission and chairman of the Commodity Futures Trading Commission, was formed to ensure the smooth operation of financial markets.

Citing a Washington Post article, Carol Baum recently wrote about a 1997 article: "The Working Group's main goal, officials say, would be to keep the markets operating in the event of a sudden, stomach-churning plunge in stock prices -- and to prevent a panicky run on banks, brokerage firms and mutual funds..."

"The thrust of the article is official's efforts to avert a liquidity crisis, which is exactly what the Fed did when it flooded the banking system with reserves following the 508-point plunge in the Dow Jones Industrial Average on Oct. 19, 1987. How an effort to ensure adequate access to credit to prevent a domino effect in the event of market meltdown morphed into a cabal to prop up the stock market is anybody's guess. For a window into the depths of the conspiracy theory, type "plunge protection team" into Google and see what comes up."

Every time the market drops and then "mysteriously" rallies, knowing individuals look at each other and nod, seeing the handiwork of the PPT (plunge protection team).

Let's say it straight out. The plunge protection team does not exist. It is an urban myth. Let me step by step prove it does not exist, and see if we can learn something in the process.

Supposedly the PPT manipulates the market by buying S&P 500 and DOW and NASDAQ futures when the market is dropping. Somehow, this supposedly forces the market back up. The problem is that buying futures cannot drive the stock market, which is obvious to real traders.

I talked with a few good friends about this article prior to writing it, to get some background and ideas. Art Cashin, of CNBC fame, and one of the real veterans of the markets, who ahs seen it all, wrote me the following very clear thoughts:

"Suppose you have a lot of cash and would like to buy the S&P Index. In the old days (circa 1980), you had two choices. You could buy each of the stocks in the S&P according to its weighting. Then you would own a "basket" of the 500 stocks. Or you could buy an S&P futures contract on the S&P. Which should you choose?

"If you bought the 'basket' of stocks, you would get whatever aggregate price improvement (or loss) that occurred while you owned the basket. In addition, you would get any dividends paid. A slight negative would be that it required 500 transactions (1 for each stock) and thus 500 commissions.

"If you bought the "futures," it would give you similar price action since it would mirror the ups and downs of the basket and the index. A negative would be that you would not get the dividends. Positives would be a single transaction with more favorable margin requirements.

"By constructing a formula of the variables - total dividends, time left to expiration and interest rates, etc. - you can determine if one of these choices is cheaper than the other. This is called arbitrage.

"An old example of arbitrage was gold. If gold was selling at $300 in Paris and $350 in London, one Rothschild might send in a pigeon to another Rothschild suggesting A buy in Paris while B sold in London allowing the firm to pocket the $50 (less transportation and currency conversion).

"The futures/basket formula gives you equilibrium or Fair Value. If stocks (the basket) go up faster than the futures, you might sell the expensive stocks and buy the cheaper futures. If the futures ran faster then you would, do the opposite. This is called index arbitrage or sometimes program trading....

"Anyway, the arbitrage between baskets and futures is now much bigger thanks to the addition of Exchange Traded Funds (ETF's). So now you can "arb" the basket against the futures or the S&P Index (ETF) (or any combo thereof). It is a huge market."

* Trading desks do arbitrage program trading for a fraction of a percent on a trade. Any attempt by the Fed to manipulate the market would just make a lot of money for hedge funds and trading desks.

* The amounts of money required to attempt such a manipulation would be huge. We are talking tens of billions of dollars if there was a true collapse going on. The collective size of the trading community in the world (hedge funds and "prop" desks - a prop desk is a proprietary desk for an investment bank or broker-dealer) is in the multiple hundreds of billions. It would require the willingness to lose billions of dollars every time you took the plunge, so to speak.

* If the Fed or Treasury or some slush fund did buy stocks, it would inject liquidity or more total money into the financial system or money supply. Since the Fed openly manipulates the money supply every day in transactions that everyone can see, in order for the Fed to hide the activity of the PPT, they would have to take out liquidity by selling treasury notes. Otherwise, the numbers at the end of the day or week would not add up, and someone would notice. But if they were taking out liquidity and the money supply did not go down, then someone would know something was up. You can't hide these numbers, unless you can get a lot of clerks at the Fed and elsewhere to agree to lie.

* You could not keep something of this size secret. Period. The orders would have to be entered somewhere. The theory is that Goldman Sachs or Citibank (or pick a firm) is part of this conspiracy. That means that multiple traders and officers would have to be in the know. You cannot mask trades of that size because it would essentially be the largest hedge fund in the world. Someone would spill the beans. Can you imagine the signing bonus from a book publisher if you could prove the existence of the PPT?

I hereby offer a $100,000 advance against 50% of the royalties to anyone who can "show me the trades." Give me names and dates. I will write the book, and we both become famous.

Further, can you imagine what political hay the opposition political party would make of the proven existence of a PPT? Do you think that the Dems wouldn't love to embarrass Bush with "proof" of his manipulation of the market? Can you imagine Newt Gingrich or Tom

DeLay (Republicans) not beating up Clinton and Robert Rubin for crimes against the market and for losing billions of dollars of tax-payer money?

If the President's Working Group was really the PPT, do you think every former SEC and CFTC Commissioner (and there are maybe a dozen) would all keep silent after they are out? Do you think their wives (or husbands) would not tell all in a divorce hearing? Do you really think that if Harvey Pitt would have allowed George W. to fire him if he could blow the whistle?

## A Hedge Fund's Secret Wish

* I don't doubt there are all sorts of secrets that officials in our government keep from us, and that all sorts of untoward things are done every day in the government, that if we found out we would be shocked.

But if the PPT existed, it would be just too big to keep secret. If it were small enough to be secret, it could have no effect upon the market. I don't doubt for a second that if the Fed decided to buy stocks and was willing to risk losing hundreds of billions, they could move the stock market up for a period of time. But then what do they do? They own a bunch of stocks. Could they ever sell without causing a crash?

Furthermore, if there is a PPT, they are the most incompetent team in the world because the markets have indeed plunged. I can guarantee you this: it is every hedge fund's most fervent wish that there was a plunge protection team, because it would be a license to print money trading against them. Imagine, having someone on the market with an unlimited bank account whose objective was to lose money? Could it get any better?

Some would argue that the PPT does not lose money - that they are so good they buy the stocks and wait until the market goes back up before they sell. If there were individuals who had such god-like insight into the future direction of the market, they would be running their own funds, making tens of millions in annual fees, far more than they would make as a bureaucrat. Further, as the bear market has moved the market down, the losses would be in the hundreds of billions by now. That much loss cannot be hidden, even if you have a printing press.

* If you believe in the PPT, it probably would do no good to mention that the rules under which the Fed operates makes it illegal for them to participate in such an operation, since you would assume they would not follow their own rules.

Let's look at the Crash of 1987. At the end of the day, there was a huge amount of futures buying, which some say is evidence of the Fed or other group stepping in and stopping the bleeding. What really happened is that the futures got so out of whack with the physicals that it was an obvious arbitrage position, and Paul Tudor Jones, one of the largest and certainly one of the more highly respected traders stepped in and began to cover his huge short position. Jones was a legend. Once the word hit he was covering, the crowd stormed in. No conspiracy. No hidden machinations. Just some traders taking monster profits.

And that often is what you see when there are large and strange moves. Just traders taking profit, either on the long side or short side. It is what Chris Fuligni calls his TFTF trade: Too

Far Too Fast. When the market moves too much in one direction, traders take profits.

In my opinion, and as I have made the case for several years, this market is too high compared to historical trends of value. In my opinion, it has much further to go on the downside. But secular bear markets do not go straight down to "fair value." It takes years of going down, with large rallies back up and then more down before the bottom is finally reached. At every step, there are advisors and investors who decide that "now" is a good time to invest. There is no mass consensus.

Remember, over half the years within a secular bear market cycle are up years, and most of those are up by 20% or more. As the fairly bearish Dan Denning wrote in Strategic Investment today: "...confidence can be a heady thing. If Hussein ends up dead and Osama bin Laden is captured, look for 10,000 on the Dow in short order. Euphoria is a powerful emotion."

Those who feel the market is over-valued have ample justifications. You can go to Standard and Poor's website and look at their valuations. If you take pro forma earnings (that is Earnings Before Interest and Hype) the current P/E ratio is 18, which is high, but certainly within historical norms. But if you look at actual "as reported" earnings, the P/E ratio jumps to 30.29. That is in nose-bleed territory to the historical average of 15.

If you look at core earnings, the number is over 35. Core earnings subtract options expense and pension fund overstatements. The new accounting standards will probably mandate firms to start subtracting these items, so the core earnings P/E ratio is a number that is increasingly going to be seen by the investor.

Not fair, say the bulls. To get true historical comparisons, you have to compare apples to apples. The new standards distort the actual profitability of a company, and give us no fair historical comparison.

To that, I politely say bunk. Pre-1990, pension benefits did not have nearly the impact that it does today, as there was not that much over-funding and estimates of future earnings were far more conservative. It is only in the decade of financial engineering, where a CEO could create a 10% rise in his company earnings just by changing the assumptions of his company pension fund that these elusive pension fund earnings started to show up in the books in a significant way.

Of course, that helped the CEO's personal options, which again the company did not have to expense. Options were not a big deal prior to 1980 and not all that significant even until 1990.

Accounting standards always tighten up in bear markets. Investors become more conservative. They are not willing to project earnings growth far into the future. That is why the market drops.

If you go to Decisionpoint.com, you can see in one of the many hundreds of charts available that if the P/E ratio for the S&P 500 were 15, about average for the last century, the market would be at 420 today. As markets have always over-corrected, generally to below single

digit P/E ratios, if it went to 10, the S&P 500 would be at 280, down 68% from here. That is pretty ugly.

I believe we are going to single digit ratios. I also believe it will take a decade or more. In that time, earnings will grow, and probably double or more without having to be too optimistic. What happens in secular bears is that earnings grow and P/E ratios drop. But it does not happen all at once. It takes time.

We can be thankful for that, because if the markets were to drop 68% today, we would be facing a depression as severe as our grandparents faced. It would be ugly, ugly, ugly. Thus, in a kind of perverted logic, we should be grateful for market cheerleaders, as they prop up the economy and stave off a disaster scenario. But as individuals, we don't have to listen to them.

The point is that there are those who see the market as under-valued. When it does not go up they blame hedge funds, short sellers and wicked analysts for their losses. There are those who see the market as over-priced and want the market to conform to their worldview, and they see rallies as evidence of the Plunge Protection Team. The world is not as it should be, and there must be some secret reason. That is especially true if they are short and the market goes up.

The real reason is what Richard Russell says over and over, "The market is the market. It just is." In a real sense, this is more scary than the possible existence of a plunge protection team. It means we are subject to the vagaries of a market which is out of anyone's ability to control. I bet there have been a few times you wish someone could have made the market go back up. In a world where anything can happen, risk control is everything. It would be nice to know that I could count on some secret group to protect my funds, but it doesn't exist. I am responsible for my own risk protection and personal portfolio.

**Randomness and Responsibility**

Thus, we return to Art Cashin's final bit of wisdom: "People can't stand two things - randomness and responsibility. On the first point we again cite Voltaire: "If God did not exist, it would be necessary to invent him." The premise is obvious and a truism - life must have order. The class needs rules and a teacher. An occasional accident is acceptable, though maybe not understandable. The logical (for many of us) existence of a deity transmutes in the secular world into - someone is in charge. (The government, the moneyed interests, some religious or ethnic group, etc.)

"Now factor in the inability to accept responsibility.

"If my horse doesn't win - the race was fixed - the horse was doped. The variations are myriad. It can never be my fault or my miscalculation. That could mean I was careless, or confused or hasty or maybe even wrong. The latter is unacceptable so it must be someone else.

"Thus conspiracy theorists and the plunge protection theme. In four decades, I've heard hundreds of theories. The collapse of the Hunt Brothers' silver bubble was roundly blamed on a government conspiracy. As time went on it was obvious there was no conspiracy - not

there or in hundreds of other cases. But....when your perfect game is ruined in the final frame (bowling) or the final inning (baseball) - dashed hopes demand a villain - an evil deus ex machina. They stole it from me, I tell ya!!"

# GEORGE LET PLUNGE SLIP

*June 27, 2006* -- **GEORGE Stephanopoulos** knows all about the Plunge Protection Team, the secretive organization made up of Wall Street bankers and top administration officials whose job it is to come to the rescue of a faltering stock market.

Here's the bombshell statement that an obviously nervous Stephanopoulos, once **President Clinton**'s senior adviser on policy and strategy, delivered on ABC's "Good Morning America" on Sept. 17, 2001 - the day the stock market reopened after being shut for nearly a week because of the 9/11 terrorist attacks.

The statement was barely noticed in the excitement of that time, so I will quote it here in full.

I'm also citing it verbatim because Stephanopoulos blurted it out in the heat of that moment (stocks were struggling that morning) and because no other person with firsthand knowledge of this organization is likely to ever repeat these words.

*"And perhaps the most important, there's been - the Fed in 1989 created what is called the Plunge Protection Team, which is the Federal Reserve, big major banks, representatives of the New York Stock Exchange and the other exchanges, and there - they have been meeting informally so far, and they have kind of an informal agreement among major banks to come in and start to buy stock if there appears to be a problem.*

*"They have, in the past, acted more formally.*

*"I don't know if you remember, but in 1998, there was a crisis called the Long Term Capital crisis. It was a major currency trader and there was a global currency crisis. And they, at the guidance of the Fed, all of the banks got together when that started to collapse and propped up the currency markets. And they have plans in place to consider that if the stock markets start to fall."*

The most important line is the one about the "informal agreement among major banks to come in and start to buy stock if there appears to be a problem."

Over the last month I've outlined in this column how **Robert Heller**, a Federal Reserve governor, proposed in 1989 that the central bank prop up the stock market in times of crisis by purchasing stock index futures contracts.

I've also contended, and Stephanopoulos confirms, that these rescue missions were not undertaken by the government itself - although off-balance-sheet funds are available - but by Wall Street firms acting as fronts for Washington.

Stephanopoulos didn't return calls for comment.

The Plunge Protection Team, first revealed in a Washington Post story, seems to have been born on March 18, 1988, when President Reagan signed Executive Order 12631 establishing a Working Group on Financial Markets that included the chairmen of the various stock exchanges, the chairman and governors of the Federal Reserve, and the secretary of the U.S. Treasury, who was also the chairman.

Nowhere does the order mention the heads of private banks or Wall Street firms, although the group is encouraged to "consult, as appropriate, with representatives of the various exchanges, clearinghouses, self-regulatory bodies and with major market participants" when trouble crops up.

Nor does the order say that this group can buy stocks to prop up the financial markets, like Stephanopoulos said it was doing.

The purpose of the working group, the order says, is enhancing "the integrity, efficiency, orderliness, and competitiveness of our nation's financial markets and maintaining investor confidence." And what better way to make investors confident than to assure that the stock market will not crash?

So what does this all mean? Simply, that without our knowledge there's been a brave new world in investing for more than a decade. And this changes everything.

*Next: Rigging the stock market - good or bad?*

john.crudele@nypost.com

# Project Hammer

# Covert Finance and the Parallel Economy

### Part 1 of 2

**The off-ledger trading programs operated by some central and international banks launder massive amounts of money and provide vast sums to fund covert 'black budget' projects.**

---

Extracted from Nexus Magazine, Volume 9, Number 1 (December-January 2002)

http://www.nexusmagazine.com/articles/hammer1.html
PO Box 30, Mapleton Qld 4560 Australia. editor@nexusmagazine.com
Telephone: +61 (0)7 5442 9280; Fax: +61 (0)7 5442 9381
From our web page at: www.nexusmagazine.com

by David G. Guyatt © 2001
c/- NEXUS Office
55 Queens Road
East Grinstead, W. Sussex RH19 1BG United Kingdom

David Guyatt Email: goldbug@goldbug99.freeserve.co.uk
David Guyatt Website: www.deepblacklies.co.uk

---

Project Hammer is all about money.  Stupendous great gobs of money.  So much money, in fact, that it will challenge whatever reality you thought you had about the over-world of banking, finance and economics. It is also about the nether world of international banking and finance, a world that is said not to exist in reality.  But exist it does.

More often than not, this never-never-land of international banking is concealed from public view by the judicious use of two sets of books.  It is also eclipsed from interested investigators by a never-ending series of real frauds that result in arrest and imprisonment of numerous scam artists.  This creates the clever illusion that the only thing going on are artful scams designed to fleece the unwary.

Such swindles fall under the general category of High Yield Investment Programs, Front End Fee frauds and Prime Bank Note schemes.  Numerous law enforcement cases such as these, when twinned with dire "beware" warnings published on FBI, US Treasury and other websites, easily lead one to conclude that there are no such things as "real" trading programs.  And the powers that be don't at all object to this conclusion being reached.  It is the old case of hiding trees in a forest.

A key point to keep to the fore in what follows is that trading programs operate "off ledger".  That is to say, the banks and central banks that operate them run two sets of books: one set for public scrutiny, and another set for private viewing only.  Another fact to bear in mind is that authorized programs generate quite spectacular profits for very little--in fact, minuscule--risk, and those who are invited to participate as funders accumulate capital at a shockingly rapid rate.  One reason, perhaps, why the wealthy get altogether wealthier as the poor sink ever lower into the mire of poverty.

The financial, banking and economic shadow-world, in which Project Hammer lived, breathed and manufactured money "out of thin air" is the dirty little secret of the Western economy.  It is a form of money creation that is effectively unchallenged by any form of oversight or accountability as we understand it.  Hammer and numerous other transactions like it are based on what are known as Collateral Trading Programs, although many other descriptive names and terms are also used.1

The reason for such programs is to create vast pools of ready money that are earmarked for use in sanctioned (authorized) operations and projects.   On the plus side, many beneficial projects throughout the world get funded as a result of program trading.  On the negative side, there are more shadowy projects.  Included in the latter category are certain black operations.

The amalgamated pool of funds created and now held in dormant and orphaned bank accounts runs to trillions of dollars, according to insiders.  At the low end of estimates, there is believed to be enough to pay off the US national debt plus some change.  At the higher end, estimates range up to hundreds of trillions of dollars.  I have been repeatedly told, almost matter-of-factly, that the higher estimates are closer to the truth.  I simply don't know how big the sums amount to, but I can document US$12 trillion.  This sum is revealed in the late Baron Krupp papers that form part of the exhibits of the companion volume to dossier The Secret Gold Treaty (http://www.deepblacklies.co.uk).

Many different sources say that programs are also used to launder money by spinning it through a program cycle until it is pristine clean.  Drugs, guns and the usual array of dirty money transactions are said to feature.

Since US dollars are the cornerstone of all program activity, Uncle Sam naturally gets a bite of the action.  A percentage of the proceeds are collected via private tax treaties negotiated with offshore entities.  These treaties also help to shield the reality of these programs from public awareness.  There are unsubstantiated rumors that some of the tax take occasionally gets "diverted" for altogether private purposes.  It is an allegation that is impossible to stand up, however.

London and Zurich are key centers for program activity, although transactions are usually booked through offshore entities.  London and Zurich are also gold centers, and more than one credible source confirms that "black" gold forms an important part of program trading activity.  There are also good reasons to suppose that part of Uncle Sam's share of trading profits is credited to the Exchange

Stabilization Fund.  Here it is pooled with other funds and used to shore-up the American economy by--amongst other maneuvers--manipulating the gold price to keep it below a predetermined price.

Trading programs are the preserve of many governments, their treasury departments and the top international banks which by their very nature have the necessary mechanisms in place to enable trading to take place efficiently and secretly.  Banks from G7 nations dominate.

It follows, therefore, that a number of problems occur as a consequence of the multijurisdictional nature of supervision; and although safeguards are in place to ensure that "clean" money is fed into the system, this doesn't always happen.  Funds of suspect origin do enter the system and are made pristine clean by this form of paper alchemy.

Large sums of black gold, cash or other forms of convertible assets are used as "collateral" to initiate trading programs.  There are also certain classes of government-issued treasury notes and bonds that are privately lodged with major Western banks.  These "treasuries" are never meant to see the light of day, but are in turn used by major banks to back the issuance of their own bank debentures "off ledger" in substantially leveraged amounts that can run into tens of trillions of dollars--or their foreign currency equivalents.

In turn, this bank "paper" is traded in pre-arranged "buy/sell" transactions at steep discounts (cents on the dollar) off the face value of the issued bank debentures.  The trading of the paper between banks--using proxies--is arranged and coordinated so that the traded obligations effectively "wash out" or are otherwise cancelled, although other scenarios exist where issued paper is purchased at a fair market value and held to maturity.  In the past, trading was paper-based, but today everything is electronic "screen-based" and consequently the credits traded have a life of milliseconds.

The difference between the buy-and-sell price--usually known as the "spread" (in the case of Hammer, this was said to be many percentage points)--generates a "fallout", a term that implies profit.  In other transactions, most notably "Jacobe", the spread was represented to be at least 10% on a planned face value issuance of US$27.5 trillion, according to documents I have seen.  This would have created a fallout of US$2.75 trillion.  However, for reasons yet unknown to this writer, it seems that the Jacobe program, privately hailed as the largest program "ever put together", was--for reasons that are still inexplicable--only two-thirds completed.

Less grand, but just as interesting in other respects, was the fallout from Project Hammer, which is said to have totaled over US$220 billion.  In fact, the precise sum is US$223,104,000,008.03.

**THE NUGAN HAND BANK CONNECTION**

One of the central characters associated with Project Hammer was Brigadier General Earle Cocke. Back in 1966, Cocke, along with his sleeping partner General Eugene Phillips, established the Washington-based consultancy firm Cocke & Phillips International.  This was at the height of the Vietnam War, and just a few months after Cold Warrior Paul H. Nitze issued the directive authorizing the establishment of the US Navy's clandestine intelligence collection program more commonly known as "Task Force 157".

TF 157 would later feature in the Nugan Hand Bank affair exposed by Wall Street Journal investigative reporter Jonathan Kwitny in his book The Crimes of Patriots.  Task Force 157 came to an end on the instruction of Admiral Bobby Ray Inman, once he discovered the full involvement of "rogue" CIA agent Edwin Wilson in the Task Force.  Wilson was responsible for so much intrigue and illegality that one could shake a stick at it.  He was eventually arrested, tried and imprisoned--where he remains to this day, fighting for release.  Many now believe that he was working on orders from above but in a deniable role and was cynically sacrificed to save other more prominent players.

During his investigation, Jonathan Kwitny learned that General Earle Cocke ran Nugan Hand Bank's Washington office.  Cocke's partner General Phillips denied this, saying they had merely rented office space to Nugan Hand Inc.'s Hawaii President, General Edward Black--a former OSS, CIA and senior military officer.  This proved to be untrue, however.  Kwitny learned that papers filed with the US Treasury listed General Cocke as the "person in charge" of Nugan Hand's Washington office.  Cocke claimed that someone else must have filed these papers without his knowledge or consent.

In April 2000, Cocke gave a deposition running to 67 pages concerning his knowledge and involvement in Project Hammer.  Ten days later he died from pancreatic cancer.  His explosive deposition reveals him as a very significant and highly connected player in a world few of us are familiar with.

Cocke fought in three wars: World War II, Korea and Vietnam.  During WWII he was an artillery officer and a division staff officer and was a POW under the Germans.  He worked for General Macarthur during the Korean War and for General Westmoreland in the Vietnam War.  Highly decorated for his service, he was awarded a Silver Star, a Bronze Star and cluster, a Purple Heart with three clusters, a Croix de Guerre plus the Legion d'honneur from France, and a Medal of Honor from The Philippines. He was the youngest National Commander of the American Legion and, prior to his death, became the oldest National Commander.  In addition he was distinguished by the Red Cross with the medal Cruz Roja, and he was made an Honorable Comrade of the Nationalist Chinese Air Force.

Cocke was a Shriner Mason of many years' standing (he held a semi-official voluntary position for that organization) and a Grand Commander of the Knights of Malta--the secretive Vatican order that boasts numerous members who serve, or are closely affiliated with, Western intelligence and military services.  Intriguingly, he claimed to have been the first Protestant "in 1200 years to be so honored".

In 1959 and again in 1960 he was a member of the US delegation to the General Assembly of the United Nations, holding the rank (and pay grade) of Ambassador. After that, he was the first fulltime US Alternate Executive Director of the World Bank, a position he held for four years from 1961-64. Pressed about this in more detail by his questioner, a Washington attorney, Cocke responded by saying:

"At that time I owned 28 percent of the stock and, of course, I had all kinds of people in the Treasury tell me what to do. Don't get me wrong, I made all the decisions. But I was the executor, I was the delivery."

He also confirmed that he had worked for every US President:

"...from Truman to date. At some stage of the game I worked for all of them. I have to admit that some of them were very minor chores and others were important."

In addition to his many abilities and accomplishments listed above, Erle Cocke was above all other things a banker--a profession that ran in the family. His great-grandfather put a bank "together in 1867", which was then the only bank in Georgia. His grandfather founded a bank in about 1890, and his father was President of Fulton National Bank (which became Bank of America) and was at one time the President of the American Bankers Association and Chairman of the Federal Deposit Insurance Corporation (FDIC).

Asked about his own knowledge of banking, Cocke said he had taken all the normal banking courses, and added:

"I understand banking. I can teach banking--you understand what I am saying--at the college level."

This banking expertise was at the core of his firm, Cocke & Phillips International, which began life as a: "...normal American firm, lobbying firm, here in Washington, and we grew into banking particularly. The UN contacts and the World Bank contacts--sometimes they help those people for 10 years."

In a similar vein, he undertook all sorts of "chores" for some of the government intelligence agencies. He explained this as follows:

"One thing is if they trusted you, they practically came in and said, 'What do I do?' I mean, you didn't argue with them. You sort of proceeded with the program and gave them a few choices, of course. But [they] practically always followed what we did. I was administrator, arbitrator. I was [the] moderator, bringing people together."

Asked if that experience "would be true in the financial and banking world in particular", Cocke replied: "Oh, yes. I have been able to close things that other people can't close."

As we shall see, Cocke's ability to "close" things other people could not close did not extend to Project Hammer--a financial operation that, according to Cocke, deeply involved Citibank and its Chairman, John Reed. Cocke said he could get to see any President without any trouble, but complained that he could not get to meet John Reed.

**COLLATERAL DAMAGE**

Having briefly examined General Cocke's background, let's now return to that stupendous sum of "black" money mentioned earlier. For purposes of clarity, this amount was referenced in Earle Cocke's deposition. If, as we have said, this amount was stealthily "magicked" into being as a result of an exotic form of financial smoke and mirrors, the question is: where did it go?

According to Cocke, this sum was lodged in "30-some odd accounts together". Asked where these accounts were located, Cocke responded by saying, "In almost one solid block at Citibank".

General Cocke's questioner then asked: "Would they have been in control of Mr. Reed?" -meaning former Citibank CEO and Chairman John Reed.

Cocke responded as follows, in this exchange with the attorney:

A. Probably not all because there were so many different participants involved, and in different locations, countries, that I would say no, he did not have complete control, but everybody recognized it wouldn't be settled until it got to him.

Q. And these were, you say, accounts for various people around the world?

A. Yes.

Q. Produced as a result of what?

A.  Well, most of them figured that greed in particular was mighty high.  And, if they put up this amount of money, then I am going to get this kind of money coming back.  That's the way practically all of it was.  I hate to use the word "sole", but "present" might be a better word.

Q.  Were these accounts for the benefit of people who had engaged in some kind of trading program?

A.  They were all to get in the trading program.  I haven't found anybody that didn't go in wanting to increase their income and their greed in the highest bracket if they could possibly put up money.

Q.   What I understand from you is that whatever these individuals, corporate entities, or even government...they believed, apparently by putting these funds with Citibank as part of this effort; they would then receive later down the road a pay-off?

A.  That is correct.

Q.  As a result of Citibank's management of these funds, is that fair to say?

A.  Yes, basically the whole trading bloc in a nutshell.

During the course of his deposition, General Cocke was asked if he knew who "created" Hammer "to begin with".  He admitted that he didn't know and was even reluctant to make a guess, but added that whoever set it in motion "had to have been somebody at a pretty high level".  He then made the interesting observation that whoever it was who had authorized it, "the original structure" had "obviously got way out of proportion as time went by". The implication was that some of the money-- the fallout--got diverted from its original intention.

More than a few of those involved in Project Hammer at various levels have told me that they believe some of the pool of money created by the Hammer project was "diverted" and used to rescue many of the world's major banks, which by the very end of the 1980s faced insolvency following reckless lending policies throughout the late 1970s and early/middle 1980s.  It is certainly true that at that time many major banks like Citibank, HSBC, Chase, Bank of New York and others stood teetering on the very brink of disaster.

Another view is one that has been expressed by Daniel Hughes, of Hughes Oil Company, a Florida-based corporation.  Hughes had been heavily involved in finding collateral to place in a number of trading programs over several years.  This cost him tens of thousands of dollars, since most of these were illegitimate rather than genuine.  It is a fate that waits for untold thousands of unsuspecting investors who step into this shadowy realm unprepared.

Even so, it seems that Hughes did play a part in attempting to place collateral in Project Hammer.  He believes that the funds diverted from Project Hammer ended up in a CIA-controlled Swiss bank account in the name of the late Howard Hughes.  On the basis of years of investigation, Daniel Hughes believes that Project Hammer involved the trading of US$13.6 trillion in debentures, resulting in a "fallout" of about US$1.1 trillion which was stashed in the Howard Hughes account in Credit Suisse.  Whilst there is no hard corroboration in support of this claim, it remains an intriguing possibility.  More so, for in his deposition General Cocke indicated that black money generated by trading programs might be hidden in dormant accounts, and a Howard Hughes account set up 30 years ago would clearly fall into that category.

According to Earle Cocke plus others I have spoken with, Project Hammer began life as an authorized but secretive trading program aimed at repatriating dollar assets that dated back several decades.  Cocke confirms this when he was asked what the overall objectives of Project Hammer were:

"Well, it was mainly to bring monies back to the United States from all types of activities, both legitimately and illegitimately. Not that they were in the smuggling business per se, but they were all in the arms business; they were all retracing dollars of one description or another that had accumulated all through the '40s and '50s really.  And that probably is as broad a definition as I can give you.  And all kinds of nationalities were involved, all kinds of people were involved É" Cocke was then asked who would have been behind the Hammer project.  Would it, the questioner asked, have involved "various agencies of the US Government"?

"Yes.  Obviously the CIA, the FBI, the national security agencies of all types, Pentagon in the broadest sense of it and as such, and the Treasury, Federal Reserve.  Nobody got out of the act, everybody wanted to get in the act."

But there were numerous other entities involved in Project Hammer.  None more so than the world's big bank, as is made clear by the following exchange:

Q. What other banks and financial institutions were involved in it?

A. Well, if they were, they were still as a correspondent to Citibank.

"Correspondent", in the sense General Cocke's uses this term, means one bank's account maintained at another bank.  This is used to handle money transfers between both banks, and it very often denotes a "special relationship" between the banks concerned.  The questioner then asked:

Q. Do you know which of those would be involved? Was Chase Manhattan one?
A. I am sure that every big bank in every major country at some stage of the game had some of this pass by them.  They had a chance to refuse, or they had a chance to take it up.

**CITIBANK, "THE CHEESE"**

Cocke was then asked who the "dominant participant" was in "terms of running this project, this vast project".   The General is in no doubt about his reply when he says that, based on his own investigation; it was "Citibank of New York, in both their Athens, Greece, office and in their New York City office".  He also acknowledged that Hammer was part of "an ongoing long-term kind of project".

Cocke went on to reveal that Citibank were "Égoing to be the trustees.  They were going to be running the program.  They were going to be the disbursing agency.  They were the cheese."

Asked to identify which principal officer in Citibank handled Project Hammer, Cocke responded that "from all records, communications and contacts, John Reed was Vice President, but he was the lone coordinator, for a better word".

Reed, who was Citibank's President and Chairman during this period, has formally denied his involvement in Project Hammer.  In a deposition sworn in December 2000, Reed stated that he had "no recognition or knowledge of anything purportedly known as Project Hammer". Nor did he have "any recognition or knowledge" of any person named Earle Cocke.  His deposition goes on to list a number of other items, people and allegations that he also had "no recognition or knowledge" about.

For their part, Citibank, in a letter dated December 12, 2000; state that they "never issued commercial instruments on the basis of its possession of quantities of gold made available to it by agencies of the US Government and the Federal Reserve in order to ensure the solvency of Citibank in the '80s and other bullion banks".

This denial, although emphatic, is interesting.  Research shows that gold recovered by the forerunner to the CIA--the Office of Strategic Services (OSS)--was deposited in Citibank (and many other banks, too), not in the name of the OSS or CIA but in the name of one of their operatives, Severino Garcia Santa Romania.

On his death in 1974, some--but not all--of Romania's "assets" appear to have been illegally acquired by former Philippines President Ferdinand Marcos, who was at one time Santa Romania's attorney.  According to Santa Romania's widow, her husband gave Marcos a limited Power of Attorney for use solely in the Philippines, since he traveled abroad regularly.  It seems that Marcos somehow made use of this to gain control over Santa Romania's gold and other assets.

It also appears likely, based on documents in this writer's possession, that considerable quantities of gold once held by Santa Romania were later placed under the control of former CIA covert operator Major-General Edward Lansdale.  However, these assets were lodged with the Union Bank of

Switzerland. Again, it is worthy of note that they were placed in Ed Lansdale's name, not in the name of a US Government agency. These assets are very clearly off the books.

Large quantities of gold held by Citibank remained in the account names of Severino Garcia Sta. Romania and José Antonio Diaz de la Paz (the latter being a well-known alias for Santa Romania) under reference codes "Fanerst King Fisher" and "Burgst Harbor King" respectively.3 These have been the subject of a legal wrangle between Santa Romania's heirs and Citibank's John Reed.

The fact that the gold held by Citibank and others may not have been in the name of the Central Intelligence Agency or the Federal Reserve--but, rather, was in Santa Romania's name--may have been all Citibank needed to wriggle out of a poorly crafted question.

*Continued next issue...*

---

**Endnotes:**

1. Other terms that have been used are: Credit Enhancement Business; and Capital Accumulation & Structured Debt Programs.
2. Others involved believe this sum represents a part of the fallout from the Jacobe transaction, and not Hammer.
3. This information is drawn from a letter dated December 20, 1995, from C. E. (Jim) Brown (the second husband of Santa Romania's widow, Luz), addressed to the US Justice Department. Sta. Romania also used J. Antonio Diaz as another alias. In fact, he used many different names and entities to conduct his business.

**About the Author:**

Following a 28-year career in investment banking (member, AIBD) based in the City of London, David Guyatt's last position was Associate Director and Treasurer of the forfeiting (an arcane banking term meaning "to discount without recourse") division of a major international bank. David is married with three children and now pursues a career in journalism, writing for a variety of media and researching and producing factual material on a wide range of associated subjects. This is his ninth article for NEXUS, the most recent ones published in 8/01 and 7/05.
In addition to his feature writing, David has prepared background papers on Anti-Personnel Electromagnetic Weapons for the International Committee of the Red Cross (ICRC), was a contributing member of ICRC's SIrUS Project that sought to define criteria for judging "abhorrent weapons", and has written for the World Development Movement on his "insider's knowledge" of international weapons financing. He has been a consultant on Swiss and UK TV documentaries exposing the threat of non-lethal weapons and Britain's weapons trail to Indonesia. He is presently assisting the US-based law firm Easton & Levy in its lawsuit against the Vatican for the restitution of the Nazi Croatian Treasury which was illicitly transferred to the Vatican and elsewhere at the end of World War II.
David has recently completed an in-depth investigation into the black market of gold and has published it as an electronic book, The Secret Gold Treaty, available through his home page www.deepblacklies.co.uk.