```
U.S. DISTRICT COURT              SOUTHERN DISTRICT of NEW YORK


27 SEP 2022

[ MOTION TO AMEND  :  PUBLIC INTEREST, OFF-LEDGER FUNDS, MONEY LAUNDERING ]

                                         CASE No. 1:22-cv-06222-UA
                                         CLAIM TEN v. DONALD J.TRUMP, JR.

                                RJI:  CASE No. 1:22-cv-06220-UA
                                      CASE No. 1:22-cv-06296-UA
                                      CASE No. 1:22-cv-06288-UA
                                       CASE No. 1:22-cv-07695-LTS
                                      CLAIM NINE v. COUNCIL OF ELDERS


       PRO SE ROOM 105
       THURGOOD MARSHALL COURT OF LAW
       40 FOLEY SQUARE
       NEW YORK  NEW YORK     10007


**********************************************************************

PLAINTIFF : HOLIDAY OLJII ANNA PEDOTTI  Suffix: II
           v.
DEFENDANTS : ADLER, RANDOLPH K., JR, ET AL.

**********************************************************************
CONTAINED  : EVIDENCE OF OFF-LEDGER MARKET REPORTS    IN RELATION TO
ALLEGATIONS OF MONEY-LAUNDERING & F.B.I. INVESTIGATION v. FPOTUS TRUMP

SUCH EMAIL WAS SENT TO PLAINTIFF FOLLOWING THE PLAINTIFF'S ATTEMPT
TO DISGORGE HERSELF FROM ANY INTERPERSONAL COMMUNICATIONS WITH
ATTORNEY R IN JULY 2021, FOLLOWING SEXUAL ASSAULT, PHYSICAL ASSAULTS ,
PSYCHOLOGICAL ABUSE INCLUDING SPITTING IN FACE AND MISREPRESENTATIONS
OF PLAINTIFF AS A PROSTITUTE TO FAMILY OF (DFT) FOLLOWING MURDER
ATTEMPTS BY KNIFE IN BOTH NEW YORK AND CONNECTICUT     -    AND -
PRIOR TO MURDER THREATS AND FURTHER ATTEMPTS INCLUDING STRANGULATION,
STALKING, HARRASSMENT , AGGRAVATED HARRASSMENT - AS WELL AS - NUMEROUS
VIOLATIONS OF RESTRAINING ORDERS THAT LATER DISAPPEARED FROM ALL NYPD
SYSTEMS AND HISTORICAL RECORDS ACCORDING TO OFFICERS OF THE NYPD 5TH
PRECINCT AND DISTRICT ATTORNEY MICHAEL O'ROURKE ; EVIDENCED
HEREIN USING THE NYCOURTS.GOV ELECTRONIC SYSTEM AS THE PLAINTIFF
CONTINUES TO SELF-REPRESENT HER LEGAL POSITION(S)
           *** EXHIBIT COR0051   ***;
              COMMUNICATIONS USING LEGALLY ACCOUNTABLE LANGUAGE AND CUSTOM
         DOMAIN ELECTRONIC ACCOUNTS USED BY ATTORNEY R IN CONNECTION WITH
         FINANCIAL LOGS DESCRIBED IN OBSTRUCTION OF JUSTICE CHARGES ;
             -AND-          CITATIONS OF NON-APPLICABLE FISA LAWS :
```