U.S. DISTRICT COURT                 SOUTHERN DISTRICT of NEW YORK

28 SEP 2022           [ MOTION TO AMEND : MATERIAL GAINS, DEATH THREATS ]

                                    1:22-cv-06222-UA
                                    1:22-cv-06288-UA
                                    CLAIM TEN v. FPOTUS TRUMP
                                    1:22-cv-07695-LTS
                                    CLAIM NINE v. COUNCIL OF ELDERS
                                    CASE No. 1:22-cv-06199-UA
                                    1:22-cv-06220-UA
                                    1:22-cv-06296-UA

THURGOOD MARSHALL COURT OF LAW
40 FOLEY SQUARE
NEW YORK  NEW YORK         10007

********************************************************************

CONTAINED :        MOTIVE PLAINLY STATED IN TRANSCRIPT BETWEEN PLAINTIFF AND ATTORNEY R AS WELL AS UNKNOWN TIES TO FAMILY OF PLAINTIFF.        VIDEOS :    PLAINTIFF ATTEMPTING TO END INTERPERSONAL RELATIONSHIP WITH ATTORNEY R IN JULY 2021;      ASSAULT INCIDENT.

*********** TRANSCRIPT BEGINS ********* LENGTH :  0:07:22 **********

                                                                     https://youtu.be/cGUOg6VZUtg

17 JULY 2021           [       01:09       ]           CONNECTICUT

ATTORNEY R :       YOUR FAMILY, WAY BACK WHEN, WHEN THEY
                              MADE A LOT OF MONEY - AND EVERYTHING ELSE –

OLJIIANA :         ARE YOU TALKING ABOUT MY FAMILY? LIKE YOU
                              KNOW WHAT YOU ARE TALKING ABOUT?

ATTORNEY R :           YEP.

U.S. DISTRICT COURT             SOUTHERN DISTRICT of NEW YORK

OLJIIANA :        WHAT DO YOU KNOW?

ATTORNEY R :        WHAT?

OLJIIANA :        WHAT DO YOU KNOW?

ATTORNEY R :        I DON'T KNOW ANYTHING ABOUT YOUR FAMILY.

OLJIIANA :        OK, SO WHY ARE YOU TALKING ABOUT MY FAMILY?

ATTORNEY R :        YOU SPOKE ABOUT IT THE OTHER DAY AT DINNER.

            LIKE - I PICK UP ON SMALL TIDBITS OF DATA,
              AND I EXTRAPOLATE.

OLJIIANA :        OK, WELL I DON'T THINK YOU SHOULD TALK ABOUT
            SOMETHING YOU DON'T KNOW ABOUT.

ATTORNEY R :        REALLY?

OLJIIANA :        REALLY.

ATTORNEY R :        DOES YOUR FAMILY HAVE MONEY?

OLJIIANA :        IT'S NONE OF YOUR BUSINESS.

ATTORNEY R :        THEY DO.

OLJIIANA :        I'M NOT GOING TO TALK ABOUT MY FAMILY'S MONEY.

ATTORNEY R :        I KNOW THEY DO.     I KNOW THEY DO.

OLJIIANA :        LEAVE ME ALONE PLEASE.

U.S. DISTRICT COURT              SOUTHERN DISTRICT OF NEW YORK

ATTORNEY R :          I KNOW THEY DO.

[ PAUSE . ]

              OK?

[ PAUSE . ]

              HOW MANY PROJECTS DO YOU DO A YEAR?

OLJIIANA :          RANDY, CAN YOU PLEASE STOP TALKING TO ME?

ATTORNEY R :          HOW MANY PROJECTS DO YOU DO A YEAR?

OLJIIANA :          CAN YOU PLEASE STOP TALKING TO ME?

ATTORNEY R :          HOW MANY HUMANITARIAN PROJECTS DO YOU DO?

OLJIIANA :          CAN YOU PLEASE STOP TALKING TO ME?

ATTORNEY R :          WHY?

OLJIIANA :          BECAUSE I DON'T WANT TO ENGAGE WITH YOU.

ATTORNEY R :          WHY NOT?

OLJIIANA :          BECAUSE I DON'T LIKE THE WAY THAT YOU TALK TO ME. AND I DON'T THINK THAT WHAT YOU ARE TALKING ABOUT HAS ANYTHING TO DO WITH WHAT IS IMPORTANT TO ME ( *SURVIVAL AND HEALING AFTER TRAUMATIC LATE-TERM ABORTION AND LIVING ON THE STREET FOR A YEAR IN ITALY AFTER FAMILY REFUSED TO*

U.S. DISTRICT COURT                SOUTHERN DISTRICT OF NEW YORK

*IDENTIFY OR ASSIST PLAINTIFF IN A STATE OF LEGAL DESTITUTION AS AN ILLEGAL IMMIGRANT AFTER BEING HUMAN TRAFFICKED* ).

ATTORNEY R :          I DON'T AGREE WITH YOU, ACTUALLY.

IF YOU WOULD UNDERSTAND FOR A MOMENT –

IF YOU WOULD UNDERSTAND. LIKE, IF WE COULD TALK THROUGH THIS  – YOU WOULD UNDERSTAND THAT I'M ACTUALLY A LOVELY -

WOULD YOU LOOK AT ME ?

I'M ACTUALLY A LOVELY PERSON. AND I AM GETTING OFF OF DRUGS, FOR ONE , WHICH I AM BASICALLY OFF OF  –

– I'M OFF OF. RIGHT?

AND I'M MOOD STABILIZED.

OK?

BUT I HAVE TO TELL YOU –

SOMETHING THAT IS SO FRUSTRATING IS WHEN YOUR PARTNER DOESN'T BELIEVE IN YOU.

WHEN YOU GIVE EVERYTHING.

WAIT. LISTEN TO ME.

EVERYTHING!     EVERYTHING.

U.S. DISTRICT COURT                SOUTHERN DISTRICT OF NEW YORK

       AND YOU KNOW , IT IS REAL.

       LIKE, AS AN ESSENCE -

       MY LAST GIRLFRIEND –

OLJIIANA :  IN ESSENCE?

ATTORNEY R :  YES. LIKE, IN OTHER WORDS, THERE ARE MANY PEOPLE

       TRYING TO GET THEMSELVES RICH IN THIS INDUSTRY (PPE) . IN OTHER WORDS, THE TITLE HOLDERS ARE REAL. THEY JUST DON'T WANT PEOPLE, WHO DON'T HAVE MONEY, TO GET THE PRODUCT (PPE).

OLJIIANA :  THIS IS WHAT BROKERS THINK ABOUT EVERY SINGLE BROKER COMMODITY IN THE WORLD.

ATTORNEY R :  I'M NOT A BROKER JUST SO YOU KNOW.

OLJIIANA :  THE SAME STORIES, THE SAME STUFF.
       I DON'T WANT TO TALK ABOUT YOUR WORK.

       I REALLY DON'T.

ATTORNEY R :  SEE - WHAT YOU DON'T UNDERSTAND IS THAT I'M NOT

       A BROKER. I'M A PRINCIPAL. AND I'M A
        TRANSACTIONAL ATTORNEY. OK?

OLJIIANA :  YOU WERE JUST ON THE PHONE SAYING YOU DIDN'T FEEL LIKE AN ATTORNEY AND YOU WANTED

☦ PEDOTTI 5  /s/ HOLIDAY OLJII ANNA PEDOTTI  Suffix: II  SEP 2022

>                       TO HIRE A LAW FIRM.

ATTORNEY R :       WHAT DID I JUST SAY?

OLJIIANA :         YOU DIDN'T KNOW WHERE YOU STOOD
                   ON THE TRANSACTIONS, AND ALL THIS STUFF [ YAWNS ]

ATTORNEY R :       I DIDN'T SAY -

OLJIIANA :         YEAH YOU DID!

ATTORNEY R :       THAT'S NOT WHAT I SAID.

OLJIIANA :         I DON'T WANT TO TALK ABOUT YOUR WORK.

ATTORNEY R :       LISTEN, YOU MISHEAR EVERYTHING.

OLJIIANA :         I DON'T. ...
                   WANT TO TALK ABOUT YOUR WORK. [YAWNING]

                   THIS ( *MY ENDING INTERPERSONAL COMMUNICATIONS*)
                   HAS NOTHING TO DO WITH YOUR WORK.
                        THIS IS ABOUT -
                   I DON'T LIKE THE WAY THAT YOU TREAT ME.

ATTORNEY R :       THEN DON'T SPEAK ABOUT IT.

OLJIIANA :         WELL THEN STOP TALKING ABOUT IT CONSTANTLY!

ATTORNEY R :       NO.

                   AND DON'T MISQUOTE ME.

LISTEN, HONESTLY? DON'T BE A SCUMBAG.

OLJIIANA :          I'M NOT A SCUMBAG -

ATTORNEY R :       YES, YOU ARE.

OLJIIANA :          I'M NOT GROSS, I'M NOT A LIAR, I'M NOT A FRAUD.

ATTORNEY R :       YOU KNOW WHAT HAPPENS TO PEOPLE LIKE THIS?

THEY WIND UP DEAD.

OLJIIANA :          OK... ARE YOU THREATENING ME ?

ATTORNEY R :       NO.

OLJIIANA :          SO WHAT ARE YOU DOING?

ATTORNEY R :       I'M JUST INFORMING YOU.

OLJIIANA :          INFORMING ME OF WHAT?

ATTORNEY R :       PEOPLE THAT TALK LIKE THAT END UP GETTING HURT.

OLJIIANA :          GET HURT BY WHO?

ATTORNEY R :       BY PEOPLE IN THIS BUSINESS.

OLJIIANA :          I'M NOT IN THIS BUSINESS.

[      PAUSE      ]

U.S. DISTRICT COURT          SOUTHERN DISTRICT OF NEW YORK

                    SO, ARE YOU THREATENING ME?

ATTORNEY R :        NO.

OLJIIANA :          SO WHY ARE YOU TALKING ABOUT ME GETTING HURT?

ATTORNEY R :        I'M SAYING THAT, PEOPLE THAT SAY THINGS LIKE THAT–

OLJIIANA :          SAY THINGS LIKE WHAT?

ATTORNEY R :        THAT THEY, EXTRAPOLATE, OR THEY TAKE LITTLE PIECES OF SOMETHING

                    [ PAUSE ]

                    AND, THEY …

                    [ EXTENDED PAUSE ]

OLJIIANA :          WHAT ARE YOU TALKING ABOUT ?

ATTORNEY R :        WHEN I WAS ON THAT PHONE, THE FRUSTRATING PART.

                    I'M FRUSTRATED. I'M SO OVERWHELMED, I NEED TO HIRE MORE HELP. THAT'S WHAT I AM SAYING.

                    NOT THAT I'M NOT CAPABLE, NOT THAT I'M NOT ANYTHING. WE HAVE SO MANY DEALS, AND THEY'RE NOT BROKER-DEALS – THEY'RE LIKE :
                        REAL FUCKING DEALS.

                    AND YOU INSULT ME, ONE MORE TIME -

OLJIIANA :            THAT'S NOT AN INSULT.

ATTORNEY R :          IT IS AN INSULT .

OLJIIANA :            YOU WERE ON THE PHONE SAYING YOU
                      WANTED TO HIRE A LAW FIRM.

                      WHY IS THAT INSULTING?

ATTORNEY R :          WHAT DO YOU MEAN WHY IS THAT INSULTING?
                      FIRST OF ALL, AND MOST IMPORTANTLY – BECAUSE
                      YOU MEAN IT INSULTINGLY.

OLJIIANA :            HOW DO I MEAN IT INSULTINGLY?

ATTORNEY R :          YOU DON'T TALK ABOUT A BROKER LIKE A
                      DISTINGUISHED POSITION, DO YOU?

OLJIIANA :            WELL, IS THERE A BARRIER TO ENTRY?

ATTORNEY R :          NO.

OLJIIANA :            OK, SO HOW DO YOU KNOW WHAT YOU
                      ARE DOING IS SO REAL?

ATTORNEY R :          DO YOU WANT ME TO EXPLAIN THAT TO YOU?

OLJIIANA :            NO, IT'S JUST THAT I DON'T WANT TO TALK
                      ABOUT YOUR WORK. BUT YOU KEEP -

ATTORNEY R :          EXACTLY, SO YOU -

U.S. DISTRICT COURT          SOUTHERN DISTRICT of NEW YORK

OLJIIANA :        BUT YOU KEEP FORCING A CONVERSATION ABOUT IT.

ATTORNEY R :        YOU DON'T HAVE ANY RESPECT FOR IT.

OLJIIANA :        I KNOW A LOT ABOUT THIS BROKERING COMMUNITY -

ATTORNEY R :        YOU THINK YOU DO.

OLJIIANA :        I DO, BECAUSE I LIVED IN GENEVA.

ATTORNEY R :        YOU THINK YOU DO.

OLJIIANA :        NO I REALLY DO.

THERE ARE PEOPLE THAT LOSE THEIR MINDS OVER IT, IT'S NOT THE LEAST COMMON THING IN THE WORLD - FOR PEOPLE TO HAVE THIS REALLY STRONG BELIEF …

IT'S NOT SOMETHING THAT'S UNHEARD OF.

ATTORNEY R :        WHAT'S UNHEARD OF?

OLJIIANA :        PEOPLE BECOME - SPENDING ALL THEIR TIME ON THESE BROKER TO BROKER POSSIBILITIES.

ATTORNEY R :        WHEN I GET MY MONEY, I'M GOING TO SEND YOU A SCREENSHOT.

OLJIIANA :        I DON'T CARE ABOUT YOUR MONEY

ATTORNEY R :        IT WILL PROVE HOW PATHETIC YOU ARE.

OLJIIANA :        I ONLY CARE ABOUT THE WAY THAT YOU –

U.S. DISTRICT COURT               SOUTHERN DISTRICT of NEW YORK

ATTORNEY R :          SHUT UP.

OLJIIANA :          – TREAT ME.

ATTORNEY R :          SHUT. THE FUCK UP.

OLJIIANA :          THE ONLY THING THAT I CARE ABOUT.

                    YOU COULD GO ON DOING WHATEVER YOU WANTED –

ATTORNEY R :          I CARE ABOUT HOW *YOU* TREAT *ME*.

OLJIIANA :          IF YOU WERE NICE TO ME...

ATTORNEY R :          IF YOU WERE A LITTLE BIT NICE. YOU WOULD NEVER GET THIS WRATH.

OLJIIANA :          I'M NICE TO YOU ALL THE TIME.

ATTORNEY R :          NO, YOU'RE NOT.

OLJIIANA :          YES I AM.

ATTORNEY R :          NO YOU'RE NOT !

                    THIS IS A RESULT OF <u>YOU</u>.

OLJIIANA :          YOU WANT TO TALK TO ME ABOUT YOUR WORK.

ATTORNEY R :          THIS IS A REFLECTION OF YOU. OK?

OLJIIANA :          AND YOU WANT ME TO SAY THINGS, TO

                         MAKE YOU FEEL BETTER ABOUT YOUR WORK.

ATTORNEY R :        NO, I WANT YOU TO HAVE AN OPEN MIND.

OLJIIANA :        I DO HAVE AN OPEN MIND!

ATTORNEY R :        NO. YOU HAVE THE MOST CLOSED MIND.

OLJIIANA :        YOU'RE TALKING ABOUT THE MATRIX…

ATTORNEY R :        … FRUSTRATING -

OLJIIANA :        RANDY, YOU'RE TALKING ABOUT THE MATRIX.

ATTORNEY R :        LISTEN, IF YOU DON'T UNDERSTAND THAT…

OLJIIANA :        YOU'RE COMPARING YOUR WORK TO THE MATRIX.

ATTORNEY R :        NO, I'M NOT - ACTUALLY.

OLJIIANA :        YOU WERE…

ATTORNEY R :        NO, I WAS COMPARING <u>YOU</u> TO THE MATRIX. ACTUALLY.

OLJIIANA :        RIGHT…

ATTORNEY R :        THAT'S WHAT I MEAN.

                         YOU CONSTANTLY MISAPPREHEND THINGS. AND WHEN YOU CONSTANTLY MISAPPREHEND THINGS, IT'S LIKE BUILDING A BUILDING AND WHEN YOU PUT ONE …

U.S. DISTRICT COURT         SOUTHERN DISTRICT OF NEW YORK

WAIT !

OLJIIANA :        RANDY. YOU GAVE YOURSELF A DEADLINE OF JULY 4TH.

ATTORNEY R :         WAIT !!!!!

[ HITS PLAINTIFF AUDIBLY ]

OLJIIANA :        YOU GAVE YOURSELF A DEADLINE ....

[ *ATTORNEY R JUMPS ON TOP OF PLAINTIFF AND ASSAULTS HER, COVERING HER MOUTH WITH HIS HAND SO SHE CANNOT BREATH. PHONE GOES DARK* ]

*********** TRANSCRIPT BEGINS ********* LENGTH :  0:01:57 **********

17 JULY 2021        [     01:35     ]          CONNECTICUT

[ *UNINTELLIGBLE* ]

OLJIIANA :      WE WERE ALREADY THERE.

[ *UNINTELLIGBLE* ]

WELL, WE WERE.       MAYBE IN YOUR MIND,

BUT – LOOK, MY STUFF IS ALREADY AT THE DOOR.

I ALREADY HAVE A JOB.

ATTORNEY R :       YOUR JOB DOESN'T MEAN ANYTHING.

OLJIIANA :      EXCUSE ME?

U.S. DISTRICT COURT             SOUTHERN DISTRICT OF NEW YORK

ATTORNEY R :         YOUR JOB DOESN'T MEAN ANYTHING.

OLJIIANA :           MY JOB DOESN'T MEAN ANYTHING?

ATTORNEY R :         NO.

OLJIIANA :           OK, RANDY.

                [ *UNINTELLIGBLE* ]

RIGHT. BUT I DON'T MEAN ANYTHING TO YOU.

ATTORNEY R :         YEAH, BUT YOU DO.

[ *ANGRY TONE* ]

WHERE YOU ARE, IS WHERE I AM.

I'M THE FUCKING SUN.

YOU'RE EARTH.

YOU ROTATE AROUND ME.

        YOU GET THAT?

OLJIIANA :           OK, BUT - WHEN THE SUN IS BLACK... THEN THE EARTH HAS TO GO TO A DIFFERENT –

ATTORNEY R :         WHAT?

OLJIIANA :           A NEW PLACE.

ATTORNEY R :        NO. IT DOESN'T.

BECAUSE - THEN ITS GRAVITATIONAL PULL IS SO STRONG THAT IT SUCKS THE EARTH IN.

THE EARTH COLLAPSES.

OLJIIANA :          YEAH, BUT I'M NOT THAT WEAK.

ATTORNEY R :        GOOD.

OLJIIANA :          I'M STRONGER THAN THAT.

ATTORNEY R :        YOU'RE NOT STRONGER THAN A BLACK HOLE.

OLJIIANA :          I AM STRONGER THAN A BLACK HOLE.

ATTORNEY R :        THAT'S IMPOSSIBLE.

OLJIIANA :          YES. IT IS POSSIBLE.

ATTORNEY R :        YOU HAVE NO IDEA HOW STRONG I AM.

OLJIIANA :          I'M NOT INTERESTED IN TESTING THE LIMITS OF THAT. BUT YOU HAVE NO IDEA, AS WELL, HOW STRONG I AM.

ATTORNEY R :        I KNOW HOW STRONG YOU ARE.

OLJIIANA :          NO, YOU DON'T.

ATTORNEY R :        YES I DO.

OLJIIANA :        YOU DON'T.

ATTORNEY R :      YES, I DO.

OLJIIANA :        TRUST ME - YOU DON'T.

ATTORNEY R :      YES, I DO.

OLJIIANA :        I'M NOT CHALLENGING YOU, I AM INFORMING YOU.

ATTORNEY R :      LOOK, I DON'T WANT TO GET INTO THIS
                  BECAUSE I ACTUALLY FUCKING LIKE YOU.

OLJIIANA :        YEAH. A LOT OF PEOPLE LIKE ME.
                  I DON'T HAVE A SELF ESTEEM PROBLEM.

ATTORNEY R :      SUCH A SHITTY RESPONSE.

OLJIIANA :        ALRIGHT, SO....


[ RECORDING ENDS. PLAINTIFF RETURNS TO NEW YORK CITY. ]


/s/HOLIDAY OLJII ANNA PEDOTTI