U.S. DISTRICT COURT                SOUTHERN DISTRICT of NEW YORK

```
     30 SEP 2022

[ MEDICAL EMERGENCY   :   A PERSONAL RESPONSE TO MY ATTACKERS ]

                                        CASE No. 1:22-cv-06222-UA
                                        CASE No. 1:22-cv-06199-UA
                                        CLAIM TEN v. DONALD J.TRUMP, JR.

                                 RJI:   CASE No. 1:22-cv-06220-UA
                                        CASE No. 1:22-cv-06296-UA
                                        CASE No. 1:22-cv-06288-UA
                                         CASE No. 1:22-cv-07695-LTS
                                        CLAIM NINE v. COUNCIL OF ELDERS

     PRO SE ROOM 105
     THURGOOD MARSHALL COURT OF LAW
     40 FOLEY SQUARE
     NEW YORK  NEW YORK       10007

*********************************************************************
PLAINTIFF : HOLIDAY OLJII ANNA PEDOTTI   Suffix: II

*********************************************************************
MEMORANDUM OF LAW

*********************************************************************

EXHIBIT GR 002 :       https://youtube.com/shorts/42OYbuOD8qU


FORENSIC EVIDENCE OF BRAIN EXPERIMENT AND TERRORISM, TORTURE
RESTITUTION IS MANDATORY UNDER

        18 U.S. Code § 3663A - Mandatory restitution to victims - AND -
        Mandatory Victims Restitution Act ("MVRA")    - AND -
        S.3442 - Terrorism Victims Protection Act    -     AND -
        U.S. Victims of State-Sponsored Terrorism Fund     - AND -
         Trafficking Victims Protection Act (TVPA) - AND -
        Mandatory restitution - 18 U.S.C. § 1593


******************** ******************** *******************


THE PHALLIC WEDDING RING FINGER JUST TURNED ITSELF TOWARDS MY FACE.

THE CHEMICAL ATTACK OF MY WEDDING RING FINGER IS PERHAPS THE MOST
PERSONALLY OFFENSIVE AND DAMAGING, HOWEVER IT IS THE LEAST-DISCUSSED
ELEMENT OF THE TERRORISM FILINGS I HAVE SUBMITTED TO COURTS DUE TO THE
PERSONALLY SENSITIVE NATURE OF MY MORAL INTEGRITY, PERSONAL BELIEFS
AND RELIGIOUS VALUES. I CANNOT DETAIL THIS PSYCHOLOGICALLY WHILE
MAINTAINING MY SANITY AS A PTSD SURVIVOR.
```

U.S. DISTRICT COURT                    SOUTHERN DISTRICT OF NEW YORK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FORENSICS: BRAIN QUADRATION:**            https://youtube.com/shorts/42OYbuOD8qU



WHEN I TRY TO STAND UP STRAIGHT, MY EYES CROSS AND MY NECK RETRACTS INTO MY SHOULDERS. WHEN MY SHOULDERS HANG HIGHER THAN MY HEAD AND MY BACK ROTATES OVER MY MIDSECTION IN DRASTIC HUNCHLIKE FORMATION, I AM ABLE TO SMILE SOMEWHAT UPWARDS AND LOOK FORWARD. MY SHOULDERS CONTINUE TO WIDEN ON AN HOURLY BASIS AND - AS EXHIBITED IN RECENT PHOTOGRAPHS IN 'BEFORE' ICLOUD STORAGE BASED IMAGERY, MY BACK IS NARROW AND MY BONES SLIM.

U.S. DISTRICT COURT              SOUTHERN DISTRICT of NEW YORK

MY EYES BEGAN CROSSING IN THE TWO (2) WEEKS FOLLOWING THE ILLEGAL BRAIN SURGERY OF 30 JUNE 2022.

I HAVE BEEN UNABLE TO RETRIEVE MY MEDICAL RECORDS FROM ILLEGAL BRAIN OPERATION 30 JUNE 2022 FROM (DFT) MOUNT SINAI BETH ISRAEL      AFTER BEING REFERRED THROUGH THE KREMLIN TO NYP NEUROLOGY DEPARTMENT AND NOTING SUCH A REFERRAL TO COURTS IN COURT DOCUMENTS, I WENT TWO (2) OCCASIONS TO THE NYP EMERGENCY ROOM.             THE ACIDOSIS IN MY BLOOD WAS DISCOVERED ON MY FIRST VISIT TO NYP AND I WAS EXHIBITING SYMPTOMS OF BRAIN QUADRATION DESCRIBED THROUGHOUT CASE FILES STARTING WITH CROSSED EYES, AS WELL AS LEFT VS. RIGHT NEUROLOGICAL ACTIVITY SWAPPING, INVOLUNTARY LIMB MOTIONS AND FACIAL EXPRESSIONS. THE FIRST VISIT TO NYP ALSO INCLUDED CT SCANS - WITHOUT USE OF RADIATION - AND THESE CAME BACK WITHOUT ACUTE INJURY BUT VERBAL RECOMMENDATIONS TO SEEK SPECIALIST CARE. MY VISITS TO NYP HOSPITAL ON THE UPPER EAST SIDE WERE FOLLOWING X RAYS FROM THE NEW YORK UNIVERSITY LANGONE EMERGENCY ROOM OF MY RIGHT SHOULDER THAT DID NOT DISPLAY ACUTE INJURY FOR EMERGENCY ROOM STAFF SURGICAL INTERVENTION HOWEVER I DID RECEIVE A SPECIALIST REFERRAL FOR AN APPOINTMENT COMING UP IN THE NEXT SEVEN (7) DAYS. AT NYU LANGONE, FOLLOWING ASSAULT, OCCURRED THE INITIAL DIAGNOSIS OF MY INJURY-BASED WHIPLASH AND SPRAIGNS FOLLOWING OBSTRUCTION OF JUSTICE ATTACK.

I DID NOT RECEIVE A NEUROLOGICAL REFERRAL, ONLY AN ORTHOPEDIC REFERRAL AND SO I OPENLY ASKED FOR HELP FROM ASSOCIATES AS TO NEW YORK BASED PHYSICIANS AND I WAS REFERRED TO NYP BY THE KREMLIN. ON MY FIRST VISIT TO NYP HOSPITAL, I WAS NOT REFERRED TO A SPECIALIST FOR NEUROLOGY AND SO I RETURNED FOR MORE DETAILS.

WHEN I RETURNED, I RECEIVED REFERRALS TO NEUROLOGY AND A SPINAL NEUROLOGY CLINIC. I ATTEMPTED TO BOOK AN APPOINTMENT WITH THE HEAD OF THE DEPARTMENT, DR. HARDL, AND INTERFACED WITH HIS PERSONAL STAFF BY EMAIL AND LEGAL DOCUMENTS THAT I SIGNED ELECTRONICALLY.

IN THOSE DOCUMENTS, I ALSO REQUESTED THAT MOUNT SINAI BETH ISRAEL DISCLOSE THE DETAILS OF MY 30 JUNE 2022 OPERATION AND ALL PROCEDURES AND NOTES TO NYP IN A DATE-RANGE SPECIFIC HIPPA RELEASE FORMAT. I ALSO INFORMED THE DOCTOR'S OFFICE OF MY OPEN CASE/S AT NYSD.

DR. HARDL DID NOT TAKE AN APPOINTMENT WITH ME.



U.S. DISTRICT COURT          SOUTHERN DISTRICT OF NEW YORK

WITHIN TWENTY FOUR (24) HOURS, I RESCINDED THE HIPPA RELEASE BETWEEN MOUNT SINAI BETH ISRAEL AND DR. HARDL'S OFFICE.

WHEN ATTEMPTING TO BOOK THE APPOINTMENT WITH THE HEAD OF SPINAL NEUROLOGY, DR. HARDL , I INFORMED THEM OF MY NEED FOR INTERNATIONALLY-RENOWN PHYSICIANS ; FOR EXAMPLE I STATED SOMETHING ALONG THE LINES OF ' THE KIND OF DOCTOR THAT PERSONS FROM OTHER COUNTRIES TRAVEL TO MANHATTAN IN ORDER TO SEEK EXPERT CARE ' . I NOTED ON THE LEGAL DOCUMENT THAT WAS SENT TO ME IN A PASSWORD ENCRYPTED LOGIN PORTAL THAT IT WAS IMPORTANT TO ME THAT DR. HARDL HAS EXPERIENCE TRAINING AT CHARITÉ HOSPITAL ( UKRAINIAN FORMER FIANCE DANTE REFERRED ME TO THIS BERLIN-BASED FACILITY AND I REQUESTED VIA THE HEIRS OF PEDOTTI NORMAL PROCEDURES AND NUOT SARATZ, EXECUTOR UNDER THE BYLAWS AND ACCORDING TO STIPULATIONS FOR FUNDS ASSISTANCE FOR TRAVEL TO EUROPE IN ORDER TO OBTAIN MEDICAL PROFESSIONALS WITH NEUROLOGICAL WARFARE EXPERTISE ) .

HOWEVER, AFTER NO FURTHER DISCUSSIONS OF MY SYMPTOMS TELEPHONICALLY OR OTHERWISE, I RECEIVED AN EMAIL FROM HIS ACCOUNT REFERRING ME TO A PODIATRIST.

/s/HOLIDAY OLJII ANNA PEDOTTI


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

A MESSAGE TO MY ATTACKERS
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

```
     I DON'T WANT YOU TO 'FIX' THE WEAPON I WANT YOU TO TELL ME WHAT
YOU DID. AND TAKE IT OFF OF ME 100% - FOREVER. YOU PERSONS MUST BE
HELD ACCOUNTABLE. YOU HAVE NO RIGHT TO MONITOR AND CONTROL MY SYSTEM
AND THEREFORE ALL RELATIONSHIPS AND INTERACTIONS.

     I WANT MY NATURAL BODY AND FACE BACK.

     PHYSIOLOGICAL SURVEILLANCE AND MANIPULATION ARE TERRORISM. THESE
ACTS OF MORAL TURPITUDE ARE ABSOLUTELY UNACCEPTABLE UNDER ALL LEGAL
CODICES IN EFFECT :

     RECOGNIZED, UNRECOGNIZED AND/OR RESCINDED, RENOUNCED OR
CLASSIFIED - REGARDLESS OF JURISDICTION AND INCLUSIVE OF ALL
JURISDICTIONS: PAST, PRESENT AND FUTURE ( INCLUSIVE OF QVSF-BASED
```



KINGDOMS TAKING SPECIAL NOTE OF THE NEWLY FORMED SOVEREIGNTIES OF GRANRUSSIV ON 30 SEPTEMBER 2022 AS HEREBY RESTATED AND FORMALIZED ) .

    YOU ARE TERRORISTS.

    YOU PEOPLE ARE FUCKING CRAZY AND OBVIOUSLY NEVER KNEW ME OR SPENT TIME WITH ME. MY EMOTIONS ARE DULL AND LIFELESS ON A DAY I WANT TO BE CELEBRATING AND PARTYING AND HAPPY!!! SMILING!!!!!!! AND I HAVE BEEN DROOPING AROUND LIKE A SAD CREEP ALL DAY. THE REFERENDUMS IN DONBASSA E OPIASAV ET AL WENT THROUGH FOR GRANRUSSIV AND I AM WEARING MY COZY PINK VELVET HAT, WHICH HELPS ME WITH TRAUMA IN PARTICULARLY HIGH STRESS MOMENTS.

    I NEEDED TO SIGN MY MODELING CONTRACT AND GO TO THE POLICE WITH THE CNPJ HOWEVER I CONTINUE TO BE ATTACKED BY DIRECTED ENERGY WEAPONS AND ILLEGAL BRAIN OPERATIONS THAT I HAVE NO RECORDS OF THE DETAILS OF, WHICH WERE PREFORMED UNDER THE INCORRECT NAME AND NO KNOWN ADDRESS ON FILE WITH ALLEGATIONS OF ' PATIENT HISTORY ' AND INCLUSIVE OF NON FDA APPROVED GENETIC HARVESTING ( ILLEGAL ) , AND ATTEMPTS AT PSYCHIATRIC HOLDS THAT I IMMEDIATELY RELEASED WHEN I WOKE UP FROM SEDATIVES ADMINISTERED PRIOR TO SURGERY - WHILE I SPENT ALMOST AN HOUR WITH EMERGENCY STAFF FOLLOW VIDEOGRAPHICALLY RECORDED FORENSIC EVIDENCE OF, AS I PROVIDE ALL LEGAL DOCUMENTATION OF MY NAME CHANGE AS WELL AS MY MULTIPLE DMV APPOINTMENTS SHOWING CLEARLY THAT

    (I) I AM MY OWN MEDICAL OVERSEER AND RETAIN MENTAL HYGEINE
    (2) I AM NOT AN ORGAN DONOR
    (3) THE FULL COURT ISSUANCE OF MY INNOCENCE: LACK OF A CRIMINAL RECORD, AND FULL SPELLING OF NAME CHANGE EFFECTIVE MAY 2022.

    THEREFORE, I CONTINUOUSLY REQUEST MEDICAL AND FINANCIAL INJUNCTIONS OF A MANDATORY NATURE AS A VICTIM OF TERRORISM ON BOTH U.S. AN BRAZILIAN SOIL. I REQUIRE MANDATORY ASSISTANCE AS WELL UNDER T.I.P. LAWS TO ELEVATE MY POSITIONING THROUGHOUT HEARINGS AND PROTECT MY HUMAN SAFETY AS I AM UNDER CONSTANT MONITORING BY ESPIONAGE OF MY PHYSIOLOGICAL AND DIGITAL SYSTEMS AS WELL AS ALLEGED 'FISA'-BASED INTERFERENCES WITH MY DAILY LIFE TO A POINT OF EMERGENCY, AS STATED.

    AS PREVIOUSLY DISTRIBUTED TO THE COURTS AND REQUESTED MEDICAL INJUNCTIONS TO PROTECT THE LIFE AND HEALTH OF MY FUTURE CHILD(REN) AND REPRODUCTIVE SYSTEMS IN THEIR ORGANIC STATE; I RESTATE HERIN :

I AM ALSO PREGNANT.

    THE UNITED STATES IS NOT AT WAR WITH THE RUSSIAN FEDERATION ( AS IT IS PRESENTED RECOGNIZED ) NOR THE UKRAINE.

    MY HERITAGE LAYS WITH THE WATER SYSTEMS AND THE MINERALS THAT LEAD TO THE DANUBE RIVER THAT EVENTUALLY BECOMES THE BLACK SEA, WHERE FORCES RECENTLY SANK THE MOSKVA VESSEL AND HELD PRISONER A GROUP OF OVER 300 INTELLIGENCE OFFICERS AS PRISONERS OF WAR.

    ACCORDING TO THEIR NEED FOR SUSTENANCE, I ORGANIZED A HUMANITARIAN MISSION THROUGH THE VATICANO IN ORDER TO PROVIDE SUCH PERSONS THE REQUIRED FOOD GROUPS : fruits, vegetables, grains, protein (INCLUDING FISH), and dairy.

    /s/VIKOLJIIANKA V.ф.KK


***********************************************************************


TRAFFICKING IN PERSONS MANDATORY RESTITUTION
***********************************************************************

I WAS INSEMINATED BY AN INDIVIDUAL INVOLVED IN TRAFFICKING IN PERSONS ("T.I.P.") , AS EXHIBITED TO COURTS.

I WAS UNAWARE THAT THE INDIVIDUAL WHOM I REPRODUCED WITH WAS CONNECTED TO SUCH PERSONS AND THEREFORE MAINTAIN THE BLESSINGS OF GOD IN MY INTENT TO CARRY MY PREGNANCY TO TERM AND BRING A LIFE INTO THE WORLD.

    HOWEVER, MY PERSON AND SYSTEM ARE UNDER ATTACK.

    CONSIDERING THESE PERSONS ARE RELATED TO JEFFREY EPSTEINS : ARMED AND DANGEROUS INCLUDING A 3-KILO BLACK POISONOUS PIRANHA IN THE ROOM IN WHICH I WAS INSEMINATED AS WELL AS AFOREMENTIONED SPIRAL HANDLED MACHINE GUNS AND POISONING ATTEMPTS.

    I AM NOT ON U.S. SOIL AND CANNOT ATTEND NECESSARY MEDICAL APPOINTMENTS IN NEW YORK CITY NOR DO I BELIEVE I WOULD BE GRANTED ANY REASONABLE SAFETY MEASURES IN THAT COMMUNITY. THEREFORE, I REQUIRE PERSONAL OVERSIGHT AS PREVIOUSLY DESCRIBED IN EXTENSIVE COURT FILINGS AVAILABLE ON PACER SYSTEMS.

    THIS TERRORISM IS ILLEGAL. I AM A CIVILIAN AND REGARDLESS OF MY PERSONAL BELIEFS AS A HUMANITARIAN PHILOSOPHER, JOURNALIST AND A SELF-DESCRIBED HUMANIST WITH EASTERN VALUES,

U.S. DISTRICT COURT              SOUTHERN DISTRICT OF NEW YORK

    I AM A HUMAN BEING WITH HUMAN RIGHTS.


```
*********************************************************************

INORGANIC ANABOLIC MUSCULARIZATION AND LITHIUM CHEMICAL ATTACKS

*********************************************************************
```

RIGHT NOW, I CAN HARDLY BREATH AND MY NECK CONTINUES TO TWITCH AND ROTATE
SPASTICALLY IN ALL DIRECTIONS : JOLTING AND INJURING ME

ATTACKERS JUST USED A DIRECT ENERGY WEAPON UPON MY LEFT LEG.

AT FIRST, THEY WERE ATTEMPTING TO REMAIN UNDETECTED BY
WRONGLY PLACING MY FOOT APPROXIMATELY 10CM FROM THE FLOOR
WHILE MY RIGHT FOOT LAY ON THE FLOOR NATURALLY.



[ VIDEO : *** EXHIBIT GR000 **** ]    https://youtu.be/tHVBX1W-7UE
THEN, THEY ATTEMPTS TO ROTATE MY LIMBS AROUND INVOLUNTARILY AND SPREAD
MY LEGS IN A RAPE-FRIENDLY SEXUAL POSITION. I AM ALONE AS I WRITE
THESE CASE FILES, IN A PRIVATE SUITE IN A STANDALONE PORTION OF A
VILLA COMPLEX IN THE SANTA TERESA FAVELA OF RIO DE JANEIRO, BRAZIL;
WHERE I HAVE BEEN WELCOMED ORIGINALLY AS AN OUTSIDER AND CURRENTLY AS
A MEMBER OF THE VERY SENSITIVE AND RESERVED ( MY SHARED ATTRIBUTES )
COMMUNITY.

    MY LEGS AND FEET FEEL HEAVY AND FULL OF USELESS GRAVITY. BY
SURPRISE, OCCASIONALLY MY FEET RISE INTO THE AIR FOR NO REASON AT
UNCOMFORTABLE MOMENTS AND UNDER NO CIRCUMSTANCE OF ANY KIND.

  MY LEG MUSCULES, WHICH I HAVE DESCRIBED EXTENSIVELY AND EXHBIITED PHOTOGRAPHICALLY IN HORRIFYING ATTEMPTS BY TERRORISTS TO GROW MASCULINE MUSCLES AND HAVE CAUSED ACIDTOSIS BY WAY OF INORGANIC ANABOLIC ACTIVITY – REQUIRING MUSCLE RELAXANTS PRESCRIBED BY BOTH NYU AND NYP DOCTORS IN RECENT MONTHS AND EXTENSIVE BLOOD-BASED ABNORMALITIES THAT REMAIN UNATTENDED TO – ARE TANGIBLY GROWING, PULSING AND TENSIFYING AT THE PRESENT MOMENT. THIS MAKES IT DIFFICULT FOR ME TO EVEN STRAIGHTEN MY LEG ON THE FLOOR AND IS NOT A DESIRABLE BODILY EFFECT AND INHIBITIVE TO MY CAREER AS A MODEL.

  CHARACTERISTIC OF COMPLAINTS FILED DURING SWISS ASYLUM PROCEDURES IN 2019 : THESE LEG-MUSCLE BASED ATTACKS COMING FROM THE SEX TRAFFICKING RING ("RING X") ASSOCIATES ARE PRESENT WHEN A PERSON IS KICKING OFF AN ATTEMPTED SEXUAL ASSAULT. IN SUCH MOMENTS, THESE MUSCLES CAN BE HELPFUL – AS I RECENTLY WAS FORCED TO RECALL IN INTERACTIONS WITH ATTORNEY R. I HAVE DESCRIBED THROUGHOUT CASE FILES THAT I USED TO KICK (dft) ERIC A. JOHNSON OFF MY BODY DURING RAPE ATTEMPTS THROUGHOUT MY YOUTH AND HE OFTEN CAME TO ME WHILE WATCHING TELEVISION TO GROPE MY LEGS AND KNEES AND MOVE MY BONES AROUND.

  SINCE MY CHILDHOOD SEXUAL ABUSE AND MY BODILY TRANSFORMATION FROM INFANT TO ADULT ( AS ALL PERSONS UNDERGO SUCH AN ORGANIC TRANSFORMATION ) MY LEGS HAVE GROWN INTO LONG, SLENDER, FEMININE DISPLAYS OF BEAUTY AND PRESERVED YOUTH –
  INDICATIVE OF SELF-LOVE AND PERSONAL CARE, WHICH ARE MY PRIORITIES.

  CURRENTLY MY LEG MUSCLE SYSTEMS ARE – <u>IN EXTREMELY UNWELCOME DISFIGURATION OF MY BEAUTY AND FEMININITY, AS PREVIOUSLY DESCRIBED EXTENSIVELY IN COURT FILINGS TO THE ELECTROMAGNET MASCULINIZATION OF MY UPPER BACK AND MANDIBULE</u> – PULSATING AND FULL OF INVOLUNTARY MOTION, ANABOLIC VIBRATIONS AND TIGHTENING IN NOTICEABLE PATTERNS OF THE JEANS I AM WEARING – AND THIS IS A DISFIGURING MUSCULAR ANABOLIC GROWTH THAT AFFECTS MY INTIMATE LIFE, HEALTH, MODELING CAREER AND PREGNANCY.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


HUMAN TISSUE ATTACKS : BIOLOGICAL AND GENETIC WEAPON


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
     MY NOSE IS TWITCHING EVERY COUPLE OF MINUTES AND I CAN SEE IT
VISIBLY GROWING DAY TO DAY IN RECENT DAYS. THESE ARE SYMPTOMS I WAS
EXPERIENCING FROM 4 JULY 2022 UNTIL AROUND 15 AUGUST 2022, WHICH LED
ME TO RELOCATE TO THE SOUTHERN HEMISPHERE AND AVOID THE LASER SYSTEMS
AND PERSONS MONITORING THEM WHO WERE GANG-STALKING ME AND DISFIGURING
ME. I DID NOT BRING ANY CELL PHONE DEVICES USED DURING THE
NEUROLOGICAL CAMPAIGN TO THE SOUTHERN HEMISPHERE AND REMAINED
INTENTIONALLY PHONELESS BETWEEN THE FIRST WEEK OF JULY UNTIL SEPTEMBER
2022 IN HOPES TO AVOID THEIR CONSTANT SURVEILLANCE AND ESPIONAGE.

     UNTIL RECENT DAYS, I WAS MORE OR LESS ABLE TO MAINTAIN MY
PHYSIOLOGICAL SYSTEMS ( AS OPPOSED TO MY APPEARANCE IN AUGUST 2022
WITH DROOL HANGING OFF MY FACE, DRAGGING MY PURSE ON THE SIDEWALK AND
GRANOLA BARS STUCK ON MY LIP WHILE WALKING DOWN CITY BLOCKS IN SOHO,
NEW YORK )  HOWEVER,

         I  AM INCREASINGLY BECOMING DISFIGURED FOR A SECOND ROUND.
```



```
     I HAVE A SIGNED MODELING CONTRACT *** EXHIBIT GR001 *** AND AN
INVITATION FROM THE AGENCY TO PARTICIPATE IN FASHION WEEK SAO PAOLO.

     I AM NOT A MUSCULAR PERSON AND MUSCULARIZATION IS NEITHER
CHARACTERISTIC, FLATTERING NOR BEAUTIFUL AND MUST BE PUT TO AN END.
THIS TERRORISTIC BEHAVIOR HAS ALSO LANDED ME IN THE HOSPITAL WITH
ACIDOSIS AND I MAINTAIN THAT TERRORISTS INJECTED ME WITH A MATERIAL
THAT ALLOWS LITHIUM TO BE REMOTELY ADMINISTERED TO MY PERSON AND
MANIPULATED USING DIRECTONAL SEMICONDUCTOR TECHNOLOGIES.
```

    THIS IS EXHIBITIVE OF UPHERSON SINKHOLE ENERGY ATTRIBUTES AND MAY LEAD INVESTIGATORS TO AUSTRAILIAN INTELLIGENCE PERSONNEL. THE FOLLOWING DEFENDANTS : (dft)ATTORNEY R, (dft) ERIC A. JOHNSON AND (witness) ALEXANDER NOE ALL HAVE SUBSTANTIAL TIES TO AUSTRALIA.

AT THIS TIME, I DO NOT KNOW EXACTLY WHO I AM SPEAKING TO WHEN I COMMUNICATE DIRECTLY TO MY ATTACKERS AND I REQUIRE COURT ASSISTANCE TO REVIEW THE EXTENSIVE EVIDENCES I HAVE PROVIDED.

    I AM NOT INVOLVED IN ANY INTERNATIONAL ORGANIZED CRIMINAL RINGS. I AM A MODEL AND THESE MILITARY WEAPONS ARE DESTROYING MY FINANCIAL PROSPECTS AND FORCING ME WITH NO CHOICE BUT TO WORK IN A STRIP CLUB IN THE MEANTIME.

    FROM MY ANCESTORS, I INHERITED THE SPANISH LAND GRANTS COVERING MILLIONS OF ACRES IN CALIFORNIA STATE ALONE, AND YET AM CURRENTLY DISFIGURED AND MAKING COMMISSION FROM POPPING CHAMPAGNE WITH THIRSTY CLIENTS AT NIGHTCLUBS THAT ALSO, SEPARATELY, PERMIT FOR PRIVATE RENTALS.

    FORTUNATELY, THIS WONDERFUL COMMUNITY HAS TAKEN ME IN AND I AM AT HOME IN RIO DE JANEIRO. I HAVE FOUND A WORLD-CLASS INSTITUTION TO ENJOY THE PRESENCE OF INTERNATIONAL VISITORS AND PERSONS WITH A TASTE FOR BEAUTY AND VIBRANCY THAT I (NORMALLY) DISPLAY ON A RELIABLE AND CONSISTENT BASIS.

    SEPARATELY, TRAFFICKERS HAVE LOCKED ME IN PRIVATE RENTAL SPACES, SEPARATE FROM MY BELONGINGS, AND SEIZED MY IDENTITY DOCUMENTS PRIOR TO IMPREGNATING ME IN AN ENTRAPMENT SCHEME.

    IN ADDITION TO MY OWN HEALTH AND SAFETY AND THE HEALTH AND SAFETY OF MY FUTURE CHILD, I WOULD LIKE THE OPPORTUNITY TO SHARE MY LIFE AND THE SPECIAL GIFT OF MY ORGANIC, TRUE AND NATURAL GENETIC HERITAGE AND PHYSIOLOGICAL BEAUTY, GODLOVING AND VIRGINAL PHYSIOLOGICAL NATURE WITH A FUTURE HUSBAND IN ORDER TO CREATE A FAMILY.

    THIS IS ABSOLUTELY NOT ON THE TABLE WHILE I AM UNDER MILITARY TERRORISTIC ATTACKS OF CHEMICAL, ELECTROMAGNETIC, DIRECTED ENERGY, INTELLECTUAL PROPERTY / DIGITAL SURVEILLANCE, NEUROLOGICAL & GENETIC AND BIOLOGICAL NATURE - IN ESSENCE, IF I WERE TO HAVE A PARTNER IN LIFE - THAT PERSON WOULD BE MARRIED TO THE C.I.A. AND FINANCIALLY-DRIVEN COVERT OPERATIVES WHO HAVE CONSIPED TOGETHER TO ATTEMPT TO PREVENT ME FROM SELF-REALIZATION, USING EXTENSIVE PSYCHOLOGICAL ABUSE PATTERNS, FALSE ALLEGATIONS (PSYOP), VIOLENCE, REFUSAL TO IDENTIFY ME FOR YEARS ON END AT INTERNATIONAL EMBASSIES,

U.S. DISTRICT COURT                    SOUTHERN DISTRICT of NEW YORK

RANDOM ATTEMPTS TO INCAPACITATE ME ( EVEN USING VISITS WITH MY BELOVED, DYING MOTHER AS BAIT TO SIGN MENTAL CAPACITY OVER UP UNTIL HER DEATH ), ASSAULT, INTIMIDATION OF ALLIES BY MURDER OF UNCOOPERATIVE INDIVIDUALS, MURDER ATTEMPTS BY LOVED ONES AND THE ORDERING OF HOMICIDE AGAINST MY PERSON TO INDIVIDUALS WHO 'REPORT' TO HIGHER-UPS ("HITS" , "KILL ORDERS" : (DFT) ANTHONY CLEMENTE DAMO HAS SPENT OVER A YEAR IN PRISON FOR ORDERING A HIT AGAINST ELIZABETH "LIZZY" JAGGER ), MURDER OF FORMER EMPLOYERS FROM WHOM AGREE TO PROVIDE ME WITH REFERENCES AND/OR ATTEST TO MY TALENT IN PRIVATE QUARTERS (INCLUDING LOUIS VUITTON CREATIVE DIRECTOR, THE LATE VIRGIL ABLOH - WHO KNOWS THAT I CONCEPTED THE SUPREME X. LOUIS VUITTON COLLABORATION LEADING LVMH TO ACQUIRE ITS FIRST STREETWEAR BRAND : SUPREME ) , AS WELL AS SATELLITE STALKING AND COORDINATION OF ILLEGAL BRAIN OPERATIONS ( THE DETAILS OF WHICH REMAIN UNDISCLOSED TO ME AND HAVE NOT BEEN MADE AVAILABLE TO ME USING ALL EFFORTS AND CHANNELS ).

THESE ARE REPEATED AND LONG-TERM BEHAVIORS EXHIBITED BY A DANGEROUS NETWORK OF ORGANIZED CRIMINALS THAT WILL NOT COME TO AN END WITHOUT COURT INTERVENTION.


## /s/HOLIDAY OLJII ANNA PEDOTTI