U.S. DISTRICT COURT                SOUTHERN DISTRICT OF NEW YORK

```
********WARNING **** GRAPHIC IMAGES AND SCENARIOS CONTAINED *******

        6 OCT 2022

        [ TERRORISM MANDATORY RESTITUTION ]      CASE No. 1:22-cv-06220-UA
                                                 CASE No. 1:22-cv-06222-UA
                                                 CASE No. 1:22-cv-06296-UA
                                                 CASE No. 1:22-cv-06288-UA
                                                   CASE No. 1:22-cv-07695-LTS


        THURGOOD MARSHALL COURT OF LAW
        40 FOLEY SQUARE
        NEW YORK  NEW YORK       10007


**********************************************************************

PLAINTIFF : HOLIDAY OLJII ANNA PEDOTTI  Suffix: II
            v.
DEFENDANTS : Var.

**********************************************************************

CONTAINED  : EVIDENCE OF DIRECTED ENERGY WEAPON ABORTION
```



```
        FIRST, PLAINTIFF INFORMED COURTS OF HER PREGNANCY AND FILED
        FOR A CEASE AND DESIST TO BE ISSUED. PLAINTIFF ALSO ISSUED A
        CEASE AND DESIST DIRECTLY TO DEFENDANTS.
```

☦ PEDOTTI 1           /s/ HOLIDAY OLJII ANNA PEDOTTI  Suffix: II         SEP 2022

U.S. DISTRICT COURT              SOUTHERN DISTRICT OF NEW YORK

        DIRECTED ENERGY WEAPON ATTACKS INCREASED.

        PLAINTIFF CONTACTED NY COURT SYSTEM EMERGENCY ACCOUNT.

        PLAINTIFF RECORDS AND SENDS APPROXIMATELY TWENTY (20) EMAILS TO THE EMERGENCY ACCOUNT ATTEMPTING TO STOP THE ATTACKS ON HER SYSTEM.

AFTER A NIGHT OF REST, PLAINTIFF WOKE UP TO DISCOVER THAT - RATHER THAN A HEALTHY BABY AND A FAMILY AS SHE WISHED - SHE HAD SUFFERED AN ABORTION AT THE HANDS OF A DIRECTED ENERGY WEAPON.

PLAINTIFF IS SEVERELY DISTRESSED: WITHOUT THE CAPABILITY TO CARRY A CHILD AND HAVE A FAMILY, PLAINTIFF FEELS SHE IS WITHOUT A PURPOSE AS HER LIFE DREAM IS MOTHERHOOD AND FAMILY. PLAINTIFF WENT SO FAR AS TO ASK THE FATHER OF THE CHILD TO OVERSEE HER INTO A STATE OF SUBSTANCE ABUSE AS A RESULT.

FATHER OF THE CHILD, THANKFULLY, KNOWING PLAINTIFF WAS IN DESPAIR OVER THE LOSS OF THE CHILD, DID NOT COMPLY.

PLAINTIFF HAS NOT RECEIVED MEDICAL INJUNCTIONS OR MANDATORY RESTITUTION AS CONTINUOUSLY REQUESTED TO COURTS.

\*\*\*\*\*\*\*\*\*\*\*\*\*\* EVIDENCES \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# CHEMICAL AND D.E.W. ATTACKS CONTINUE ON 2 OCT 2022 :   https://youtu.be/nFIcTTYmUQg
#       https://youtu.be/5mthyTTHFBc
# PLAINTIFF EMAILS COURTS CONTINUOUSLY OVER THE WEEKEND AS THE OFFICE IS CLOSED.

# ON 3 OCT 2022, PLAINTIFF WAKES UP TO A LASER MARK EVIDENCE ( SOMETHING SHE HAS NEVER SEEN BEFORE ) OF AN ATTACK DRILLING HER FEMALE REPRODUCTIVE SYSTEMS FROM HER

U.S. DISTRICT COURT          SOUTHERN DISTRICT OF NEW YORK

BELLY BUTTON TO HER RIGHT OVARY AND A POOL OF BLOOD:



U.S. DISTRICT COURT            SOUTHERN DISTRICT OF NEW YORK





☦ PEDOTTI 4            /s/ HOLIDAY OLJII ANNA PEDOTTI  Suffix: II            SEP 2022

U.S. DISTRICT COURT         SOUTHERN DISTRICT OF NEW YORK



PSYCHOLOGICAL STATEMENT AFTER CHEMICAL ATTACK ON FACE ON DATE OF MODELING CONTRACT SIGNING, BEFORE MAJOR WAVE OF D.E.W. ATTACKS:
https://youtu.be/tI5SvaoGZN8

PSYCHOLOGICAL STATEMENT AFTER SEVERE D.E.W. ATTACKS:
https://youtu.be/g1Ux2BeCLmE

U.S. DISTRICT COURT        SOUTHERN DISTRICT OF NEW YORK

## WRITTEN STATEMENT :

*I AM NOT FEELING GOOD ABOUT MY LIFE RIGHT NOW. I GOT AWAY FROM MY ATTACKERS AND THEY FOLLOWED ME. I WANT TO BE A MOTHER. I DID NOT AND NEVER DID WORK WITH CLANDESTINE AGENTS IN ANY COUNTRY. I AM CLEAR OPEN AND DIRECT. I WROTE A PEACE TREATY. I WANTED A HUSBAND AND FAMILY. I DO NOT WANT TO BE UNDER CONSTANT SURVEILLANCE AND I REJECT THE PERSONS ATTACKING ME FROM CONTINUING TO GET INVOLVED IN MY LIFE BUT THEY FOLLOW ME NO MATTER WHAT I DO TO ATTEMPT TO PREVENT THEM FROM DOING SO.*

*THIS WAS ONLY MY SECOND TIME BEING PREGNANT. I WAS NOT SEXUALLY ACTIVE BEFORE AND DO NOT USE BIRTH CONTROL.*

*PEOPLE CONSTANTLY SEXUALIZE ME AND MAKE ME FEEL LIKE A COMMODITY AND I HOPE FOR LOVE. IT IS DIFFICULT TO FEEL THAT I DO NOT HAVE THE HUMAN RIGHTS AFFORDED TO ALL OTHER PERSONS AND HAVE NO SUPPORT FROM A LEGAL SYSTEM.*

*DUE TO THE PERSONS INVOLVED I AM UNABLE TO TRUST ANY PERSONS TO REPRESENT ME AND MY INTERESTS AND SO I CONTINUE TO FILE DIRECTLY WITH COURTS, AND AM CONTINUOUSLY DISMISSED WITHOUT JUSTIFICATION.*

U.S. DISTRICT COURT                    SOUTHERN DISTRICT OF NEW YORK

*THESE PERSONS DESTROY MY PERSONAL LIFE, MY PHYSICAL BODY AND SYSTEMS AS WELL AS CAREER PROSPECTS. UNTIL THESE CASES ARE RESOLVED, I WILL CONTINUE TO REMAIN UNABLE TO LIVE TO MY POTENTIAL.*

/s/HOLIDAY OLJII ANNA PEDOTTI