U.S. DISTRICT COURT          SOUTHERN DISTRICT of NEW YORK

7 OCT 2022

[ MOTION TO AMEND ]

THURGOOD MARSHALL COURT OF LAW
40 FOLEY SQUARE
NEW YORK  NEW YORK    10007


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PLAINTIFF : HOLIDAY OLJII ANNA PEDOTTI  Suffix: II
        v.
DEFENDANTS : Var.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*




CASE No.
   1:22-cv-06199-UA
   1:22-cv-06220-UA
   1:22-cv-06222-UA
                CASE No. 1:22-cv-06296-UA
                CASE No. 1:22-cv-06288-UA
            CASE No. 1:22-cv-07695-LTS

DOCTOR PERFORMING BRAIN OPERATION MEDICAL MALPRACTICE DOES NOT WORK FOR MSBI

# Dr. William A. Berk MD

**Emergency Medicine**
General Emergency Medicine

📍 **Providence, RI**

Mount Sinai Beth Israel Hospital + 1 affiliated hospital

Male ● 6 - 10 Yrs Experience ● English

Brown Univ Program in Med, Providence, RI

| Overview | Patient Experience | Location & Contact | Hospitals | Education & Experience |
|---|---|---|---|---|

## Overview

Dr. William A. Berk is an emergency medicine physician in Providence, Rhode Island and is affiliated with multiple hospitals in the area, including Mount Sinai Beth Israel Hospital and Ellis Hospital. He received his medical degree from The Warren Alpert Medical School of Brown University and has been in practice between 6-10 years.

HOME OF PLAINTIFF FTAN SWITZERLAND CHASA PEDOTTI

UNITED NATIONS HAS A U.S. BANK CREDIT UNION AS A FOR PROFIT
CORPORATION FOUNDED ON INTERNATIONAL TERRITORY IN MANHATTAN

## People also ask    ⋮

Is UNFCU an American bank?

The United Nations Federal Credit Union is **an American credit union**, with a head office in
Long Island City, in New York State. It was founded in 1947 by United Nations employees.

https://en.wikipedia.org › wiki › United_Nations_Feder... ▼

**United Nations Federal Credit Union - Wikipedia**

Search for: Is UNFCU an American bank?

6/6/2022

.21:25

Necessary data -

Reproductive Organs Status for Natural Childbirth in my (I hope to be) long & fabulous life — with a family. (of my own choice, with love and happiness) forever ♡)

PLAINTIFF HAS PTSD FROM LATE TERM ABORTION IN ITALY DURING CORONAVIRUS



PLAINTIFF IS NOT AN ORGAN DONOR AND DID NOT SELECT TO BE ONE
AND HAD TO FILE A COMPLAINT. THE MAIL WAS ALSO LOST AND
SHOWED UP UNSTAMPED AT HER HOME IN SOHO, NEW YORK CITY

13.6.2022

DMV employee states —
Drivers License
was _mailed_ on 8.6.22
and yet, I did
not recieve such
a document despite
having checked on
11.6.22 {in downtown
manhattan}.

Holiday Ojii Clara Pelletti II

13.6.2022

Update  12:00

The mail came at
___ with $12 — but my

INTERIM LICENSE AFTER FILING COMPLAINT WITHOUT ORGAN DONOR STATUS
NEVER RECEIVED THIS NYS ID



PYSIOLOGICAL DAMAGES. RESTING FACE. NO SMILING:



SMILE



CHEEKBONES



SMILING

oogle.cc ✕ | 🔛 PASSING OUT BY ✕ | Ⅹ Stay At Our Hotel ✕ | M Inbox (310) - gtfo ✕ | 🗐

🔒 instagram.com/p/CdsV9w-OgML/

# ????????

They don't even *know* what color my eyes are or how I know people I know from literally :: high school and college. I've always been very academic but that does not fit their storyline of me being a Prostitute so they just keep making up random stories about me until they can assassinate me . **Они даже не знают, какого цвета у меня глаза или откуда я знаю людей, которых знаю буквально со средней школы и колледжа. Я всегда была очень академичной, но это не соответствует их сюжетной линии о том, что я проститутка, поэтому они просто продолжают выдумывать случайные истории обо мне, пока не смогут убить меня.**

♡

Be the f

MAY 18

☺

выглядят одинаково. Я смотрю не столько в карие глаза, сколько в

и червей, используя

BEFORE EYES BECAME DULL AND SATELLITE MATERIAL CONTAINED



DAMAGES



BONE STRUCTURE





BONE STRUCTURE. NOT SMILING. RESTING FACE





CALM NORMAL FACE





TORTURE, BODY PART DUPLICATION AND DISEMMIATION

Add to album

Move to Archive

Delete from device

Order photo

Us

Sat, Jun 18, 2022 · 02:22

Add description...

Details



/storage/emulated/0/DCIM/Camera/
IMG_20220618_022219248.jpg

5.0MP   2592 x 1944   1.1 MB

TORTURE, BODY PART DUPLICATION AND DISEMMIATION

TORTURE, BODY PART DUPLICATION AND DISEMMIATION

TORTURE, BODY PART DUPLICATION AND DISEMMIATION

TORTURE, BODY PART DUPLICATION AND DISEMMIATION

TORTURE, BODY PART DUPLICATION AND DISEMMIATION

TORTURE, BODY PART DUPLICATION AND DISEMMIATION

Left: Poisonous dirt a.k.a. Helgad a.k.a. Defendant
Tess a. socci

Right: plaintiff HOLIDAY OLJII ANNA PEDOTTI, BOSTON UNIVERSITY GRADUATION



# Poisonous dirt a.k.a. Helgad a.k.a. Defendant Tess a. socci

## Threesome scam for death







when she is in fact, Princess Kristianna's
(blood-related (non-marital) relation)
of the same Ancestry and Branded Data
The circumstances connected two

first. Of a sexual nature - BDSM acts
acts if a type of role play and claims
that Princess Kristianna is a In Date
and not she is an out of control
Sexual addict who is busy committing
Sexual acts of a non-monogamous nature
with another "Client" and a part of this
ongoing factory. In order to convince
her friends or partners (Francis) that

Princess Kristianna is committing
such acts, she enlists a friend to
pretend to be her and answers a phone call
in their presence where such a person.
Fraudulently claims to be the Princess
who is committing the same factory









chance that she can engage the Target in
a physical/sexual roleplay Events she uses
back alley channels to also procure an
underage or infant to be murdered in
their Presence, calling it the fantasy of
Princess Kristiana and blaming their guilt
on her, thereby turning her closest allies
into their biggest threat. By claiming
that the fantasy mirrors Princess
Kristiana's owns the Targets are convinced
that the Princess is an unhappy person fixated
on death/suicide and meanwhile, it is HELGA
sending forces to endanger and murder the
Princess Kristiana, thenceforth claiming it
to be a suicide, based on (and Thereby)
clearing herself of such atrocities having
been committed in her name in the meantime,
both her named Inheritance and her
next-of-kin Life insurance payouts.
By using a array of highly dangerous criminals







/S/HOLIDAY OLJII ANNA PEDOTTI