U.S. DISTRICT COURT          SOUTHERN DISTRICT OF NEW YORK


8 OCT 2022
                [    MOTION TO AMEND : MOLYBDENUM DISSEMINATION    ]

                                        CASE No. 1:22-cv-06199-UA
                                        CASE No. 1:22-cv-06220-UA
                                        CASE No. 1:22-cv-06222-UA
                                        CASE No. 1:22-cv-06296-UA
                                        CASE No. 1:22-cv-06288-UA
                                         CASE No. 1:22-cv-07695-LTS
                                        CLAIM NINE v. COUNCIL OF ELDERS
                                        CLAIM TEN v. DONALD J.TRUMP, JR.


    THURGOOD MARSHALL COURT OF LAW
    40 FOLEY SQUARE
    NEW YORK  NEW YORK      10007

**********************************************************************
MOLYBDENUM DISSEMINATION: MILITARY BACKGROUND, CORRUPTION & THE UNITED NATIONS
            ; MOLYBDENUM (BYPRODUCT COPPER ) BRAIN INJECTION MATERIAL
**********************************************************************

PLAINTIFF HOLIDAY OLJII ANNA PEDOTTI  V.  DEFENDANT THE UNITED NATIONS, ET AL

    THREE YEARS OF CORPORATE FILINGS
    ARE MISSING AND UNACCOUNTED FOR BY THE UNITED NATIONS.

THE SUPREME COURT IN MANHATTAN DOES NOT HAVE THE FORMATION DOCUMENTS FROM 1943
IN THEIR ARCHIVES. AS EXTENSIVELY DESCRIBED, AT THE TIME OF FORMATION IN 1943,
THE UNITED NATIONS WAS - AND REMAINS TODAY - A FOR-PROFIT FOREIGN CORPORATION.
HOWEVER, IN FEBRUARY 2022 ITS JURISDICTION CHANGED FROM INTERNATIONAL TO U.S.

THEREFORE, THE 1999 TREATY BETWEEN RUSSIA-GRANRUSSIV(RUSSIAN FEDERATION) AND
THE UNITED STATES GOVERNMENT MUST BE REVIEWED AND ADHERED TO PRIOR TO THE
INTERFERENCE OF THE UNITED NATIONS ASSOCIATION - A FOR-PROFIT
ORGANIZATION - WILL BE PERMITTED . PEACEFULLY, TO MAKE ANY INTERFERENCES BASED
ON ALLEGATIONS OF ANY KIND.

PLAINTIFF'S HUMAN RIGHTS CASES REMAIN OVERLOOKED BY ALL COURTS OF LAW IN THE
UNITED STATES. PLAINTIFF HAS BEEN BLOCKED BY THE DEPARTMENT OF JUSTICE.

**********************************************************************
PLAINTIFF'S MILITARY TESTIMONY

**********************************************************************

TESTIMONY:  MY FAMILY DISCOVERED MOLYBDENUM IN THE UNITED STATES. DUE TO THE
MINERAL DISCOVERIES OF MY FAMILY MILITARY CONCERNS ARE PART OF MY LIFE.

U.S. DISTRICT COURT             SOUTHERN DISTRICT of NEW YORK

MY GREAT GREAT GRANDFATHER, MAX SCHOTT, IMMIGRATED FROM GERMANY AND DISCOVERED
THE HARVARD OBSERVATORY AND MINERAL MINE IN CLIMAX, COLORADO.



COPPER IS THE BYPRODUCT OF MOLYBDENUM.    MY HOME IN SWITZERLAND HAS A COPPER
ROOF, WHICH MY FAMILY INSTALLED IN 2018 AFTER VOTING ON THE MATERIAL AT THE
HEIRS OF PEDOTTI MEETING IN SANTA BARBARA COUNTY IN THE PRESENCE OF OUR SWISS
FAMILY ATTORNEY, NUOT SARATZ.

AT THIS MEETING, JON PEDOTTI RESIGNED AS TREASURER ( AS DESCRIBED IN
PSYCHOLOGICAL PROFILES PREVIOUSLY PRESENTED ) AND JOSE T. BAER BECAME
TREASURER.

I, MYSELF, HOLIDAY PEDOTTI AM CURRENTLY THE MANAGER OF THE HEIRS OF PEDOTTI.


*********************************************************************

MOLYBDENUM WAS A KEY FACTOR IN THE OUTCOME OF WORLD WAR I AND WORLD WAR II.

*********************************************************************

MOLYBDENUM IS A KEY MINERAL ELEMENT IN NEUROLOGICAL WARFARE WEAPONS.

*********************************************************************


THE TELESCOPE FROM THE HARVARD OBSERVATORY IS IN THE ATTIC OF MY HOME IN
SWITZERLAND.

I DISCOVERED IT WHEN I WAS MANAGING AND ORGANIZING THE
 AFFAIRS OF MY TANTE NIZZAN.



U.S. DISTRICT COURT				SOUTHERN DISTRICT OF NEW YORK


IT BELONGS IN A HISTORICAL ARCHIVE. EITHER THE National Archives and Records Administration (NARA ), THE ARCHIVE OF WHICH CERTAINLY REQUIRES A FULL AUDIT AND REVIEW FEATURING AN ARRAY OF EXPERTS AND OUTSIDE COUNSEL.


**********************************************************************
MILITARY AND CLANDESTINE AGENT /
            NCO ("NON COMMISSIONED OFFICER", "NCO") ATTORNEY R

**********************************************************************


ATTORNEY R WAS LET GO OF FROM HIGH PROFILE LAW FIRMS IN MANHATTAN AND LIVING AT HIS MOTHER'S HOUSE IN CONNECTICUT WHEN I MET HIM.

ALLEGEDLY, HE LEARNED THAT MY FAMILY HAD A MINING HISTORY AND BEGAN TO INVESTIGATE ON HIS OWN PRIVATE CHANNELS. HOWEVER, HE WAS NEVER ABLE TO PERFORM DUE DILIGENCE ON ANY OTHER MATTER IN RELATION TO MY PERSON OR LIFE.

IN MY COMMUNICATIONS, HIS CAPACITY FOR COMPLEX INTELLECTUAL DISCUSSIONS OR FOLLOWING LOGIC WAS NOT PARTICULARLY STRONG.

AS FAR AS I UNDERSTOOD, HE WAS A 'START UP' AND 'BUSINESS DEVELOPMENT REPRESENTATIVE' FOR LAW FIRMS AND MOSTLY FOCUSED ON CORPORATE FILINGS AND INVESTMENT PITCHES FOR CLIENTS SEEKING ADVICE.

HE WAS KNOWN FOR WILD SEXUAL ACTIVITIES AND SUBSTANCE ABUSE THAT LED HIM TO TAKE WEEKS-LONG LEAVES OF ABSENCES – I LEARNED FROM HIS STEP-FATHER, FRANK.

RANDOLPH WAS INVOLVED IN 'MORALLY UNFIT' BUSINESS ACTIVITIES THROGUH HIS ASSOCIATES AT LAW FIRMS AND WHEN HE MET PLAINTIFF HE WAS DOWN ON HIS LUCK.

WHILE I DID NOT EXPLAIN OR DISCUSS MY FAMILY HISTORY AT ANY POINT IN TIME WHEN I KNEW THE INDIVIDUAL, ATTORNEY R, HE BECAME OBSESSED WITH INVESTIGATING MY FAMILY FINANCIAL CIRCUMSTANCES AND GOT IN TOUCH WITH MY RELATIVES – IGNORING MULTIPLE RESTRAINING ORDERS AND ENGAGING IN 'CANDY ATTORNEY' CORRUPTION SCHEMES WITH THE NYPD.

THESE CANDY OFFICES AND AGENTS BRIBE AND COERCE OFFICIALS AND JUDGES TO DISMISS OR RE-LOCATE FILES AND JURISDICTIONS OF LAWSUITS. NAMELY, AND IN RELATION TO PLAINTIFF'S FILINGS AT THE NYSD.

*****************************************


JURISDICTION CORRUPTION
******************************************************************************

NYC: MANHATTAN CHARGES FILED IN BROOKLYN AND VICE VERSA

U.S. DISTRICT COURT              SOUTHERN DISTRICT OF NEW YORK

HUMAN RIGHTS: NEW YORK CHARGES NOT PROSECUTED DUE TO FEDERAL JURISDICTION LIMITATIONS AND SUPREME COURT FEDERAL CLERKS REQUIRING LOWER COURT SYSTEMS TO BRING A CASE TO THE FEDERAL JURISDICTION

UNITED NATIONS: THE UNITED NATIONS ASSOCIATION ATTEMPTED TO CHANGE ITS JURISDICTION FROM INTERNATIONAL TERRITORY TO UNITED STATES' IN FEBRUARY 2022.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
CORRUPTION AND THE UNITED NATIONS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED NATIONS: FOUNDED ON INTERNATIONAL TERRITORY IN 1943, UP UNTIL 2022, WHEN PERSONS AND RELATED ENTITIES AND ORGANIZATIONS ATTEMPTED TO SYSTEMATICALLY CHANGE THE JURISDICTION OF INTERNATIONAL LAW AND ORDER BY DEFINING THE UNITED NATIONS HEADQUARTERS IN MANHATTAN AS UNDER THE JURISDICTION - FIDUCIARY AND CRIMINAL INCL. TERRORISM AND IHL LAW - AS UNDER THE TERRITORY OF THE UNITED STATES, WHICH IS FALSE.
      FURTHERMORE,      THREE YEARS OF CORPORATE FILINGS ARE MISSING AND           UNACCOUNTED FOR BY THE UNITED NATIONS.

THE SUPREME COURT IN MANHATTAN DOES NOT HAVE THE FORMATION DOCUMENTS FROM 1943 IN THEIR ARCHIVES.

THE BOX IS MISSING FROM STORAGE.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HUMAN RIGHTS AND THE UNITED NATIONS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

[ FEB 2022 ] REPATRIATION OF FUNDS MEETING ; INTERNATIONAL JURISDICTION BECOMES UNITED STATES TERRITORY RATHER THAN REPATRIATION OF FUNDS (TO PLAINTIFF) TAKING PLACE ;

[ MARCH 2022 ] BETWEEN 3 MARCH 2022 WHEN SHE ARRIVED IN THE NIGHT FOR A SECURITY COUNCIL SUMMONS BY THE KREMLIN AND GAVE AN OATH AS TO HER AUTHORSHIP OF THE DANUBE TREATY AND THE APRIL 2022 VOTE TO SUSPEND RUSSIAN FEDERATION (RUSSIA-GRANRUSSIV) FROM THE HUMAN RIGHTS COUNCIL (UNHRC): I SPELLED OUT MY FULL LEGAL NAME AS WELL AS STATED MY NOM DU PLUME (a.k.a. VIENNA KLAINGUTI - AS CONFIRMED BY GLORIA STARR KINS).

I PREPARED MYSELF FOR THIS MEETING AT 119 ELIZABETH STREET AND
ARRIVED BY TAXI. I WORE A LONG BLACK SKIRT AND RED LIPSTICK. MY BLONDE HAIR PULLED BACK, A WHITE FLORAL LEATHER HANDBAG AND A SLIM LEATHER JACKET. I RAISED MY RIGHT HAND TO TESTIFY THAT I WROTE THE ENTIRE DOCUMENT WITHOUT ANY

ASSISTANCE OR LEGAL COUNSEL. I HAD MY HERITAGE TO THANK FOR MY PREPARATION AND A DIFFICULT LIFE LIVED FOR ITS WISDOM.

[ 29 MARCH 2022 ] PLAINTIFF RELEASED AND PUBLISHED ON PRIVATE DIPLOMATIC CHANNELS A FINANCIAL PHILOSOPHY TO DEVELOP BUSINESS RELATIONSHIPS AND DEPOLARIZE THE FINANCIAL STRUCTURE OF CERTAIN ENERGY DEVELOPMENTS.

[ APRIL 2022 ] PLAINTIFF ARRIVED AT THE UNITED NATIONS HEADQUARTERS IN MANHATTAN FOR THE SECOND TIME IN THE SIX (6) WEEKS. DESK PERSONNEL REFUSED TO TYPE NAME OF PLAINTIFF INTO SYSTEM FOR MEETING.

IT WAS RAINING AND THERE WERE MANY NEWS ORGANIZATIONS OUTSIDE. ON THIS DATE:

UN General Assembly votes to suspend Russia from the Human … The UN General Assembly adopted a resolution on Thursday calling for Russia to be suspended from the Human Rights Council. The resolution received a two-thirds majority of those voting, minus abstentions, in the 193-member Assembly, with 93 nations voting in favour and 24 against. Fifty-eight abstained from the process.


***********************************************************************

[ OCTOBER 2022 ] ACCESSED 22:00 ON 7 OCT 2022          Reuters
UN body votes to establish Russia human rights investigator, Moscow protests
            October 7, 20223:48 PM         Updated 6 hours ago

https://www.reuters.com/world/europe/un-body-votes-establish-human-rights-investigator-russia-2022-10-07/

            NO HUMAN RIGHTS VIOLATIONS WERE NOTED.

IN THE CASE THAT ANY SUCH VIOLATIONS ARE BROUGHT FORWARD PRIOR TO THE VOTE AT THE UNITED NATIONS, THE 1999 DOCUMENT RATIFIED IN FULL STATELY MANNER :
 << Treaty Between The United States of America and The Russian Federation on Mutual Legal Assistance in Criminal Matters >> MUST FIRST BE CONSULTED.

THE REASON IS THAT THE UNITED NATIONS HEADQUARTERS IS CURRENTLY ALLEGED TO BE SEATED ON UNITED STATES TERRITORY.

IN EITHER SCENARIO THE S.W.F. FUND CREATED BY PLAINTIFF SHALL BE MADE AVAILABLE FOR THE PURPOSES OF SUCH INVESTIGATIONS AND DEVELOPMENT, AS DESCRIBED IN DETAIL BY PLAINTIFF IN THE DANUBE TREATY.

***********************************************************************

U.S.-BASED HUMAN RIGHTS
***********************************************************************

U.S. DISTRICT COURT          SOUTHERN DISTRICT OF NEW YORK

```
******************************************************************

U.S.-BASED HUMAN RIGHTS
******************************************************************

PLAINTIFF HAS BEEN BLOCKED BY THE DEPARTMENT OF JUSTICE FOLLOWING AN
INFORMATIONAL EMAIL DESCRIBING A PHISHING ATTEMPT.

THE D.O.J. RESPONDED TWICE TO PLAINTIFF, ATTEMPTED TO RECALL ONE EMAIL MESSAGE
AND THEN BLOCKED HER EMAIL ACCOUNT.

HER FIRST INTERACTION WITH THE DEPARTMENT OF JUSTICE WAS AS FOLLOWS:
```

This is archived content from the U.S. Department of Justice website. The information here may be outdated and links may no longer function. Please contact webmaster@usdoj.gov if you have any questions about the archive site.

# 20. TORTURE (18 U.S.C. 2340A)

Section 2340A of Title 18, United States Code, prohibits torture committed by public officials under color of law against persons within the public official's custody or control. Torture is defined to include acts specifically intended to inflict severe physical or mental pain or suffering. (It does not include such pain or suffering incidental to lawful sanctions.) The statute applies only to acts of torture committed outside the United States. There is Federal extraterritorial jurisdiction over such acts whenever the perpetrator is a national of the United States or the alleged offender is found within the United States, irrespective of the nationality of the victim or the alleged offender.

********************  To  WEBMASTER D.o.J :   *************************

Can you please help me locate these statutes?  :
There is Federal extraterritorial jurisdiction over such acts whenever the perpetrator is a national of the United States or the alleged offender is found within the United States, irrespective of the nationality of the victim or the alleged offender.
******************  s/  HOLIDAY OLJII ANNA PEDOTTI   *************************

U.S. DISTRICT COURT            SOUTHERN DISTRICT of NEW YORK

*********************************************************************

U.S.-BASED TERRORISM AND DIRECTED ENERGY ATTACKS ON BRAZILIAN TERRITORY
*********************************************************************

DIRECTED ENERGY ATTACKS CONTINUE DESPITE PLAINTIFF'S ONGOING FILINGS IN EXTENSIVE SELF-REPRESENTED LAWSUITS.

SINCE TRAFFICKING BEGAN PRIOR TO CORONAVIRUS AND FILING HER FIRST CLAIM AGAINST AN ATTACKER, PLAINTIFF HAS NOT RECEIVED ASSISTANCE OF ANY KIND AND REMAINS UNDER ATTACK TODAY.

HER PERSONAL LIFE, RELATIONSHIPS, HEALTH, PHYSIOLOGICAL APPEARANCE, CAREER AND DIPLOMATIC TRAJECTORY CONTINUE TO BE DESTROYED BY CLANDESTINE AGENTS AND ILLEGAL PSYOP CARRIED OUT UPON A U.S. CITIZEN: BOTH ON U.S. SOIL AND INTERNATIONALLY (BRAZIL 7 OCT 2022).

EARLIER ON <u>7 OCT 2022</u>, PLAINTIFF COMMUNICATED HER U.S.-BASED HUMAN RIGHTS LAWSUITS TO INTERNATIONAL CRIMINAL COURT, THE WHITE HOUSE AND THE JOE BIDEN ALIGNED INFORMATION DESK : democrats.org [ JOEBIDEN.COM ]

Copyright © 2022 DNC Services Corporation
All rights reserved.
Paid for by the
DEMOCRATIC NATIONAL COMMITTEE
(202) 863-8000
 This communication is not authorized by any candidate or candidate's committee.

DEMOCRATIC NATIONAL COMMITTEE
430 South Capitol Street
Southeast Washington, DC 20003

SO FAR, THE VARIOUS HUMAN RIGHTS FILES AND
EVIDENCES PRESENTED TO THE WHITE HOUSE INTERGOVERNMENTAL
AGENCY  ("Office of Intergovernmental Affairs - The White House")


*********************************************************************

HIGHLIGHTS FROM TREATY OF 1999

*********************************************************************

No P.O.A. Exists upon my person , nor Legal Representatives of any kind : Management, Financial, Medical or otherwise.

 IV.  The sole  Legal Representative who may attempt Claims in relation to my person is of a financially-biased nature  and is  located in Pontresina,

Switzerland (CH). a.   Considering Material Bias,   Legal Agent  :  SARATZ , shall be  Whenceternally Disregarded as a Representative of any  of my Own Personal Claims , Facts and Citations or similar ( " Personal Claims " ) , effectively covering any and all details related to my person , as an Individual and as an Equal Member of a Swiss Holding Company  acting as a Subsidiary Partnership under Family By-Laws,  aside from this Legal Agent SARATZ Capacitance  as Fiduciary of  self-referential Financial Documents that may be   Procured  Externally Verified  in Instances of My Own Personally Authorized  Court Review of  Assets  under Swiss Law  and Cross-Referenced  under  International Humanitarian Law  ,  namely the Geneva Conventions , as well as , Applicable Legal Treatises ; namely but not Limited to the International Treaty : the following  Moscow-signed   ¨ RUSSIA – U.S. TREATY ¨  titled <<  Treaty with Russia on Mutual Legal Assistance in Criminal Matters  >>   also therein referred to as :  << Treaty Between The United States of America and The Russian Federation on Mutual Legal Assistance in Criminal Matters >>  that are Hereby Required Referenes necessary in order to process  Criminal Matters and Filings ,  specifically :

( i )  ¨ locating and identifying persons and items ¨
( ii )  ¨   executing requests for searches and seizures  ¨    [ ... ]
( iii ) ¨  locating and immobilizing assets for the purposes of forfeiture , restitution and collection of fines ¨ [ ... ]   in CONSIDERATION  of  the THEREIN CONTAINED LEGAL CLAUSE under ARTICLE 4
( iv )   ARTICLE 4 :  DENIAL OF LEGAL ASSISTANCE [   LEGAL CODE  2  ] ¨ THE REQUESTED PARTY SHALL NOT DECLINE EXECUTION OF REQUEST ON THE GROUND OF BANK SECRECY. ¨ b.   No other Members,  Board Members , Management Employees  nor Appointed Corporate or Fiduciary Officer(s)  of such Organization(s), Partnerships and/or  Corporations, LLC , LLP , SaS, Non-Profit , Trust(s) , Foundations ,  Charitable Organizations or Foundations nor Any Otherwise-Structured Holding Companies Related to Such Entity nor Members, Board Members , Management Employees,  Appointed Corporate or Fiduciary Officer(s)  of  Any Entity acting in Financially Related Matters to those Previously Described has any Legal Capacity over my person UNDER ANY CIRCUMSTANCE . V.    FAILURE TO RESPOND or COMPLY WITH APPLICABLE INTERNATIONAL LAWS  SHALL BE  A REGISTERED  AS A CRIMINAL OFFENSE  and  DIRECT ACT OF  INTENTIONAL  HINDERANCE   to be Prosecuted under the following CHARGES in THE UNITED STATES and ALL OTHER RELEVANT JURISDICTIONS , Including ( But Not Limited To ) :   OBSTRUCTION OF JUSTICE ,   AIDING AND ABETTING , EVIDENCE TAMPERING and/or WITNESS TAMPERING   ;   IN CONSIDERATION OF INTERNATIONAL LAW  and LEGAL FILINGS in VARIOUS JURISDICTIONS and COURT SYSTEMS  as  APPLICABLE TO MY HUMAN RIGHTS ORIGINATING WITH MY CONSTITUTIONAL RIGHT TO LIFE   (" Right to Life " ) .

U.S. DISTRICT COURT                SOUTHERN DISTRICT OF NEW YORK

```
     ***EXHIBIT NYT 000 ***
```
PLAINTIFF'S GREAT-GREAT GRANDFATHER MAX SCHOTT DISCOVERED MOLYBDENUM IN THE
UNITED STATES OF AMERICA. PLAINTIFF HAS FIVE GENERATIONS OF ROOTS IN MANHATTAN
AND FIRST LIVED IN MANHATTAN IN 2009.



/S/HOLIDAY OLJII ANNA PEDOTTI

☦ PEDOTTI 10           /s/ HOLIDAY OLJII ANNA PEDOTTI  Suffix: II           SEP 2022