U.S. DISTRICT COURT                SOUTHERN DISTRICT OF NEW YORK

9 OCT 2022

[ MOTION TO AMEND :     SEIZURE, SKELETAL ATTACKS CAUSING PSYCHOLOGICAL DAMAGE LEADING TO SUBSTANCE ABUSE AND SELF-ISOLATION ]

```
                                        CASE No. 1:22-cv-06199-UA
                                        CASE No. 1:22-cv-06220-UA
                                        CASE No. 1:22-cv-06222-UA
                                        CASE No. 1:22-cv-06296-UA
                                        CASE No. 1:22-cv-06288-UA
                                           CASE No. 1:22-cv-07695-LTS


       THURGOOD MARSHALL COURT OF LAW
       40 FOLEY SQUARE
       NEW YORK  NEW YORK      10007
```

***********************************************************************

PLAINTIFF : HOLIDAY OLJII ANNA PEDOTTI  Suffix: II
              v.
DEFENDANTS : Var.

***********************************************************************

CONTAINED   :     I DO NOT RECOGNIZE MYSELF AND THIS CAUSED ME TO HAVE A SEIZURE.   THE ATTACKS ARE CAUSING ME SEIZURES AND PSYCHOLOGICAL HARM



THE BONES IN MY FACE HAVE BEEN CHANGED AND THE MUSCULAR SYSTEMS MOVED ENTIRELY. MY VOICE HAS SOME KIND OF BUBBLE OF ELECTRIC ENERGY ON IT TO CHANGE IT.          BEFORE, I LOVED MY VOICE, FACE AND MY LANGUAGES.

☦ PEDOTTI 1            /s/ HOLIDAY OLJII ANNA PEDOTTI  Suffix: II         SEP 2022

U.S. DISTRICT COURT                SOUTHERN DISTRICT of NEW YORK

```
THEY ARE AGING MY SKIN AND ADDING UNNATURAL TISSUE THAT NOT ONLY DOES
NOT FIT WITH MY FACIAL EXPRESSIONS OR BEAUTY IMAGE, BUT I DO NOT
BELIEVE IT IS CORRECT TEXTURE FOR MY BODY AND DNA, CELLULAR SYSTEMS.

THEY GROW THE SKIN SO QUICKLY THAT I AM ALSO WORRIED IT COULD BE
CANCEROUS. THIS MUST BE A PROBLEM IN OTHER PARTS OF MY BODY AS WELL.

I HAVE A VERY FAST METABOLISM BUT THESE GROWTHS OF SKIN AND TISSUE
WITH UNFAMILIAR TEXTURE AND STICKY FEELING SKIN ARE ALL THROUGHOUT MY
BODY. I DO NOT LOOK SLIM AT ALL COMPARED TO MY USUAL SELF AND MY BODY
DOES NOT REFLECT MY EAT HABITS OR HORMONAL BALANCE. I GROW MUSCLE,
HAVE DROOPING FAT WITH A CELLULITE-LIKE TEXTURE IN STRANGE PLACES AND
MY NECK EVEN HAS FAT IN IT.
```



```
I TAKE EXCELLENT CARE OF MYSELF AND DO NOT ALLOW FOR DAMAGE FROM THE
SUN OF ANY KIND.

I HAVE NOT BEEN EATING A LOT AT ALL. NORMALLY I WOULD BE ABOUT 10KILO
LESS AND HAVE DEFINITION AND FACIAL EXPRESSIONS THAT WOULD LEAD ME TO
BE SOCIAL AND OUTGOING. NOW I STAY INSIDE AND WEAR FACEMASKS TO GO TO
THE MARKET AND SUNGLASSES AT NIGHT.

EVEN WHEN I EAT A LOT, FAT DOES NOT BULK UP LIKE THIS IN MY FACE :
```

I HAVE NEVER HAD EXTRA SKIN AND FAT ON MY NECK





U.S. DISTRICT COURT               SOUTHERN DISTRICT of NEW YORK



I AM NOT FAMILIAR WITH THE FACE I SEE IN THE MIRROR ANYMORE AND I CANNOT PARTICIPATE IN RELATIONSHIPS KNOWING I WILL BE CONSISTENT.

I HAVE A VERY STRONG CHARACTER AND PERSONALITY. MY HONESTY AND SENSE OF HUMOR AND STORIES AND EXPRESSIONS ARE VERY IMPORTANT TO ME. I DO NOT HAVE A CONSISTENT VOICE, LET ALONE A RECOGNIZABLE FACE ANYMORE :

I DO NOT KNOW THIS INDIVIDUAL. WHEN I WAS IN THE TAXI EARLIER, I WAS CALLING MYSELF "IT" IN THE THIRD PERSON BECAUSE I FEEL SO DISCONNECTED. I WAS COMFORTABLE ALLOWING ANY KIND OF HARM OR SEX OR DANGER TO BE CAUSED TO IT BECAUSE I DO NOT KNOW OR LOVE IT.

*************************** DAMAGES AND RELATIONSHIP **************

I HAVE A MODELING CONTRACT BASED ON MY PREVIOUS LOOKS AND FEEL UNCOMFORTABLE TO PRESENT MYSELF AGAIN AT THE AGENCIES BASED ON THESE ATTACKS. IN MY PERSONAL LIFE AND RELATIONSHIPS : <u>I WILL NOT HAVE A LIFE OF ANY KIND UNTIL I AM ABLE TO EXIST WITHOUT INTERFERENCE FROM</u>

☦ PEDOTTI 4                /s/ HOLIDAY OLJII ANNA PEDOTTI  Suffix: II                SEP 2022

U.S. DISTRICT COURT             SOUTHERN DISTRICT OF NEW YORK

THIRD PARTY SYSTEMS AND HAVE NO RISK OF THIS AT ANY POINT IN TIME IN THE FUTURE.            I HAVE A VERY MEMORABLE AND STRONG PERSONA THAT MANY PEOPLE FELT INSPIRED BY AND LOVED DEEPLY THROUGHOUT MY LIFE.

NOW, I COULD NOT INTERACT WITH OTHER PERSONS KNOWING THIS WAS NOT THE CASE AND I HAD NO CONTROL OVER THAT FACT. MY REPUTATION IS MOST IMPORTANT TO ME SO UNTIL THESE ISSUES AND RISK OF INFILTRATION ARE RESOLVED SCIENTIFICALLY AND LEGALLY - I AM STUCK.

 I DID NOT LEAVE THE HOUSE IN NEW YORK CITY FOR THIS
 REASON ( POTENTIAL CHARACTER INCONSISTENCIES AND PROTECTING OTHER PERSONS FROM THESE INFILTRATIONS UNKNOWINGLY AFFECTING THEIR OWN LIVES AND FUTURE )  FOR ALMOST NINE (9) MONTHS BUT I BEGAN TO PARTICIPATE IN MY LIFE WHEN I GOT TO THE SOUTHERN HEMISPHERE. NOW I AM BACK IN THE PREVIOUS PATTERN OF HIDING.



https://youtu.be/e4vrvDAaVic

TESTIMONY: I CANNOT LOOK AT MY FACE. WHEN I SAW MYSELF IN THE MIRROR YESTERDAY I HAD A SEIZURE BECAUSE I LOOK LIKE A COMPLETELY

DIFFERENT PERSON. THE SEIZURE LASTED ABOUT 0:00:45 SECOND UP TO 0:01:30 AND I FELL ON THE FLOOR IN MY BATHROOM.

I IMMEDIATELY CONTACTED A DRUG DEALER TO TRY TO GET MYSELF THROUGH THE DAY WITHOUT SOBRIETY TO HAVE TO MAINTAIN THIS STRANGER INTO MY TRUE AND NORMAL SELF AND THOUGHTS.

I TOOK PAINKILLERS AS WELL.

I AM HARMED PSYCHOLOGICALLY BY CHANGES IN MY PHYSIOLOGICAL SYSTEMS. I LOVED MY BEAUTY. I DID NOT WANT TO CHANGE AT ALL WHATSOEVER.

I LOOK LIKE A ROUND BLOB WITH DEAD EYES.

I TALK FROM MY CHIN AND MY EMOTIONS ARE NOT EXPRESSED AUTHENTICALLY THOUGHOUT MY FACE. I AM VERY CONSISTENT WITH MY RELATIONSHIPS AND PERSONAL LIFE AND I CANNOT PARTICIPATE IN ANY OF THAT WHEN I HAVE BEEN SO DRASTICALLY CHANGED.
I WAS CHEMICALLY ATTACKED AGAIN IN THE SAME MANNER AS LAST WEEK AND I LOOK ABSOLUTELY AWFUL. MY SIGNATURE FEATURES

ARE GONE AND MY ANGULAR FACE. I CANNOT STAND WHAT HAS HAPPENED TO ME AND I COULD NOT WALK OUTSIDE WITHOUT A MASK FROM THIS POINT FORWARD.



8 OCT 2022 CHEMICAL ATTACK CHIN JAW BONE https://youtu.be/r7c_eEJjN10

THIS FACE DOES NOT LOOK FAMILIAR TO ME IN ANY WAY AND THE EXPRESSIONS AND NEW PLACEMENT OF MUSCLES THAT I DO NOT USE OR WANT TO USE ARE AUTOMATICALLY BEING FORCED UPON ME :



https://youtu.be/TmnmHSlg1K8

THE ATTACKS ARE AFFECTING MY BONE STRUCTURE. MY BONE STRUCTURE WAS BEAUTIFUL, UNIQUE AND ANGULAR. THIS LOOKS DISGUSTING AND I AM UNABLE TO PARTICIPATE IN A LIFE OF ANY KIND OR A FUTURE UNTIL IT IS FIXED AND NO OTHER PERSONS CAN AFFECT MY FACE BY SURPRISE.

1 OCT 2022 WHILE PREGNANT, ATTACKS LEADING PLAINTIFF TO SEEK SUBSTANCE ABUSE FOR THE FIRST TIME SINCE MOVING TO BRAZIL:

U.S. DISTRICT COURT            SOUTHERN DISTRICT of NEW YORK

HERE, MY JAW HAS BECOME LENGTHENED, WIDENED AND WITHOUT DISTINCTION. THE REST OF MY FACE STILL RESEMBLES MY OWN :



HERE ARE REFERENCE IMAGES BEFORE ATTACKS BEGAN IN BRAZIL, AFTER NEW YORK CITY :



CHIN

☦ PEDOTTI 10          /s/ HOLIDAY OLJII ANNA PEDOTTI  Suffix: II          SEP 2022

U.S. DISTRICT COURT             SOUTHERN DISTRICT OF NEW YORK



JAWLINE

UNTIL THE ATTACKS BEGAN AGAIN, I HAD NOT USED OR EVEN THOUGHT OF USING SUBSTANCES WHILE IN BRAZIL.

NOW I AM WORRIED I MAY END UP SIMPLY GIVING UP ON MY DREAMS ENTIRELY, ESPECIALLY AFTER ABORTION.

LAST NIGHT 8 OCT 2022, I SENT MY FINAL WILL AND TESTAMENTS IN CASE I DO NOT MAKE IT THROUGH THESE LAWSUITS.

/s/HOLIDAY OLJII ANNA PEDOTTI

Medical emergency chem attacks , ref. Digitale foto Southern Hemisphere



Vyana Bb
<gtfomylaptop@gmail.com>

Oct 1, 2022, 12:16 PM (8 days ago)

## to emergency

I moved to Brazil to avoid Military Attacks and Disfigurement taking place in Manhattan and Brooklyn it worked for couple weeks before I purchased finally a smartphone

Since July I was without a device to avoid Gang Stalking and I thought I was safe in Southern Hemisphere.

I was writing my case filings from hotels and cafes as I had a problem with IP ADDRESS WRAPPING TACTICS IN SPRING.

The apartment that was sold to me by a fraudulent attorney , ATTORNEY R, A CIA NCO covert op had 25+ surveillance cameras in the ceiling of loft, I learned in Holiday season 2021 - but was not aware to who they connect to if at all.

The illegal brain operation used Radiation injection technology and I have no information about the operation as I was sedated for 8+ hours according to discharge papers. It was done using the incorrect name and no known address so I cannot access mychRt online and there is no record of the doctors listed as employees of MSBI according to Customer Care and Patients Advocate.

I submitted relevant penal code regarding right to records, genetic privacy and requested the history of dissemination.

U.S. DISTRICT COURT             SOUTHERN DISTRICT OF NEW YORK

Already a NY DA OROUKE BREACHED PRIVACY LAWS after I chose to refuse to sign Hippa as PLAINTIFF in charge against ATTORNEY R , nd and subpoena records 500 pages approximately from MSBI AND MOUNT SINAI UES BUT I CANNOT ACCESS NEIRHER HIS SUBPOENA RECORDS NOR MY OWN RECORDS PERSONALLY

I SCANNED ALL ORIGINALS

I had problems with Instagram and related as described case LTS-22.... v. MUSK and Zuckerberg

Please look into NEURALINK AND STARLINK

****** EXHIBIT USA 0666********

☦ PEDOTTI 14            /s/ HOLIDAY OLJII ANNA PEDOTTI  Suffix: II            SEP 2022

## FINAL NOTE :

While in SHOWER , first was offered to BRAIN DAMAGE to DEATH and then my upper rectus was drilled upwards above my ass ,    which left a big red bump.

THEY WERE ATTEMPTING TO SAW ME IN HALF.  I expressed : NO
My NERVES felt unhappy and then a person I dislike very much became my intra-body inhabitor. Now I have a ton of anxiety that feels INORGANIC as I would not feel excessive ANXIETY in my FACE .

THESE PERSONS REQUIRE 24 - 7  OVERSIGHT  TO INFORM THEM TO STOP INFILTRATING ME AND I CANNOT TOLERATE  THIS MORE. I WILL SPEND       THE DAY IN THE     U.S. SUPREME COURT .


[ XI . VII . XXMMII ]


for       **NEW YORK  CIVIL  SUPREME COURT**


CULTURAL TORTURE  / ( " FORCED  AMERICANIZATION " )  :

Despite having FILED ASYLUM in  SWITZERLAND and CONSTANT  COMMENTARY
        and CRITICISM  and  MISGUIDED  STEREOTYPES  and
        Existing as a  TARGET  of  a  PSYOP  CAMPAIGN   against

            A  UNITED  STATES   CITIZEN   ,
        which is       << ILLEGAL  UNDER ANY CIRCUMSTANCE >>

INVASIVE  PHYSICAL and INTRA-CRANIAL ATTACKS  on  an International  Public Figure :
    Culminate    Today  [  11 . 07 . 2022 ]     as  I   so  Hereby WILL   to  Culminate .
    As  this  is  MY  DEEPEST  CRY for   My Own  HUMAN SURVIVAL   ,
    whilst I  EDGE   towards  a  PERSONAL TERRITORIYA  of <<      LOSS of  SELF  >>   :

    MY  FACE-LESS  FACE ,  MY  VOICELESS  VOICE ,   MY  LIFELESS  LIFE

    I  WALK   THROUGHOUT  a  FAMILIAR CITY ,  completely  LACKING any  FAMILIAR
    FACES ,   after  TEN  ( 10 )  YEARS of  FRIENDSHIPS  RECENTLY DISSOLVED  ,
         wearing   a  NUDE  SKULL    rather   than  a FACE  :

**HOLIDAY OLJII ANNA PEDOTTI { II }**

NEWLY DEVOID of DETAIL : MY FACIAL STRUCTURE , whose SLAVIC and EXOTIC ANGLES , CURVES , BRIGHTNESS of CHARACTER and EXPRESSIVE NATURE ( of a LIFETIME of SELF LOVE and CARE ; PROTECTION ) MY WOMANHOOD , AS A MAN is TO HIS MANHOOD , thereby gone MISSING by SATELLITE

in a SERIES of SHAVED SKULL TORTURE ACTS ;

*turning me into* ( in My Eyes / the Eyes of PUBLIC and World Community )

an UNRECOGNIZABLE KNOB on its way to the U.S. SUPREME COURT Today .

PHYSICALLY DAMAGED :

*in a Reflection of approximately 3 %*
*of the DEVESTATION of my PERSONALLY EXPERIENCED*
*sense of LOSS and DAMAGED SOUL*

IN THE FOLLOWING CURRENTLY LOGGED ( No Medical Communication Prior to TODAY 0 9 : 38 Officer Alves ( sp var ) 9335 across from Courthouse [ FAMILY COURT ] :

(1) Approximately 80 % of MY SIGNATURE FACIAL FEATURES are GONE which were Organic Gifts through the Blood of my HERITAGE ;
(2) My BONE MARROW is CALCIUM DENSE and INCONCLUSIVE , which NO MEDICAL PERSONNEL have Made ANY OUTREACH or Acts of RESOLUTION to INFORM , this was only RELAYED to me on CLANDESTINE CHANNELS - SOURCE UNKNOWN
(3) My HEARING Tangibly Unrecognizable and requires EXPLANATION
(4) My VOICE / VOCAL CHORDS seemingly Destroyed , Language Skills and Word CHOICE "" AMERICANIZED "" while I speak a DIFFERENT LANGUAGE ENTIRELY : << INTERNATIONAL ENGLISH >> ,
as I HAVE FOR MANY YEARS .

A Cultural SICKNESS being Imposed Upon my SELF , FREE and INNOCENT :

Western FRAUD CULTURE full of ANNOYING and UNLIKABLE AMERICAN SOUNDTRACKS being BEAMED into my BRAIN by UNKNOWN PERSONS as I Undersand : through a SATELLITE , and PERSONS encouraging NON-TRADITIONAL and MODERNIST PRINCIPLES at the Expense of HUMANKIND and INTELLIGENCE at a WHOLE EARTH Level .

After BEGGING to SURRENDER MY CITIZENSHIP at The RUSSIAN CONSULATE Days Prior in order to Seek ANY PROTECTION WHATSOEVER of MY << **HUMAN RIGHTS** >> .

## **  LEGAL  :  NUREMBERG CODE / GENEVA / HAGUE  CONVENTIONS / OTHERS  **

This  BRAIN  TORTURE CONTINUES  TO       be  Carried Out  ILLEGALLY  ,
         WHILE                  << REQUIRING  AUTHORIZATION  >>
         WITHOUT  ANY NECESSARILY  -  DOCUMENTED
(  CLEAR  REQUIREMENTS  CONTAINED HEREIN  )  AUTHORIZATIONS
or  ' THEATER TRACING '  and/or  Miid- CAMPAIGN EVALUATIONS   that
Could or Would   LEGALIZE any  DOMESTIC  APPLICATION of  PSYOP  TACTICS  :
         AS  PSYOP  is  A   MILITARY   PRACTICE  whose  DOMESTIC  APPLICATION
         is  SOLELY  USED  to  " LESSEN  the  RISK  of  VIOLENCE  or
         DANGEROUS ACTS    or  COMMUNICATE  SAFETY  MEASURES  " ,
          and  Conducted    on POPULATIONS   rather     than  INDIVIDUALS  ;

         And      GOVERNMENT FORCES  ,  INTERNATIONALLY  ,  MATERIALLY  :
         Attempt  to  PERMIT   DRUG  TRAFFICKERS  to  Over-Rule  ENVIRONMENTAL
         REGULATIONS  in   GLOBAL   BIOLOGICAL   CHEMICAL CENTERS
             -       Which I  DID  TANGIBLY  DECONSTRUCT  in  Specific  Published Papers
                 and calling upon NECESSARY  INTELLIGENCE UNITS  DURING
                  the  WAR IN THE UKRAINE  ;

and  FURTHER  ,  RESULTING  in  APPARENT  REQUIREMENT  TO SELF-ABOLVE
         The  United States   from  The   INTERNATIONAL CRIMINAL COURT    Participation
(  FOLLOWING  PRECEDENTS of TORTURE  SET  in  GUANTANAMO  BAY
PROCEEDINGS  )  ,
as   well   as   The  United  States'  failure   to  uphold  the   << Paris  Climate  Agreement >>
         and  CHEMICAL  STANDARDS of MOERN  WARFARE   and  other
         LACK  OF  LEGISLATIVE  MEASURES  in   Managing  the
         HUMANITARIAN EFFECTS   of    Untested  and  Inhumane
               MODERN  TECHNOLOGY ;

RESULTING  in  HUMAN  RIGHTS  VIOLATIONS and  WAR  CRIMES
 Worldwide  of   the   Same  EFFECT   and / or  CULTURAL  AFFECTATIONS   for which
PRIOR  CRIMINAL   or   MILITARY  CODES have been  Developed  in order  to  PREVENT
            in  Internationally - Upheld  STATUTES  /  CODICES    ;

And  NO  OPEN LAW       [  as  STATED  in Published  Documents by  the U.S. State
Department ]    that allows   Clandestine  Operations  to  Carry out   Illegal  Campaigns ,
       and  Never   -  especially on an  Innocent  Citizen   -   Before DOCUMENTED :
SUCH  A  ' PERSONAL JUSTICE  OBSTRUCTING '  BRAIN  ATTACK / HUMAN
EXPERIMENT /     PERSONALIZED  ' TORTURE  and  TERRORISM '  Campaign ,

         HOWEVER   ,  UNTED STATES GOVERNMENT  OFFICIALS
         have  Continued  to  force    Upon  MY  FREE WILL  and HUMAN RIGHTS :

<u>NEUROLOGICAL  WARFARE   BRAIN ATTACKS   of  AN ONGOING NATURE .</u>

**INHUMANE  TORTURE  , BRAIN  EXPERIMENTS   with  SUBJECT MATTER**
**of the  UTMOST PERSONALLY  DISTURBING   and   SEXUALLY  INVASIVE  /**
**TRAUMATIC  NATURE  Upon  Me         resulting in    INORGANIC   ASSOCIATIONS**
  **by  Various < Personal  Relationships >   and  < Diplomatic  Community >  ,**
  **with    NO TIMELINE  or  ' END  PROCEDURE '  STATED    nor**
  **CONTACT INFORMATION  of   TORTURE  PERSONNEL  ,**
  **No  OFFERS  to  CONSENT  TO ANY  DESCRIBED   ACT or  ITS**
  **MEDICAL  RISKS  ( " INFORMED  CONSENT " )   that  may have**
  **Allowed me to Make MEDICAL DECISIONS .**
**The  EXPERIMENT  now  Damaging  My BASIC  Senses**
**and  NO        Perceived OBJECTIVE      to   such    Lifelessly Exhaustive  Actions  ;**

 I      NOW ,  in recent  Week(s)          SPEND    MY TIME   either   WRITING MY OWN
CASE FILES  ,  SAWING A TABLE IN HALF  OUT OF FRUSTRATION   or   VISITING
and   RE-VISITING  VARIOUS DISCRIMINATORY  U.S.   AGENCIES   :
  FEDERAL and OTHER GOVERNMENT    STAFF     Instructed  to  Throw Out  my
  Papers and Applications  &  Misprint  ORGAN DONORSHIP  Specifications  ,
  as  I     ENDLESSLY TRY TO OBTAIN THE SAME DOCUMENTATIONS  without
  Acknowledgment   using  Best Practices  to  Review  ORIGINAL and  FULLY - Legible
  Primary  Records     that  are  CONSTANTLY THROWN OUT   or  DISAPPEAR
  WITHOUT  EXPLANATION ,   and    Necessary  MAIL   LOST or HELD ASIDE,
   Even  ARRIVING  in <u>UNSTAMPED  FEDERAL    ENVELOPES .</u>
  `and  meanwhile ,  I  am ACCUSED  of  EVERY  CRIME  or  NON-CRIME
( of  SLANDEROUS  NATURE  ) in Existence  without   Any  Material Accusation  ;

APPARENTLY ,  The  TERRORISTS  and  SPECIES DISSENTORS  ( " Species  Dissentors
" )  Continue  to  Plan  PRE-MEDITATED  EMBEZZELMENTS  &  PLAGEURIZATION   ACTS :

TO   TAKE  AUTHORSHIP  of MY  LIFES' WORK  after  My  ' SUICIDE '  ( of a Non -
Suicidal Nature )  OCCURS  For    FALSIFIED  AWARDS  placed upon such  MERIT-LESS
BEINGS'  using  MY  OWN   Bed of ROSE  PETALS   as   DEBACHEROUS Personal Wine .
[  See  INDEX  002     <u>" PSYOP    LAW /  BLACK  OPERATIONS  Budgetary  Data  "</u>  ]

Especially as  Relating to  HEREIN CONTAINED  [ See  INDEX  001   " OFF LEDGER
FINANCIAL LOGS  " ] Global  Fraud   as  Protective Experienced VICTIMS :    Low
Income  Persons and Families  &   The  ENVIRONMENT   ( " The  Majority  of  Life  " )  ;

<u>FOR   << THE MAJORITY  of  LIFE >></u>

  With   an  EYE      on  the  Mass Numerical Increase
 of BIOLOGICAL  CHEMICAL FACILITIES  Worldwide  prior  to  the

**HOLIDAY OLJII ANNA PEDOTTI { II }**

<< WAR in The UKRAINE >> , an Important Forward-Looking Reason that I effectively Guided Our WORLD to SAFETY for The Majority of Life through my Blood-Born Magnetism over Military Events beginning in JANUARY 2022 :

THE NECESSITY to PROTECT NATURAL RESOURCES and Maintain Environmental Standards using New Technologies , rather than Continue to do THE OPPOSITE .

My PERSON ( as Family Members were AWARE of my Vulnerable State ) , and My ACTIONS TAKEN then led to CURRENT NEUROLOGICAL ATTACKS described throughout the CASE FILES and VIDEO EVIDENCED RECORDS & VARIOUS FORENSICS Accompanied .

[ REGISTERED by TWICE-NOTARIZED GOVERNMENTS of INTERNATIONALLY ACCEPTABLE STANDARDS as a NECESSARY BASIS of PROSECUTIONS ] .