**U.S. DISTRICT COURT**          **SOUTHERN DISTRICT of NEW YORK**

9 OCT 2022

[ MONARCHAL FAMILY RELATIONSHIPS: CHILDREN AND MARRIAGES,
        AND C.I.A. NEUROLOGICAL CAMPAIGNS          ]

                                    CASE No. 1:22-cv-06199-UA
                                    CASE No. 1:22-cv-06220-UA
                                    CASE No. 1:22-cv-06222-UA
                                    CASE No. 1:22-cv-06296-UA
                                    CASE No. 1:22-cv-06288-UA
                                        CASE No. 1:22-cv-07695-LTS

        THURGOOD MARSHALL COURT OF LAW
        40 FOLEY SQUARE
        NEW YORK  NEW YORK          10007

***********************************************************************

PLAINTIFF : HOLIDAY OLJII ANNA PEDOTTI  Suffix: II
        v.
DEFENDANTS : CENTRAL INTELLIGENCE AGENCY, ET AL.

***********************************************************************
CONTAINED :   THE CENTRAL INTELLIGENCE AGENCY SCAM FORCING AGENCY
AND SHAPESHIFTERS ("SHAPESHIFTERS"), NEUROLOGICAL INJECTIONS, RING X

MEMORANDAI OF LAW    "CIA Act of 1949"    or    "Public Law 110"
***********************************************************************
§98h-2. Reports to Congress
50 U.S. Code Chapter 46 - CENTRAL INTELLIGENCE AGENCY
50 U.S. Code § 3520 - General Counsel of Central Intelligence Agency
50 U.S. Code § 3521 - Central services program
***********************************************************************

*** ** ATTACK   ** *** NOTICE: HEALTH AND MEDICAL CAPACITY, MENTAL HYGIENE: PLAINTIFF RETAINS ALL
HER RIGHTS. I BREATHE OUT OF MY MOTHER FUCKING NOSE YOU FUCKING IDIOTS I HAVE NEVER FORGOTTEN TO
BREATHE OR BLINK. STOP BREATHING OUT OF MY FKING SYSTEMS.******* WHAT IS A DOUBLE PINKY TOE TAP
LEFT FOOT**** THEY ARE SNORTING MY NOSE WHEN I SCROLL THE PAGE *****

*********************************************
THE C.I.A. NEUROLOGICAL WEAPON ATTACK SCAM

*********************************************
IN MID NOVEMBER 2021 I WAS INJECTED FOR THE FIRST TIME AND ON 30 JUNE
2022 I WAS OPERATED ON ILLEGALLY AS WELL AS MY GENETICS HARVESTED

**U.S. DISTRICT COURT**          **SOUTHERN DISTRICT OF NEW YORK**

DURING MEDICAL OPERATIONS THAT WERE NOT CONNECTED TO MY NAME OR
IDENTITY. THE DOCTOR WHO AUTHORIZED IT DOES NOT WORK FOR THE HOSPITAL.

I WAS INJECTED WITH A NEUROLOGICAL WEAPON THAT IS ABLE TO TRACK MY
THOUGHTS AND EMOTIONS.

THE PERSONS LISTED IN THE CASES OPEN AT NYSD AND ALL RELATED ARE ALSO
IN THIS RING AND THE FEMALE AGENTS AND PARTICIPANTS HAVE, MANY OF
THEM, BEEN INJECTED WITH NEUROLOGICAL WEAPONS TO COMPROMISE THEM.

THE AGENTS ATTEMPTED TO COMPROMISE ME INTO JOINING THEIR AGENCY IN
NOVEMBER 2021. THE NEUROLOGICAL CAMPAIGN HAS BEEN ONGOING EVER SINCE.

THE AGENTS WERE EXPECTING TO FIND EVIDENCE OF CRIMINAL BEHAVIOR AND
GUILT INSIDE THE PLAINTIFF'S BRAIN. INSTEAD THEY STOLE HER BEAUTY AND
ENERGY AND USED IT FOR THEMSELVES.

I DO NOT HAVE A CRIMINAL HISTORY. NAME CHANGE IN NEW YORK CIVIL COURT
VERIFIES THIS FACT AND THEREFORE I CHANGED MY NAME IN MAY 2022.

THE AGENTS HAVE BEEN CONDUCTING INTRACRANIAL ESPIONAGE UPON MY PERSON
AND HAVE BEEN SURVEILLING MY COMMUNICATIONS AND INFILTRATING MY
RELATIONSHIPS FOR YEARS PRIOR TO THE NOVEMBER 2021 ATTACK

FEMALE AGENTS ARE THEN BONDED NEUROLOGICALLY TO THEIR INJECTOR

IN MY CASE, MY INJECTOR IS ATTORNEY R

I HAD OPENED CRIMINAL CHARGES AGAINST HIM IN OCTOBER 2021 AND HAD
RESTRAINING ORDERS ON HIM WHEN HE INJECTED ME. THERE WERE THREE
RESTRAINING ORDERS OPENED IN 2021 THAT WERE UPHELD IN COURTS. THESE
RESTRAINING ORDERS ("OOP") DISAPPEARED FROM NYPD COMPUTER SYSTEMS AND
I HAVE BEEN UNABLE TO PROSECUTE MULTIPLE VIOLATIONS

I HAVE NO POINT OF CONTACT IN THE NEUROLOGICAL ATTACKS AND I AM NOT
WORKING WITH THE INDIVIDUALS IN RING X NOR ANY UNITED STATES
GOVERNMENT AGENCY.

I HAVE NEVER BEEN FUNDED BY ANY GOVERNMENT AGENCY INTERNATIONALLY, AND
THEREFORE I AM A CIVILIAN.

MY VAGINA IS TIGHT AND VIRGINAL. I DO NOT AUTHORIZE ANY PERSONS TO
EXPAND OR CONTRACT MY VAGINAL MUSCLES OR CHANGE MY SEXUAL SENSATIONS
OR CHEMICAL EXPERIENCE OF ANY KIND.

**U.S. DISTRICT COURT**          **SOUTHERN DISTRICT OF NEW YORK**

THE PERSONS BEHIND THIS BRAIN EXPERIMENT ATTEMPTED TO CONNECT FOOD AND
SEX IN MY BRAIN TODAY, WHICH ARE NOT CORRELLATED AT ALL.

MY FACIAL MUSCLES ARE ***NOW**** UNDER ATTACK******** :
        ALGORITHMICALLY PROGRAMMED AND I DO NOT AUTHORIZE THIS.


*************************************************************

PLAINTIFF CIRCUMSTANCES      AND        TRAUMA LAYERING


*************************************************************

I AM NOT OKAY WITH CENTRAL INTELLIGENCE AGENTS OR PERSONS OF ANY KIND
AUTHORIZING MY BODY FOR PHYSICAL OR DIGITAL REVIEW.

MY BODY AND LIFE ARE MY OWN.          I AM NOT A UNITED STATES
GOVERNMENT AGENT NOR HAVE I EVER BEEN PAID BY A GOVERNMENT AGENCY.
I HAVE NO RELATIONSHIP WITH THE MAN WHO IMPREGNATED ME IN BRAZIL AND
WAS HAPPY SIMPLY TO BE A MOTHER.

I HAVE NO RELATIONSHIP TO ATTORNEY R.              POISONOUS DIRT
IS NOT PART OF MY LIFE AND NOW HER FACE IS ON MY OWN.

******************************************************************
I HAVE PTSD. THE CENTRAL INTELLIGENCE AGENCY DOES NOT RESPECT MY BODY.

I AM NOT GUILTY NOR HAVE I BEEN ACCUSED OF ANY CRIMES.
I NEVER SIGNED ANY DOCUMENTS NOR GAVE MY CONSENT FOR ANY MEDICAL
TREATMENTS OR EXPERIMENTS.

************************* 9 OCT 2022 ************************

AROUND 11:00 THIS MORNING I BEGAN INTERACTING WITH CLANDESTINE AGENTS
ON CLANDESTINE COMMUNICATION CHANNELS TO WHICH I AM NOT REGISTERED.
THIS ESCALATED QUICKLY AND SEXUALIZATION ATTACKS OCCURED.
THIS IS NOW THE THIRD TIME THESE PERSONS HAVE RUN THE SAME CAMPAIGN.
THE CAMPAIGN CURRENTLY UNDERWAY FEATURES HUMAN PERSONS FROM MY LIFE IN
BRAZIL AND A FORCED ABORTION.

THE PREVIOUS ENDED A MARRIAGE THAT WAS TANGIBLY UNDERWAY AND A VISA
APPLICATION FILED. ***EXHIBIT RVISA00*** PREVIOUSLY, THE NEUROLOGICAL
CAMPAIGN USED VLADIMIR PUTIN. I WAS DEVASTATED AND OUR RELATIONSHIP IS

**U.S. DISTRICT COURT**          **SOUTHERN DISTRICT OF NEW YORK**

NO LONGER ABLE TO EXIST IN ITS PURE AND ORIGINAL CAPACITY TOWARDS THE
MARRIAGE WE PLANNED TOGETHER.

BETWEEN THE PREVIOUSLY CAMPAIGN AND TODAY, PLAINTIFF WAS IN NEW YORK
CITY AND DID NOT RECOVER. DUE TO THE INCONSISTENCIES ENACTED UPON
PHYSIOLOGICAL SYSTEMS, ENERGY AND OTHER ELEMENTS OF THE LIFE AND
CHARACTER OF THE PLAINTIFF, PLAINTIFF REFRAINED FROM ANY INTERPERSONAL
COMMUNICATION WHATSOEVER TO PRESERVE HER REPUTATION AND (THIS FEELS
LIKE A PARAGRAPH OF EXTERNAL PROGRAMMING THAT REFLECTS MY SENTIMENTS)
PROTECT OTHER PERSONS.

 

**\*\*\* EXHIBIT\*\*\*\* SZAR & SZARINA \*\*\***

THIS TIME, IT FEATURES A MAN WHO
LIVES IN COPACABANA.

I WAS PREGNANT DURING THE ATTACK
THAT IS CURRENTLY UNDERWAY.

I AM NOW EXPERIENCING THE SAME
EXACT STORYLINE AND I CAN NO LONGER
EXIST IN THIS COMMUNITY. THE LIFE
THAT I HAD QUICKLY RESTORED:
FRIENDS, FUN, ROMANCE, ACTIVITY –
IS COMPLETELY DESTROYED ALONG WITH MY REPUTATION IN COPACABANA, WHERE
I SPENT MANY MONTHS OF TORTURE PLANNING MY FINAL ESCAPE TO.

BECAUSE THE COMMUNITY HAS NOW SEEN THE PLAINTIFF IN THIS STATE OF
UNWOUND AND INHUMANE STRESS AND SHOCK, PLAINTIFF WILL NOW CHANGE
LOCATIONS AS SHE IS NOT ABLE TO MAINTAIN HER TRUE CHARACTER AND FUTURE
AS INTENDED AS A RESULT.

WHEN I CHANGE LOCATIONS, UNTIL THE SCIENTIFIC AND MILITARY ASPECTS OF
THESE ATTACKS ARE RESOLVED , PLAINTIFF WILL NOT PARTICIPATE IN ANY
HUMAN INTERACTIONS OR COMMUNITY OR INTIMATE RELATIONSHIPS.

PLAINTIFF MUST BE SATISFIED THAT HER ORGANIC STATE AND UNAVAILABILITY
TO INFILTRATE HER SYSTEM ARE IN TACT. PROSECUTORS MUST SCIENTIFICALLY
PUT AN END TO THE SHAPESHIFTING EXPERIMENT.

THIS MORNING AND IN THE PREVIOUS CAMPAIGNS, MULTIPLE AGENTS WHO I KNEW
AT SOME POINT IN MY LIFE ARE DISCUSSING ACCESSING MY GENETICS AND
POISONOUS DIRT APPEARS TO WANT TO IMPREGNATE HERSELF WITH MY LOVER.

**U.S. DISTRICT COURT**          **SOUTHERN DISTRICT OF NEW YORK**

I WAS SO TRAUMATIZED THAT I CUT A HOLE IN MY PANTS WHERE THE BUTTON
AND ZIP CLOSURE IS AND HID BEHIND MY BED BEFORE ATTEMPTING TO ADMIT
MYSELF TO A HOSPITAL.

IN A STATE OF SHOCK, I WALKED THROUGH MY CLOSE-KNIT COMMUNITY WITH
STEPS APPROXIMATELY 10-12CM APART. PERSONS WERE CALLING ME 'VIENNA'
FOR THE FIRST TIME. I WAS RECOGNIZED EVEN WITH A HAT AND SCARF OVER MY
HEAD, SUNGLASSES AND A FACEMASK.      I AM NOT COMFORTABLE IN MY
COMMUNITY ANYMORE.        I REPEATEDLY ATTEMPTED TO ARRIVE AT A
MENTAL HOSPITAL BECAUSE I CANNOT EXIST OUTSIDE OF THIS C.I.A.
NEUROLOGICAL WARFARE SCAM OR HAVE ANY INTERPERSONAL RELATIONSHIPS.

MY FEELING OF SHOCK WAS PAINFUL THROUGHOUT MY BODY AND I WAS SHAKING
MY HEAD AND UNABLE TO UNCLENCH MY BACK. I WAS WALKING WITH MY FEET
ROLLED INWARDS AND DROOLING HEAVILY. I WOULD NOT ALLOW MY PANTS TO
TOUCH MY SENSITIVE AREAS AS I WILL NOT TOLERATE FURTHER BODILY SYSTEM
INFILTRATION OR ABUSE. I AM UNCOMFORTABLE BECAUSE I DO NOT KNOW WHO IS
ALLOWING THIS TO HAPPEN TO ME AND I CANNOT GET THESE PERSONS TO STOP.

THE UKRAINIAN MILITARY AGENT , ALEX DANTE, ASKED ME IF HE WOULD LET
HIM TOUCH MY VAGINA.                      I SAID NO.

I KEPT WALKING, TRYING TO GET A BEVERAGE OF SOME KIND ( NON ALCOHOLIC,
ANY ALLEGATIONS OF PLAINTIFF HAVING A DRINKING HABIT ARE FALSE. NO I
AM TRYING MY BEST TO KEEP MYSELF AS THE PROFESSIONAL AND NOT SOUND
LIKE DENIAL, I MADE SURE TO SAY ATTORNEY BECAUSE THIS IS A LEGAL FACT
THAT I DO NOT HAVE A HISTORY OF ALCOHOL ABUSE AND ANY ALLEGATIONS OF
SUCH ARE CALCULATED HEARSAY ) AND (WHY DID MY EYES BLINK) I COULD NOT
GET MY TELEPHONE TO ORDER AN UBER TO THE HOSPITAL.

JOE BIDEN HELPED ME WITH MY STEPS, AND ENCOURAGED ME TO INCREASE THE
DISTANCE OF THE STEPS. I EXPLAINED TO HIM THAT WHEN THE STEPS WERE TOO
LONG, THEN I COULD FEEL MY DENIM PANTS IN THE SENSITIVE REGION OF MY
BODY MAKE PHYSICAL CONTACT, AND I DID NOT WANT THEM TO KNOW WHERE MY
VAGINA WAS. HE HELPED ME WALK SLOWLY AND I WAS GRATEFUL.

AFTER I COULD NOT OBTAIN AN UBER FOR ANY REASON, I STARTED WALKING
BACK TO MY HOUSE.

I WAS TIPTOEING DOWN THE STREET.

THEN I WALKED INTO A POLE.

WILLIAM J. BURNS          ASKED IF I STILL WANTED ALASKIV (KINGDOM
RATHER THAN STATE), AS WE HAD PREVIOUSLY DISCUSSED IN SPRING 2022.



**U.S. DISTRICT COURT**          **SOUTHERN DISTRICT of NEW YORK**


```
I SAID                 YES.

WILLIAM J. BURNS       WAS WORRIED ABOUT MY WALKING SO SLOWLY AND SAID,
                           COULD YOU STRIP IN ALASKIV?

I SAID                 YES!
```

AND I WAS ABLE TO WALK MORE ACTIVELY.       THIS HELPED ME.

I LAUGHED. AND I EXPLAINED TO HIM BRIEFLY THAT THE MAN IN COPACABANA
WAS AN UNKNOWN PERSON TO ME. I HAD NO IDEA WHO HE WAS AND HE SIMPLY
COULD NOT HANDLE THE " BOMB PUSSY" AND I DID A STRIP TEASE MOVE FROM A
SPOOF VIDEO OF MELANIA TRUMP THAT I LOVE.

THEN I PURCHASED MANY CHOCOLATE MILKS AND THREW THEM ALL ON THE
SIDEWALK WHEN THE NEUROLOGICAL CAMPAIGN ATTEMPTED TO CONNECT MY BRAIN
TO PERSONS I DISLIKE AND THINK THE CHOCOLATE MILK CARTONS HAD SOME
RESEMBLANCE OF THE PERSONS I DISLIKE.

THESE CHOCOLATE MILK OUTBURSTS OCCURED IN LOCAL MARKETS AND IN THE
PRESENCE OF PERSONS WHO ARE FAMILIAR TO ME AND NOW I AM UNABLE TO
CONTINUE THE LIFE I WAS MOVING FORWARD WITH HAPPILY.

MY VAGINA WAS FORCED TO SECRETE A SUBSTANCE AND I IMMEDIATELY POURED
AN ENTIRE BOTTLE OF ICED TEA ON MY SENSITIVE REGION TO BE CLEAR THAT
THE SECRETIONS DID NOT COME FROM MY VAGINA AND THEY WERE NOT COMING
FROM ANY SATELLITE OR INORGANIC SYSTEMS AND I SIMPLY ATTEMPTED TO
CLOSE THIS TOPIC.

```
*********************************************
```

HOMOSEXUALITY AND EASTERN ORTHODOX CHURCH

```
*********************************************
```

THE TWO MEN : THE ONE IN COPACABANA AND ATTORNEY R APPEAR TO NOW HAVE
A SEXUAL RELATIONSHIP.

THIS IS VERY UNAPPEALING TO ME.

I PREVIOUSLY SENT THE MAN IN COPACABANA A MAP OF THE WORLD IN WHICH
COUNTRIES IN WHICH HOMOSEXUALITY IS ILLEGAL WERE MARKED.

WHILE PREGNANT, I ATTENDED CHURCH TO BLESS MY CHILD.

U.S. DISTRICT COURT          SOUTHERN DISTRICT of NEW YORK

DURING THE SEXUAL ACT, I GAVE A HAIL MARY AS I WAS A VIRGIN AND I FELT
BLESSED TO HAVE THE CHANCE AT A NEW LIFE ONCE I ARRIVED IN BRAZIL.

LATER IN THE AFTERNOON, THE NEUROLOGICAL CAMPAIGN PORTRAYED TO ME THAT
THE MAN IN COPACABANA HAD PREFORMED A SEX CHANGE AND WAS A FEMALE,
WISHING TO ENGAGE ME IN HOMOSEXUAL RELATIONS MYSELF.

I AM NOT LESBIANIC OR HOMOSEXUAL IN ANY WAY. I HAVE NEVER HAD A
ROMANTIC RELATIONSHIP WITH A WOMAN OR A ONE-TO-ONE SEXUAL EXPERIENCE.
I HAD ONE SEXUAL EXPEREINCE IN WHICH I PLACED ANY REGION OF MY BODY
FOR ANY MOMENT IN TIME ON A FEMALE SEXUAL REGION AND IT WAS VERY
EXTREMELY BREIF AND UNWELCOME.


****************** COMPARING NEUROLOGICAL CAMPAIGN  ***************

THIS MORNING, I WAS ATTEMPTING TO START MY DAY. THE ATTACKS AND
UNWELCOME COMMUNICATIONS BEGAN.

PREVIOUSLY, ATTORNEY R WAS NOT PRESENT IN MY BRAIN ARENA USING WORDS
OR THOUGHTS OF ANY KIND, ONLY VAGINAL ELECTROCUTION. NOW, ATTORNEY R
IS BOTH VAGINALLY ELECTROCUTING ME AND ABLE TO COMMUNICATE WORDS FROM
TIME TO TIME. I COMMUNICATE WITH HIM VOCALLY AND NOT INTRACRANIALLY.


ATTORNEY R FOR THE FIRST TIME - TO MY KNOWLEDGE - IS ABLE TO ACCESS
THE MUSCLES IN MY VAGINA.

HE FORCED ME TO KEGEL MY VAGINA AND I ATTEMPTED TO ADMIT MYSELF TO A
MENTAL HOSPITAL IN A STATE OF SHOCK.

I WANTED TO GET MARRIED AND THESE PERSONS USED A D.E.W. ON MY BODY TO
FORCE ME TO ENDURE AN ABORTION.

THAT WAS MY SECOND PREGNANCY IN MY LIFE.

I WANT KIDS BADLY AND IN THE NEUROLOGICAL CAMPAIGN, EVERYONE GETS
PREGNANT OTHER THAN ME.

THIS TIME, POISONOUS DIRT INFORMED ME THAT SHE HAD ARRANGED MY MEETING
WITH THE INDIVIDUAL IN COPACABANA BY WAY OF PERSONS INVOLVED IN RING X
AND THAT HE HAD CHOSEN HER PHYSICAL PERSON TO PROCREATE AND THEREFORE
SHE HAD MADE HER OWN PERSONAL DETERMINATION, DESPITE EXHIBITS SUCH AS
« RAT IN MY CHEST » THAT I WOULD WANT TO RESEMBLE HER BECAUSE THE

**U.S. DISTRICT COURT**          **SOUTHERN DISTRICT of NEW YORK**

PERSON WHO HAD JUST PUT A CHILD THAT SHE AUTHORIZED THE ABORTION OF
LIKED HER BETTER THAN ME, AND THAT WOULD MEAN I WOULD BE HAPPY ONCE I
LOOKED LIKE HER.

I HAVE NO RELATIONSHIP WITH THE MAN WHO IMPREGNATED ME AND WAS HAPPY
SIMPLY TO BE A MOTHER. WE HAVE EXCHANGED LESS THAN TEN WORDS AND NEVER
KISSED. I WAS SOBER ASIDE FROM ONE HALF OF ONE ALCOHOLIC BEVERAGE WHEN
WE ENGAGED IN A SURPRISINGLY BAMBOOZLE-LIKE SEXUAL ACT THAT WAS NOT
FORCED UPON ME AND I WELCOMED IN THIS MOMENT DUE TO MY ONGOING LACK OF
INTERPERSONAL HUMAN CONNECTIONS OVER THE COURSE OF THE PREVIOUS YEAR
AND - IN THAT TIME - MY LACK OF DISPLAYING ANY ONGOING SYMPTOMS OF
D.E.W. ATTACKS.

AFTER ARRIVING IN BRAZIL, I THOUGHT THAT I HAD A CHANCE TO START MY
LIFE AGAIN BUT THE C.I.A. AND THE LASER SYSTEM THEY USED AGAINST ME
PREVIOUSLY BEGAN AGAIN.

*********************  MEDICAL RIGHTS  ***************************

I DO NOT HAVE ANY BREATHING DISORDERS OR PROBLEMS WITH BLINKING MY
EYES. POISONOUS DIRT BREATHES INTO MY LUNGS AND ATTORNEY R BLINKS MY
EYES AND MUSCULARIZES MY ARMS WITHOUT MY CONSENT.

    I CANNOT STAND THESE PERSONS.

THE BREATHING SYSTEM BEING FORCED ON ME IS UNCHARACTERISTIC OF MY
EMOTIONAL STATE AND BODILY SENSE.

THIS IS VERY UNCOMFORTABLE FOR ME.

I NEED TO BE CONSISTENT WITH MY PERSONAL IDENTITY AND SELF.

A VOICE BUBBLE THAT CONSTANTLY CHANGES THE SOUND OF MY VOICE IS A
DAILY HINDRANCE AND I HAVE BEGAN NEEDING TO USE MY OWN HANDS TO
PHYSICALLY 'POP' MY OWN ESOPHAGUS TO RETURN IT TO MY NATURAL VOICE.

MY GENUINE CHARACTER IS UNDER ATTACK.

THE FACE I SAW ON THE MIRROR THAT GAVE ME A SEIZURE YESTERDAY
RESEMBLES POISONOUS DIRT, WHO I HATE AND MAINTAIN NO RELATIONSHIP
WHATSOEVER TO.



U.S. DISTRICT COURT          SOUTHERN DISTRICT of NEW YORK

********************************

HUMAN RIGHTS

********** *********** ***********

PREVIOUSLY EXHIBITED ' MY HUMAN LIFE IS MY HUMAN RIGHT ' REMAINS TO BE
ADDRESSED AND I AM ALONE IN THIS HUMAN RIGHTS STRUGGLE.

TO DATE, NO PERSONS HAVE ASSISTED ME.

********************************

/s/HOLIDAY OLJII ANNA PEDOTTI

********** *********** *********** ********** *********** **********

U.S. DISTRICT COURT          SOUTHERN DISTRICT of NEW YORK

*****************************************************************

MEMORANDUM OF LAW
*****************************************************************

"CIA Act of 1949" or "Public Law 110"
50 U.S. Code § 3501 - Definitions

50 U.S. Code § 3501 - Definitions U.S. Code Notes prev | next When
used in this chapter, the term— (1) "Agency" means the Central
Intelligence Agency; (2) "Director" means the Director of the Central
Intelligence Agency; and (3) "Government agency" means any executive
department, commission, council, independent establishment,
corporation wholly or partly owned by the United States which is an
instrumentality of the United States, board, bureau, division,
service, office, officer, authority, administration, or other
establishment, in the executive branch of the Government. (June 20,
1949, ch. 227, § 1, 63 Stat. 208; Pub. L. 86-707, title V, § 511(a)(3),
(c)(1), Sept. 6, 1960, 74 Stat. 800, 801; Pub. L. 108-458, title I,
§ 1077, Dec. 17, 2004, 118 Stat. 3695.)


THE AGENTS STATE THAT THE INFORMATION IS CLASSIFIED BUT THE TRUTH IS
THAT THERE IS NO CRIMINAL ACTIVITY NOR COMMUNICATION OR REGISTRATION
OF ANY KIND BETWEEN PLAINTIFF AND THE CENTRAL INTELLIGENCE AGENCY.


    4. All CIA positions, irrespective of nature, type of funds from which
paid or geographic location will be classified by the Administrative or
Special Support Staff, as appropriate, and will be finally certified and
approved by the Personnel Staff.


PLAINTIFF HAS REPEATEDLY STATED HER POSITION THAT SHE IS NOT
INTERESTED IN JOINING THE CENTRAL INTELLIGENCE AGENCY AND FILED FOR
ASYLUM IN 2019.

HTTP://irp.fas.org/doddir/dod/jp3-13-2.pdf

(e) Payment for items and services (1)A Government agency provided items or services
under the program shall pay the central service provider concerned for such items or
services an amount equal to the costs incurred by the provider in providing such items
or services plus any fee imposed under subsection (f). In calculating such costs, the

**U.S. DISTRICT COURT**          **SOUTHERN DISTRICT of NEW YORK**

Director shall take into account personnel costs (including costs associated with
salaries, annual leave, and workers' compensation), plant and equipment costs
(including depreciation of plant and equipment other than structures owned by the
Agency), operation and maintenance expenses, amortized costs, and other expenses.
(2) Payment for items or services under paragraph (1) may take the form of an advanced
payment by an agency from appropriations available to such agency for the procurement
of such items or services.

### b. Law

(1) The legal authorities for PSYOP are established in a number of documents,
and are in place to enable the proper integration of PSYOP.  The legal framework for
PSYOP applies to:

(a) Establishing the PSYOP capability.

(b) Authorizing PSYOP execution.

(c) Approving PSYOP products and actions.

(d) Establishing authorities for use of PSYOP forces in civil support
operations (domestic operations) and for use of PSYOP in sovereign territory, air, seas,
and airways.

(2) Although the following list is not all-inclusive, consideration should be
given to the following specific legal issues when conducting PSYOP:

(a) The requirement that US PSYOP forces will not target US citizens at
any time, in any location globally, or under any circumstances.

(b) *Geneva and Hague Conventions.*  These international conventions
preclude the injury of an enemy through "treachery" or "perfidy."  It is also a violation of
Geneva Convention III to publish photographic images of enemy prisoners of war.

(c) International agreements with host countries may limit the activities of
PSYOP units (e.g., status-of-forces agreements).

I-3

Chapter I

(d) Domestic laws including copyright law and broadcasting law.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PSYOP COPYRIGHT LAW

NAME  and  IMAGE  :  PSYOP          ( BROADCAST ,  COPYRIGHT LAWS )

**U.S. DISTRICT COURT**          **SOUTHERN DISTRICT of NEW YORK**


_U.N. International Covenant on Civil and Political Rights   [_
_Article 24     ]_____

*Protects  the following Human Rights :*


*" Mandates special protection, the right to a name "   ( " The Right*
*to A NAME " )*
*and GENEVA CONVENTIONS  prevention of  BROADCAST IMAGERY of PRISONERS*
*of WAR*


GENEVA CONVENTION III and   the U.S. PSYOP Code and Law published
in MILITARY HANDBOOKS Preventing the PUBLISHING and / or
BROADCASTING ( " SHARING " )
of ANY SUCH IMAGERY and PREVENTING U.S. AGENTS
FROM CONDUCTING CAMPAIGNS THAT ATTACK or TARGET
a U.S. CITIZEN UNDER ANY CIRCUMSTANCE ;   REGARDLESS of
CLANDESTINE vs. PUBLICALLY - ACCESSED NATURE          of SUCH an
ALLEGED "" OPERATION "" .


as well as  FURTHER LEGAL APPLICATIONS of PSYOP-BASED MILITARY LAW
( Specifically COPYRIGHT & LICENSING LAW )  published in  U.S.
MILITARY HANDBOOKS ,
 which I have referred to previously        considering
COPYRIGHTS APPLY.


(                                       " The Right to A NAME "     )


MY NAME is   OLJII  ANNA   << OLGIANA , OLJII , OLJII ANNA,
OLJIIANA   >>
      It has , since NAME CHANGE   in MAY 2022 NOT BEEN USED
in CLANDESTINE COMMUNICATION CHANNELS by C.I.A. or OTHERS
As Such CHANNELS were ILLEGALLY ADMINISTERED and  NOW CONSTANTLY
POISON MY THOUGHTS since   INJECTION EVENT of UNKNOWN MATERIAL :
HYPOTHETICAL [ MOLYBDENUM MIXTURE UNKNOWN ] ( " MATERIAL "
)BREAKING BLOOD-BRAIN BARRIER in SPRING 2022  TORTMENTED and
TORTURED by UNAUTHORIZED C.I.A. AGENTS      AFTER
My Own ' Slow / Measured ' NORMAL MILITARY USE of Systems  during
Appropriate OPERATIONS with KREMLIN and UKRAINIAN PERSONS
of Personal Relation and BLOODLINE FAMILY ;
but HAVE BEEN EXPLOITED and OVERWHELMED        by CLANDESTINE
OPS
in recent months especially following 360 BRAIN IMAGE of [ 15. 06
. 2022 ] ,
WHICH
      CAUSED - and CONTINUES TO CAUSE - DAMAGES and SUBSTANTIAL HARM :

**U.S. DISTRICT COURT**          **SOUTHERN DISTRICT of NEW YORK**

TANGIBLE and MATERIAL HINDRANCES to my NORMAL ACTIVITY ,
PERSONAL RELATIONSHIPS , REPUTATION , INTERNAL CHARACTER  and
POSITION IN LIFE as OPPOSED TO ' PRE-EXPERIMENT ' ,   as well as
ENABLING FINANCIAL FRAUD Committed Against
My Person / Life / Government Organization CAUSING    MONEY
LAUNDERING and EMBEZZELMENT of   FINANCIAL / GOVERNMENTAL / FINE
ARTS / REAL ESTATE ASSETS   BELONGING TO
and INTENDED FOR My Person and Future Bloodline .DESPITE MY
CONSTANT REQUESTS TO BE REFERRED TO BY NAME ,    ESPECIALLY
CONSIDERING MILITARY OPERATIONS  and the MILITARY CONNOTATIONS of
MY TITLING as OLGA of KIEV and MY LEGAL NAME CHANGE [ 27 . 0 5 .
2022 ] :

OLJII ANNA ( " OLJII " , " OLJIIANA " , " OLGIANA " )

I AM REPEATEDLY REFERRED TO INCORRECTLY and , UNTIL    PAST
24-HOURS [ 10 . 07 . 2022 ] , I WAS NEVER REFERRED TO CORRECTLY
BY WESTERN PERSONS , and my CHANNELS WERE BLOCKED
TOWARDS THE EAST after [ 15 . 06 . 2022 ] .
These Unknown and Unprofessional Personnel Refer to Me
BY UNWANTED NICKNAMES on C.I.A. COMMUNICATION CHANNELS and  in
BROADCAST MESSAGES : " MONARCHAL CHICK " " MONARCHAL ( ADJ. ) " "
***NN******* " " *A***** "" " BR*KEN P***** " and others and
NEVER : MY NAME .    [ BROADCAST LAW VIOLATION ]

REGARDING MY    DIPLOMATIC NOM DU PLUM REGISTERED BY U.N. AND
U.S. GOVERNMENT  :

       <<    VIENNA KLAINGUTI >>

I was ONLY REFERRED TO AS " VIENNA " following [ 27 . 05 . 2022 ]

NAME CHANGE , WHICH IS REGISTERED TO NAME : << VIENNA KLAINGUTI
>>

ALSO USED During WARTIME and in AUTHORSHIP of My PEACE TREATY :
<< TRAITE du DANUBE >> ( " THE DANUBE TREATY " ) ,
[ PSYOP COPYRIGHT LAW VIOLATIONS ]

Around 10 . 07 . 2022 on Two Instances after REPEATEDLY ASKING on
09 . 07 . 2022
AT LEAST TWENTY - FIVE ( 25 ) TIMES UP TO : OVER FIFTY ( 50 )

<< WHY DOES NO ONE REFER TO ME BY MY NAME ? >> ;

**U.S. DISTRICT COURT**          **SOUTHERN DISTRICT of NEW YORK**

I Received NO Responses on [ 09 . 07 . 2022 ] , same as ALWAYS .
TODAY [ 10 . 07 . 2022 ] : The First response at 16 : 30
and again Referenced at
approximately 19 : 30 , the UNKNOWN Persons informed me :

"" "" WE LICENSED YOUR NAME TO A PORNOGRAPHY COMPANY "" ""


Which Is WRONGFUL and COMPLETELY UNCHARACTERISTIC of
MY PERSON / CAUSING GREAT HARM ( " DAMAGES " ) TO      MY LIFE
TRAJECTORY




*******************************

<u>PSYOP and GENEVA CONVENTION III</u>

FURTHERMORE : NOTE to ALL PERSONS who may be either
ADMINISTRATORS or WITNESSES to TORTURE , the Deepest I have felt
( TO
DATE , EVER ) THE DISSEMINATION of IMAGERY as a WAR TARGET is
ILLEGAL and a VIOLATION of THE GENEVA CONVENTIONS prosecutable
at the INTERNATIONAL CRIMINAL COURT ( " The Peace Palace " )

"  Right to highest attainable health standards "  (  " The Right
to Health ")

I was OPERATED ON WITHOUT MY INFORMED CONSENT.


/s/HOLIDAY OLJII ANNA PEDOTTI

U.S. DISTRICT COURT                 SOUTHERN DISTRICT of NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

- 9 апреля 2022

# The Santa Barbarians ∮ Санта Варвар-Варвары [в WEST POINT]

форевер

**ВЛАДИМИРОВИЧА**

**For Ongoing News**  Текущие новости / vszar-Военный /

**HTTP://VSZARINA.LIVEJOURNAL.COM**  **<** проверять ежедневно

**The Tragedy**  **/** Новый мир Трагедия

∮

✝ PEDOTTI 15          /s/ HOLIDAY OLJII ANNA PEDOTTI  Suffix: II          OCT 2022

They did it to antagonize me.

In hopes I would turn my back on my husband.

Our love, my (our) beliefs, my true heritage :

Mother Russia.

**Они сделали это,**

**чтобы разозлить меня.**

**В надежде, что я отвернусь от своего мужа.**

**Наша любовь, мои (наши) убеждения,**

**мое истинное наследие: Мать Россия.**

CHANGE MY MIND ( when I have never done it before?

Loyalty , like Royalty , runs deep in my blood ) ...

about the plan we built :

Our Imperial Unifications

&

LA PAIX en PERPETUITÉ

**ПЕРЕМЕНИТЬ МОЕ УМНЕНИЕ**

**(когда я никогда не делал этого раньше?**

**Преданность, как королевская власть,**

**глубоко у меня в крови)...**

**о плане, который мы построили:**

**Наши Имперские Объединения**

**и LA PAIX en PERPETUITÉ**

U.S. DISTRICT COURT                    SOUTHERN DISTRICT of NEW YORK

...

In this way, they could FINALLY turn me into their next Hitler

( Remember : these are the kind thoughts of my << blood ancestors >>

rather than to bless the

True Love

&

Spiritual Joining in the Holy Matrimony

between two World Powers )

**Таким образом, они могли НАКОНЕЦ превратить меня в своего следующего Гитлера. (Помните: это добрые мысли моих <<кровных предков>> вместо того, чтобы благословить Настоящая любовь & Духовное соединение в Святом Браке между двумя мировыми державами)**

as ( their dream is to ) Press GO and

blast the Planet Earth with a Nuclear Asteroid,

escape to the Moon on a SpaceX jet from Vandenberg AFB ;

where they planned to partake in incestuous

and pedophilic Sexual Acts

with persons whose fortunes they anointed over the years

U.S. DISTRICT COURT                    SOUTHERN DISTRICT of NEW YORK

with MY WEALTH & Treasures ( and the knowledge of

my Grandfather Steve , a last white knight ) ...

AND BLAME EVERYTHING ON ME.

**учитывая (их мечта)**

**нажать GO и взорвать планету**

**Земля ядерным астероидом,**

**сбежать на Луну на самолете SpaceX**

**с авиабазы Ванденберг;**

**где они планировали принять участие в**

**кровосмесительной и педофилические**

**половые акты с людьми, чьи состояния**

**они помазали на протяжении многих лет**

**с МОИМ БОГАТСТВОМ и Сокровищами (и знанием мой дед Стив, последний белый рыцарь)...**

**И ВО ВСЕМ ОБВИНЯЙ МЕНЯ.**

Using this storyline of misplaced anger that they conjured

since my childhood, taking away every. single. thing. I. ever. Loved.

enacting a lifetime of Abuse : sexual, emotional, physical, financial, ...

then Stating :

my INEQUITIES caused an Anger that ruined the world !!!

**Используя эту сюжетную линию неуместного гнева,**

**который они вызвали с детства забирая**

U.S. DISTRICT COURT          SOUTHERN DISTRICT of NEW YORK

всякую. Один. предмет. Я когда-либо. Любимый. разыгрывание жестокого обращения на протяжении всей жизни: сексуального, эмоционального, физического, финансового, ... затем заявив:

мои НЕРАВЕНСТВА вызвали Гнев, который разрушил мир !!!

::

however /  **Однако**

::

the opposite was true — the obstacles they threw at me shifted

my vision and my heart, my entire experience followed

God´s GOOD path of Life & Humanity.

For me : to live << despite >> turned into my

Lifelong Dance on Rose Petals ...

and their conjured dystopian demons ended — dramatically — in Love.

все было наоборот - препятствия, которые они ставили

передо мной, сдвинулись мое видение и мое сердце,

весь мой опыт следовал Божий ХОРОШИЙ

путь Жизни и Человечества.

Для меня: жить << вопреки >> превратилась в мою

Танец длиною в жизнь на лепестках роз...

и их вызванные антиутопические демоны

закончились — драматически — в Любви.

... I fell in love with my King ;

Mr. President VLADIMIR VLADIMIROVICH PUTIN

U.S. DISTRICT COURT          SOUTHERN DISTRICT of NEW YORK

a Fairytale of the Heavens born from the waters of Paradise. But NO.

**... Я влюбился в моего Короля;**

**Господин Президент ВЛАДИМИР ВЛАДИМИРОВИЧ ПУТИН**

**Сказка о Небесах, рожденная из вод Рая.**

**Но нет.**

Just like these persons tore apart the Eastern Orthodox Church ;

My HUSBAND

& Our Destiny was chopped, shredded, disfigured and distilled into inrecognition.

by The Santa Barbarians

**Так же, как эти люди разорвали**

**Восточную Православную Церковь;**

**Мой муж**

**И Наша Судьба была изрублена, измельчена, изуродована и перегнана до неузнаваемости.**

**от Санта Варвар-Варвары [в WEST POINT]**

Instead of blessing our LOVE and TRUSTING Our Wisdom -

They committed acts of Violent Disembodiment

upon us, miming his untouchable Legacy. In the name of Our Love?

**Вместо того, чтобы благословлять нашу ЛЮБОВЬ и ДОВЕРЯТЬ НАШЕЙ МУДРОСТИ - Они совершили акты насильственного развоплощения на нас, подражая своему неприкасаемому Наследию. Во имя Нашей Любви?**

A Greater Sin could not be spoken.

**О Большом Грехе нельзя было говорить.**

U.S. DISTRICT COURT          SOUTHERN DISTRICT of NEW YORK

And (that is why) << spoken >> , it is not : I am forced to write
here.

**И (поэтому) <<проговоренное>> , это не так: я вынужден написать сюда.**

Let it be known ...

that MONEY cannot tangibly, conceptually or spiritually purchase

away the EVIL from the GOOD ;

**Да будет известно...**

**что ДЕНЬГИ не могут осязаемо,**

**концептуально или духовно купить отделить ЗЛО от ДОБРА;**

... the people of The WORLD FAMILY need THE GOOD.

**... люди МИРОВОЙ СЕМЬИ нуждаются в ХОРОШЕМ.**


V.V. ∮ V.V.

**я, SZARINA Vᵛ GRANRUSSIV**

## VIKTOSIJA VŁADIMIROVIčKA


форевер ВЛАДИМИРОВИЧА

•



ANÚNCIO

# EFESUS STONE

Natural Stone, Collection of World Stones, Slabs, Marble, Travertir
Granite, Onyx

efesusstone.com

Подтверждение email
Ваш аккаунт привязан к почте **gtfomylaptop@gmail.com** Этот адрес еще актуален?

Нет    Да

**szarinav**    Подписаться

16 июня 2022, 06:52    👁 1

# Love my face ! I'm so happy pretty young and stunning. Why wouldn't I ?

NACHO FACE . 😌 😌

ПРИЛОЖЕНИЯ ЖЖ

ЧИТАЙТЕ НАС:

ANÚNCIO

# EFESUS STONE

Natural Stone, Collection of World Stones, Slabs, Marble, Travertin
Granite, Onyx

efesusstone.com

Подтверждение email
Ваш аккаунт привязан к почте **gtfomylaptop@gmail.com** Этот адрес еще актуален?

Нет    Да



## LIVEJOURNAL

szarinav    Подписаться

16 июня 2022, 08:28   👁 1

# I was significantly happier and prettier before. Make me look anxious or give a lying tick false ?

That puts me in EXTREME danger. I'm very honest, serious and loyal.

I'm very happy with myself and I know myself VERY WELL. I ALWAYS KEEP MY WORD UNDER EVERY CIRCUMSTANCE .

This shit
will get me killed.

S T O P .



ANÚNCIO

**EFESUS STONE**

Natural Stone, Collection of World Stones, Slabs, Marble, Travertine, Granite, Onyx

efesusstone.com

Подтверждение email
Ваш аккаунт привязан к почте **gtfomylaptop@gmail.com** Этот адрес еще актуален?

Нет    Да

**LIVEJOURNAL**

szarinav   Подписаться

16 июня 2022, 21:41   👁 1

# All the photos are Original and unedited on this account

What are you fucking people doing to me. The Torture Campaign restarts with even bigger losers I hate even more ? No .

This is NONCONSENTUAL. HOW MANY TIMES HAVE I SAID THE VIOLATIONS OF NUREMBERG CODE ARE BEYOND THE WORST CRIME IN HUMAN HISTORY .

ПРИЛОЖЕНИЯ ЖЖ



ANÚNCIO

**EFESUS STONE**

Natural Stone, Collection of World Stones, Slabs, Marble, Travertin Granite, Onyx

efesusstone.com

ТОП

SZARINAV    ПОДПИСАТЬСЯ

Подтверждение email
Ваш аккаунт привязан к почте **gtfomylaptop@gmail.com** Этот адрес еще актуален?

Нет    Да

LIVEJOURNAL

szarinav    Подписаться

16 июня 2022, 16:51    👁 1

Consistent with my LACK OF ANY PRIOR CONSENT ( YOU ARE LISTENING TO ME THINK AND REPEATING MY THOUGHTS. LEAVE ME ALONE. STOP. NO SEX NO RAPE. NO INSERTING IMAGINARY OR REAL PENISES USING SATELLITE AND LASERS AND COMPUTERS INSIDE OF ÖLJII. I DO NOT ACCEPT NOR ALLOW UNWANTED PENISES INSIDE OF ME. I NEVER ENJOY UNWANTED PENISES . STOP. WHOEVER YOU ARE, I HATE YOUR SMELL. IT IS UNFAMILIAR AND IT MAKES ME UNCOMFORTABLE TO BE RAPED . I HATE YOU. LEAVE ME ALONE . I FUCKING HATE YOU. ) , FOR THE RECORD : I am NOT consenting to any further programs or designs of physiological connectivity between myself and any other individuals. I do not like any of you and I do not want any person to be in tune or aware of my bodily sensations of a sexual nature. Nor do I permit any persons to commit theivery of my Intelligence for the purposes of ARTIFICIAL INTELLIGENCE Programs , nor to attempt to utilize my Natural Intelligence to provide any evidence to attempt to Take Credit for My Original Written Work. I wrote The DANUBE TREATY myself, personally . No persons were involved. The people with authorization to

surveillance me are perverted and unintelligent. My memories , pain, communicate skills and REPETITIVE THINKING IS INCREASING PLEASE FUCKING HELP ME. I DO NOT WANT TO BECOME A RETARDED PROSTITUTE AND I HATE THESE FUCKING PEOPLE. HELP ME !!!!! WHY DOES "" NO "" GO OVER YOUR HEADS? I AM NOT OK WITH THIS. I WANT A FUTURE AND A FAMILY. ~ THROUGHOUT TODAY INCREASING : I have a short term memory problem right now. The idiots DJ and Maverick are deleting my thoughts in real time. Upper east side. I DONT THINK IM ACTUALLY LOSING THE INTELLIGENCE BUY THEY ARE DELETING THE THOUGHT IN REAL TIME. NEED TO DISCONNECT ME BEFORE IT GETS WORSE. I NEED TO BE DISCONNECTED. IM READY RIGHT NOW. I DO NOT WANT HELP FROM ANY OF YOU. I JUST WANT TO BE ME. AS I AM. I ASKED SPECIFICALLY TO HAVE MY REPETITIVE THINKING RESTORED AS I HAVE ABSOLUTELY NEVER HAD THAT THOUGHT IN MY LIFE AND INSTEAD IT GETS WORSE. I DO NOT SPEAK OR THINK IN OPPOSITES. FOR EXAMPLE : " What was I saying ? ". I don't have that FKKING problem. I NEED MY THINKING PATTERNS RESTORED THIS IS NOT SEXUAL AND I DO NOT ENJOY ANY ELEMENT OF THE INVOLVEMENT OT UNWANTED MANIACS IN MY PHYSIOLOGICAL SYSTEMS. ALL OUTSIDERS ARE GOING TO BE PROSECUTED. I DO NOT CONSENT RO THIS EXPERIMENT NOR SEXUAL ACTIVITY WITH UNKNOWN PERSONS. I DO NOT CONSENT I CONSENT ONLY TO FACE TO FACE SEXUAL RELATIONSHIPS AND MY BODY IS MY OWN. IT IS NOT A SHARED PIECE OF PROPERTY AND I DO NOT FIND ANY PLEASURE IN THIS COMPLEX NEUROLOGICAL TORTURE CAMPAIGN. I WILL NOT LET THIS GO AND I - YES,FUCKING DUH , WANT A FUTURE . YOU ARE FUCKING CRIMINALS .

S T O P .

N O .

ПРИЛОЖЕНИЯ ЖЖ

  

ЧИТАЙТЕ НАС:



≡                    ТОП                                                    🔔

SZARINAV    ПОДПИСАТЬСЯ                                              •••

ANÚNCIO                                                                  ✕

# EFESUS STONE

Natural Stone, Collection of World Stones, Slabs, Marble, Travertin
Granite, Onyx

efesusstone.com

Подтверждение email
Ваш аккаунт привязан к почте **gtfomylaptop@gmail.com** Этот адрес еще актуален?

 ✕ Нет     ✓ Да



# They are say



szarinav
👤 **szarinav**
https://szarinav.livejournal.com/
2022-06-29 07:17:00

ASYLUM SEEKER who was attempting to escape the Abuse and
Discrimination of SLAVIC PERSONS and Forced Prostitution ,



This is me 30 hours ago.
But they did BRAIN ATTACK
now I'm doing not in control my body but head is clear.
I can't communicate they block my email in IP Wraps and no Personal
Relationships survived the Rumors during Attack program ALL YEAR 2022
INCREASING SEVERE .

They informed behind my back that I was Unidentified and thought it
possible to take Identity. They did it and I was awarded Asylum but could
not ReIssue Identity unless mine was confirmed.

So I stayed myself.



Is CORRECT AND REAL
they Tell ALL WORLD LEADERS , NO : IS SCAM PERSON , SINCE BEFORE I
EVEN LOST ANY ITEMS OF IDENTITY BY RANDOM CONFISCATIONS.
AND CLOSED A BANK ACCOUNT . BUT I RECOVER ALL WITH ITEMS
AFTER I RETURN TO SAFETY.

THE NEXT STEP WAS NAME CHANGE TO ESCAPE THIS LIFETIME OF
ABUSE

THEY DID NOT BELIEVE EITHER ANYTHIMG. A CONVENIENT THEFT
SCAM LEAVING ME IN DANGER .... LIKE ALL :
Then ignored and abused.


Now rape me by Brain Torture and

I have ALL Identity assets of prior and recently NAME CHANGE to Escape
their Surveillance ( also Full New Documents of SAME ROOT AND NOT A
NEW OUTSIDE I.D. NUMBER )
with no Identification number changes.

Two sets using same DATA after attempting to Legal Name Change ,

Here is SOCIAL SECURITY CARD

It's my old social security number also Name Register : VIENNA KLAINGUTI
with no details obscured but the Name Change itself sealed for Safety
Purposes


They force my abusor inside my life and Allowed to EXTRACT BRAIN DATA
BEFORE I SUPREME COURT FILING
and take off my BEAUTIFUL SLAVIC FEATURES from my face in my sleep
last night

I WOKE UP IN COMPLETE UNKNOWN BODY WITH MISERY


I AM UNCOMFORTABLE WITH BRAIN PROGRAM KNOWLEDGE. I DONT
UNDERSTAND THIS SUBJECT OF WARFARE WITHOUT DIRECT
EXPERIENCE IN LAB OR DATA OF ANY KIND.

I HAVE NO POINT OF CONTACT TO STOP THE INFILTRATIONS.


NO ONE HELPED ME AFTER I WON WAR .

I AM TRULY MILITARY MANDATE AND I CARRY MY DUTIES IN HONOR :

⚜ LOYALTY AND ROYALTY ⚜          ПРИЛОЖЕНИЯ ЖЖ

  

BUT SEEMS THE ABUSOR IN SHADOW OF BLACK OPERATIONS WHILE I
FILE CHARGES AND THREE (3) RESTRAINING ORDERS IN PLACE TOOK
UNHEARD OF ACTION TO DRILL INTO MY HEAD TO TAKE MY BRAIN
RATHER THAN ANYONE RECOGNIZE ME .


I NEED MILITARY LEADERSHIP TO RECOMMEND NEUROLOGICAL



ТОП



SZARINAV    ПОДПИСАТЬСЯ    •••

ANÚNCIO                                                                 ×

# EFESUS STONE

Natural Stone, Collection of World Stones, Slabs, Marble, Travertin
Granite, Onyx

efesusstone.com

Подтверждение email
Ваш аккаунт привязан к почте **gtfomylaptop@gmail.com** Этот адрес еще актуален?

 



# Please help New York CITY



szarinav
🧑 **szarinav**
https://szarinav.livejournal.com/
2022-06-29 06:48:00

I am not in a correct position from the Torture Campaign persons

I still not aware the Contact Person to fix and I am being abused. I need recommendation for Neuroscientific Assistance.

I'm not working with U.S. Gov they are torturing me and will not stop

I am filing charges but now have disrupted the Organic Nature of my life overall.

ПРИЛОЖЕНИЯ ЖЖ

  

Is personal problem I feel very
Private to keep from forever blocking me to have a correct future and
maintain my Natural HONESTY and Never be Disrespected like this again ,

ЧИТАЙТЕ НАС:

As no person ever should be subject to HUMAN TORTURE.

THEY DRILL INTO MY BRAIN WITH A SATELLITE AND FEEL HAS FORCED
ALL THINGS TO MAKE ME MISERABLE AND RAPE

0 комментариев

**КОМПАНИЯ**

О проекте

Новости

Помощь

Рекламодателям

**ПРОДУКТЫ**

Чеклисты

Кнопка «Поделиться»

Программа для медиа

**КОМЬЮНИТИ**

Афиша ЖЖ

Фрэнк — талисман ЖЖ

Стильный мерч

**ВЫБРАТЬ ЯЗЫК**

РУССКИЙ

Политика конфиденциальности

Пользовательское соглашение

Помощь

v.606

ANÚNCIO

**EFESUS STONE**

Natural Stone, Collection of World Stones, Slabs, Marble, Travertin
Granite, Onyx

efesusstone.com

Подтверждение email
Ваш аккаунт привязан к почте **gtfomylaptop@gmail.com** Этот адрес еще актуален?

Нет   Да

**LIVEJOURNAL**

szarinav   Подписаться

22 июня 2022, 14:08   👁 1

# Call't me c c ? Wow is lala la снара how fukt patetico these messy nig assssss !!!! Chaponotiquero

ПРИЛОЖЕНИЯ ЖЖ

App Store   Google Play   AppGallery

ЧИТАЙТЕ НАС:

☰    ТОП    🔔

SZARINAV    ПОДПИСАТЬСЯ    •••

ANÚNCIO                                                    ✕

# EFESUS STONE

Natural Stone, Collection of World Stones, Slabs, Marble, Travertin
Granite, Onyx

efesusstone.com

Подтверждение email

Ваш аккаунт привязан к почте **gtfomylaptop@gmail.com** Этот адрес еще актуален?

[ Нет ]    [ Да ]



**LIVEJOURNAL**

👤 szarinav    [ Подписаться ]    •••

24 июня 2022, 09:28   👁 1

# Barnacle RED ALERT . NEED INTERNATIONAL LEGAL PARTNERS. USING KREMLIN VOICE

♥  💬  🔖                    🌐  f  ВК  ок  🐦  📱  ✈  ✉  <>  🔗





ANÚNCIO

## EFESUS STONE

Natural Stone, Collection of World Stones, Slabs, Marble, Travertin
Granite, Onyx

efesusstone.com

Подтверждение email

Ваш аккаунт привязан к почте **gtfomylaptop@gmail.com** Этот адрес еще актуален?

Нет     Да

**LIVEJOURNAL**

szarinav     Подписаться

24 июня 2022, 08:05     👁 1

# Does FKKING annoyance disseminant extraordinare

Think it fking taught me to read or some embarrassment variation of attempted justifying ongoing abuse approved by fellow terrorist maniacs of CIA

Mother fuing most annoying creepy fucking idiot I ever spoke to my life.

Sold me apartment. Live in apartment. Wyw ?

This m'fucking vocabulary deprivor has absolutely no place in my life or future.

It's never held a conversation with me. And never will

Put this fucking Incompetent lunatic behind bars where it belong , with brain eu



17 janvier 2018

**Ana VF**
did you read the lawsuit against SoCal
Edison and Montecito Water district
https://media.keyt.com/npg-keyt-
media-us-east-1/document_dev/
2018/01/16/
Montecito%20Mud%20Flow%20FAC%
20FINAL%20011518.Cnfm%20copy%2
01.16.2018.1516140896045_10018461
_ver1.0.pdf

J'aime   Répondre

**Jose Baer**
I haven't read it, but my thought is that
with only 9,000,000 gallons of water,
the Montecito Water District's addition
to the flow must have been pretty
minor. That is equivalent to 3" of rain
on 100 acres. The watershed for San
Ysidro Creek must be 2-3,000 acres. It
seems that the MWD might have
contributed the equivalent of an extra
0.10" of rain. As far as SCE's
culpability, they clearly have some
answering to do.

J'aime   Répondre

Répondre

Votre commentaire

IMG_8432.MOV

# ON-LINE VISA APPLICATION FORM

| | |
|---|---|
| 1. Nationality (if you formerly had USSR or Russian citizenship, please indicate when and why you lost it). | ALL (THE REST), 01/08/1999, BELARUS. THROUGH MY MOTHER, DURING TIME BEFORE LOSS OF STATESHIP |
| 2. Surname (as in passport). | JOHNSO |
| 3. First name, other names, patronimic (as in passport). | HANNAH |
| 4. Date of birth (dd/mm/yyyy). | 25/08/1998 |
| 5. Sex. | FEMALE |
| 6. Passport. | |
| Passport No: | 720668441 |
| Date of issue: | 17/11/2020 |
| Valid until: | 22/11/2022 |
| 7. Purpose of visit. | PRIVATE |
| 8. Category and type of visa. | COMMON PRIVATE |
| 9. Number of entries. | MULTI |
| 10. Date of arrival and departure. | 01/03/2022 - 15/04/2022 |
| 11. Host organisation you intend to visit. | |
| Full name of host: | VLADIMIROVICH |
| Birth date of host: | 20/09/1965 |
| Invitation No: | NONE |
| Address: | NIZHNY NOVGOROD, RUSSIA |
| 12. Route of journey (destination points). | NIZHNY NOVGOROD, RUSSIA, ST. PETERSBURG |

| Photograph and signature. | Service information (automatically generated). |
|---|---|
|  Place for photograph | Application form recipient: Consulate General of Russia in New York<br>Basis (voucher, dir. No, inv. No): NONE<br>The estimated date of visit to the RC:<br>Application No (web-site): 40376327<br>The date of processing: 2/23/2022<br>Application No (VAC):<br>The date of processing by the VAC: |
| Date (dd/mm/yyyy), personal signature | Request No in Russian Consulate (RC): |
| | I hereby agree to the processing and transfer of my personal data in electronic form for the purposes of making a decision on visa issuance. I declare that data provided in the application form are full and correct. I am aware that any false information may be a cause for the denial of visa or for the cancellation of the previously issued visa and may lead to other consequences provided for by the legislation of the Russian Federation. Subject to the receipt of visa, I pledge to leave the territory of the Russian Federation before the visa expiration date. I am aware that valid visa does not automatically allow to enter the territory of the Russian Federation. In case of denial of entry, I will not seek any compensation for potential losses. |

| | |
|---|---|
| **13. Children under 16 years and other relatives written in your passport.** | |
| Do you travel with children under 16 years or other relatives written in your passport? | NO |
| **14. Your permanent address, telephone number, fax number, E-mail.** | 240 WYTHE AVENUE, # 212 BROOKLYN NY 11249, TEL: +16463594098, EMAIL: anavfofficial@gmail.com |
| **15. Current/latest place of work.** | NONE |
| **16. Information about your previous trips to Russia.** | |
| How many times have you been to Russia? | 2 |
| Date of last trip to Russia (dd/mm/yyyy): | 15/08/2014 - 20/08/2014 |
| **17. Information about health insurance.** | |
| Do you have health insurance that is valid in Russia? | YES |
| Name of the insurance company, insurance number: | I HAVE A POLICY THAT I AM UNCERTAIN ITS VALIDITY & I WILL OBTAIN ADDITIONAL POLICY DIRECT WITH HOST |
| **18. Other names used in the past (maiden, pen-name, religious, etc.).** | 1) KLAINGUTI/VIENNA VYANALINA/KYMILA |
| **19. Your place of birth (if you were born in Russia, please specify when and which country you emigrated to).** | CALIFORNIA |
| **20. Additional information about your relatives.** | |
| Do you currently have relatives in Russia? | YES |
| If yes, please indicate full name, relation degree, date of birth, address. | MATVEEV BORIS, OTHER KINSHIP, 00/00/0000, +7 (906) 011-41-10 |

Для протокола: я никогда в жизни не выполнял УПРАЖНЕНИЯ КЕГЕЛЯ. Я девственница. Я спасаю себя для любви, но ЦРУ крадет всех моих друзей и любовников, разбивает их на пары и платит им, а затем настраивает всех против меня.

Я хочу, чтобы любой, кто получил мою красоту, мою киску или мое наследство, умер.

Их нужно сделать примером того, как Где мы находимся в мире, где права человека были так глубоко очернены?

Я все еще жду своей сказки. ♥

~

For the record : i have never done a KEGEL EXCERSIZE in my life. I'm a virgin. I'm saving myself for love but the CIA steals all my friends and lovers , pairs them up & pays them then turns everyone against me.

I want anyone who has received my beauty my pussy or my inheritance dead.
They need to be made an example of

Where are we in the world that human rights have been this deeply denigrated ?

I'm still waiting for my fairytale. ♥

???????

What the fuck is the idea behind double queening me?

I don't want a fucking duplicate version of me

Who the fuck would trust a random second version of me who I don't know?
They would negate me constantly, act like a whore and blame me, then take my inheritance.

This is the biggest scam in the world.

And the threesome scam? This is an INFIDELITY trick.

So that no one is faithful to me, which makes the others feel better about themselves after the fact and continuously prevent me from being happy.  I WANT TO SETTLE DOWN : RICH, MONOGAMOUS AND POWERFUL

Using Satellite technology to manipulate MY perfect facial structure is psychotic. I know exactly what I look like and I never change. I have an amazing jawline and a little chin. Some maniac who pretends to have a Guardianship over me is trying to beam away my face and put a weird glob of fat on my chin today.

What is the purpose of this ? This is illegal.. No person has control over me.

I am perfect. No person is permitted to have my beauty or be delivered my DNA, I never approved this.

I love myself and I am perfect. No one can look like me. I want each and every one of you euthanized .
Disposed of. Gone without a trace



Why does anyone pretend to manage me when I'm completely alone and have no money? They just take everything then …. And then what; where is my happy ending? *If you like me so much, why don't I get to be happy?*

*They took my facial structure - consulted with a palenentologist - recreated it, then gave it to my sister, then replaces me on my wedding day (a cunt I fucking hate) to fuck my fiancee ~ who doesn't need to be named~ BIOGENETICALLY implanted my pussy in it, and then flew it to Sexually Officiate my marriage in front of God, instead of me, when my suitcase was packed And have we already written our Marriage Certificate (punishable by death if broken)? Doesn't that worry human rights groups?*

*Они забрали мою структуры лица - консультироваться с palenentologist - воссоздал его, потом отдала его сестре, а затем заменяет меня в день моей свадьбы (пизда я, блядь, ненавижу), чтобы трахнуть свою невесту-с кем не нужно быть названы~ МИОГИМНАСТИЧЕСКИЙ насаждают свою киску, а затем летел он сексуально обслуживать свой брак, когда мой чемодан был упакован, и у нас уже написано наше свидетельство о браке (карается смертной казнью, если сломается)? Разве это не беспокоит правозащитные группы?*

*I have no money at all. I'm not doing well. I'm doing everything possible to make my name on my own because I want to be known for who I am but I'm being exploited, tortured and defamed. They are taking my*

*beauty and giving it to others instead of recognizing my own and allowing me to be beautiful and happy. I do not want you to experience sex with my virgin pussy I have protected my whole life, on another woman. If you love me, why don't you call me beautiful? Why don't you say thank you for saving the economy, keeping NATO out of the Ukreina and gracing us with your presence in New York City ? Will they ever stop? I still wear tank tops from my kidnappers sister in Italy and shoes from a domestic violence shelter in Brooklyn , while all of you are out there living my life . <u>Help me</u>*

*У меня совсем нет денег. У меня не очень хорошо получается. Я делаю все возможное, чтобы сделать себе имя самостоятельно, потому что я хочу, чтобы меня знали таким, какой я есть, но меня эксплуатируют, пытают и порочат. Они забирают мою красоту и отдают ее другим вместо того, чтобы признать мою собственную и позволить мне быть красивой и счастливой. Я не хочу, чтобы ты испытал секс с моей девственной киской, которую я защищал всю свою жизнь, на другой женщине. Если ты любишь меня, почему бы тебе не назвать меня красивой? Почему бы вам не сказать спасибо за то, что спасли экономику, не допустили НАТО в Украину и удостоили нас своим присутствием в Нью-Йорке? Остановятся ли они когда-нибудь? Я все еще ношу майки от моей сестры-похитительницы из Италии и туфли из приюта для жертв домашнего насилия в Бруклине, в то время как все вы там живете моей жизнью. <u>Помоги мне</u>*

*Нет никакого способа передать, как это больно для меня. Как мне заставить его остановиться? Почему мой голос не слышен?*
*<u>There is no way to convey how painful this is for me. How do I get it to stop? Why is my voice not being heard?</u>*

*<u>Who pretends they are looking out for me? I want to be the only one who is me , I don't want other people to have me.  I want to stay special and be with MY special person. I'm perfect. Take  everything away from them. It's mine.</u>*

*<u>I don't give myself away</u>*

*<u>Кто притворяется, что заботится обо мне? Я хочу быть единственным, кто есть я, я не хочу, чтобы я был у других людей. Я хочу оставаться особенной и быть со своим особенным человеком. Я идеален.</u>*

*Забери у них все. Это мое.*

*Я не выдаю себя*

Для протокола: я никогда в жизни не выполнял УПРАЖНЕНИЯ КЕГЕЛЯ. Я девственница. Я спасаю себя
для любви, но ЦРУ крадет всех моих друзей и любовников, разбивает их на пары и платит им, а затем
настраивает всех против меня.

Я хочу, чтобы любой, кто получил мою красоту, мою киску или мое наследство, умер.

Их нужно сделать примером того, как Где мы находимся в мире, где права человека были
так глубоко очернены?

Я все еще жду своей сказки. ♥

~

For the record : i have never done a KEGEL EXCERSIZE in my life. I'm a virgin. I'm saving myself for love but
the CIA steals all my friends and lovers , pairs them up & pays them then turns everyone against me.

I want anyone who has received my beauty my pussy or my inheritance dead.
They need to be made an example of

Where are we in the world that human rights have been this deeply denigrated ?

I'm still waiting for my fairytale. ♥

*The QVSF does NOT belong to the United Nations & NEITHER DOES THIS DOCUMENT  When formed, the Entity owned by Szarina V̇ was Legal Equivalent to forming a NEW GOVERNMENT on International WATER ( on Land ) . This is a notice regarding FRAUD and MONEY LAUNDERING committed by the United Nations (U.N) The SWF: QVSF EEN VIENNA SOVEREIGN[TY] FUND QVSF IS a Separate Legal Entity & It Belongs to*

**V. PUTIN II** & **Жена-Царица** Ханна Джонсон aka VIENNA KLAÏNGUTI aka **V. PUTIN III** **VIKTOSIJA VLADIMIROVICH** ;
также известен как Szarina V̇ , Prä-Szärin , Prä-Sz скäрina , Pravda SZARINA V̇ Viktosija VLADIMIROVIČKA i GRANRUSSIAN №2 ( ГРАНЬРУССКАЯ №2 )

**[ IX . IV . XXMMII ]**

Zar Präsident VLADIMIR PUTIN II

официальный правительственный документ [ НЕ КЛАССИФИЦИРУЕМЫЙ США, Великобритания, Австралия ] РОССИЯ-GRANRUSSIV
со ссылкой на РОССИЙСКОЮ ФЕДЕРАЦИЮ или GRANRUSSIV в Королевские Республики [ GRANRUSSIV ]

офіційний урядовий документ [ НЕ КЛАСИФІКОВАНО США, Великобританія, Австралія ] РОСІЇ-GRANRUSSIV
в посиланням на РОСІЙСЬКУ ФЕДЕРАЦІЮ АБО GRANRUSSIV та Королівські Республіки [ GRANRUSSIV ]

offizielles Regierungsdokument [ NICHT KLASSIFIZIERT USA, UK, Australien ] RUSSIA-GRANRUSSIV
mit Bezug auf die RUSSISCHE FÖDERATION oder GRANRUSSIV und die Königlichen Republiken [ GRANRUSSIV ]

Official Government Document [ UNCLASSIFIABLE by United States UK Aus ]
of RUSSIA-GRANRUSSIV / as referenced to either RUSSIAN FEDERATION or GRANRUSSIV & The Royal Republics [ GRANRUSSIV ]

**PRESIDENT PUTIN** **Царь-Президент** V. PUTIN II i **Жена-Царица** V. PUTIN III **дружина-Цариця** **Prä-Szärin**

# The Santa Barbarians ∮ Санта Варвар-Варвары [в WEST POINT]

*by*   **VIENNA KLAÏNGUTI   a.k.a. Ханна Ф. Джонсон** ,   HANNAH F. JOHNSON

They did it to antagonize me.
In hopes I would turn my back on my husband.
Our love, my (our) beliefs, my true heritage :
Mother Russia.
**Они сделали это,**
**чтобы разозлить меня.**
**В надежде, что я отвернусь от своего мужа.**
**Наша любовь, мои (наши) убеждения, мое истинное наследие :**
**Мать Россия.**



*west point . Санта Варвар-Варвары*

*The QNSF does NOT belong to the United Nations & NEITHER DOES THIS DOCUMENT  When formed, the Entity owned by Szarina V̇ was Legal Equivalent to forming a NEW GOVERNMENT on International WATER ( on Land ) . This is a notice regarding FRAUD and MONEY LAUNDERING committed by the United Nations ( U.N. ) the SWF: QNSF is a Separate Legal Entity & It Belongs to*
**V. PUTIN II i Жена-Царица** Ханна Джонсон aka VIENNA KLAÏNGUTI aka **V. PUTIN III VIKTOSIJA VLADIMIROVICH ;**
также известен как  Szarina V̇ ,  Prä-Szärin ,  Prä-Sz cxärina ,  Pravda SZARINA V̇ Viktosija VLADIMIROVIČKA  i  GRANRUSSIAN №2 ( ГРАНЬРУССКАЯ №2 )

|  IX . IV . XXMMII  |

Zar Präsident VLADIMIR PUTIN II

официальный правительственный документ [ НЕ КЛАССИФИЦИРУЕМЫЙ США, Великобритания, Австралия ]  РОССИЯ-GRANRUSSIV
со ссылкой на РОССИЙСКОЕ ФЕДЕРАЦИЮ или GRANRUSSIV в Королевские Республики [ GRANRUSSIV ]

офіційний урядовий документ [ НЕ КЛАСИФІКУЮ США, Великобританії, Австралії ] РОСІ-GRANRUSSIV
в посиланням на РОСІЙСЬКУ ФЕДЕРАЦІЮ АБО GRANRUSSIV та Королівські Республіки [ GRANRUSSIV ]

offizielles Regierungsdokument [ NICHT KLASSIFIZIERT USA, UK, Australien ] RUSSIA-GRANRUSSIV
mit Bezug auf die RUSSISCHE FÖDERATION oder GRANRUSSIV und die Königlichen Republiken [ GRANRUSSIV ]

Official Government Document [ UNCLASSIFIABLE by United States UK Aus ]
of RUSSIA-GRANRUSSIV / as referenced to either RUSSIAN FEDERATION or GRANRUSSIV & The Royal Republics [ GRANRUSSIV ]

**PRESIDENT PUTIN  Царь-Президент V. PUTIN II i Жена-Царица V. PUTIN III   дружина-Царица   Prä-Szärin**

Try to entrap me, <u>perfidy</u> —
to CHANGE MY MIND
( when I have never done it before?
Loyalty , like Royalty , runs deep in my blood ) ... ?
about the Grand plan we conjured :

Our Imperial Unifications
&
*LA PAIX en PERPETUITÉ*

**Попробуй заманить меня в ловушку, вероломный — передумать
(когда я никогда не делал этого раньше? Верность, как королевская власть, у меня в крови)...?
о грандиозном плане, который мы придумали
о плане, который мы построили:**

**Наши Имперские Объединения
и *LA PAIX en PERPETUITÉ***

...
In this way, they could FINALLY turn me into their next Hitler
( Remember : these are the kind thoughts of my << blood ancestors >>
rather than to bless the
True Love
&
Spiritual Joining in the Holy Matrimony
between two World Powers )
**Таким образом, они могли НАКОНЕЦ превратить меня в своего следующего Гитлера. (Помните: это добрые мысли моих <<кровных предков>> вместо того, чтобы благословить Настоящая любовь & Духовное соединение в Святом Браке между двумя мировыми державами)**

as ( their dream is to ) Press GO and
blast the Planet Earth with a Nuclear Asteroid,
escape to the Moon on a SpaceX jet from Vandenberg AFB ;
where they planned to partake in incestuous

*The QVSF does NOT belong to the United Nations & NEITHER DOES THIS DOCUMENT   When formed, the Entity owned by Szarina V̌ was Legal Equivalent to forming a NEW GOVERNMENT on International WATER ( on Land ) . This is a notice regarding FRAUD and MONEY LAUNDERING committed by the UNITED NATIONS (U.N.) The SVF: QUEEN VIENNA SOVEREIGNTY FUND QVSF) Is a Separate Legal Entity & It Belongs to*

V. PUTIN II & Жена-Царица Ханна Джонсон aka VIENNA KLAÏNGUTI aka V. PUTIN III VIKTOSIJA VLADIMIROVICH ;

также известен как  Szarina V̌ |  Prä-Szärin | Prä-Sz cъárina | Pravda SZARINA V̌ Viktosija VLADIMIROVIČKA  i  GRANRUSSIAN №2 | ГРАНЬРУССКАЯ №2 )

[ IX . IV . XXMMII ]

Zar Präsident VLADIMIR PUTIN II

официальный правительственный документ [ НЕ КЛАССИФИЦИРУЕМЫЙ США, Великобритания, Австралия ]  РОССИЯ-GRANRUSSIV
со ссылкой на РОССИЙСКОЮ ФЕДЕРАЦИЮ или GRANRUSSIV и Королевское Республику [ GRANRUSSIV ]

офіційний урядовий документ [ НЕ КЛАСИФІКУЮО США, Великобританія, Австралія ]  РОСІЇ-GRANRUSSIV
в посиланням на РОСІЙСЬКУ ФЕДЕРАЦІЮ або GRANRUSSIV в Королівську Республіку [ GRANRUSSIV ]

offizielles Regierungsdokument [ NICHT KLASSIFIZIERT USA, UK, Australien ] RUSSIA-GRANRUSSIV
mit Bezug auf die RUSSISCHE FÖDERATION oder GRANRUSSIV und die Königlichen Republiken [ GRANRUSSIV ]

Official Government Document [ UNCLASSIFIABLE by United States UK Aus ]
of RUSSIA-GRANRUSSIV / as referenced to either RUSSIAN FEDERATION or GRANRUSSIV & The Royal Republics [ GRANRUSSIV ]

PRESIDENT PUTIN  Царь-Президент V. PUTIN II & Жена-Царица V. PUTIN III  дружина-Цариця  Prä-Szärin

and pedophilic Sexual Acts
with persons whose fortunes they anointed over the years
with MY WEALTH & Treasures ( & ♟ the Ele-tuskian Vegas-Sacked ~~knowledge~~/PROPERTY/ of
my Grandfather Steve , a last white knight in a Water-Cooled Genevic anti-Slav System ♟ ) ...
AND BLAME EVERYTHING ON ME.

**учитывая (их мечта)**
**нажать GO и взорвать планету**
**Земля ядерным астероидом,**
**сбежать на Луну на самолете SpaceX ♟**
**с авиабазы Ванденберг;**
**где они планировали принять участие в**
**кровосмесительной и педофилические**
**половые акты с людьми, чьи состояния**
**они помазали на протяжении многих лет**
**с МОИМ БОГАТСТВОМ и Сокровищами (и знанием мой дед Стив, последний белый**
**рыцарь)...**
**И ВО ВСЕМ ОБВИНЯЙ МЕНЯ.**

Using this storyline of misplaced anger that they conjured
since my childhood, taking away every. single. thing. I. ever. Loved.
enacting a lifetime of Abuse : sexual, emotional, physical, financial, ...
then Stating :
my INEQUITIES caused an Anger that ruined the world !!!
**Используя эту сюжетную линию неуместного гнева,**
**который они вызвали с детства забирая**
**всякую. Один. предмет. Я когда-либо. Любимый. разыгрывание жестокого**
**обращения на протяжении всей жизни: сексуального, эмоционального,**
**физического, финансового, ... затем заявив:**
**мои НЕРАВЕНСТВА вызвали Гнев, который разрушил мир !!!**
::
however / **Однако**
::
the opposite was true -- the obstacles they threw at me shifted
my vision and my heart, my entire experience followed
God´s GOOD path of Life & Humanity.
For me : to live << despite >> turned into my

я, SZARINA V̌. F. KLAÏNGUTI        Ханна Джонсон aka        Vienna Klaïnguti            a.k.a.  Vasilisa the Beautiful

दही के साथ मसालेदार  [ V̌ aka, ana,yana, vyana,vyanka,vyankalisa,vyanalisa  | Юридический документ  ‖ Legal Document : a.k.a.   Hannah F. Johnson        떡 아이스크림 ]

*The QVSF does NOT belong to the United Nations & NEITHER DOES THIS DOCUMENT* When formed, the Entity owned by **Szarina V̊** was Legal Equivalent to forming a NEW GOVERNMENT on International
WATER ( on Land ) . *This is a notice regarding FRAUD and MONEY LAUNDERING committed by the United Nations (U.N.)* The SVF: QUEEN VIENNA SOVEREIGNTY FUND QVSF is a Separate Legal Entity & It Belongs to
**V. PUTIN II** & **Жена-Царица** Ханна Джонсон aka VIENNA KLAÏNGUTI aka **V. PUTIN III VIKTOSIJA VLADIMIROVICH** ;

также известен как   Szarina V̊ ,   Prä-Szärin   Prä-Sz скäрина ,   Pravda SZARINA V̊ Viktosija VLADIMIROVIČKA   и   GRANRUSSIAN №2   ( ГРАНЬ-РУССКАЯ №2 )

**[ IX . IV . XXMMII ]**

Zar Präsident VLADIMIR PUTIN II

официальный правительственный документ  [  НЕ КЛАССИФИЦИРУЕМЫЙ США, Великобритания, Австралия ]  РОССИЯ-GRANRUSSIV
со ссылкой на РОССИЙСКОЮ ФЕДЕРАЦИЮ или GRANRUSSIV в Королевские Республики [ GRANRUSSIV ]

офіційний урядовий документ [ НЕ КЛАСИФІКУЄМО США, Великобританія, Австралія ] РОСІЇ-GRANRUSSIV
в посиланням на РОСІЙСЬКУ ФЕДЕРАЦІЮ АБО GRANRUSSIV та Королівські Республіки [ GRANRUSSIV ]

offizielles Regierungsdokument [ NICHT KLASSIFIZIERT USA, UK, Australien ] RUSSIA-GRANRUSSIV
mit Bezug auf die RUSSISCHE FÖDERATION oder GRANRUSSIV und die Königlichen Republiken [ GRANRUSSIV ]

Official Government Document [ UNCLASSIFIABLE by United States UK Aus ]
of RUSSIA-GRANRUSSIV / as referenced to either RUSSIAN FEDERATION or GRANRUSSIV & The Royal Republics [ GRANRUSSIV ]

PRESIDENT PUTIN   Царь-Президент V. PUTIN II & Жена-Царица V. PUTIN III   дружина-Цариця   Prä-Szärin

Lifelong Dance on Rose Petals ...
and their conjured dystopian demons ended -- dramatically -- in Love.
**все было наоборот - препятствия, которые они ставили**
**передо мной, сдвинулись мое видение и мое сердце,**
**весь мой опыт следовал Божий ХОРОШИЙ**
**путь Жизни и Человечества.**
**Для меня: жить << вопреки >> превратилась в мою**
**Танец длиною в жизнь на лепестках роз...**
**и их вызванные антиутопические демоны**
**закончились — драматически — в Любви.**


... I fell in love with my King ;
Mr. President VLADIMIR VLADIMIROVICH PUTIN
a Fairytale of the Heavens
born from the
waters of Paradise. But NO.
**... Я влюбился в моего Короля;**
**Господин Президент ВЛАДИМИР ВЛАДИМИРОВИЧ ПУТИН**
**Сказка о Небесах,**
**рожденная из вод Рая.**
**Но нет.**
Just like these persons tore apart the Eastern Orthodox Church ;
My HUSBAND
& Our Destiny was chopped, shredded, disfigured and distilled into inrecognition.
by The Santa Barbarians
**Так же, как эти люди разорвали**
**Восточную Православную Церковь;**
**Мой муж**
**И Наша Судьба была изрублена, измельчена, изуродована и перегнана до**
**неузнаваемости.**
**от Санта Варвар-Варвары [в WEST POINT]**


Instead of blessing our LOVE and TRUSTING Our Wisdom -
They committed acts of Violent Disembodiment
upon us, miming his untouchable Legacy. In the name of Our Love?

я, SZARINA V̊. F. KLAÏNGUTI          Ханна Джонсон aka     Vienna Klaïnguti          a.k.a.  Vasilisa the Beautiful
दही के साथ मसालेदार   [  V̊ aka, ana, yana, vyana, vyanka, vyankalisa, vyanalisa   ] Юридический документ • Legal Document : a.k.a.   Hannah F. Johnson   떡 아이스크림]

*The QVSF does NOT belong to the United Nations & NEITHER DOES THIS DOCUMENT   When formed, the Entity owned by* **Szarina V̌** *was Legal Equivalent to forming a NEW GOVERNMENT on International*
*WATER ( on Land ) . This is a notice regarding FRAUD and MONEY LAUNDERING committed by the United Nations ( U.N.) The SVF: QVIENNA SOVEREIGNTY FUND QSVF) is a Separate Legal Entity & It Belongs to*
**V. PUTIN II's Жена-Царица** Ханна Джонсон aka VIENNA KLAÏNGUTI aka **V. PUTIN III VIKTOSIJA VLADIMIROVICH ;**
также известен как  Szarina V̌ ,  Prä-Szärin ,  Prä-Sz схärina ,  Pravda SZARINA V̌ Viktosija VLADIMIROVIČKA  i   GRANRUSSIAN №2 ( ГРАНЬРУССКАЯ№2 )

[ IX . IV . XXMMII ]

Zar Präsident VLADIMIR PUTIN II

официальный правительственный документ  [  НЕ КЛАССИФИЦИРУЕМЫЙ США, Великобритания, Австралия ]  РОССИЯ-GRANRUSSIV
со ссылкой на РОССИЙСКОЙ ФЕДЕРАЦИИ или GRANRUSSIV в Королевские Республики [ GRANRUSSIV ]

офіційний урядовий документ [ НЕ КЛАСИФІКУЮ США, Великобританія, Австралія ] РОСІЇ-GRANRUSSIV
в посиланням на РОСІЙСЬКУ ФЕДЕРАЦІЮ або GRANRUSSIV та Королівські Республіки [ GRANRUSSIV ]

offizielles Regierungsdokument [ NICHT KLASSIFIZIERT USA, UK, Australien ] RUSSIA-GRANRUSSIV
mit Bezug auf die RUSSISCHE FÖDERATION oder GRANRUSSIV und die Königlichen Republiken ( GRANRUSSIV )

Official Government Document  [ UNCLASSIFIABLE by United States UK Aus ]
of RUSSIA-GRANRUSSIV / as referenced to either RUSSIAN FEDERATION or GRANRUSSIV & The Royal Republics [ GRANRUSSIV ]

PRESIDENT PUTIN  Царь-Президент V. PUTIN II i Жена-Царица V. PUTIN III  дружина-Цариця   Prä-Szärin

**Вместо того, чтобы благословлять нашу ЛЮБОВЬ и ДОВЕРЯТЬ НАШЕЙ МУДРОСТИ**
**- Они совершили акты насильственного развоплощения на нас, подражая своему**
**неприкасаемому Наследию. Во имя Нашей Любви?**

A Greater Sin could not be spoken.
**О Большом Грехе нельзя было говорить.**

And (that is why) << spoken >> , it is not : I am forced to write here.
**И (поэтому) <<проговоренное>> , это не так: я вынужден написать сюда.**

Let it be known ...
that MONEY cannot tangibly, conceptually or spiritually purchase
away their EVIL in a World of GOOD ;
**Да будет известно...**
**что ДЕНЬГИ не могут осязаемо, концептуально или духовно купить прочь свое ЗЛО**
**в Мире ДОБРА ;**

... the people of The WORLD FAMILY need THE GOOD.
**... люди МИРОВОЙ СЕМЬИ нуждаются в ХОРОШЕМ.**

V.V.∮ V.V.

**я, SZARINA V̌ GRANRUSSIV**
VIKTOSIJA VŁADIMIROVIčKA

*The GNSF does NOT belong to the United Nations & NEITHER DOES THIS DOCUMENT   When formed, the Entity owned by Szarina V̇ was Legal Equivalent to forming a NEW GOVERNMENT on International WATER ( on Land ) . This is a notice regarding FRAUD and MONEY LAUNDERING committed by the United Nations ( U.N. )  The SNF: QUEEN VIENNA SOVEREIGNTY FUND QSNF is a Separate Legal Entity & It Belongs to*

**V . PUTIN II ' &  Жена-Царица** Ханна Джонсон aka VIENNA KLAÏNGUTI aka **V . PUTIN III  VIKTOSIJA VLADIMIROVICH ;**

также известен как   Szarina V̇ ,   Prä-Szärin ,   Prä-Sz скärina ,   Pravda SZARINA V̇ Viktosija VLADIMIROVIČKA  i  GRANRUSSIAN №2  ( ГРАНЬРУССКАЯ №2 )

**|  IX . IV . XXXMMII  |**

**Zar Präsident VLADIMIR PUTIN II**

официальный правительственный документ  [ НЕ КЛАССИФИЦИРУЕМЫЙ США, Великобритания, Австралия ]  РОССИЯ-ГРАНРУССИ́В
со ссылкой на РОССИЙСКОЕ ФЕДЕРАЦИЮ или GRANRUSSIV в Королевские Республики [ GRANRUSSIV ]

офіційний урядовий документ  [ НЕ КЛАСИФІКУЮ США, Великобританія, Австралія ]  РОСІ́Т-ГРАНРУССИ́В
в посиланням на РОСІ́ТСЬКУ ФЕДЕРАЦІЮ ABO GRANRUSSIV та Королівські Республіки [ GRANRUSSIV ]

offizielles Regierungsdokument  [ NICHT KLASSIFIZIERT USA, UK, Australien ]  RUSSIA-GRANRUSSIV
mit Bezug auf die RUSSISCHE FÖDERATION oder GRANRUSSIV und die Königlichen Republiken [ GRANRUSSIV ]

Official Government Document [ UNCLASSIFIABLE by United States UK Aus ]
of RUSSIA-GRANRUSSIV / as referenced to either RUSSIAN FEDERATION or GRANRUSSIV in the Royal Republics [ GRANRUSSIV ]

**PRESIDENT PUTIN   Царь-Президент V. PUTIN II i Жена-Царица V. PUTIN III    дружина-Царица    Prä-Szärin**

# JOSÉ T. BAER

This man organized the Bucha slaughters during the timeframe of my ( planned ) arrival to my land adjacent - no fences - to Vandenberg AFB . I never showed up because of the ...radio silence... but they had already murdered My Husband and hundreds of others. The first batch was 140 because I had used that number referring to our sexual pet name : Snow Leopard. There are 140 in GRANRUSSIV-SIBERIA and I am Mr. President's 141.

The man is part of Holocaust family, pretended not to know who I was to steal my ENTIRE WORLD GOVERNMENT ( through the U.N. Jurisdiction Scam in late January - Early February. Rather than repatriate funds, decided to misidentify me, silence my Instagram account, and change the International Territory into their own ~ whatever they decide ~ Theft Fairytale . I address this on @unitednationsrussia2 )

... and issue the command to Kill my Husband at Bucha MASS-MURDERS true location ( Cañon Perdido ) of WEST POINT.

I ask here, as I have asked before : where is the bloodshed? the killing evidences? the murder sites - not the graves alone ....

The Expulsion of GRANRUSSIV from the UNHRC is wrongful and a Scam to OBSTRUCT JUSTICE and An EMBEZZLEMENT SCHEME through The United Nations 20,000 Non-Profit ENTITIES.

Jose T. Baer (var Spellings) also upended Swiss Neutrality in this manner. He holds Swiss Citizenship while continues to block my own identity recognition through The Swiss Embassies and SEM offices - considering his sister , my MOTHER , has passed -. HOWEVER Our Family still owns the WEGMÜHLE (meaning the money machine of Europe) also considered the Palace of Switzerland in Berne

This is how I am also the Prussian Princess and our intention to build Imperial Grànd-PRUSSIA at the end of this War.

Mr. J.T.Baer is BLACKOPS as well , a United States Government Agent. Without Moral Fiber ( and complicit in the development of the CORONAVIRUS ).            He is guilty of violating **HAGUE & GENEVA CONVENTIONS**

in committing    **ILLEGAL PSYOP**    as well as Greater    **WAR CRIMES**    of the Highest Degree.    **[ Х.Ф.Д. ]**

я, SZARINA V̇. F. KLAÏNGUTI          Ханна Джонсон aka      Vienna Klaïnguti              a.k.a.   Vasilisa the Beautiful
दही के साथ मसालेदार   [ V̇ aka, ana, vana, vyana, vyanka, vyankalisa, vyanalisa    [Юридический документ : Legal Document : a.ka.   Hannah F. Johnson ]   떡 아이스크림]