```
U.S. DISTRICT COURT              SOUTHERN DISTRICT OF NEW YORK


********WARNING **** SEXUAL SCENARIOS AND LANGUAGE CONTAINED *******
        16 OCT 2022


                         [ MOTION TO AMEND ]


                                        CASE No. 1:22-cv-06199-UA
                                        CASE No. 1:22-cv-06220-UA
                                             CASE No. 1:22-cv-06222-UA
                                             CASE No. 1:22-cv-06296-UA
                                             CASE No. 1:22-cv-06288-UA
                                                CASE No. 1:22-cv-07695-LTS


        THURGOOD MARSHALL COURT OF LAW
        40 FOLEY SQUARE
        NEW YORK  NEW YORK       10007


*********************************************************************


PLAINTIFF : HOLIDAY OLJII ANNA PEDOTTI  Suffix: II
            v.
DEFENDANTS : Var.


*********************************************************************


CONTAINED   :   PSYCHOLOGICAL TESTIMONY
************************
https://youtu.be/37lGpdazcJw
```



```
THIS IS MY PERSONAL STORY. THE PART OF MY LIFE I DON'T LIKE SHARING.
THERE IS SO MUCH AMAZING STUFF ABOUT ME.
THERE ARE SO MANY GOOD STORIES… THERE IS SO MUCH MORE TO KNOW ABOUT
ME, AND NOW BECAUSE NO ONE IS HELPING ME,
        THIS IS BECOMING MY LIFE STORY. MY IDENTITY.    WHO I AM.
```



U.S. DISTRICT COURT                SOUTHERN DISTRICT of NEW YORK

```
DON'T I DESERVE MORE THAN THAT?

/S/HOLIDAY OLJII ANNA PEDOTTI



******************************



https://youtu.be/qkIvD_Gspf8
```



```
I AM JUST TRYING TO HAVE A NICE LIFE.

I DONT KNOW. I DONT COMMUNICATE WITH THESE PEOPLE. THEY CONTINUE TO
THINK THE ABSOLUTE WORST, RIGHT?  [...]

I JUST WANT TO PUT IT OUT THERE.

IT'S REALLY HARD ON ME, YOU KNOW? I AM HAVING A REALLY HARD TIME.
[...]

I WANT TO HAVE FUN. NORMALLY I CAN BE LIKE - I CAN GET THROUGH IT. I'M
GOING TO BE OKAY. BUT IT'S STARTING TO REALLY GET TO ME.

I DON'T SEE HOW I AM GOING TO GET THROUGH THIS.
```

WHAT THEYVE BEEN SAYING IS, I GOT KICKED OUT. AND THAT MAKES ME A BAD PERSON. WHEN I CHANGE A LOCATION, THEY SAY - THEY THREW HER TO THE STREET. OR SOME VARIATION OF THAT.

IT STARTED WITH THE TRAFFICKING IN ITALY (WHERE I SUFFERED STOCKHOLM SYNDROME AND ENDED UP WITH PTSD FOR WHICH I RECEIVE SSDI BENEFITS DUE TO FEDERAL INSURANCE CONTRIBUTIONS OVER THE YEARS, BUT RETAIN LEGAL CAPACITY) . SO. JUST FOR THE RECORD -

I JUMPED OUT THE WINDOW.

I DIDN'T KNOW THAT I HAD, UM, YOU KNOW- SOMETHING GOING ON (PREGNANCY BY TRAFFICKER, AN ARABIAN TAN PERSON NOT EVER TO BE
CONSIDERED A BLACK SKIN OR BLACK PERSON INDIVIDUAL BY ANY ACCOUNTS) IN MY SYSTEM - I DON'T CALL IT LIKE A BABY BECAUSE IN MY MIND IT WASN'T THAT. I NEVER KNEW THE SEX OR [...]


I DIDN'T KNOW THAT THAT WAS THE CASE [ THAT I WAS PREGNANT WHEN I JUMPED OUT THE WINDOW IN ITALY FROM MY TRAFFICKER ].

THE GUY WAS THREATENING GENITAL MUTILATION.

I CONTACTED CITY SERVICES IN GENEVA. HE HAD TRAFFICKED ME FROM GENEVA TO ITALY. IN BETWEEN THAT, I PUT HIM IN PRISON AND I SPOKE TO, LIKE, A COUNSELOR WHILE I WAS THERE [IN GENEVA].

AND I EMAILED THE COUNSELOR WHILE I WAS IN ITALY WHEN HE WAS THREATENING GENITAL MUTILATION AND LEAVING BLOOD IN THE - I WOULDN'T EVEN CALL IT AN APARTMENT IT WAS LIKE A ROOM BEHIND A FACTORY - AND THAT'S WHERE I WAS STUCK FOR A COUPLE OF MONTHS.

I WAS TRYING TO BE STRONG AND EVERYTHING, BUT THEN THREATENING GENITAL MUTILIATION - I DREW THE LINE.

I JUMPED OUT THE WINDOW.

I WENT TO THE POLICE.

I FILED A REPORT. THERE IS NOTHING FALSE IN THE REPORT.

I COULD NOT FILE A COMPLETE REPORT BECAUSE I DIDN'T HAVE MY DOCUMENTS, AND SO [...] LATER THAT NIGHT, THEY BROUGHT ME TO THE HOSPITAL, THE POLICE -

AND THEN THE NEXT DAY, THERE IN THE ALBERGO, THE HOTEL, THEY CAME DOWN THEY SURROUNDED ME, THEY SAID - YOU'RE PREGNANT.

I'M THERE, YOU KNOW, THEY HAD CONFISCATED MY PHONE, JUST EATING BREAKFAST WITH THE WORKERS FROM CORONAVIRUS.

IT WAS MY FIRST PREGNANCY.

I'M ACTUALLY REALLY CAREFUL. I DO NOT USE BIRTH CONTROL. I'M VERY SEXUAL PERSON, I LOVE TO HAVE LOVE. BUT ACTUALLY, I DON'T ENGAGE IN INTERCOURSE, SO - I ACTUALLY AM SAVING MYSELF - UNTIL RECENTLY, BUT I DON'T WANT TO GET INTO THAT.


MY POINT IS THAT, THE STORYLINE THAT CAME BACK TO ME WHILE IN NEW YORK, WHICH IS FALSE, IS THAT A GUY IN ITALY THAT KICKED ME TO THE STREET WHILE PREGNANT BECAUSE I AM NOT WORTH A SHIT AND I AM JUST THIS GIRL IN THE STREET - ACTUALLY, IT'S NOT TRUE.

AND THEN, THE PEOPLE THAT HELPED ME (AFTER JUMPING OUT THE WINDOW), SOMEHOW THEY FOUND WHO I AM TALKING TO. AND THEY PUNISH THE PEOPLE THAT HELPED ME. SO AFTER, THE PEOPLE THAT HELPED ME, THEY TELL OTHERS - SHE'S A BITCH, SHE'S THIS AND THAT.

YOU KNOW, I DON'T EVEN KNOW THEY ARE PUNISHING PEOPLE.

ALL I KNOW IS PEOPLE BLOCKED ME. NOBODY HELPED ME. I WAS IN THE STREET (PREGNANT IN ITALY WITHOUT A PASSPORT) FOR
SIX MONTHS. THEY CONFISCATED MY DOCUMENTS IN THE HOSPITAL WHILE I WAS GETTING THE ABORTION. I'M SIX MONTHS PREGNANT.


AFTER I LIVED IN THE CONVENT IN VATICANO.

THEN THERE'S THE CASE IN NEW YORK. I HAD TWO APARTMENTS, CORRECT? YES.


WAS I HOMELESS WHEN I MET THE MAN WHO SOLD ME AN APARTMENT? NO. AND I HAVE A RECORD OF THAT.

I HAD AN APARTMENT IN THE UKRANIAN VILLAGE AND I WAS PAYING MONTH TO MONTH, AND IT'S REGISTERED IN THE AIRBNB.

IT WAS A NICE APARTMENT. IT WAS A COOL LOFT. I COULD HAVE PEOPLE OVER. IT WAS A FUN PLACE.



AND THEN, UM, I DIDN'T GET KICKED OUT. I DIDN'T HAVE ANY PROBLEMS.

THEN ATTORNEY R STARTED SPREADING THIS RUMOR, LIKE, SHE'S A HOMELESS GIRL.

THAT DOESN'T FIT INTO THE STORY. I'M NOT A HOMELESS GIRL. I DON'T KNOW WHAT THIS IS.

THEN, HE SOLD ME THE APARTMENT. HE LIVED WITH HIS PARENTS. HE DIDN'T PAY.

AND ALSO I HAD AN APARTMENT IN SOHO.

I LIVED IN BOTH THOSE APARTMENTS THE ENTIRE (NEUROLOGICAL CAMPAIGN) UNTIL HERE (IN BRAZIL).

THEY WERE BOTH REGISTERED TO MY SOCIAL SECURITY NUMBER TO CON-EDISON.

IS THAT HOMELESS? NO.

DID I STAY ANYWHERE OUTSIDE THOSE TWO PLACES? NO.

DID ANYBODY STAY WITH ME? NO.

DID ANYONE ELSE HAVE A KEY? NO.

WAS I HOMELESS? DID I GET KICKED OUT? NO. AND NO.


NOW I'M IN BRAZIL, RIGHT?

I'M IN RIO. I'M STAYING IN A AIRBNB. IT'S A KEY INTO A COMPLEX WITH THREE HOUSES.

 MAIN HOUSE, AND TWO SMALL HOUSES.

I SPEAK WITH THE GIRL, THE OWNER, ARTIST PERSON, LIVE IN FRANCE.

I SPEAK WITH THE GIRL ABOUT THE KEYS AND THE BLAH BLAH BLAH (RENT) [...]

I DONT EVEN KNOW THIS - THERE'S LIKE A MAN, HE IS A DRUMMER. A CLASSIC STYLE, TRADIITIONAL (PROFESSIONAL MUSICIAN).

I NEVER HAD A COMMUNICATION WITH HIM BY TELEPHONE (I GESTURE A TELEPHONE). I NEVER SPEAK TO HIM ABOUT ANYTHING,
NORMALLY I SPEAK TO THE GIRL.

THAT'S IT.

SOMEHOW, THEY FOUND OUT - I AM IN THE SAME COMPLEX AS A MAN WITH DARK SKIN.

WHEN I CHANGE LOCATION FROM RIO TO BUZIOS, THEY SAY - THE MAN WITH DARK SKIN KICKED ME OUT.


AND THEY ARE TELLING THIS STORY ALL OVER THE WORLD.

I HEAR IT FROM PEOPLE IN NEW YORK. THEY ARE SLANDERING ME.

HOW CAN YOU LOOK AT ME THE SAME WHEN YOU ARE UNDER THE IDEA THAT A BLACK MAN KICK ME TO THE STREET?


IT'S A LIE. I DON'T EVEN KNOW HIM. HONESTLY I DON'T KNOW HIS NAME.


THE MOST I EVER SPOKE WITH HIM IS A (THUMBS UP). WE DON'T EVEN SHARE A BATHROOM.

I DON'T COOK IN THE HOUSE. I AM UPSTAIRS IN THE MAIN HOUSE. HE HAVE A SMALL HOUSE IN THE BACK. SO DOES SHE!


THERE'S A BIG AREA ( EVENTS WERE HELD). I DON'T KNOW. NORMAL FOR ME! JUST AN AIRBNB.

I DON'T KNOW WHAT ELSE THIS STORY.

[...] NOW IT'S LIKE - MAKING LIES.

I DON'T KNOW WHAT TO DO. HONESTLY, I DON'T KNOW WHAT TO SAY. HOW CAN YOU LOOK AT ME THE SAME WHEN YOU ARE
IMAGINING THESE THINGS ABOUT ME?

I GO TO THE MARKET THIS MORNING THEY ALL MY NAME.

**U.S. DISTRICT COURT**                    **SOUTHERN DISTRICT OF NEW YORK**

I CHANGED MY NAME. CHANGED LOCATION. ALL AROUND THE WORLD. NOTHING IS ENOUGH.

I NEED MY HUMAN RIGHTS. THEY NEED TO BE UPHELD IN A COURT OF LAW.

SO THAT PEOPLE UNDERSTAND: WHAT THEY ARE SAYING IS WRONG. IT'S MY LIFE.

/S/HOLIDAY OLJII ANNA PEDOTTI

