```
U.S. DISTRICT COURT              SOUTHERN DISTRICT OF NEW YORK

18    OCT 2022

      PRO SE, ROOM 105
      THURGOOD MARSHALL COURT OF LAW
      40 FOLEY SQUARE
      NEW YORK  NEW YORK      10007



*********************** CASE No. 1:22-cv-07695-LTS ***********************

                  PLAINTIFF
                  HOLIDAY OLJII ANNA PEDOTTI    Suffix : II

                     - against -

                  ELON MUSK, et al.


****************************************************************************


      [     APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS    ]

I am a plaintiff/petitioner in this case and declare that I am unable to pay
the costs of these proceedings and I believe I am entitled to the relief
requested in this action. In support of this application to proceed in forma
pauperis (IFP) (without prepaying fees or costs), I declare that the responses
below are true.

********************************************************

1. Are you incarcerated :             NO

2. Are you presently employed :          NO.
                                         Registered at a Modeling Agency in Brazil.

If NO, what was your last date of employment :      MARCH 2021

MONTHLY SALARY :             N/A. Fur Showroom. Short term modeling job.

3. In addition to your income stated above (which you should not repeat here),
have you or does anyone else living at the same residence as you received more
than $ 200 in the past twelve months from any of the following sources? Check
all that apply :

      (a) Business, profession or other self-employment      [NO]
      (b) Rent payments, interest or dividends               [NO]
      (c) Pension, annuity or life insurance payments        [NO]
```

```
(d) Disability or Worker's compensation payments    [YES]
(e) Gifts or inheritances                           [NO]
(f) Any other public benefits (Unemployment, social security, food stamps,
    veterans, etc)                                  [NO]
(g) Any other sources                               [NO]
```

If you answered 'Yes' to any question above, describe below or on a separate pages each source of money and state the amount that you received and what you expect to receive in the future.

$ 1.500 USD a month by SSDI Payments
       PTSD Determination Class 12.15 Stressors and Trauma
 NOTE: I retain Mental and Legal Hygiene and this SSDI Relief is elective.

       Inheritance :  USD 800 000 000 MILLION (in next 11 months at age 35).

4.    How much money in cash in checking, savings, or inmates account?

About USD 200 at this time.

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instruments of value, including any item of value held in someone else's name? If so, describe the property and its approximate value :

RANCHO TAJIGUAS, held illegally by ANTHONY DAMO.     USD 200 000 000 MILLION

6. Do you have any housing, transportation, utilities, or loan payments or any other monthly expenses?

YES. USD 250 UTILITIES TO CON EDISON ; 50-150 in TRANSPORTATION.

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support :

NONE.

8. Do you have any debts or financial obligations not described above? If so, describe the amounts and to whom they are payable.

YES. HOSPITAL BILLS. WEILL CORNELL :  USD 18 000  ; NYU 1000.

DECLARATION : I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE. I UNDERSTAND THAT A FALSE STATEMENT MAY RESULT IN DISMISSAL OF MY CLAIMS.

7 SEPTEMBER 2022          /s/HOLIDAY OLJII ANNA PEDOTTI [ eSIGNATURE CERTIFIED]
PEDOTTI, HOLIDAY O.          RIO DE JANEIRO  | NEW YORK , NEW YORK 10013
         +13525350292       VKIKI@protonmail.com     |    ELAASISU@gmail.com