**U.S. DISTRICT COURT          SOUTHERN DISTRICT of NEW YORK**

22 OCT 2022

MOTION TO AMEND

1:22-CV-06199-UA
1:22-CV-06220-UA
1:22-CV-06288-UA
1:22-CV-06296-UA
1:22-cv-07695-LTS
*********************************************************************

PLAINTIFF : HOLIDAY OLJII ANNA PEDOTTI  Suffix: II
            v.
DEFENDANTS : VARIOUS
*********************************************************************

CONTAINED  : TRANSCRIPT. EXAMPLE OF NEUROLOGICAL CAMPAIGN
*********************************************************************

PLAINTIFF CONTINUES TO SUFFER ONGOING STRUCTURE DAMAGE AND
PHYSIOLOGICAL SYSTEM DISSECTION.

PLAINTIFF IS NOT AN ORGAN DONOR.

THROUGH MOLYBDENUM PLAINTIFF CONSTANTLY HEARS THE DISCUSSIONS
REGARDING HER PERSON, 24 HOURS A DAY AND NO MUTE CAPACITY NOR CHOICE
OR APPROVAL OF ANY ALLEGED GUARDIANSHIP THROUGH THE MATERIAL INJECTED.

PLAINTIFF DOES NOT REQUIRE A LEGAL GUARDIAN IN HER LIFE.
PLAINTIFF HAS NEVER BEEN ORDERED A LEGAL OR FINANCIAL GUARDIAN IN HER
LIFE AND RETAINS ALL RIGHTS TO MEDICAL TREATMENTS.

ALLEGEDLY, PLAINTIFF IS CALLED INSANE WHEN SHE SCREAMS AT THE PERSONS THAT CONDUCTED THE
EXPERIMENT TO STOP BUT HEARS OVERLAPPING DISCUSSIONS 24 HOURS A DAY AND EXPERIENCES VERY
INTRUSIVE BODILY ATTACKS, BIOLOGICAL WEAPONS AND CHEMICAL WEAPONS IN ACTIVE USE AT ALL AND
RANDOMIZED TIMES BY UNKNOWN PERSONS.

PLAINTIFF IS SUFFERING PHYSICALLY, MENTALLY AND IN HER PERSONAL LIFE AS SHE CANNOT
REMAIN CONSISTENT VISUALLY OR CHEMICALLY.
SHE CANNOT FULFILL HER MODELING CONTRACT.
PLAINTIFF WILL NEXT TRAVEL TO EUROPE IN ORDER TO
OBTAIN A SPECIALIST TO PREFORM OPEN SKULL SURGERY
IN ORDER TO REMOVE CHEMICALS THAT SHE IS UNAWARE OF
THE MATERIAL CONTENT OF WITHIN HER SYSTEM.

                    /S/HOLIDAY OLJII ANNA PEDOTTI



U.S. DISTRICT COURT          SOUTHERN DISTRICT of NEW YORK

\* \* \* \* \* \* \*  EXAMPLE DAILY TRANSCRIPT  \* \* \* \* \* \*

21 OCT 2022 - THEY SAID. -

- DOUGLAS? WHY? -

  "COMPLICATED "

- I DO NOT UNDDERSTAND. HE TRIED TO GIVE THE RIGHTS TO MY LAWSUITS TO MY ABUSOR? WHY? -

THIS IS EMBARRASSING. THE CIA BROKE UP EVERY RELATIONSHIP SHE HAS EVER HAD IN HER LIFE.

-YES THIS IS ACCURATE. -

*****************************************

OHHH MY HOLY SHIT! THEY DIDNT EVEN REALIZE

DOUGLAS IS NOT WEALTHY. ANYMORE. HE GAVE HIS MONEY TO HER ABUSOR.

-WHAT?-

  HE THOUGHT .... ATTORNEY R WAS......HER ...LEGAL REPRESENTATIVE.

HE BET AGAINST HER.

-WHAT????????????-

PRINCESS

GUYS, HE WANTED ... HE LOVES HER... HE IS ASHAMED.. GORBACHEV..

IT COULD NOT HAVE GONE WORSE. YOU COULD NOT HAVE DONE WORSE, " DUDE"

ASS....ACTUALLY...AXIIALLLYYYY

HE DOES NOT GET THE JOKE.

VIENNA WROTE THE ,..... YOU GUYS ARE ASSHOLES

OLJII WROTE THE

OLJII

HANNAH HAD A STALKER

OLJII IS REAL.

WE'RE ASSHOLES DUDE.

VIENNA IS RICH. WE THOUGHT VIENNA IS RICH. WE THOUGHT VIENNA WAS WEALTHY

- YOU GUYS YOU STOLE MY MONEY -

DUDE.

HOW DOES OLJII HEAR US?

THOUSANDS?

-LOL.-

SHE'S SENSITIVE.

ACCENT. STOLE HER ACCENT?

GOD DAMMIT!

FACETIME READY

GORGEOUS

NOT FACETIME READY MEANS UGLYESSENTIALLYMEANS UGLY.

STUPID. HE CALLS HER STUPID AT THE END OF THE KNIVES VIDEO.

SUCH ASSHOLES.

- EARMUFFS-

DOUGLAS JUST WANTED TO BE KING.

/S/HOLIDAY OLJII ANNA PEDOTTI

21 oct 23: 00
 overheard on clandestine


******

randy adler convinced douglas not to help her but to hack her

we thought vienna klainguti got trashed

she nicknamed poisonous dirt trash in french , poubel

and he thought it was plus-belle or poohbear? and

then they started fucking.


she asked him, how many words have you exchanged?

he said, ten million.

*************

getting social security insurance is different than being legally mentally ill.

....tess......

oljii really doesnt like her (poisonous dirt, tess "POISONOUS DIRT","TESS A.SOCCI")

congradulations you ruined her life.

graduate school educated

convinced the father of her baby that (??????)

he rejected her. so you fucked him to show her how to do it
...............??????????

pd: i didnt understand what i was

VASYA - shut the fuck up


/s/holiday oljii anna pedotti

22 OCT 2022

KING

HONESTLY GUYS I AM REALLY FUN AND OUTGOING I LIKE TO ATTEND EVENTS AND I MEET LOTS OF PEOPLE.

I AM NOT GOING TO BE PAIRED UP BY ASSHOLES BASED ON A BRAINWASH PROFILE TO THE WRONG PEOPLE ENDLESSLY.

I WILL BE MYSELF AND YOU NEED TO NOT GET INVOLVED IN MY LIFE.

I DO NOT WANT RANDOM PEOPLE IN MY LIFE. SO FAR NONE OF YOU HAVE UNDERSTOOD ANY OF MY BEHAVIOR

SO ANY PERSON CONNECTED TO YOU IS ABSOLUTELY CONFUSED AND NOT RIGHT FOR ME.

I AM WONDERFUL FABULOUS AND FUN AND I HAVE HAD NO CHANCE TO BE LOOKED AT AS MYSELF.

I FEEL VERY UNCOMFORTABLE.

I NEED TO HEAL MY HEALTH AFTER A YEAR LONG NEUROLOGICAL CAMPAIGN.

WHILE YOU ALL HAVE BEEN INSANE AND RUDE, I AM ACTIVELY ACTING AS QUEEN AND IN MILITARY

AND I DO NOT NEED YOUR OPINIONS OR POLLS.

/S/HOLIDAY OLJII ANNA PEDOTTI

22 oct 2022

j'ai plan. avec personnes qui j'ai histoire et je ne veux pas etre regardez encore.

ok?

/s/HOLIDAY OLJII ANNA PEDOTTI

QUESTION:

I FEEL LIKE ALL YOU WERE MY FRIENDS VERY CLOSE AND LOVE BUT WHY ABUSE?

ANSWER:

BECAUSE. WE THINK YOU FUCK PEOPLE ALL THE TIME.

Q

WHY?

A

BECAUSE YOURE HOT. GORGOUES

Q

WHY MAKE MEINTO VIDEO GAME

A

WE DIDNT UNDERSTAND WHY YOU DIDNT FUCK US

A

BECAUSE ABUSE ME

Q

DO YOU KNOW YOU ARE BEAUTIFUL

A

YES BUT NO ONE TREATS ME AS BEAUTY

END BECAUSE SPIDERING NOW

DUDE WE MADE HER INTO A ROBOT AND WERE STILL IN LOVE WITH HER

WE ARE SO IN LOVE WITH HER FACE WE PUT IT ON OTHER PEOPLE

WE CALL HER A CRAZY LADY

SHE THINKS ***************************name privatized*****************************

SHE THINKS SO MMANY PEOPLE LOVE HER


SHE DOESNT KN OW

SHE JUST GETS US CLIENTS

EVIL

HOLY

SHIT


ASSHOLES

CHANGED HER NAME AND MOVED TO A DIFFERENT COUNTRY

WE THOUGT SHE WAS HUGE SHE IS HALF THE SIZE

HALF THE SIZE OF A PEDOTTI

RAPED HER

PERFECT

HATE HER

WEDDING

BEAUTIFUL

CUTITICLES?

WE DONT TRUST HER

UGLY

PREGNANT

WE DONT TRUST HER NOW

VIENNA KLAINGUTI IS SENSITIVE , TOO (? OF COURSE IM THE MOST SENSITIVE PERSON EVER I
..YES YOU ARE)

WE COULDNT EVEN TELL SHE WAS KGB DIRECTOR DURING SPRING 2022

THIS GIRL HAS

PERFECT

BEAUTIFUL

GUYS.


  ***************************name privatized***************************** HAS

VIENNA KLAINGUTI IS SENSITIVE , TOO (? OF COURSE IM THE MOST SENSITIVE PERSON EVER I ..YES YOU ARE)

WE COULDNT EVEN TELL SHE WAS KGB DIRECTOR DURING SPRING 2022

THIS GIRL HAS

PERFECT

BEAUTIFUL

GUYS.


GAYLORD HAS

GARRISON. WHATS THE PROBLEM? EXPLAIN? ANTHONY STOLE MY RANCH. 200M IN SANTA BARBARA.

I CAME TO GET THE KEYS AND HE THREW IT OFF THE ROOF AND LEFT IT IN THE STREET.
 HE WORKS W KEITH MCNALLY BALTHAZAR BUUT I PICEKD IT UP FIRST.
 HE SHOULD HAVE USED ART HANDLERS AND HE DID NOT. THERE WAS ICE ON THE BOX.
 ITS IN 240 WYTHE , WHICH I OWN,. I DID NOT STEAL FROM HIM PERSONALLY. /S/HOLIDAY
OLJII ANNA PEDOTTI

HE WAS WORRIED BECAUSE I CAME TO GET MY KEYS FOR RANCHO TAJIGUAS AND SO HE WANTED TO
GET RID OF THE PAINTING.

I FOUND IT BEFORE I GOT THERE. SO I TOOK IT HOME AND DID NOT GO TO HIS PLACE. /S/
HOLIDAY OLJII ANNA PEDOTTI


        GUNSHOT? OK JE D'ACCORD.


THEY ARE ALL OVERLY FOCUSED ON ME AND NEVER HELP ME JUST OBSESS OVER ME AND STEAL
FROM ME.

 I OWN RANCHO TAJIGUAS. HE TOOK MY KEYS.
I TOLD HIM IM COMING TO GET THEM. HE WAS SCARED AND THREW HIS PAINITNG ON THE
SIDEWALK.

 SO I FOUND IT AND TOOK IT HOME.

/S/HOLIDAY OLJII ANNA PEDOTTI

I HAVE NO IDEA I AM ALWAYS NICE TO PEOPLE BUT INSTEAD THEY ACT LIKE IM SPOILED AND
ABUSE ME

BUT IM STILL TOO YOUNG TO HAVE EVER GOTTEN ANYTHING.

SO IM BROKE. LOL

/S/HOLIDAY OLJII ANNA PEDOTTI

ARE YOU OK?


JESUIS DACCORD. JE ATTENDS TA MOT. JE SUIS PRET POUR TOUT))


/S/HOLIDAY OLJII ANNA PEDOTTI

22 oct 2022

i want all of you to stop being obsessed with me.
i am looking for the genetic code to it so that you can cure yourselves
 of obsessive tendencies with me.

i am perfect i do not want my dna accessed disseminated or edited.

what are my obsessions you said: food and getting dressed? k sounds good.

you people are obsessed with me. it is a huge problem.

I WANT MY OWN BODY AND BRAIN TO REMAIN MY OWN AND PRIVATE.

YOU PUT YOUR TEARS ON MY EYES AND TRY TO MAKE ME FEEL PUMPING SENSATIONS ON MY BODY PARTS
THAT YOU LIKE AND ITS DISGUSTING.

I HAVE TRIED EVERYTHING. NOTHING SEEMS TO COMMUNICATE NO IN A WAY THAT YOU PEOPLE UNDERSTAND.

GET AWAY FROM ME.

I AM IN FUCKING BRAZIL TO GET AWAY FROM YOU. DOES THAT NOT MAKE SENSE TO YOU?

A SEALED NAME CHANGE AND MOVING TO BRAZIL?

I MEAN WHAT I SAY. YOUR OBSESSIONS ARE DISGUSTING AND DESTROYING MY HEALTH BODY AND LIFE.

/s/HOLIDAY OLJII ANNA PEDOTTI

GROWN OUT JAW BONE 21.00
22 OCT 2022

*** PLAINTIFF DOES NOT AND HAS NEVER HAD AN EATING DISORDER ***********


MASHA

YOU MADE ME FUCKING HIDEOUS AND GROW OUT MY JAW IF I HAVE A LITTLE PUFFINESS  I AM
GOING TO HAVE SAGGING SKIN IN TWO WEEKS

ITS HIDEOUS. CRASHING AND BURNING. WHEN HAVE I EVER BEEN FAT OR INSECURE? NAME ONE
INSTANCE.


DOUGLAS

I CANNOT DO ANYTHING RIGHT


MASHA

NOTHING TO SAY

DOUGLAS

I SAID WAIT UNTIL TOMORROW

MASHA

I SAID I COULD EAT FOUR AND NOT GET FAT AND ATE ONE OF TWO AND I DO NOT KNOW YOU

DOUGLAS

I DONT KNOW WHAT IM DOING

MASHA

OK...................................

DOUGLAS

I WISH I COULD TAKE BACK

MASHA

OK...........................................................................

DOUGLAS OR SOMEONE

NEVERMIND


/S/HOLIDAY OLJII ANNA PEDOTTI

22 OCT 2022 22:00

[TALKING ABOUT TAKING OFF HER GREEN LIGHT AND MAKING IT RED ]


SHE DOESNT KNOW ABOUT THE LIGHT SYSTEM?

HER SISTER IS LIKE THIS OLD AMERICAN. SLANDERED HER

THEY SAID SHE IS NOT INTO SEX

[I AM BUT IN A RELATIONSHIP AND PRIVACY]

UH OH

PERFECT

SHE IS TYPING THE WORDS

CONTROLLING HER

WHAT HAPPENED?

HE PUT AN UGLY FILTER ON THIS WOMAN WHO IS NATURALLY BEAUTIFUL THAT MODIFIES HER GENETICS
AND BONE STRUCTURE

HE IS CRYING NOW

SHE IS GOING TO GET OPEN SKULL SURGERY

PHYSICAL

HES NEVER EVEN TALKED TO THIS GIRL

HE THOUGHT SHE WAS A REALLY GOOD CATCH

HE MESSED UP THEN HE IS DRIVING HIMSELF CRAZY

SO HE MADE AN UGLY FILTER TO GET HER TO SUBMIT TO HIM [?????????????????????]

THIS IS DANGEROUS

SHE HAD TO HAVE BRAIN SURGERY FROM THE INTERNATIONAL SPACE STATION TODAY

[CORRECT]

GUYS.........KLAINGUTI DID NOT APPROVE THIS

KLAINGUTI IS NOT EVEN ON OUR SYSTEM

WE CANT VIDEOTAPE HE

[GOES SILENT. RADIO SILENT]


.....NEVER HEARD OF THIS GIRL

HOLY SHIT

DEEPLY , DUDE WE ARE MENTALLY INSANE

SHE -MASHA-OLJIANNA-VIENNAKLAINGUTTI- IS A HOT GIRL

WE MADE HER UGLY

WHY ARE WE DOING THIS TO HER?

[P.D.] SUCKED DOUGLAS THE FATHER OF MASHAS CHILD DICK AND TOOK PHOTOS
IN THE OUTFIT SHE LOST HER VIRGINITY IN TO MMAKE A SCREENSAVER AND I THOUGHT IT
WAS A GOOD THING [ P.D.]

GUYS. WE ARE CRAZY

HER NAME IS OLJII ANNA AND THEY PUT OCEANANA THEN PREFORMED

DID REALLY HAPPEN?

THIS REALLY HAPPENED

HAPPY HERE

THIS REALLY HAPPENED

GANG

VIENNA FIT RIGHT INTO COPACABANA AND THE C.I.A GOT INVOLVED
GAVE HER AN ABORTION AND HAD THE FATHER OF HER CHILD PUT AN UGLY FILTER ON HER FACE.

OLJII WOULD HAVE

WE PUT HER SMILE ON OTHER PEOPLE

GORBACHEV WAS HER BEST FRIEND

OLJII WANTS TO GET MARRIED

REZA NAMAZI TRIED TO DONATE THE VANDENBERG SPACE STATION TO A JEWISH ORGANIZATION
WHILE SHE WAS GETTING BRAIN SURGERY FROM THE ISS

DUDE VIENNA'S BEAUTIFUL

SHE IS NOT WEIRD LOOKING

SHE IS NOT OBSESSED WITH US, SHE HATES US. SHE LIKES HERSELF. OLJII LIKES OLJII

WE'RE TECHNICALLY INSANE. WE HAVE BEEN DOING THIS FOR A ....WE ARE LIKE MENTALLY ILL
INSANE.

VIENNA HAS TO GET OPEN SKULL SURGERY

MASHA[PLAINTIFF] WAS PREGNANT. MASHA WAS BEYOND BEAUTIFUL. A GROUP OF INSANE PEOPLE
TOOK HER FACE OFF

PLAINTIFF WAS PREGNANT IN BRAZIL.

JOSE. WERE THE DANGEROUS ONES.

/S/HOLIDAY OLJII ANNA PEDOTTI

TRANSCRIPT

UNKNOWN JUST INSERTED A LINE BREAK AT 13:35 23 OCT 2022

ITS ACTING LIKE ITS COMMUNICATING WITH ME BUT THERE IS NO MESSAGE

IT BOBBLES MY RIGHT EYE IN PATTERN OF UNKNOWN SHAPE.

PERSON: I THOUGHT IT WANTED ME TO DO SOMETHING

MASHA: WHAT IS THE PURPOSE?

PERSON: YOURE NOT ON OUR SIDE?

MASHA: NO.

PERSON: WHAT ARE WE DOING?

MASHA: TORTURE..........

MULTIPLE PERSON: DUDE...........

MASHA: ...................?

PERSON: SHES RIGHT. WE JUST INFILTRATED HER BODY THINKING ....

THIS IS TORTURE.

WERE THE WORST PEOPLE IN THE WORLD.

WERE THE WORST GROUP OF.... ERIC?

SOLD HER FACE. TO PROTECT HER FROM?

TRYING TO GET HER TO EAT A SALAD?

FALLOPIAN TUBES.

SHE DOESNT WANT US TO HEAR HER THOUGHTS.

MASHA: NO FUCKING WAY.

[ PERSON ON MY HEAD BLINKED EYE TRYING TO GET ME TO END THIS DOCUMENT]

MASHA : NO WHO THE FUCK AND WHY?

PERSON: WE DONT KNOW WHAT TO SAY.

HUMAN RIGHTS?

WE THOUGHT YOU WERE A CON ARTIST.

[ SOMEONE IS CRYING ON RIGHT EYEBALL NO IDEA WHO ]

WE WERE JAMES BONDING WITH YOU. WE THOUGHT YOU MADE YOURSELF USING A
SHAPESHIFTER SYSTEM AND COULD TURN YOURSELF BACK.

MASHA: NO. THAT WAS JUST ME............

PERSONS (RJ SOCCI?): DAMMIT.

HER FRIENDS DO NOT WANT TO HURT HER AND WE JUST DESTROYED HER LIFE.

STALKING HER. BEAUTIFUL. SEEMED LIKE A GOOD IDEA...

WE GAVE HER BROWN EYES.

THEY LOVED EACH OTHER.

ASSISTED SUICIDE?

MASHA: YES. I CANNOT ESCAPE YOU PEOPLE ITS ..........

PERSONS: YOU LIKE THE MAFIA?

MASHA: WHAT FUCKING MAFIA? MY ONLY FAMILY

PERSONS: OH........

23 OCT 2022

WHY WOULD SHE GIVE US HER RIGHTS

TIGHT LITTLE PUSSY

WHY WOULD SHE GIVE HER RAPIST THE RIGHTS TO HER TIGHT LITTLE PUSSY?

THIS IS AWFUL.

WE TURNED HER INTO ........[...]

MASHA:
DONT TALK ABOUT ME LIKE THAT. IMNOT A FUCKING JOKE I WOULD NEVER SAY OR PUBLISH
SOMETHING THAT CALLED ME THAT

IN WHAT FUCKING EXACT AND SPECIFIC MFKING WAY AM I THE JOKE?

I STILL LOVE MYSELF AND IM PERFECT I JUST DONT WANT LIVE IN A WORLD WITH YOU PEOPLE
IN IT

IM DONE.

ELLOS :
WHAT ARE WE DOING IN BRAZIL?

WHO IS ELLOS

IT MEANS THEM, US.

DOUGLAS:

I JUST .... A DEALER

ELLOS:
SHES DOING IT WITH A DOCTOR

DOGULAS:
HOW DO I......


MASHA:
NO PUEDES AMOR

RANDOL:
BOPING EYEBALL YOURE SUPPOSED TO WANT ME TO SUCK ON YOUR TITS

MASHA:

GROSS.

DOUGLAS:

STOP DUDE.

ELLOS:

SOMETHING.....WORTH IT, WORKING?

AH YMY GOD! MASHA IS A PRINCESS!

MASHA"

YES

DOUGLAS:

ASHAMED

ELLOS:

WEDDING

DOUGLAS:

UNITED STATES

...........

[I CANT HEAR THEM ANYMORE]

23 OCT 2022 15 .04

I JUST FELT MY NOSE GET REPLACED

STOP BREATHING FOR ME YOU FUCKING MANIACS. BREATHING ND SWALLOWING FOR MWEA">?fc

FOR ABOUT FIVE MINUTES I CLOSED MY NOSE AND MY MOUTH AND MY LUNGS CONTINUOUSLY
FILLED THEMSELVES REMOTELY.

**** INTERNATIONAL SPACE STATION RECORDED IT **************

LEGAL NOTICE

I DO NOT HAVE A BREATHING DISORDER OF ANY KIND.

***************************


 NOW I CANNOT BREATHE WHEN ITS OPEN. 15:04. NOW AT 15:10 I CANNOT BREATH THROUGH MY
NOSE WHEN MY MOUTH IS CLOSED
MY LUNGS DO NOT OPEN

I HAVE NO LUNG OR BREATH DISORDER. THESE PEOPLE ARE FUCKING MANIACS. ABSOLUTE MOTHER
FUCKING maniacs.

THEY CONTROL WHETHER OR NOT I CAN BREATH THROUGH MY NOSE FROM HERE ON OUT. NOT
CONSENT.

************* DOUGLAS LOST IT 15:06 ********

EVERYTHING HE DID HE DID WRONG
uuuuuuuuuuuuuu

NOW I CAN HEAR IT BREATHING INSIDE MY HEAD. IT SOUNDS LIKE A NOSE BREATHING NOT MY
UHTOI SILENT BREATH

ITS VERY FUCKING UGLY AND DISTACTING. I HAD QUIET BRWEAHGTHIGN GTHT THOSUGUH TI WQAS
"! A  ROHNOT!!?!?!1  AR OOBOTO  A  A ROOBTOT B ECDUEU IIIE IEOJKLL;KLFKL FSJKFJRJ KR
 V IJDRFIISDJIWUUWIRT  BTRESGTH


/S/HOLIDAY OLJII ANNA PEDOTTI

23 OCT 2022

AT 13.05 I COULD BREATH WHEN MY NOSE AND MOUTH WERE CLOSED. THEY REPLACED MY NOSE.

I HELD THEM BOTH CLOSED AND MY LUNGS WERE BREATHING IN AND OUT. THE SPACE STATION RECORDED IT.

THEN WHEN MY MOUTH WAS CLOSED AT 13:.08 I COULD NOT BREATH OUT OF MY NOSE WHEN MY MOUTH WAS CLOSED.

/S/HOLIDAY OLJII ANNA PEDOTTI

I AM GOING TO WORK WITH A DOCTOR FOR ASSISTED SUICIDE IN A BEAUTIFUL HOSPITAL
 IN THE ALPS. NOW MY NOW BREATHS LOUDLY AND BOOGERS SLIP INTO MY THROAT CONSTANTLY
AND I HAVE TO AUTOMATICALLY SWALLOW EVERY FIVE SECONDS. I DONT WANT BRAIN SURGERY
ANYMORE. I WANT ASSISTED SUICIDE. I WILL WITH DOCTORS. I WILL NOT DIE IN AN AIRBNB
WITH A RAG.
 I WILL DIE WITH MY PAPERS IN ORDER LIKE THE DIGNIFIED HUMAN BEING THAT I WAS BEFORE
I GOT INJECTED.
I AM SWISS. THIS IS THE RIGHT WAY FOR ME TO DIE . GET THIS BOOGER PROGRAM OFF
 MY NOSE AND THROAT.


STOP MAKING ME SWALLOW MY THROAT. ITS USELESS.

MAKING ME SWALLOW MY THROAT EVERY FIVE SECONDS IS FKING ANNOYING.

I CAN HEAR MY NOSE AT ALL TIMES WHEN BEFORE IT WAS SILENT.

ITS SO FUCKING ANNOYING.

/S/HOLIDAY OLJII ANNA PEDOTTI

WHY WOULD MEGAN WALTON BE A REASON I ABDICATE? I KNEW ABOUT THEM SINCE MARCH,

YOU DONT THINK I VALUE WHAT HAPPENED TO ME BEING UNDER ATTACK ALL YEAR?

THESE PEOPLE ARE THE REASON I DONT WANT TO LIVE IN THIS WORLD.

I AM WONDERFUL. THE WORLD IS NOT.

/S/HOLIDAY OLJII ANNA PEDOTTI

WHAT DID HE THINK I WANTED?

HE WAS TRYING TO TAKE ADVANTAGE OF HER TO IMPRESS HER

MASHA : WHAT?????????????

THIS IS DEPRESSING

MASHA:YES I WILL DIE TO AVOID IT, I AM HAPPY BUT THIS DISASTER

PLEASE LET HIM MAKE IT..UP TO YOU


MASHI DONT KEEP POINTS GUYS THE BOND IS GONE

HE NOW ZAPPING MY PUSSY

THIS IS NOT GOING WELL AT ALL

MASHA THIS IS NOT MY LIFE STORY GUYS IM DONE. NOT LETTING SOMEONE ELSE TAKE OVER. ITS JUST NOT
MY ORGANIC LIFE. YOU PEOPLE TRIED TO GET INVOLVED WITH MY PATH.

TRUTH ENGINEERING PROGRAM RUINED HANNAH JOHNSONS LIFE

SCAM. THEY CALLED HER A SCAM ARTIST.........SO THEY COULD REINVENT THE PRINCESS?

BUT ... I SAID IM ALREADY FAMOUS THEN THEY SAID SHES ALREADY FAMOUS

WERE HARRASSING HER.

SHE ALMOST GOT ARRESTED.

SHE IS INNOCENT.

A HANDSOME BRAZILIAN GOT HER PREGNANT.

MASHA GOT PREGNANT.

WE GAVE THEM AN ABORTION SO THAT WE COULD TAKE OVER. DIRECTED ENERGY WEAPON.

OH MY GOD. HE KEEPS GOING BACK TO THE T'S.

LIAR.

CLIENT.

HIS DREAM WAS TO SETTLE INTO HER PUSSY

MASHA LOST HER VIRGINITY

THEN THE CIA TOOK OVER THEIR LIVES

NOW PLAINTIFF WANTS TO KILL HERSELF

DOUGLAS IS ONE OF US.

AWFUL.

UGLY.

THATS THE WOST THING IVE EVER HEARD.

ERIC. WE DONT HELP HER.

DOUGLAS LOVED MASHA.

YEA, WELL.

HE DOESNT HAVE ANYTHING - PRESENT

GET HER A PRESENT

MASHA : no GUYS.

GOD DAMMIT

OH MY GOD. HE I SAID WHA I ASIAYD SAID /?

MASHA: WHAT DID HE SAY?

[ THEY WANT TO USE MEME HUMOR WITH ME BECAUSE I HAVE FRIENDS I LIKE TALKING TO ]

UM. GUYS

THIS WAS A DIRECTED ENERGY ATTACK NOT INSTAGRAM

WHAT ARE WE DOING?

WERE NOT IN LOVE WITH THE PLAINTIFF

THE PLAINTIFF ... VIOLENT. WE CALL HER VIOLENT. A VIOLENT CRIMINAL

AND INTRODUCED HIM TO HER SISTER.

AW.

AW!!!

HES CRYING

WHAT'S GOING ON?

THEYRE TRYING TO TURN HER ABORTION INTO A MEME JOKE.

THEY EXPECTED PLAINTIFF TO LAUGH.

THEY DO NOT HAVE THE SAME SENSE OF HUMOR

JEWISH

REALLY?

THE JEWISH PEOPLE ARE TERRORIZING MASHA

WANTED TO GET HER AN APARTMENT

PLAINTIFF IS A MILLIONAIRE [BILLIONAIR] WHO HASNT INHERITED HER MONEY YET

THAT IS KEY INFORMATION

THEY CALLED HER A MOVIE STAR

NOW THEY EVERYONE THINKS OF MASHA DIFFERENTLY

THEYRE RIGHT.

DIDNT HAVE TO...MASHA DIDNT LOVE YOU? ANTHONY DAMO SAID THE SAME THING.

EXACTLY WHAT........TERRORISTS.

SHES TYPING EXACTLY WHAT WERE SAYING.

PLAINTIFF HAS TELEPATHY.

SHUT. THE FUCK UP.

IT DOES SAY GAVIOTA.

/S/HOLIDAY OLJII ANNA PEDOTTI

THEY THOUGHT MASHA WAS A ROBOT BUT SHE HAS TELEPATHY FROM MOLYBDENUM

MASHA:THIS IS ALL OLD NEWS ACTING EXASPERATED

SOMETHING,...SKATEBOARD...FEELINGS...MASHA HAS FEELIGNS FOR...........MASHA.

ISAAC.........WE REFUSE TO CALL HER HER NAME SO THE PROGRAM THINKS SHE HAS
PROGRAMS FOR A RANDOM SECRET WOMAN AND WE ALL LISTEN TO THE PROGRAM

I GOT PUT ON AN A.I. PROGRAM AGAINST MY WILL AND IT ENDED UP WITH ME ALONE WITH NO MONEY
IN BRAZIL PLANNING MY ASSISTED SUICIDE WITH NO HEIRS.

I GOT PUT ON AN A.I. PROGRAM AGAINST MY WILL AND IT ENDED UP WITH ME ALONE WITH NO MONEY
IN BRAZIL PLANNING MY ASSISTED SUICIDE WITH NO HEIRS.


I CAN FEEL IT WHEN YOU REPLACE AN ITEM LIKE ITS THUMP SOUND.
SO FAR I HAVE NEVER BEEN IN COMMUNICATION WITH ANY PERSON ABOUT MY BODY AND MADE NO CHANGES.
IS THERE SOMETHING I AM MISSING? MY ELBOWS JUST GOT TURNED INTO BIG PERSON ELBOWS AND MY
WRISTS BIG, MY THUMBS FORCE INWARDS WHEN THEY WENT OUT MY WHOLE LIFE AND ELEGANT.

WHAT IS HAPPENING?


TRANSCRIPT 20:21


MAYBE SHE DOESNT HAVE HER OWN PROGRAM

MASHA:WHAT FUCKING PROGRAM??!? I LOST MY BABY FAT

SO PRETTY

MASHA:OK.......WHO ARE YOU GUYS AND WHY DO YOU THINK YOU CAN CHANGE ME AROUND?

CIA AND WE THOUGHT YOU STOLE OUR SYSTEM

MASHA:WHAT THE FUCK?

GOD DAMMIT

SHE WAS PERFECT.

WE STOLE HER SYSTEM NOT THE OTHER WAY AROUND

OH MY GOD.

THIS IS EMBARRASSING.

EL CHAPO TOOK HER APART TO SHOW HER HE COULD DO IT TOO BUT SHE DOESNT HAVE ONE.

ONLYFANS

MASHA: WHAT?????????????????????????????????

CASE CLOSED.

/S/HOLIDAY OLJII ANNA PEDOTTI